FILED

2003 OCT 13 P 5:07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT C...
NEW HAVEN. CONN.

-------------------------------------------------- x
SHERRY SCHNALL, Individually and             :   CONSOLIDATED CIVIL ACTION
On Behalf of All Others Similarly Situated,  :   02-CV-2133 (GLG)
                                             :
            Plaintiff,                       :   ALL CASES
                                             :
      v.                                     :
                                             :
ANNUITY AND LIFE RE (HOLDINGS),              :
LTD., XL CAPITAL, LTD., LAWRENCE S.          :
DOYLE, FREDERICK S. HAMMER, JOHN             :
F. BURKE, WILLIAM W. ATKIN, BRIAN            :
O'HARA, AND MICHAEL P. ESPOSITO JR.          :
                                             :
            Defendant.,                      :
-------------------------------------------------- x

## MOTION TO DISMISS

Defendant John F. Burke hereby moves, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4(b), 78u-5(c), to dismiss plaintiffs' Consolidated Amended Class Action Complaint (the "Complaint") dated July 11, 2003, which purports to allege claims pursuant to Section 10(b) of the Securities Exchange Act of 1934 (the "1934 Act") and Rule 10b-5 promulgated thereunder, and Section 20(a) of the 1934 Act.

Defendant John F. Burke moves to dismiss the claim pursuant to Section 10(b) of the 1934 Act on the grounds that plaintiffs fail to allege particularized facts from which a strong inference of scienter may be drawn, thus failing to allege an essential element of their claim. Mr. Burke moves to

{W1291245} CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law                    Post Office Box 1110
                                    Waterbury, CT 06721-1110
                                    Telephone: 203 573-1200

dismiss all claims with respect to several alleged misstatements and omissions on the grounds that they are non-actionable forward-looking statements, protected by the safe harbor of the Private Securities Litigation Reform Act. 15 U.S.C. § 78u-5(c). Mr. Burke moves to dismiss all claims for the failure to adequately plead reliance. Mr. Burke moves to dismiss the claim pursuant to Section 20(a) of the 1934 Act on the grounds that plaintiffs have failed to plead Mr. Burke's culpable participation in any underlying violations of the securities laws.

Accordingly, the Complaint fail to state a claim upon which relief can be granted, and should be dismissed.

Defendant John F. Burke's Memorandum of Law in support of this Motion is filed herewith.

Dated: Waterbury, Connecticut
      October 3, 2003

By: _____
    James K. Robertson, Jr. (ct05301
    Thomas J. Sansone (ct00671)
    **CARMODY & TORRANCE LLP**
    50 Leavenworth Street
    P.O. Box 1110
    Waterbury, Connecticut 06721-1110
    Telephone: (203) 573-1200
    Facsimile: (203) 575-2600

**MORGAN, LEWIS & BOCKIUS, LLP**
Francis S. Chlapowski
Randi B. Pincus
101 Park Avenue, 44th Floor
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Application for admission pro hac vice pending*

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 3rd day of October, 2003, to the following:

David R. Scott
Erin Green Comite
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415

Beth Kaswan
Ann Lipton
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Andrew M. Schatz
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1817

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103
Elias A. Alexiades
Attorney Elias A. Alexiades
215 Church Street
New Haven, CT 06525

Gary R. Battistoni
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103-6996


John W. Cannavino
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Terence J. Gallagher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
Law Offices of Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 1700
Philadelphia, PA 19103

_____
Thomas J. Sansone