UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.<br><br>　　　　　　Defendants. | Civil Action No. 02-CV-2133 (GLG)<br><br>Consolidated Action<br><br><br><br>October 10, 2003 |

### DEFENDANT LAWRENCE S. DOYLE'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Rule 7 (b) of the Local Rules of the United States District Court, District of Connecticut, Defendant, Lawrence S. Doyle ("Defendant Doyle"), through his undersigned counsel, hereby respectfully moves for a fourteen (14) day extension of time up to and including October 24, 2003 in which to answer the Consolidated Amended Class Action Complaint (the "Consolidated Amended Complaint"). In support of this motion, Defendant Doyle represents:

1. The Consolidated Amended Complaint was filed on July 11, 2003.

**ORAL ARGUMENT NOT REQUESTED**

[Handwritten annotations in margin: "absence of opposition. Gerard L. Goettel, USDJ 10/14/03"]