UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, | ) )  Civil Action No 02-CV-2133(GLG) ) |
| Plaintiffs, | ) Consolidated Action ) |
| v. | ) ) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO JR., | ) ) ) ) ) ) November 4, 2003 ) |
| Defendants. | ) |

**LEAD PLAINTIFFS' MOTION FOR PERMISSION TO FILE A CONSOLIDATED RESPONSE BRIEF IN OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS AND TO FILE AN OVER-LENGTH BRIEF**

Lead Plaintiffs Communication Workers of America and Midstream Investments, Ltd. ("Lead Plaintiffs"), by and through their counsel, hereby respectfully move this Court for permission to file a consolidated response brief in opposition to the Motions to Dismiss of Defendants Burke, Hammer, XL Capital, Esposito and O'Hara.  In addition, Lead Plaintiffs move this Court for permission to file an over-length brief of eighty (80) pages.  In support of such motion, Lead Plaintiffs declare unto the Court as follows:

1. Defendants Burke, Hammer and Atkins each filed a separate Motion to Dismiss, dated October 3, 2003.  In addition, Defendants XL Capital, Esposito and O'Hara ("XL Group") together filed a Motion to Dismiss, dated October 3, 2003.

**ORAL ARGUMENT NOT REQUESTED**      1

2. Defendants Burke, Hammer and the XL Group make similar arguments for dismissal that, for the sake of judicial economy and efficiency, can be addressed concurrently in a consolidated response brief in opposition to their Motions to Dismiss. Each Motion to Dismiss argues that the Lead Plaintiffs' have failed to plead sufficient facts to support a claim under Sections 10(b) and 20(A) of the Securities Exchange Act of 1934. These arguments can be more cogently addressed in one consolidated response brief, rather than parsed out among separate response briefs, as the most of the facts and law pertinent to each Defendant's argument are the same.

3. In order to address the facts particular to each Defendant, however, Lead Plaintiffs request permission to file an over-length brief of eighty (80) pages. Pursuant to Local Rule 7(a)(2), Lead Plaintiffs would have forty (40) pages for each response brief for a total of 120 pages if Lead Plaintiffs were to file separate response briefs to each Motion to Dismiss.

4. Defendant Atkins is the only defendant to make substantially different arguments for dismissal. Thus, Lead Plaintiffs will file a separate response brief in opposition to his Motion to Dismiss.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Lead Plaintiffs permission to file a consolidated response brief in opposition to the Motions to Dismiss of Defendants Burke, Hammer and the XL Group. Lead Plaintiffs also respectfully request that the Court grant Lead Plaintiffs permission to file an over-length brief of eighty (80) pages.

Dated: November 4, 2003                         Respectfully submitted,

**SCOTT + SCOTT, LLC**

_____
David R. Scott (Juris No. 16080)
Erin Green Comite (Juris No. 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:   (860) 537-3818
Facsimile:    (860) 537-4432

**Co-Lead Counsel for Lead Plaintiffs**

**MILBERG WEISS BERSHAD HYNES
   & LERACH LLP**
Beth Kaswan
Ann M. Lipton
One Pennsylvania Plaza
New York, NY  10119
Telephone:   (212) 594-5300
Facsimile:    (212) 868-1229

**Co-Lead Counsel for Lead Plaintiff**s

**HOFFMAN & EDELSON**
Marc Edelson
45 West Court St.
Doylestown, PA  18901
Telephone:   (215) 230-8043
Facsimile:    (215) 230-8735
**Of Counsel for Lead Plaintiffs**

9422.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 4, 2003, I caused a true and correct copy of Lead Plaintiffs' Motion For Permission To File A Consolidated Response Brief In Opposition To Certain Defendants' Motions To Dismiss And To File An Over-length Brief to be served by U.S. mail on counsel of record listed on the attached Service List.

                                                                                     _____

                                                                                       Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES
 & LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
 LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Thomas J. Sansone
James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110