FILED

Nov 13  1 58 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT DISTRICT COURT
NEW HAVEN, CONN.

```
=====================================
                                    X
SHERRY SCHNALL, Individually and    X
On Behalf of All Others Similarly Situated  X    Civil Action
                                    X    No. 02-CV-2133 (GLG)
             Plaintiffs             X
                                    X    Consolidated Action
V.                                  X
                                    X
ANNUITY AND LIFE RE (HOLDINGS), LTD., X
XL CAPITAL, LTD., LAWRENCE S. DOYLE, X
FREDERICK S. HAMMER, JOHN F. BURKE  X
WILLIAM W. ATKIN, BRIAN O'HARA, AND X
MICHAEL P. ESPOSITO, JR.            X
                                    X
             Defendants.            X
                                    X    NOVEMBER 12, 2003
=====================================
```

## MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to

withdraw his appearance on behalf of the defendant, JOHN F. BURKE. Thomas J.

Sansone continues to represent the defendant on this matter. The undersigned

represents that the defendant has received actual notice of this Motion to Withdraw.

James K. Robertson, Jr.
Federal Bar # ct05301
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email:  jrobertson@carmodylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on

the following counsel of record by first class mail, postage prepaid this 12th day of

November, 2003:

### Attorneys for Plaintiffs

David R. Scott
Erin Green Comite
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415

Beth Kaswan
Ann Lipton
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Andrew M. Schatz
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1817

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
Attorney Elias A. Alexiades
215 Church Street
New Haven, CT 06525

**Attorneys for Defendants**

Gary R. Battistoni
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103-6996

John W. Cannavino
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Terence J. Gallagher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
Law Offices of Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 1700
Philadelphia, PA 19103

James K. Robertson, Jr.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1271885}

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

3