UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, ) | ) Civil Action No 02-CV-2133(GLG) |
| Plaintiffs, ) | ) Consolidated Action |
| v. ) | ) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO ) | ) November 4, 2003 |
| Defendants. ) | ) |

## LEAD PLAINTIFFS' MOTION FOR PERMISSION TO FILE A CONSOLIDATED RESPONSE BRIEF IN OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS AND TO FILE AN OVER-LENGTH BRIEF

Lead Plaintiffs Communication Workers of America and Midstream Investments, Ltd. ("Lead Plaintiffs"), by and through their counsel, hereby respectfully move this Court for permission to file a consolidated response brief in opposition to the Motions to Dismiss of Defendants Burke, Hammer, XL Capital, Esposito and O'Hara. In addition, Lead Plaintiffs move this Court for permission to file an over-length brief of eighty (80) pages. In support of such motion, Lead Plaintiffs declare unto the Court as follows:

1. Defendants Burke, Hammer and Atkins each filed a separate Motion to Dismiss, dated October 3, 2003. In addition, Defendants XL Capital, Esposito and O'Hara

**ORAL ARGUMENT NOT REQUESTED**   1