*motwith*

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Nov 13   1 :38 PM '03

===========================================

| | |
|---|---|
| SHERRY SCHNALL, Individually and<br>On Behalf of All Others Similarly Situated<br><br>Plaintiffs<br><br>V.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD.,<br>XL CAPITAL, LTD., LAWRENCE S. DOYLE,<br>FREDERICK S. HAMMER, JOHN F. BURKE<br>WILLIAM W. ATKIN, BRIAN O'HARA, AND<br>MICHAEL P. ESPOSITO, JR.<br><br>Defendants. | Civil Action<br>No. 02-CV-2133 (GLG)<br><br>Consolidated Action<br><br><br><br><br><br><br><br><br>NOVEMBER 12, 2003 |

===========================================

Motion GRANTED.
/s/ Gerard L. Goettel, USDJ
Nov. 17, 2003

## MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to withdraw his appearance on behalf of the defendant, JOHN F. BURKE. Thomas J. Sansone continues to represent the defendant on this matter. The undersigned represents that the defendant has received actual notice of this Motion to Withdraw.

James K. Robertson, Jr.
Federal Bar # ct05301
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

FILED Nov 13  1:21 PM '03