UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRY SCHNALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | Civil Action No. 02-CV-02133 GLG |
| v. | ) ) ) | |
| ANNUITY LIFE RE (HOLDINGS) LTD., FREDERICK S. HAMMER, LAWRENCE S. DOYLE, and JOHN F. BURKE. | ) ) ) ) | NOVEMBER 14, 2003 |

**MOTION TO ADMIT VISITING ATTORNEY**

I, David R. Scott, am an attorney who is admitted to the Courts of the State of Connecticut and a member in good standing of the District Court for the District of Connecticut. I respectfully move pursuant to Local Rule 2(d) for an Order permitting Attorney Ann M. Lipton, whose business address and telephone number are:

> Ann M. Lipton, Esq.
> Milberg Weiss Bershad Hynes & Lerach, LLP
> One Pennsylvania Plaza
> New York, NY 10119-0165
> (212) 594-5300 (Phone)
> (212) 868-1229 (Fax)
> Email:  alipton@milberg.com

to appear in this Court as a visiting attorney to represent Communication Workers of America and Midstream Investments Ltd. in this case.  Attorney Lipton is admitted to the bars of the State of New York, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.  Attorney Lipton has not been denied admission or disciplined by the District Court of Connecticut or by any other Court.

In support of this motion, the Affidavit of Attorney Lipton is attached hereto as Exhibit A.

November 14, 2003                                   Respectfully submitted,


                                                    _____
                                                    David R. Scott
                                                    Bar No. CT16080
                                                    SCOTT + SCOTT, LLC
                                                    108 Norwich Avenue
                                                    P. O. Box 192
                                                    Colchester, CT 06415
                                                    (860) 537-5537 (phone)
                                                    (860) 537-4432 (fax)
                                                    drscott@scott-scott.com

                                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Admit Visiting Attorney was mailed, via U.S. mail, to the following counsel of record this 14th day of November, 2003.

Peter E. Seidman
Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES &
 LERACH, LLP
One Pennsylvania Plaza
New York, NY 10119

Sandra D. Stein
Laura S. Stein
MILBERG WEISS BERSHAD HYNES &
LERACH
1845 Walnut Street
25th Floor
Philadelphia, PA 19103

Marc H. Edelson
Jerold B. Hoffman
HOFFMAN & EDELSON, LLC
45 W. Court Street
Doylestown, PA 18901

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

Gary R. Battistoni
Stuart A. Law, Jr.
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

James T. Stapleton
Kenneth W. Ritt
Terrence J. Gallagher, III
DAY BERRY & HOWARD
One Canterbury Green
Stamford, CT 06901-2047

John L. Robinson
MCCARTER & ENGLISH
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT 06103

John W. Cannavino
Karen L. Allison
CUMMINS & LOCKWOOD
Four Stamford Place
107 Elm Street
P. O. Box 120
Stamford, CT 06902

James K. Robertson, Jr.

3

| | |
|---|---|
| Thomas J. Sansone<br>CARMODY & TORRANCE<br>50 Leavenworth Street<br>P. O. Box 1110<br>Waterbury, CT  06721 | Thorn Rosenthal<br>Tammy Roy<br>CAHILL GORDON & REINDEL<br>80 Pine Street<br>New York, NY  10005 |
| Lawrence William Andrea<br>LAW OFFICES OF LAWRENCE<br>WILLIAM ANDREA<br>57 North Street, Suite 313<br>Danbury, CT  06810 | James T. Shearin<br>PULLMAN & COMLEY<br>850 Main Street<br>P. O. Box 7006<br>Bridgeport, CT  06601-7006 |

_____
David R. Scott

EXHIBIT A