UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 19  2 40 PM '03

SHERRY SCHNALL, INDIVIDUALLY )
AND ON BEHALF OF ALL OTHERS )
SIMILARLY SITUATED, )
) Civil Action No. 02-CV-02133 GLG
)
v. )
)
ANNUITY LIFE RE (HOLDINGS) LTD., )
FREDERICK S. HAMMER, LAWRENCE S. )
DOYLE, and JOHN F. BURKE. )
) NOVEMBER 14, 2003

## MOTION TO ADMIT VISITING ATTORNEY

I, David R. Scott, am an attorney who is admitted to the Courts of the State of Connecticut and a member in good standing of the District Court for the District of Connecticut. I respectfully move pursuant to Local Rule 2(d) for an Order permitting Attorney Ann M. Lipton, whose business address and telephone number are:

> Ann M. Lipton, Esq.
> Milberg Weiss Bershad Hynes & Lerach, LLP
> One Pennsylvania Plaza
> New York, NY 10119-0165
> (212) 594-5300 (Phone)
> (212) 868-1229 (Fax)
> Email: alipton@milberg.com

to appear in this Court as a visiting attorney to represent Communication Workers of America and Midstream Investments Ltd. in this case. Attorney Lipton is admitted to the bars of the State of New York, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York. Attorney Lipton has not been denied admission or disciplined by the District Court of Connecticut or by any other Court.