FILED
Nov 24  2 27 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

================================

| | X | |
|---|---|---|
| SHERRY SCHNALL, Individually and | X | |
| On Behalf of All Others Similarly Situated | X | Civil Action |
| | X | No. 02-CV-2133 (GLG) |
| Plaintiffs | X | |
| V. | X | Consolidated Action |
| | X | |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., | X | |
| XL CAPITAL, LTD., LAWRENCE S. DOYLE, | X | |
| FREDERICK S. HAMMER, JOHN F. BURKE | X | |
| WILLIAM W. ATKIN, BRIAN O'HARA, AND | X | |
| MICHAEL P. ESPOSITO, JR. | X | |
| | X | |
| Defendants. | X | |
| | X | NOVEMBER 21, 2003 |

================================

## ENTRY OF APPEARANCE

Please enter the Appearance of the undersigned, John R. Horvack, Jr., on behalf of the defendant, **JOHN F. BURKE**.

John R. Horvack, Jr.
Federal Bar # ct12926
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jhorvack@carmodylaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Entry of Appearance has been served on the following counsel of record by first class mail, postage prepaid this 21st day of November, 2003:

SEE ATTACHED.

_____
John R. Horvack, Jr.

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

2

## Schnall v. Annuity and Life Re (Holdings) Ltd. et al. Service List

**Attorneys for Plaintiffs**

David R. Scott
Erin Green Comite
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415

Beth Kaswan
Ann Lipton
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Andrew M. Schatz
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1817

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
Attorney Elias A. Alexiades
215 Church Street
New Haven, CT 06525

**Attorneys for Defendants**

Gary R. Battistoni
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103-6996

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

John W. Cannavino
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Terence J. Gallagher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
Law Offices of Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John J. Robinson
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110    2
Waterbury, CT 06721-1110
Telephone: 203 573-1200