UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 24  3 39 PM '03
U.S. DISTRICT COURT

| | | |
|---|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 02-CV-2133 (GLG) |
| Plaintiffs, | ) ) | Consolidated Action |
| v. | ) ) | |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| COMMUNICATIONS WORKERS OF AMERICA; MIDSTREAM INVESTMENTS LTD, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 03-CV-1826 (GLG) |
| Plaintiffs, | ) ) | Class Action |
| v. | ) ) | |
| KPMG LLP (UNITED STATES), KPMG LLP (UNITED KINGDOM), AND KPMG in BERMUDA, | ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO CONSOLIDATE RELATED ACTIONS FOR
VIOLATIONS OF THE SECURITIES EXCHANGE ACT OF 1934
AND TO REQUIRE THE PRESERVATION OF DOCUMENTS**

**ORAL ARGUMENT REQUESTED**

Communications Workers of America and Midstream Investments Ltd. hereby move the Court for an Order consolidating the following cases for all purposes under Rule 42(a) of the Federal Rules of Civil Procedure and §21D(a)(3)(B)(ii) of the Securities Exchange Act of 1934, as amended by the PSLRA (the "Motion"), and to require the preservation of documents:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Schnall v. ANR, et al.* | 02-CV-2133 (GLG) | 12/04/2002 |
| *Communications Workers of America, et al. v. KPMG LLP (United States), et al.* | 03-CV-1826 (GLG) | 10/23/2003 |

This Motion is brought on the grounds that these two actions are substantially identical because each alleges claims for violations of §10(b) of the Exchange Act, 15 U.S.C. §78j(b), and SEC Rule 10b-5 promulgated there under, 17 C.F.R. §240.10b-5, based upon similar factual allegations against all defendants. The Motion is also brought on the ground that consolidation of these cases will promote efficiency and conserve judicial resources.

Through this Motion, Plaintiffs also request the Court to order the preservation of documents, including electronic documents relating to this litigation in accordance with 15 U.S.C. §78u-4(b)(3)(C)(i), both prior to and after the filing of any motion to dismiss. In complex securities fraud cases involving companies with numerous employees, such an order is appropriate and will prevent the loss of key documents, whether through inadvertence or otherwise.

This Motion is based upon this Motion, the accompanying Memorandum of Law, the complete filed and records in the two related actions and such oral argument as the Court may consider in deciding this Motion.

Dated: November 24, 2003

Respectfully submitted,

**SCOTT + SCOTT, LLC**

*/s/ Erin Green Comite*
David R. Scott (Juris No. 16080)
drscott@scott-scott.com
Erin Green Comite (Juris No. 24886)
ecomite@scott-scott.com
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432

**Co-Lead Counsel for Lead Plaintiffs**

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Beth Kaswan
Ann M. Lipton
One Pennsylvania Plaza
New York, NY 10119
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

**Co-Lead Counsel for Lead Plaintiffs**

**HOFFMAN & EDELSON**
Marc Edelson
45 West Court St.
Doylestown, PA 18901
Telephone:  (215) 230-8043
Facsimile:  (215) 230-8735
**Of Counsel for Lead Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2003, I caused a true and correct copy of foregoing to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

*Erin Green Comite*
Erin Green Comite

## Annuity and Life Re (Holdings), Ltd. Service List

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES
 & LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
 LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Thomas J. Sansone
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

Francis S. Chlapowski
Randi B. Pincus
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

**KPMG Defendants**

Jeanine A. Comas
KPMG LLP (United States)
280 Park Avenue
New York, NY 10017

James W. Bergenn
Shipman, & Goodwin LLP
One American Row
Hartford, CT 06103-2819

John Griffith-Jones
KPMG LLP (United Kingdom)
8 Salisbury Square
London EC4Y 8BB
United Kingdom