UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____
                                        )
SHERRY SCHNALL, INDIVIDUALLY            )
AND ON BEHALF OF ALL OTHERS             )
SIMILARLY SITUATED,                     )          Civil Action No. 02-CV-02133 GLG
                                        )
v.                                      )
                                        )
ANNUITY LIFE RE (HOLDINGS) LTD.,        )
FREDERICK S. HAMMER, LAWRENCE S.        )
DOYLE, and JOHN F. BURKE.               )
_____ )          NOVEMBER 21, 2003

## MOTION TO ADMIT VISITING ATTORNEY

I, David R. Scott, am an attorney who is admitted to the Courts of the State of

Connecticut and a member in good standing of the District Court for the District of Connecticut.

I respectfully move pursuant to Local Rule 2(d) for an Order permitting Attorney Beth Kaswan,

whose business address and telephone number are:

> Beth Kaswan, Esq.
> Milberg Weiss Bershad Hynes & Lerach, LLP
> One Pennsylvania Plaza
> New York, NY 10119-0165
> (212) 594-5300 (Phone)
> (212) 868-1229 (Fax)
> Email:  bkaswan@milberg.com

to appear in this Court as a visiting attorney to represent Communication Workers of America

and Midstream Investments Ltd. in this case.  Attorney Kaswan is admitted to the bars of the

State of New York, the State of Massachusetts, the United States District Court for the Southern

District of New York, and the United States Court of Appeals for the Second Circuit.  Attorney

Kaswan has not been denied admission or disciplined by the District Court of Connecticut or by

any other Court.  Attorney Kaswan has been admitted pro hac vice to this court previously, and was given the bar number of CT21415.

In support of this motion, the Affidavit of Attorney Kaswan is attached hereto as Exhibit A.

November 21, 2003                              Respectfully submitted,


                                              /s/_____
                                              David R. Scott
                                              Bar No. CT16080
                                              SCOTT + SCOTT, LLC
                                              108 Norwich Avenue
                                              P. O. Box 192
                                              Colchester, CT 06415
                                              (860) 537-5537 (phone)
                                              (860) 537-4432 (fax)
                                              drscott@scott-scott.com

                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Admit Visiting Attorney

was mailed, via U.S. mail, to the following counsel of record this 21st day of November, 2003.


Peter E. Seidman
Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES &
 LERACH, LLP
One Pennsylvania Plaza
New York, NY 10119

Sandra D. Stein
Laura S. Stein
MILBERG WEISS BERSHAD HYNES &
LERACH
1845 Walnut Street
25th Floor
Philadelphia, PA 19103

Marc H. Edelson
Jerold B. Hoffman
HOFFMAN & EDELSON, LLC
45 W. Court Street
Doylestown, PA 18901

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

Gary R. Battistoni
Stuart A. Law, Jr.
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

James T. Stapleton
Kenneth W. Ritt
Terrence J. Gallagher, III
DAY BERRY & HOWARD
One Canterbury Green
Stamford, CT  06901-2047

John L. Robinson
MCCARTER & ENGLISH
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT  06103

John W. Cannavino
Karen L. Allison
CUMMINS & LOCKWOOD
Four Stamford Place
107 Elm Street
P. O. Box 120
Stamford, CT  06902


James K. Robertson, Jr.

3

Thomas J. Sansone
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT  06721

Lawrence William Andrea
LAW OFFICES OF LAWRENCE
WILLIAM ANDREA
57 North Street, Suite 313
Danbury, CT  06810

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL
80 Pine Street
New York, NY  10005

James T. Shearin
PULLMAN & COMLEY
850 Main Street
P. O. Box 7006
Bridgeport, CT  06601-7006

/s/ _____
David R. Scott