UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> v. <br><br> ANNUITY LIFE RE (HOLDINGS) LTD., FREDERICK S. HAMMER, LAWRENCE S. DOYLE, and JOHN F. BURKE. | Civil Action No. 02-CV-02133 GLG <br><br><br><br><br><br> NOVEMBER ᴝ/, 2003 |

### AFFIDAVIT OF BETH KASWAN

I, Beth Kaswan, under penalty of perjury, state as follows:

1. I am a partner at the law firm of Milberg Weiss Bershad Hynes & Lerach LLP, with an office located at One Pennsylvania Plaza, New York, NY 10119; telephone (212) 594-5300; e-mail bkaswan@milberg.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I support this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2. I am admitted to the bars of the State of New York, the State of Massachusetts, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit.

3. I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

November 18, 2003

*[signature: Beth Kaswan]*

EXHIBIT A

Beth Kaswan

Subscribed and sworn to before me this
18th day of November, 2003.

_Denise A. Macha_
Notary Public
My Commission Expires: 1/17/07

DENISE A. MACHA
Notary Public, State Of New York
No. 01MA5037975
Qualified In New York County
Commission Expires Jan. 17, 2007