UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

------------------------------------------------------------- x
SHERRY SCHNALL, Individually and
On Behalf of All Others Similarly Situated,

          Plaintiff,

          v.

ANNUITY AND LIFE RE (HOLDINGS),
LTD., XL CAPITAL, LTD., LAWRENCE S.
DOYLE, FREDERICK S. HAMMER, JOHN F.
BURKE, WILLIAM W. ATKIN, BRIAN
O'HARA, AND MICHAEL P. ESPOSITO JR.

          Defendant.,
------------------------------------------------------------- x

CONSOLIDATED CIVIL ACTION
02-CV-2133 (GLG)

ALL CASES

## DEFENDANT JOHN F. BURKE'S MOTION TO FILE AN OVER-LENGTH REPLY BRIEF IN RESPONSE TO LEAD CONSOLIDATED OPPOSITION TO THE MOTIONS TO DISMISS FILED BY DEFENDANTS JOHN F. BURKE, FREDERICK S. HAMMER, XL CAPITAL LTD., BRIAN O'HARA AND MICHAEL P. ESPOSITO, JR.

Defendant John F. Burke, by and through his counsel, hereby respectfully moves this Court for permission to file an over-length Reply Memorandum of Law in Further Support of His Motion to Dismiss the Consolidated Class Action Complaint of fifteen (15) pages.

On October 3, 2003, Defendant John F. Burke filed a Motion to Dismiss the Consolidated Class Action Complaint. On November 4, 2003, Lead Plaintiffs filed a motion requesting permission to file a consolidated response brief in opposition to the motions to dismiss of defendants John F. Burke, Frederick S. Hammer, XL Capital Ltd., Brian O'Hara and Michael P. Esposito of eighty (80) pages. On November 13, 2003, the Court granted Lead Plaintiffs' motion and on November 19, 2003, Lead Plaintiffs filed an eighty (80) page consolidated opposition to the motions to dismiss.

CARMODY & TORRANCE LLP
{W1208803}at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

The Consolidated Class Action Amended Compliant, defendants' motions to dismiss and Lead Plaintiffs' opposition in this case raise complex and difficult legal questions. Additional pages are necessary in order to effectively address the issues at stake in this litigation and in Mr. Burke's motion to dismiss.

WHEREFORE, Defendant John F. Burke, hereby respectfully requests that this Court grant permission to an over-length Reply Memorandum of Law in Further Support of His Motion to Dismiss the Consolidated Class Action Complaint of fifteen (15) pages.

Dated: Waterbury, Connecticut
November 26, 2003

CARMODY & TORRANCE LLP

By: _____
John R. Horvack, Jr.
Federal Bar No. 12926
50 Leavenworth Street
P.O. Box 1110
Waterbury, Connecticut 06721-1110
Telephone: (203) 573-1200

**MORGAN, LEWIS & BOCKIUS, LLP**
Francis S. Chlapowski
Randi B. Pincus
101 Park Avenue, 44th Floor
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

CARMODY & TORRANCE LLP
{W A2798803}at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date to:

Attorneys for Plaintiffs

David R. Scott
Erin Green Comite
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415

Beth Kaswan
Ann Lipton
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Andrew M. Schatz
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1817

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
Attorney Elias A. Alexiades
215 Church New Haven, CT 06525

Attorneys for Defendants

Gary R. Battistoni
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103-6996

CARMODY & TORRANCE LLP    50 Leavenworth Street
{W1278803} at Law    Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

John W. Cannavino
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Terence J. Gallagher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
Law Offices of Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 1700
Philadelphia, PA 19103

_____
John R. Horvack, Jr.