89

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------x
SHERRY SCHNALL, Individually and
On Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ANNUITY AND LIFE RE (HOLDINGS),
LTD., XL CAPITAL, LTD., LAWRENCE S.
DOYLE, FREDERICK S. HAMMER, JOHN F.
BURKE, WILLIAM W. ATKIN, BRIAN
O'HARA, AND MICHAEL P. ESPOSITO JR.

        Defendant.,
----------------------------------------x

CONSOLIDATED CIVIL ACTION
02-CV-2133 (GLG)

ALL CASES

### DEFENDANT JOHN F. BURKE'S MOTION TO FILE AN OVER-LENGTH REPLY BRIEF IN RESPONSE TO LEAD CONSOLIDATED OPPOSITION TO THE MOTIONS TO DISMISS FILED BY DEFENDANTS JOHN F. BURKE, FREDERICK S. HAMMER, XL CAPITAL LTD., BRIAN O'HARA AND MICHAEL P. ESPOSITO, JR.

Defendant John F. Burke, by and through his counsel, hereby respectfully moves this Court for permission to file an over-length Reply Memorandum of Law in Further Support of His Motion to Dismiss the Consolidated Class Action Complaint of fifteen (15) pages.

On October 3, 2003, Defendant John F. Burke filed a Motion to Dismiss the Consolidated Class Action Complaint. On November 4, 2003, Lead Plaintiffs filed a motion requesting permission to file a consolidated response brief in opposition to the motions to dismiss of defendants John F. Burke, Frederick S. Hammer, XL Capital Ltd., Brian O'Hara and Michael P. Esposito of eighty (80) pages. On November 13, 2003, the Court granted Lead Plaintiffs' motion and on November 19, 2003, Lead Plaintiffs filed an eighty (80) page consolidated opposition to the motions to dismiss.

Motion GRANTED on consent. Defendant has until December 22, 2003 to file the over-length reply brief.

/s/ Gerard L. Goettel, USDJ
12-5-03

CARMODY & TORRANCE LLP
{W1278803} at Law

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200