UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | CONSOLIDATED CIVIL ACTION NO. 3:02-CV-2133 (GLG) |
| v. | : : | |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD, LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO JR., | : : : : : : | ALL CASES |
| Defendants. | : : | DECEMBER 15, 2003 |

**DEFENDANT ANNUITY & LIFE RE (HOLDINGS), LTD'S
MEMORANDUM REGARDING LEAD PLAINTIFFS'
MOTION TO CONSOLIDATE RELATED ACTIONS
AND TO REQUIRE THE PRESERVATION OF DOCUMENTS**

Lead Plaintiffs ("Plaintiffs") have moved the Court for an Order consolidating this action with another action they recently filed, Communication Workers of America, et al. v. KPMG LLP (United States), et al., No. 03-CV-1826 (GLG). Plaintiffs also ask the Court to order the preservation of documents, which, as to parties, the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(b)(3)(C)(i), already requires.

Annuity & Life Re (Holdings), Ltd. ("ANR") agrees that the Schnall action and the KPMG action are related cases. Accordingly, ANR does not oppose Plaintiffs' motion to consolidate.

ANR opposes Plaintiffs' motion for a preservation order. The PSLRA already requires the preservation of relevant documents and other materials:

> During the pendency of any [motion to dismiss], unless otherwise ordered by the Court, any party to the action with actual notice of the allegations

> contained in the complaint shall treat all documents, data compilations
> (including electronically-recorded or stored data), and tangible objects that
> are in the custody or control of such person and that are relevant to the
> allegations, as if they were the subject of a continuing request for
> production of documents from an opposing party under the Federal Rules
> of Civil Procedure.

15 U.S.C. § 78u-4(b)(3)(C)(i).  ANR is aware of its obligations and intends to comply with them.

In light of the PSLRA's requirements, courts have declined requests for orders mandating preservation (as to parties) as unnecessarily duplicative and therefore inappropriate.  See In re Tyco International, Ltd. Securities Litigation, 2000 U.S. Dist. LEXIS 11659, at *5-8 (D. N.H. July 27, 2000) (a copy of this unreported opinion is attached); In re Grand Casinos, Inc. Securities Litigation, 988 F. Supp. 1270, 1273 (D. Minn. 1997).  ANR respectfully submits that a preservation order is unnecessary, and asks the Court to deny Plaintiffs' motion for such an order.

ANNUITY & LIFE RE (HOLDINGS) LTD.


By:_____
      Terence J. Gallagher (ct22415)
      Day, Berry & Howard, LLP
      One Canterbury Green
      Stamford, Connecticut 0901
      Tel. (203) 977-7300
      Fax  (203) 977-7301

      -and-

      Gary R. Battistoni (ct24690)
      Drinker Biddle & Reath LLP
      One Logan Square
      18th and Cherry Streets
      Philadelphia, PA  19103-6996
      Tel. (215) 988-2700
      Fax (215) 988-2757

      Its Attorneys

<u>**CERTIFICATE OF SERVICE**</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 15th day of December, 2003, via first-class mail, postage prepaid, to the following counsel:

David R. Scott, Esq.
Erin Green Comite, Esq.
Karen M. Leser, Esq.
Scott & Scott LLC
108 Norwich Ave.
Colchester, CT  06415

Peter E. Siedman, Esq.
Beth Kaswan, Esq.
Ann M. Lipton, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach LLP
One Pennsylvania Plaza
New York, New York  10119

John W. Cannavino, Esq.
Karen L. Allison, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902

John J. Robinson, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

John R. Horvack, Jr., Esq.
Carmody & Torrance LLP
50 Leavenworth St., P. O. Box 1110
Waterbury, CT 06721

Thorn Rosenthal, Esq.
Tammy Roy, Esq.
Cahill, Gordon & Reindel
80 Pine Street
New York, NY 10005

Lawrence W. Andrea, Esq.
57 North Street, Ste. 313
Danbury, CT 06810

James T. Shearin, Esq.
Peter S. Olson, Esq.
Pullman & Comley LLC
850 Main St., P. O. Box 7006
Bridgeport, CT 06601

Marc Edelson, Esq.
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

R. Nicholas Gimbel, Esq.
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Ste. 1700
Philadelphia, PA 19103

Thomas J. Sansone, Esq.
Carmody & Torrance LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509

_____
Terence J. Gallagher