UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO R.,<br><br>Defendants. | ) Civil Action No 02-CV-2133(GLG)<br>)<br>) Consolidated Action<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) September 17, 2003<br>)<br>) |

FILED
SEP 17  [illegible] '03

Motion DENIED as moot
Gerard L. Goettel, USDJ
12/22/03

## LEAD PLAINTIFFS' MOTION FOR
## LIMITED RELIEF FROM DISCOVERY STAY

Lead Plaintiffs Communication Workers of America and Midstream Investments, Ltd. ("Lead Plaintiffs"), by and through their counsel, hereby move this Court for an order permitting limited discovery in the form of narrowly tailored document requests to defendant Annuity and Life Re (Holdings), Ltd. ("ANR" or the "Company"). In support of this motion, Lead Plaintiffs would show unto the Court as follows:

1.  The relief sought is necessary to prevent undue prejudice to Lead Plaintiffs and the Class and to preserve evidence of fraudulent conduct, as permitted under the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B)

**ORAL ARGUMENT REQUESTED**