## TABLE OF AUTHORITIES

### CASES

*In re Advanta Corp. Security Litigation,*
180 F.3d 525 (3d Cir. 1999) .................................................................................... 4

*In re Aldridge v. A.T. Cross Corp.,*
284 F.3d 72 (1st Cir. 2002) ..................................................................................... 3

*In re Allied Capital Corp. Sec. Litig.*,
No. 02 Civ. 8312 (GEL), 2003 WL 1964184 (S.D.N.Y. Apr. 25, 2003).............. 12

*In re Allied Products Corp., Inc. Sec. Litig.*,
No. 99 C 3397, 2000 WL 1721042 (N.D. Ill. Nov. 15, 2000) ................................ 6

*Bond Opportunity Fund v. Unilab Corp.,*
99 Civ. 11074  2003, U.S. Dist. LEXIS 7838 (S.D.N.Y. May 12, 2003) ............. 12

*Burstyn v. Worldwide Xceed Group, Inc.,*
01 Civ. 1125 (GEL), 2002 U.S. Dist. LEXIS 18555
(S.D.N.Y. Sept. 30, 2002) ................................................................................ 4, 5, 7

*In re Cirrus Logic Security Litigation*,
946 F. Supp. 1446 (N.D. Cal. 1996) ....................................................................... 5

*In re e.spire Communications Inc. Sec. Litig.*,
127 F. Supp. 2d 734,747 (D. Md. 2001) ................................................................ 6

*Fecht v. Price Co.*,
70 F.3d 1078 (9th Cir. 1995) ................................................................................... 7

*Fla. State Board of Admin. v. Green Tree Finance Corp.*,
270 F.3d 645 (8th Cir. 2001) ............................................................................. 2, 8

*Glickman v. Alexander & Alexander Servs. Inc.,*
No. 93 Civ. 7594 (LAP), 1996 WL 88570 (S.D.N.Y. Feb. 24, 1996) .................... 6

*Greebel v. FTP Software, Inc.*,
194 F.3d 185 (1st Cir. 1999) ................................................................................... 6

*Harris v. Ivax Corp.*,
182 F.3d 799 (11th Cir. 1999) .............................................................................. 10

*In re Hayes Lemmerz,*
271 F. Supp. 2d 1007, 1018 (E.D. Mich. 2003) ..................................................... 3

*Helwig v. Vencor Inc.*,
  251 F.3d 540 (6th Cir. 2001) ................................................................................ 7

*In re Initial Public Offering Sec. Litig.*,
  241 F. Supp. 2d 281 (S.D.N.Y. 2003) .................................................................. .12

*In re Interpublic Sec. Litig.*,
  No. 02 Civ. 6527 (DLC), 2003 U.S. Dist. LEXIS 8844 (S.D.N.Y. May 30,
  2003) ..................................................................................................................... 12

*Irvine v. Imclone System, Inc.*,
  No. 02 Civ. 109 (RO), No. 02 Civ. 7499 (RO),
  2003 U.S. Dist. LEXIS 9342 (S.D.N.Y. June 4, 2003) ........................................ 12

*Kalnit v. Eichler*,
  264 F.3d 131 (2d Cir. 2001) .................................................................................. 2

*In re Lernout & Hauspie Sec. Litig.*,
  208 F. Supp. 2d 74 (D. Mass. 2002) ................................................................. 5, 7

*McGann v. Ernst & Young*,
  102 F.3d 390 (9th Cir. 1996) ................................................................................. 2

*In re Mercator Sec. Litig.*,
  161 F. Supp. 2d 140 (D. Conn. 2001) ............................................................... 3, 7

*In re Microstrategy, Inc. Sec. Litig.*,
  115 F. Supp. 2d 620, 652 (E.D. Va. 2000) ........................................................... 7

*Miller v. Champion Enterprises, Inc.*,
  346 F.3d 660 (6th Cir. 2003) ............................................................................... 10

*Nathenson v. Zonagen, Inc.*,
  267 F.3d 400 (5th Cir. 2001) ............................................................................... 10

*Novak v. Kasaks*,
  216 F.3d 300 (2d Cir. 2000) .................................................................................. 6

*In re Ramp Networks Sec. Litig.*,
  201 F. Supp. 2d 1051 (N.D. Cal. 2002) ................................................................ 5

*Rehm v. Eagle Finance Corp.*,
  954 F. Supp. 1246 (N.D. Ill. 1997) ....................................................................... 7

*In re Resource Am. Sec. Litig.*,
No. 98-5446, 2000 U.S. Dist. LEXIS 10640 (E.D. Pa. Jul. 26, 2000) .................... 2

*Rich v. Maidstone Fin., Inc.*,
No. 98 CIV. 2569 (DAB)., 2001 WL 286757 (S.D.N.Y. Mar. 23, 2001) ......... 3, 6

*Rothman v. Gregor*,
220 F.3d 81 (2d Cir. 2000) ................................................................................ 3, 7

*In re Scholastic Corp. Sec. Litig.*,
252 F.3d 63 (2d Cir. 2001) ............................................................................ 6, 7, 8

*S.E.C. v. First Jersey Sec., Inc.*,
101 F.3d 1450 (2d Cir. 1996) ............................................................................. 13

*In re Seebeyond Techs Sec. Litig.*,
266 F. Supp. 2d 1150 (C.D. Cal. 2003) ................................................................ 2

*In re Shopko Sec. Litig.*,
No. 01-C-1034, 2002 U.S. Dist. LEXIS 23887 (E.D. Wis. Nov. 5, 2002). ............ 8

*Suez Equity Investors, L.P. v. Toronto Dominion Bank*,
250 F.3d 87 (2d Cir. 2001) ................................................................................. 13

*Teachers Retirement Sys. of Louisiana v. A.C.L.N., Ltd.*,
01 Civ. 11814  2003 U.S. Dist. LEXIS 7869 (S.D.N.Y. May 12, 2003) ............... 12

*In re Time Warner Inc. Sec. Litig.*,
9 F.3d 259 (2d Cir. 1993) ..................................................................................... 3

*In re U.S. Aggregates Inc. Sec. Litig.*,
235 F. Supp. 2d 1063 (N.D. Cal. 2002) ................................................................ 2

*In re Vivendi Universal S.A. Sec. Litig.*,
02 Civ. 5571, 2003 U.S. Dist. LEXIS 19431 (S.D.N.Y. Nov. 4, 2003) ............... 12

*Wilson v. Bernstock*,
195 F. Supp. 2d 619 (D.N.J. 2002) ....................................................................... 3

*In re Worldcom, Inc. Sec. Litig.*,
No. 02 Civ. 3288 (DLC), 2003 U.S. Dist. LEXIS 8245 (S.D.N.Y. May 19,
2003) .................................................................................................................. 12

## STATUTES

15 U.S.C. § 78u-5(c)(1)(B)(i) ................................................................................. 9

15 U.S.C. § 78u-5(c)(2)(B) ..................................................................................... 9