UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, and MICHAEL P. ESPOSITO, JR.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br><br>3:02CV2133 (GLG)<br><br>**DECLARATION OF**<br>**JOHN J. ROBINSON** |

I, JOHN J. ROBINSON, declare as follows:

1.　I am a member of the bar of the United States District Court for the District of Connecticut and an associate of the law firm of McCarter & English, LLP, attorneys for Defendant Frederick S. Hammer ("Mr. Hammer").

2.　I submit this declaration in support of Mr. Hammer's Reply Memorandum of Law in Further Support of his Motion to Dismiss. I have personal knowledge of the facts set forth herein.

3.　Attached as Exhibit A is a true and correct copy of the complaint filed on October 23, 2003 in Communications Workers of America v. KPMG LLP, 03-CV-01826-GLG (D. Conn.).

　　I declare under the penalties of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John J. Robinson

Dated: December 22, 2003

## CERTIFICATE OF SERVICE

I, John J. Robinson, hereby certify that I caused true and correct copies of the foregoing to be served on the following persons by having same mailed first-class, postage prepaid, to them at their addresses appearing below on December 22, 2003.

**Attorneys for Plaintiffs**

David R. Scott
Erin Green Comite
Scott & Scott LLC
108 Norwich Avenue
Colchester, Ct  06415

Beth Kaswan
Ann Lipton
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY  10119

Marc Edelson
Hoffman & Edelson
45 West Court St.
Doylestown, PA  18901

Andrew M. Schatz
Schatz & Nobel
330 Main Street
Hartford, CT  06106-1817

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT  06103

**Attorneys for Defendants**

John W. Cannavino
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Terence J. Gallagher
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
Law Offices of Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Elias A. Alexiades
Attorney Elias A. Alexiades
215 Church Street
New Haven, CT 06525

Francis S. Chlapowski
Morgan, Lewis & Bockius LLP
101 Park Avenue, 44th Floor
New York, NY 10178

Thomas J. Sansone
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Gary R. Battistoni
Edward M. Posner
Drinker, Biddle & Reath
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

_____
John J. Robinson