UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 9  2:23 PM '03

SHERRY SCHNALL, Individually and On
Behalf of All Others Similarly Situated,

: Plaintiff,

: CIVIL ACTION NO. 02-CV-2133(GLG)

vs.

ANNUITY AND LIFE RE (HOLDINGS), LTD.,
XL CAPITAL, LTD., LAWRENCE S. DOYLE,    : CONSOLIDATED ACTION
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO JR.,

Defendants.    : DECEMBER 9, 2003

## CONFIDENTIALITY STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by Lead Plaintiffs Communication Workers of America and Midstream Investments Ltd. ("Lead Plaintiffs") and Annuity and Life Re (Holdings), Ltd. ("ANR"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, subject to the approval of the Court, that the following Stipulation and Order shall govern the handling of documents produced by ANR and the Lead Plaintiffs, and any deposition testimony, deposition exhibits, interrogatory responses and admissions, relating to the documents produced (such information is hereinafter referred to as "Discovery Material"). This Order shall not apply to the use of Discovery Material at trial or other Court hearings, and shall not preclude any person from seeking additional orders with respect to the Confidentiality of Discovery Material.

1.    For purposes of this Stipulation and Order, Confidential Information shall mean information, not otherwise in the public domain, the disclosure of which could reasonably be anticipated to cause injury to the business or personal affairs of the producing or designating

Defendant Annuity and Life Re (Holdings), Ltd.

By: *Terence J. Gallagher* /w/ permission egc

Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301

- and -

Gary R. Battistoni (ct24690)
Drinker, Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Its Counsel

SO ORDERED:

_____
U.S. D. J.

FILED JAN 7 2 03 PM '04

8