UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　　　v.<br><br>**ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,**<br><br>　　　　　　　　　　**Defendants.** | ) Civil Action No. 02-CV-2133 (GLG)<br>)<br>) **Consolidated Action**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **January 12, 2004**<br>) |

## NOTICE OF FILING OF AFFIDAVIT OF SERVICE

　　　Notice is given that the duly executed Affidavit of John Madan for service of process on Defendant William W. Atkin is attached hereto as Exhibits A and is hereby filed with the Court.

DATED: January 12, 2004

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**SCOTT + SCOTT, LLC**


　　　　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　　　　David R. Scott (Juris No. 16080)
　　　　　　　　　　　　　　　　　　　　　　　Erin Green Comite (Juris No. 24886)
　　　　　　　　　　　　　　　　　　　　　　　108 Norwich Avenue
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 192
　　　　　　　　　　　　　　　　　　　　　　　Colchester, CT 06415
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　　(860) 537-5537
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　(860) 537-4432

**MILBERG WEISS BERSHAD HYNES
 & LERACH LLP**
Beth Kaswan
Ann M. Lipton
One Pennsylvania Plaza
New York, NY  10119
Telephone:     (212) 594-5300
Facsimile:      (212) 868-1229

**Co-Lead Counsel for Lead Plaintiffs**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2004, I caused a true and correct copy of the foregoing .to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

    ____/s/_____
    Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
|---|---|
| Andrew M. Schatz<br>Jeffrey S. Nobel<br>Patrick A. Klingman<br>SCHATZ & NOBEL<br>330 Main Street<br>Hartford, CT 06106-1817 | Gary R. Battistoni<br>Stuart A. Law<br>Edward Posner<br>DRINKER BIDDLE & REATH<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103-6996 |
| James E. Miller<br>SHEPHERD FINKELMAN MILLER &<br>SHAH, LLC<br>One Lewis Street<br>Hartford, CT 06103 | John W. Cannavino<br>CUMMINGS & LOCKWOOD, LLC<br>Four Stamford Plaza<br>107 Elm Street<br>Stamford, CT 06902 |
| Attorney Elias A. Alexiades<br>ATTORNEY ELIAS A. ALEXIADES<br>215 Church Street<br>New Haven, CT 06525 | James F. Stapleton<br>Kenneth W. Ritt<br>Terence J. Gallagher<br>DAY, BERRY & HOWARD, LLP<br>One Caterbury Green<br>Stamford, CT 06901 |
| Beth Kaswan<br>Ann Lipton<br>MILBERG WEISS BERSHAD HYNES<br>  & LERACH<br>One Pennsylvania Plaza<br>New York, NY 10119 | Thorn Rosenthal<br>Tammy Roy<br>CAHILL GORDON & REINDEL, LLP<br>80 Pine Street<br>New York, NY 10005-1702 |
| Marc Edelson<br>HOFFMAN & EDELSON<br>45 West Court St.<br>Doylestown, PA  18901 | Lawrence W. Andrea<br>LAW OFFICES OF<br>  LAWRENCE W. ANDREA<br>57 North Street, Suite 313<br>Danbury, CT 06810 |

Peter S. Olson
James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Francis S. Chlapowski
Randi B. Pincus
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Thomas J. Sansone
John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110