AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of CONNECTICUT

SUMMONS IN A CIVIL CASE

Sherry Schnall, Individually And On Behalf Of All Others Similarly Situated,

V.

Annuity and Life Re (Holdings), Ltd., XL Capital, Ltd., Lawrence S. Doyle, Frederick S. Hammer, John F. Burke, William W. Atkin, Brian O'Hara, and Michael P. Esposito, Jr.

CASE NUMBER: 3:02-CV-02133-GLG

TO: (Name and address of Defendant)

William W. Atkin
24 Cedar Court
Endicott, NY 13763-5579

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David R Scott
SCOTT & SCOTT, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
860-537-5537

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE
CLERK

JAN - 5 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G **Served personally upon the defendant.** Place **where served:** ______________________

G **Left copies thereof at the defendant's dwelling house or usual place** of abode **with a person of suitable** age and **discretion then residing** therein.

Name of person with whom the summons and complaint were left: ______________________

G Returned unexecuted: ______________________

G Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**Executed on** ______________ ______________________
**Date** *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal **Rules** of Civil Procedure.

Sherry Schnall, et. al., Plaintiff(s)
vs.
Annuity and Life Re (Holdings). Ltd., et. al., Defendant(s)




Service of Process by
APS International, Ltd.
1-800-328-7171
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--William W. Atkin, a/k/a Bill Atkin
Court Case No. 02-CV-2133-GLG

SCOTT & SCOTT
Ms. Erin Comite
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

State of: New York ) ss.
County of: Broome )

Name of Server: John Madan, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the 8th day of January, 20 04, at 10:10 o'clock A M

Place of Service: at 24 Cedar Court, in Endicott, NY 13763

Documents Served: the undersigned served the documents described as:
**Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**William W. Atkin, a/k/a Bill Atkin**

Person Served, and Method of Service:
X By personally delivering them into the hands of the person to be served.

By delivering them into the hands of ________________, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is ________________

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Gray; Facial Hair No
Approx. Age 55; Approx. Height 5'10"; Approx. Weight 175

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server (Date) 1/8/04
APS International, Ltd.
APS File #: 063605-0002

Subscribed and sworn to before me this 7th day of January, 2004
Carol S. Madan 2/27/07
Notary Public (Commission Expires)

CAROL S. MADAN
Notary Public - State of New York
No. 4947766
Residing in Broome County
My Commission Expires Feb. 27, 20 07