# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

======================================
|                                                                                  |     |                                          |
|----------------------------------------------------------------------|-----|------------------------------------------|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated | X X X | Consolidated Civil Action No. 02-CV-2133 (GLG) |
| Plaintiffs | X |  |
| V. | X | ALL CASES |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR. | X X X X X | |
| Defendants. | X X | JANUARY 13, 2004 |

======================================

## MOTION TO WITHDRAW

Pursuant to Local Rule 15, THOMAS J. SANSONE hereby seeks to withdraw his appearance on behalf of the defendant, JOHN F. BURKE. John R. Horvack, Jr. continues to represent the defendant on this matter. The undersigned represents that the defendant has received actual notice of this Motion to Withdraw.

/s/ Thomas J. Sansone
Thomas J. Sansone
Federal Bar # ct00671
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: tsansone@carmodylaw.com

{W1282748}

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this date to:

Attorneys for Plaintiffs

David R. Scott
Erin Green Comite
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415

Beth Kaswan
Ann Lipton
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Andrew M. Schatz
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1817

James E. Miller
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
Attorney Elias A. Alexiades
215 Church New Haven, CT 06525

<u>Attorneys for Defendants</u>

Gary R. Battistoni
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103-6996

John W. Cannavino
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Terence J. Gallagher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
Law Offices of Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 1700
Philadelphia, PA 19103

/s/ Thomas J. Sansone
Thomas J. Sansone