**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------X
SHERRY SCHNALL, Individually and,   :
On Behalf of All Others             :
Similarly Situated,                 :
                                    :
      Plaintiffs,              :            **ORDER**
                                    :
  -against-                        :
                                    :            **3: 02 CV 2133 (GLG)**
ANNUITY AND LIFE RE (HOLDINGS),     :
LTD., et al.,                       :
                                    :
      Defendants.              :
------------------------------------X

    The motion for Thomas J. Sansone to Withdraw as Attorney [Doc. 106] is **granted**.

    **SO ORDERED.**

**Dated:    January 20, 2004**
**          Waterbury, CT**                          /s/
                                                Gerard L. Goettel
                                                   U.S.D.J.