UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, individually and on behalf of all others similarly situated<br><br>PLAINTIFFS<br><br>VS.<br><br>ANNUITY & LIFE RE (HOLDINGS) LTD., ET AL.<br><br>DEFENDANTS | CIVIL ACTION NO. 3:02cv02133 (GLG)<br><br>Consolidated Action<br><br><br><br>January 26, 2004 |

## RENEWED MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. Rule 12 (b) (5), the defendant William W. Atkin (hereinafter, "Atkin") hereby renews his motion to dismiss the Amended Consolidated Complaint dated July 11, 2003, because the plaintiffs have still failed to make Atkin a party to this consolidated action. The Court's Ruling of December 23, 2003 [Doc. NO. 100] denied Atkin's motion to dismiss of October 3, 2003 [Doc. No. 62], <u>without prejudice</u>. The Court also granted the plaintiffs until January 12, 2004 to "properly" serve Atkin. The plaintiffs have failed to properly serve Atkin, and as such, he is still not a party to this action.

Accordingly, Atkin renews his motion to dismiss toe Amended Consolidated Complaint. A memorandum of law in support hereof is filed concurrently herewith as required by D. Conn. L. Civ. R. Rule 7 (a).

-2-

WHEREFORE, Atkin again respectfully requests that the court dismiss the Amended Consolidated Complaint dated July 11, 2003.

        THE DEFENDANT
        WILLIAM W. ATKIN


        By _____//ss//_____
        James T. Shearin, Fed. Bar No. ct01326
        Peter S. Olson, Fed. Bar No. ct16149
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT 06601-7006
        203.330.2000
        Facsimile 203.576.8888
        His Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 26, 2004 to all counsel and pro se parties of record.

For the lead plaintiffs COMMUNICATIONS WORKERS OF AMERICA and MIDSTREAM INVESTMENTS, LTD:

Peter E. Seidman
Ann M. Lipton
Milberg, Weiss, Bershad, Hynes & Lerach
One Pennsylvania, Plaza, Suite 4915
New York, NY  10119-0165
212.594.5300
Facsimile:  212.868.1229

David R. Scott
Erin Green Comite
Scott & Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
860.537.3818
Facsimile:  860.537.4432

For the plaintiffs IRVING FELDBAUM and RENA NADOFF:

David R. Scott
Karen M. Lesser
Erin Green Comite
Scott & Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
860.537.3818
Facsimile:  860.537.4432

For the plaintiffs PHILIP L. BIRD, RON BERNARD, DAN B. MADSEN, MICHAEL HERTZL, IRVING I. LASSOF

Patrick A. Klingman
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT  06106-1851
860.493.6292
Facsimile:  860.493.6290

For the plaintiff SHERRY SCHNALL:

Peter E. Seidman
Milberg, Weiss, Bershad, Hynes & Lerach
One Pennsylvania Plaza, Suite 4915
New York, NY  10119-0165
212.594.5300
Facsimile:  212.868.1229

David R. Scott
Karen M. Lesser
Erin Green Comite
Scott & Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
860.537.3818
Facsimile:  860.537.4432

For the plaintiff JEROME L. HUFF:

Jeffrey S. Nobel
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT  06106-1851
860.493.6292
Facsimile:  860.493.6290

-4-

For the defendant ANNUITY & LIFE RE (HOLDINGS) LTD:

    James F. Stapleton
    Kenneth W. Ritt
    Terence J. Gallagher, III
    Day, Berry & Howard
    One Canterbury Green
    Stamford, Ct  06901-2047
    203.977.7300
    Facsimile:  203.977.7301

    Edward M. Posner
    Gary R. Battistoni
    Stuart A. Law, Jr.
    Drinker, Biddle & Reath
    One Logan Square
    18th & Cherry Streets
    Philadelphia, PA  19103-6996

For the defendant FREDERICK S. HAMMER:

    James F. Stapleton
    Kenneth W. Ritt
    Terence J. Gallagher, III
    Day, Berry & Howard
    One Canterbury Green
    Stamford, Ct  06901-2047
    203.977.7300
    Facsimile:  203.977.7301

    John J. Robinson
    McCarter & English, LLP
    CityPlace 1
    185 Asylum Street
    Hartford, CT  06103
    860.275.7600
    Facsimile:  860.724.3397

For the defendant LAWRENCE S. DOYLE:

    John W. Cannavino
    Alexandra B. Stevens
    Karen L. Allison
    Cummings & Lockwood
    Four Stamford Plaza
    P.O. Box 120
    Stamford, CT  06904-0120
    203.327.1700
    Facsimile:  203.351.4499

For the defendant JOHN F. BURKE:

    James F. Stapleton
    Kenneth W. Ritt
    Terence J. Gallagher, III
    Day, Berry & Howard
    One Canterbury Green
    Stamford, Ct  06901-2047
    203.977.7300
    Facsimile:  203.977.7301

    John R. Horvack, Jr.
    Carmody & Torrance, LLP
    50 Leavenworth Street
    P.O. Box 1110
    Waterbury, CT  06721-1110
    203.573.1200
    Facsimile:  203.575.2600

For the defendants BRIAN O'HARA, MICHAEL P. ESPOSITO, JR. and XL CAPITAL, LTD.

    Thorn Rosenthal
    Tammy Roy
    Cahill, Gordon & Reindel, LLP
    80 Pine Street
    New York, NY  10005
    212.701.3000
    Facsimile:  212.269.5420

    Lawrence W. Andrea
    57 North Street, Suite 313
    Danbury, CT  06810
    203.743.6454

For the movant GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT:

    Andrew M. Schatz
    Jeffrey S. Nobel
    Patrick A. Klingman
    Schatz & Nobel
    330 Main Street
    Hartford, CT  06106-1817
    860.493.6292

**For the movant LOCAL 338 RETIREMENT FUND, BOARD OF TRUSTEES:**

James E. Miller
Shepherd, Finkelman, Miller & Shah
One Lewis Street
Hartford, CT 06103
860.246.0600
Facsimile: 860.246.0700

**For the movants JAY PETER KAUFMAN REVOCABLE TRUST and DAN B. MADSEN:**

Elias A. Alexiades
215 Church Street, 2nd Fl.
New Haven, CT 06510
203.777.4720
Facsimile: 203.777.4722

**For the defendant KPMG LLP (US):**

James H. Bicks
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203.363.7600
Facsimile 203-363-7676

Joseph T. Baio
Kelly M. Hnatt
Michelle J. Nadel
Willkie, Farr & Gallagher
787 Seventh Ave.
New York, NY 10019-6099
212.728.8000
Facsimile 212.728.8111

**For the defendant KPMG LLP (UK):**

Steven David Ecker
Cowdery, Ecker & Murphy
750 Main St.
Hartford, CT 06103
860.278.5555
Facsimile 860.249.0012

**For the defendant KPMG LLP (Bermuda):**

Frederick S. Gold
Shipman & Goodwin
300 Atlantic St.
Stamford, CT 06901-3522
203.324.8100
Facsimile (203)324-8199

                                                          //ss//
                        James T. Shearin, Fed. Bar No. ct01326
                        Peter S. Olson, Fed. Bar No. ct16149

BPRT/68845.1/PSO/505112v1