**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
SHERRY SCHNALL, Individually and,   :
On Behalf of All Others             :
Similarly Situated,                 :
                                    :
        Plaintiffs,                 :        ORDER
                                    :
    -against-                       :
                                    :        3: 02 CV 2133 (GLG)
ANNUITY AND LIFE RE (HOLDINGS),     :
LTD., et al.,                       :
                                    :
        Defendants.                 :
------------------------------------X
```

The motion to admit Beth Kaswan as a visiting attorney [Doc. 88] is **granted**.

**SO ORDERED.**

**Dated:   February 3, 2004**
**         Waterbury, CT**                          /s/
                                          **Gerard L. Goettel**
                                               **U.S.D.J.**