UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | Civil Action No. 02-CV-2133 (GLG)<br><br>Consolidated Action<br><br><br><br><br><br><br>February 13, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ATKIN'S RENEWED MOTION TO DISMISS

Pursuant to Local Rule 7(b), Lead Plaintiffs Communication Workers of America and Midstream Investments Ltd. ("Lead Plaintiffs") hereby move for an extension of time of thirty (30) days to respond to Defendant Atkin's Renewed Motion to Dismiss through to and including March 19, 2004. In support of this motion, Lead Plaintiffs state as follows:

1. On December 13, 2003, the Court issued its ruling on Defendant Atkin's first motion to dismiss. The Court denied the motion to dismiss and ordered Lead Plaintiffs "to properly serve the consolidated amended class action complaint" on Defendant Atkin by January 12, 2004.

2. On January 12, 2004, Lead Plaintiffs filed an Affidavit of Service, evidencing that Defendant Atkin was served with the consolidated amended class action complaint by in-hand service of process on January 8, 2004.

3. Despite being properly served with the consolidated amended class action complaint, Defendant Atkin now renews his motion to dismiss for failure to properly serve.

4. Lead Plaintiffs' response to Defendant Atkin's renewed motion to dismiss currently is due on February 18, 2004.

5. Accordingly, Lead Plaintiffs request an extension of time of thirty (30) days through to and including March 19, 2004.

6. Good cause is shown for this extension of time in order to address this issue properly.

7. This is Lead Plaintiffs first request for an extension of time to respond to Defendant Atkin's renewed motion to dismiss.

8. Counsel for Lead Plaintiffs, Erin Green Comite, has conferred with counsel for Defendant Atkin, James T. Shearin, who does not oppose this motion for extension of time.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant this motion for extension of time through to and including March 19, 2004.

DATED:    February 13, 2004

                                                          Respectfully submitted,

                                                          **SCOTT + SCOTT, LLC**

                                                          By: *Erin Green Comite*
                                                          David R. Scott (Juris No. 16080)
                                                          Erin Green Comite (Juris No. 24886)
                                                          108 Norwich Avenue
                                                          P.O. Box 192
                                                          Colchester, CT 06415
                                                          Telephone:    (860) 537-3818
                                                          Facsimile:    (860) 537-4432

                                                          **Co-Lead Counsel for Lead Plaintiffs**

**MILBERG WEISS BERSHAD HYNES
  & LERACH LLP**
Beth Kaswan
Ann M. Lipton
One Pennsylvania Plaza
New York, NY  10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

**Co-Lead Counsel for Lead Plaintiffs**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2004, I caused a true and correct copy of the foregoing to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

                                                                       */s/ Erin Green Comite*
                                                                        Erin Green Comite

Case 3:02-cv-02133-EBB    Document 113    Filed 02/13/2004    Page 4 of 6

## Annuity and Life Re (Holdings), Ltd. Service List

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER & SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES & LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
  LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Peter Olson
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

James K. Robertson, Jr.
John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

2

Francis S. Chlapowski
Randi B. Pincus
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

James H. Bicks
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203-363-7600

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
Willkie, Farr & Gallagher
787 Seventh Ave.
New York, NY 10019-6099
212-728-8000

Steven David Ecker
Cowdery, Ecker & Murphy
750 Main St.
Hartford, CT 06103
860-278-5555

Frederick S. Gold
Morgan Paul Rueckert
Shipman & Goodwin
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100

2