**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
SHERRY SCHNALL, Individually and,   :
On Behalf of All Others             :
Similarly Situated,                 :
                                    :
        Plaintiffs,                 :         ORDER
                                    :
    -against-                       :
                                    :         3: 02 CV 2133 (GLG)
ANNUITY AND LIFE RE (HOLDINGS),     :
LTD., et al.,                       :
                                    :
        Defendants.                 :
------------------------------------X
```

Plaintiff's motion for extension of time to March 19, 2004 to respond to Defendant Atkin's Renewed Motion to Dismiss [Doc. #113] is **granted**.

   **SO ORDERED.**

**Dated:   February 18, 2004**
          **Waterbury, CT**                  /s/
                                       Gerard L. Goettel
                                           U.S.D.J.