UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------- x
SHERRY SCHNALL, Individually and
On Behalf of All Others Similarly Situated,

                      Plaintiff,

         v.

ANNUITY AND LIFE RE (HOLDINGS),
LTD., XL CAPITAL, LTD., LAWRENCE S.
DOYLE, FREDERICK S. HAMMER, JOHN
F. BURKE, WILLIAM W. ATKIN, BRIAN
O'HARA, AND MICHAEL P. ESPOSITO JR.

                      Defendant.,
---------------------------------------------------------- x

CONSOLIDATED CIVIL ACTION
02-CV-2133 (GLG)

ALL CASES

March 10, 2004

## MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to Local Civil Rule 7(b), the defendant, John F. Burke, respectfully moves for a twenty-eight (28) day extension of time up to and including April 9, 2004, within which to file an answer to the plaintiff's complaint. In support of this motion, the undersigned represents:

1. On February 26, 2004, the Court issued an Opinion, denying Mr. Burke's Motion to Dismiss.

2. By rule, Mr. Burke has until March 11, 2004, within which to file a responsive pleading.

3. As a result of the complexity of this case and the number of complaint allegations, Mr. Burke needs the additional time to properly and accurately respond to the plaintiff's complaint.

{W1292209}

4. This is the first extension of time filed by Mr. Burke with respect to this time limitation.

5. The undersigned has conferred with plaintiff's counsel, Attorney Erin Green Comite, and she has been advised that the plaintiff consents to the granting of this Motion.

WHEREFORE, for all the foregoing reasons, the defendant, John F. Burke, respectfully moves for an extension of time up to and including April 9, 2004, within which to file his answer.

**CARMODY & TORRANCE LLP**

By:_____
John R. Horvack, Jr. (ct12926)
50 Leavenworth Street
P.O. Box 1110
Waterbury, Connecticut 06721
Telephone: (203) 573-1200
Facsimile: (203)575-2600

**MORGAN, LEWIS & BOCKIUS, LLP**
Francis S. Chlapowski
Randi B. Pincus
101 Park Avenue, 44th Floor
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this date to:

David R. Scott
Erin Green Comite
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415

Beth Kaswan
Ann Lipton
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901

Andrew M. Schatz
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1817

James E. Miller
Shepherd Finkelman Miller & Shah
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
Attorney Elias A. Alexiades
215 Church New Haven, CT 06525

Gary R. Battistoni
Drinker Biddle & Reath LLP
One Logan Square
Philadelphia, PA 19103-6996

John W. Cannavino
Cummings & Lockwood, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Terence J. Gallagher
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Thorn Rosenthal
Cahill Gordon & Reindel, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
Law Offices of Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 1700
Philadelphia, PA 19103

_____
JOHN R. HORVACK, JR.

{W1292209}