UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Schnall

V.                                Case Number:  3:02-cv-2133GLG

Annuity & Life Re; et al

**Motion for Extension of time to April 9, 2004,**

**to respond to Complaint,** Doc. # **118** is **GRANTED.**


Dated at New Haven, Connecticut, March 11, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Joanne Pesta
    Deputy Clerk