UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, | : : Case No. : |
| Plaintiff, | : 02CV2133 (GLG) |
| -against- | : : |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL O. ESPOSITO JR. | : March 12, 2004 : : : : : |
| Defendants. | : : |

**DEFENDANT KPMG LLP (U.S.)'S MOTION TO DISMISS
THE FIRST AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b) (6) and 9(b), Defendant KPMG LLP (U.S.) respectfully moves the Court to dismiss with prejudice the Amended Complaint on the grounds that it fails state a claim upon which relief can be granted and it fails to plead scienter and fraud with particularity. A memorandum of law and an affidavit in support of this motion is being filed herewith.

**ORAL ARGUMENT REQUESTED**

Dated: Stamford, Connecticut
      March 12, 2004

                                          WIGGIN AND DANA LLP

By: _____
      James H. Bicks (ct 04729)
400 Atlantic Street
Stamford, CT 06901
Tel: (203) 363-7600
Fax: (203) 363-7676

WILLKIE FARR & GALLAGHER LLP
      Kelly M. Hnatt (ct 25374)
      Michelle J. Nadel (ct 25473)
787 Seventh Avenue
New York, New York  10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111

Attorneys for Defendant KPMG LLP (U.S.)