UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL O. ESPOSITO JR.<br><br>Defendants. | Case No.<br><br>3:02cv2133 (GLG) |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant KPMG LLP (U.S.), which is a nongovernmental corporate party, states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Dated: March 12, 2004

        WIGGIN AND DANA LLP

        By: _____
            James H. Bicks (ct 04729)
        400 Atlantic Street
        Stamford, CT 06901
        Tel: (203) 363-7600
        Fax: (203) 363-7676

        WILLKIE FARR & GALLAGHER LLP
            Kelly M. Hnatt (ct 25374)
            Michelle J. Nadel (ct 25473)
        787 Seventh Avenue
        New York, New York  10019-6099
        Tel: (212) 728-8000
        Fax: (212) 728-8111

        Attorneys for Defendant KPMG LLP (U.S.)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Rule 7.1 Disclosure Statement of KPMG LLP was sent, via first class mail, on this 12th day of March, 2004 to:

David Randall Scott, Esq.
Karen M. Leser, Esq.
Erin Green Comite, Esq.
Scott & Scott LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

Beth Kaswan, Esq.
Ann M. Lipton, Esq.
Peter E. Seidman, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10019

Frederick S. Gold, Esq.
Morgan Paul Rueckert, Esq.
Shipman & Goodwin LLP
300 Atlantic St.
Stamford, CT 06901-3522

Elias A. Alexiades, Esq.
215 Church Street, 2nd Floor
New Haven, CT 06510

Karen L. Allison, Esq.
John W. Cannavino. Esq.
Cummings & Lockwood
Four Stamford Plaza
107 Elm St. PO Box 120
Stamford, CT 06904-0120

Lawrence William Andrea, Esq.
57 North Street, Suite 313
Danbury, CT 06810

Gary R. Battistoni, Esq.
Stuart A. Law, Esq.
Edward M. Posner, Esq.
Drinker, Biddle & Reath
One Logan Sq.
18th & Cherry Sts.
Philadelphia, PA 19103-6996

Terence J. Gallagher, III, Esq.
Kenneth W. Ritt, Esq.
James F. Stapleton, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John R. Horvack, Jr., Esq.
Carmody & Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110

Patrick A. Klingman, Esq.
Jeffrey S. Nobel, Esq.
Andrew M. Schatz, Esq.
Schatz & Nobel
330 Main Street
2nd Floor
Hartford, CT 06106-1817

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103

Peter S. Olson, Esq.
James T. Shearin, Esq.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

| | |
|---|---|
| John J. Robinson, Esq.<br>McCarter & English<br>Cityplace I<br>185 Asylum St.<br>36th Fl.<br>Hartford, CT 06103-3495 | Thorn Rosenthal, Esq.<br>Tammy Roy, Esq.<br>Cahill, Gordon & Reindel<br>80 Pine St.<br>New York, NY 10005 |

                                                                                                          Michael S. Sheehy

\16616\1\84293.1