UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                                 Plaintiffs,                   3:02CV2133 (GLG)

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                                 Defendants.                 March 15, 2004

-----------------------------------------------------------------x

## MOTION TO DISMISS

       Defendant KPMG Bermuda respectfully moves this Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 12 U.S.C. §§ 78u-4(b) to dismiss the First Amended Class Action Complaint (the "Amended Complaint"), dated January 13, 2004, which purports to allege claims pursuant to Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

       Defendant KPMG Bermuda moves to dismiss the Amended Complaint on the grounds that plaintiffs fail to allege particularized facts from which a strong inference of scienter may be drawn, thus failing to allege an essential element of their claim. KPMG Bermuda also moves to dismiss the Amended Complaint on the grounds that it fails to state a claim because plaintiffs fail to allege with particularity that KPMG

**ORAL ARGUMENT REQUESTED**

Bermuda made a materially misleading statement or omission. Because plaintiffs have failed to allege either a material misrepresentation or scienter against KPMG Bermuda, plaintiffs have failed to plead two essential elements of their claim.

Accordingly, the Amended Complaint fails to state a claim upon which relief can be granted, and should be dismissed. Defendant KPMG Bermuda's Memorandum of Law in support of this Motion is filed herewith.

WHEREFORE, KPMG Bermuda respectfully asks that its Motion to Dismiss be granted in full, together with such other and further relief as the Court deems just and proper.

**Respectfully Submitted,**

**DEFENDANT
KPMG BERMUDA**

By: _____
Frederick S. Gold
Fed. Bar. No.: ct 03560
Morgan P. Rueckert
Fed. Bar. No.: ct 19838
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel. (203) 324-8100
Fax. (203) 324-8199

Michael J. Malone
Paul A. Straus
Lisa Albert
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100
Fax. (212) 556-2222

Attorneys for KPMG BERMUDA

107885

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on March 15, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

Beth M. Kaswan
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES & LERACH
One Pennsylvania Plaza
New York, NY 10119

James E. Miller
SHEPHERD FINKELMAN MILLER & SHAH, LLC
One Lewis Street
Hartford, CT 06103

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Michael Malone
Paul Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

James H. Bicks
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06901

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III.
DAY, BERRY & HOWARD, LLP
One Canterury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Peter S. Olson
James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Steven D. Ecker
COWDERY, ECKER & MURPHY, LLC
750 Main Street
Hartford, CT 06103

Lawrence W. Andrea
LAW OFFICES OF LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, Ct 06810

Gary R. Battistoni
Stuart A. Law
Edward M. Posner
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

R. Nicholas Gimbel
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John R. Horvack, Jr.  
James K. Robertson, Jr.  
CARMODY & TORRANCE  
50 Leavenworth Street  
P.O. Box 1110  
Waterbury, CT 06721-1110  

John J. Robinson  
McCARTER & ENGLISH, LLP  
City Place I  
185 Asylum Street, 36th Floor  
Hartford, CT 06103  

_____  
Morgan P. Rueckert  

107831