UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>-against-<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>        Defendants. | **DECLARATION OF PAUL A. STRAUS**<br><br>CIVIL ACTION NO. 3:02CV2133 (GLG)<br><br><br><br>March 10, 2004 |

------------------------------------------------------------------x

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

   PAUL A. STRAUS, hereby declares as follows:

   1. I am a member of the bar of the State of New York and am an associate with the firm of King & Spalding LLP, attorneys for KPMG Bermuda. I submit this declaration in support of KPMG Bermuda's Motion to Dismiss the First Amended Class Action Complaint.

   2. Attached as Exhibit 1 is a true and correct copy of the First Amended Class Action Complaint filed in this action on January 13, 2004.

   3. Attached as Exhibit 2 is a true and correct copy of excerpts from Annuity & Life Holdings Re (Holdings), Ltd.'s ("ANR") Form 10-Q for the quarterly period ended June 30, 1998, filed with the Securities and Exchange Commission ("SEC") on August 13, 1998.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from ANR's Form 10-Q for the quarterly period ended September 30, 1998, filed with the SEC on November 12, 1998.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from ANR's Form 10-K for the fiscal year ended December 31, 1998, filed with the SEC on March 24, 1999.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from ANR's Form 10-K for the fiscal year ended December 31, 1999, filed with the SEC on March 29, 2000.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from ANR's Form 10-K for the fiscal year ended December 31, 2000, filed with the SEC on March 15, 2001.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from ANR's Form 10-K for the fiscal year ended December 31, 2001, filed with the SEC on March 28, 2002.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from ANR's Form 10-K/A-1 for the fiscal year ended December 31, 2001, filed with the SEC on March 21, 2003.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from ANR's Form 10-Q/A-1 for the quarterly period ended March 31, 2002, filed with the SEC on March 21, 2003.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from ANR's Form 10-K for the fiscal year ended December 31, 2002, filed with the SEC on April 16, 2003.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from ANR's Form 10-K/A-1 for the fiscal year ended December 31, 2002, filed with the SEC on July 2, 2003.

      13.     Attached as Exhibit 12 is a true and correct copy of excerpts from Statement of Financial Accounting Standards ("FAS") No. 97, issued by the Financial Accounting Standards Board ("FASB").

      14.     Attached as Exhibit 13 is a true and correct copy of excerpts from FAS No. 115, issued by the FASB.

      15.     Attached as Exhibit 14 is a true and correct copy of excerpts from FAS No. 131, issued by of the FASB.

      16.     Attached as Exhibit 15 is a true and correct copy of the FASB Statement 133 Implementation Issue No. B36.

      17.     Attached as Exhibit 16 is a true and correct copy of excerpts from FAS No. 133, issued by the FASB.

      18.     Attached as Exhibit 17 is a true and correct copy of FAS No. 137, issued by the FASB.

      19.     Attached as Exhibit 18 is a true and correct copy of excerpts from <u>Understanding Audits and the Auditor's Report: A Guide for Financial Statement Users</u> published by the American Institute of Certified Public Accountants ("AICPA") in 2001.

      20.     Attached as Exhibit 19 is a true and correct copy of excerpts from <u>The International Handbook of Convertible Securities</u> (Second Edition), written by Thomas C. Noddings, et al., published in 2001.

      21.     Attached as Exhibit 20 is a true and correct copy of excerpts from <u>Handbook of Accounting and Auditing</u>, by Barry J. Epstein, published in 2003.

22. Attached as Exhibit 21 is a true and correct copy of excerpts from <u>Audit and Accounting Guide for Life and Health Insurance Entities,</u> with Conforming Changes as of May 1, 2003, published by the AICPA in 2003.

23. Attached as Exhibit 22 is a true and correct copy of the October 26, 2001 PR Newswire article entitled, "Annuity & Life Re Announces Results of Conference Call."

Dated: New York, New York
       March 10, 2004

_____
PAUL A. STRAUS

5