UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

CIVIL ACTION NO.
3:02CV2133 (GLG)

Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

Defendants.

March 12, 2004

---------------------------------------------------------------------x

## MOTION, ON CONSENT, OF DEFENDANT KPMG BERMUDA
## FOR ONE DAY EXTENSION OF TIME TO ANSWER OR MOVE

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b)

of the Local Rules of Civil Procedure, defendant KPMG Bermuda hereby moves for an

extension of time of one (1) business day, to and including March 15, 2004, to answer or

otherwise respond to plaintiffs' First Amended Class Action Complaint For Violations of

Federal Securities Laws ("First Amended Complaint") in this action.  In support of this

motion, undersigned counsel for KPMG Bermuda states as follows:

1.      Defendant KPMG Bermuda is a partnership organized under the laws

of Bermuda and maintains its only offices in Hamilton, Bermuda.

2.      On January 16, 2004, the Court granted KPMG Bermuda's Initial Motion for Extension of Time to Answer or Move, dated January 9, 2004, extending the time to answer or move to and including March 12, 2004.

3.      The 119-page First Amended Complaint, dated January 13, 2004, contains 284 separately-numbered paragraphs of allegations, purporting to raise complex accounting and securities law issues and involving both annual audits and quarterly reviews dating back nearly four years, to early 2000.

4.      Especially in light of the fact that KPMG Bermuda is an out-of-country defendant, the requested additional business day is needed to allow counsel to complete the process of preparing its responsive pleading or motion, and adequately to consult with this defendant regarding the same.

5.      Lead counsel for KPMG Bermuda, King & Spalding LLP, has contacted Beth Kaswan of Milberg Weiss Bershad Hynes & Lerach LLP, lead counsel for plaintiffs, who has consented to this one (1) day extension of time.

6.      This is KPMG Bermuda's second request for an extension of time. This matter has not been assigned to trial.

7.      This motion is being filed within the existing deadline for KPMG Bermuda to respond to the Complaint.

WHEREFORE, KPMG Bermuda respectfully requests that this Court grant an extension of one (1) business day, to and including March 15, 2004, for KPMG Bermuda to answer or otherwise respond to the First Amended Complaint; together with such other and further relief as the Court deems proper.

2

Respectfully Submitted,

**DEFENDANT,**
**KPMG BERMUDA**


By: _____

Frederick S. Gold
Fed. Bar. No.: ct 03560
Morgan P. Rueckert
Fed. Bar. No.: ct 19838
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel. (203) 324-8100
Fax. (203) 324-8199

Michael J. Malone
Paul A. Straus
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100
Fax. (212) 556-2222

Attorneys for KPMG BERMUDA

107855

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class,

postage pre-paid on March 12, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

Beth M. Kaswan
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES &
LERACH
One Pennsylvania Plaza
New York, NY 10119

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Michael Malone
Paul Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

James H. Bicks
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06901

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III.
DAY, BERRY & HOWARD, LLP
One Canterury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Peter S. Olson
James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Steven D. Ecker
COWDERY, ECKER & MURPHY, LLC
750 Main Street
Hartford, CT 06103

Lawrence W. Andrea
LAW OFFICES OF LAWRENCE W.
ANDREA
57 North Street, Suite 313
Danbury, Ct 06810

Gary R. Battistoni
Stuart A. Law
Edward M. Posner
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

R. Nicholas Gimbel
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John R. Horvack, Jr.     John J. Robinson
James K. Robertson, Jr.    McCARTER & ENGLISH, LLP
CARMODY & TORRANCE   City Place I
50 Leavenworth Street     185 Asylum Street, 36th Floor
P.O. Box 1110        Hartford, CT  06103
Waterbury, CT 06721-1110

           _____
           Morgan P. Rueckert

107831