```
             UNITED STATES DISTRICT COURT

               DISTRICT  OF  CONNECTICUT
```

Sherry Schnall

V.                         Case Number:  3:02cv 2133(GLG

Annuity and Life re (Holdings), ltd. et al

**Motion for Extension**

Doc. # **128**

**ORDERED ACCORDINGLY**


    Dated at New Haven, Connecticut, March 16, 2004.


                KEVIN F. ROWE, CLERK


                By: _____
                      Rita Warner
                      Deputy Clerk