UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,

Defendants.

CIVIL ACTION NO. 3:02CV2133 (GLG)

March 12, 2004

**MOTION FOR ADMISSION**
**PRO HAC VICE OF PAUL A. STRAUS**

Frederick S. Gold, the undersigned attorney for defendant KPMG Bermuda, now moves the Court, pursuant to D. Conn. L. Civ. R. 83.1(d), to permit Paul A. Straus, Esq. to appear in this matter for KPMG Bermuda for all purposes. In support of this motion, based on the accompanying affidavit of Attorney Straus, the undersigned respectfully submits as follows:

1. Attorney Straus is a member of the Law Firm of King & Spalding LLP, having offices at, among other places, 1185 Avenue of the Americas, New York, NY, 10036-4003. His telephone number is (212) 556-2136. His fax number is (212) 556-2222. His email is pstraus@kslaw.com.

2. Attorney is a member in good standing and eligible to practice before the courts of the States of New York and New Jersey; the United States District Courts for the Southern and Eastern Districts of New York; and the United States District Court for the District of New Jersey.

3. Attorney Straus has not been denied admission or disciplined by this Court or any other court.

4. Attorney Straus has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. The payment of a $25 fee to the Clerk of this Court accompanies this motion.

**WHEREFORE**, the undersigned respectfully requests that Michael J. Malone, Esq., be granted permission to represent KPMG Bermuda in this matter pro hac vice, together with such other and further relief as the Court deems proper.

**DEFENDANT,**
**KPMG BERMUDA**

By: ______________________

Frederick S. Gold
Fed. Bar. No.: ct 03560
Morgan P. Rueckert
Fed. Bar. No.: ct 19838
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel. (203) 324-8100
Fax. (203) 324-8199

Attorneys for KPMG BERMUDA

107829

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,

Defendants.

CIVIL ACTION NO. 3:02CV2133 (GLG)

March 10, 2004

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Paul A. Straus, being duly sworn, on oath deposes and says:

1. This affidavit is submitted in support of the motion filed by Frederick S. Gold, Esq., seeking permission of the Court for me to appear pro hac vice, for all purposes, in the above matter pending in the United States District Court for the District of Connecticut. This motion is being filed on behalf of defendant KPMG Bermuda.

2. I am an associate with the law firm of King & Spalding LLP, having offices at, among other places, 1185 Avenue of the Americas, New York, NY, 10036-4003. My telephone number is (212) 556-2136. My fax number is (212) 556-2222. My email is pstraus@kslaw.com.

3. I am a member in good standing and eligible to practice before the courts of the States of New York and New Jersey; the United States District Courts for the Southern and Eastern Districts of New York; and the United States District Court for the District of New Jersey.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Paul A. Straus

Sworn to before me this
10th day of March, 2004.

Notary Public
My Commission Expires:

CHRISTINE AIELLO
NOTARY PUBLIC, State of New York
No. 01AI6006778
Qualified in Nassau County
Commission Expires May 4, 2006

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on March 12, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

Beth M. Kaswan
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES & LERACH
One Pennsylvania Plaza
New York, NY 10119

James E. Miller
SHEPHERD FINKELMAN MILLER & SHAH, LLC
One Lewis Street
Hartford, CT 06103

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Michael Malone
Paul Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

James H. Bicks
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06901

Steven D. Ecker
COWDERY, ECKER & MURPHY, LLC
750 Main Street
Hartford, CT 06103

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Lawrence W. Andrea
LAW OFFICES OF LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, Ct 06810

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III.
DAY, BERRY & HOWARD, LLP
One Canterury Green
Stamford, CT 06901

Gary R. Battistoni
Stuart A. Law
Edward M. Posner
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

R. Nicholas Gimbel
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Peter S. Olson
James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John R. Horvack, Jr.
James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

John J. Robinson
McCARTER & ENGLISH, LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103

Morgan P. Rueckert

107831