UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                              Plaintiffs,

                              -against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                              Defendants.

CIVIL ACTION NO.
3:02CV2133 (GLG)

March 12, 2004

-----------------------------------------------------------------x

**MOTION FOR ADMISSION**
**PRO HAC VICE OF MICHAEL J. MALONE**

        Frederick S. Gold, the undersigned attorney for defendant KPMG Bermuda, now moves the Court, pursuant to D. Conn. L. Civ. R. 83.1(d), to permit Michael J. Malone, Esq. to appear in this matter for KPMG Bermuda for all purposes. In support of this motion, based on the accompanying affidavit of Attorney Malone, the undersigned respectfully submits as follows:

        1.        Attorney Malone is a member of the Law Firm of King & Spalding LLP, having offices at, among other places, 1185 Avenue of the Americas, New York, NY, 10036-4003. His telephone number is (212) 556-2186. His fax number is (212) 556-2222. His email is mmalone@kslaw.com.

2. Attorney Malone is a member in good standing and eligible to practice before the courts of the State of New York; the United States District Courts for the Southern, Eastern, and Northern Districts of New York; and the United States Courts of Appeal for the First, Second, and Third Circuits; and the United States Supreme Court.

3. Attorney Malone has not been denied admission or disciplined by this Court or any other court.

4. Attorney Malone has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. The payment of a $25 fee to the Clerk of this Court accompanies this motion.

**WHEREFORE**, the undersigned respectfully requests that Michael J. Malone, Esq., be granted permission to represent KPMG Bermuda in this matter pro hac vice, together with such other and further relief as the Court deems proper.

                                                                 DEFENDANT,
                                                                 KPMG BERMUDA

By: _____
      Frederick S. Gold
      Fed. Bar. No.: ct 03560
      Morgan P. Rueckert
      Fed. Bar. No.: ct 19838
      SHIPMAN & GOODWIN LLP
      300 Atlantic Street
      Stamford, Connecticut 06901
      Tel. (203) 324-8100
      Fax. (203) 324-8199

Attorneys for KPMG BERMUDA

107828

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                      Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                      Defendants.

CIVIL ACTION NO.
3:02CV2133 (GLG)

March 10, 2004

------------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

Michael J. Malone, being duly sworn, on oath deposes and says:

1.     This affidavit is submitted in support of the motion filed by Frederick S. Gold, Esq., seeking permission of the Court for me to appear pro hac vice, for all purposes, in the above matter pending in the United States District Court for the District of Connecticut. This motion is being filed on behalf of defendant KPMG Bermuda.

2.     I am a member of the Law Firm of King & Spalding LLP, having offices at, among other places, 1185 Avenue of the Americas, New York, NY, 10036-4003. My telephone number is (212) 556-2186. My fax number is (212) 556-2222. My email is mmalone@kslaw.com.

3. I am a member in good standing and eligible to practice before the courts of the State of New York; the United States District Courts for the Southern, Eastern and Northern Districts of New York; the United States Courts of Appeal for the First, Second, and Third Circuits; and the United States Supreme Court.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

*[signature]*
Michael J. Malone

Sworn to before me this
10th day of March, 2004.

*[signature]*
Notary Public
My Commission Expires:

CHRISTINE AIELLO
NOTARY PUBLIC, State of New York
No. 01AI6006778
Qualified in Nassau County
Commission Expires May 4, 20__

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on March 12, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Michael Malone
Paul Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Beth M. Kaswan
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES &
LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

| | |
|---|---|
| James H. Bicks<br>WIGGIN & DANA LLP<br>400 Atlantic Street<br>P.O. Box 110325<br>Stamford, CT 06901 | Steven D. Ecker<br>COWDERY, ECKER & MURPHY, LLC<br>750 Main Street<br>Hartford, CT 06103 |
| John W. Cannavino<br>Karen L. Allison<br>CUMMINGS & LOCKWOOD, LLC<br>Four Stamford Plaza<br>107 Elm Street<br>Stamford, CT 06902 | Lawrence W. Andrea<br>LAW OFFICES OF LAWRENCE W. ANDREA<br>57 North Street, Suite 313<br>Danbury, Ct 06810 |
| James F. Stapleton<br>Kenneth W. Ritt<br>Terence J. Gallagher, III.<br>DAY, BERRY & HOWARD, LLP<br>One Canterury Green<br>Stamford, CT 06901 | Gary R. Battistoni<br>Stuart A. Law<br>Edward M. Posner<br>DRINKER BIDDLE & REATH<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103-6996 |
| Thorn Rosenthal<br>Tammy Roy<br>CAHILL GORDON & REINDEL, LLP<br>80 Pine Street<br>New York, NY 10005-1702 | R. Nicholas Gimbel<br>McCARTER & ENGLISH, LLP<br>Mellon Bank Center<br>1735 Market Street, Suite 700<br>Philadelphia, PA 19103 |
| Peter S. Olson<br>James T. Shearin<br>PULLMAN & COMLEY, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006 | Francis S. Chlapowski<br>Randi B. Pincus<br>MORGAN, LEWIS & BOCKIUS, LLP<br>101 Park Avenue, 44th Floor<br>New York, NY 10178 |

| | |
|---|---|
| John R. Horvack, Jr.<br>James K. Robertson, Jr.<br>CARMODY & TORRANCE<br>50 Leavenworth Street<br>P.O. Box 1110<br>Waterbury, CT 06721-1110 | John J. Robinson<br>McCARTER & ENGLISH, LLP<br>City Place I<br>185 Asylum Street, 36th Floor<br>Hartford, CT 06103 |

                                                                                    Morgan P. Rueckert

107831