UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Sherry Schnall

V.                                           Case Number:  3:02cv 2133 GLG

Annuity and Life Re: (Holdings), LTD, et al

**Motion for PHV** for attorney Paul A. Straus doc.# **130**

**GRANTED**

    Dated at New Haven, Connecticut, March 16, 2004.

                KEVIN F. ROWE, CLERK

                By: _____
                     Rita Warner
                     Deputy Clerk