UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Sherry Schnall

V.                              Case Number:  3:02cv2133 GLG

Annuity and Life Re:(Holdings), LTD

**Motion for PHV** for attorney Michael J. Malone doc.# **131**

**GRANTED**

Dated at New Haven, Connecticut, March 16, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Rita Warner
    Deputy Clerk