UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Mar 25  9 37 AM '04

| | | |
|---|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, | : : : | CONSOLIDATED CIVIL ACTION NO.: |
| Plaintiff, v. | : : : | 3:02-cv-2133(GLG) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, MICHAEL P. ESPOSITO, JR., KPMG LLP (United States), and KPMG in Bermuda, | : : : : : : : : | |
| Defendants. | : | MARCH 25, 2004 |

**DEFENDANTS XL CAPITAL, LTD., BRIAN O'HARA, AND
MICHAEL P. ESPOSITO JR.'S MOTION FOR EXTENSION OF TIME TO
ANSWER THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Local Rule 7(b), Defendants XL Capital, Ltd. ("XL Capital"), Michael P. Esposito Jr. ("Esposito"), and Brian O'Hara ("O'Hara," and collectively the "XL Capital Defendants") hereby move for an extension of time of two weeks to answer the Plaintiffs' Consolidated Amended Class Action Complaint (the "Amended Complaint" or "AC") up to and including April 8, 2004. The XL Capital Defendants reserve their rights as respects all applicable defenses to the Amended Complaint.

In support of this motion, the XL Capital Defendants state as follows:

1.  On March 11, 2004, the Court issued an Opinion, denying the XL Capital Defendants' Motion to Dismiss.

2. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the XL Capital Defendants currently have until March 25, 2004 to file a responsive pleading to the Amended Complaint.

3. As a result of the complexity of this case and the number of complaint allegations, the XL Capital Defendants need the additional time to properly and accurately respond to the Amended Complaint.

4. This is the first request of the XL Capital Defendants for an extension of time to answer the Amended Complaint.

5. Counsel for XL Capital Defendants, Tammy Roy, has conferred with counsel for Lead Plaintiffs, Beth Kaswan, who does not oppose this motion for extension of time.

WHEREFORE, the XL Capital Defendants respectfully ask that this Court grant this motion for extension of time through to and including April 8, 2004.

Dated: New York, New York  
March 25, 2004

By:_____

Thorn Rosenthal (ct. 21473)  
Tammy L. Roy (ct. 25188)  
CAHILL GORDON & REINDEL LLP  
80 Pine Street  
New York, New York 10005  
(212) 701-3000  
(212) 269-5420 (fax)  
trosenthal@cahill.com  
troy@cahill.com

Lawrence W. Andrea (ct. 18427)  
57 North Street, Suite 313  
Danbury, Connecticut 06810

2

(203) 743-6454
(203) 778-5770 (fax)
counsel@LawrenceWAndrea.com

Attorneys for Defendants XL Capital, Ltd., Brian O'Hara, and Michael P. Esposito Jr.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Extension of Time to Answer the Consolidated Amended Class Action Complaint was mailed first class postage prepaid, on March 24, 2004 to the following counsel of record:

Erin G. Comite, Esq.
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Beth Kaswan, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach LLP
One Pennsylvania Plaza
New York, New York 10119

Marc Edelson, Esq.
Hoffman & Edelson
45 West Court St.
Doylestown, Pennsylvania 18901

Andrew M. Schatz, Esq.
Schatz & Nobel
330 Main Street
Hartford, Connecticut 06106-1817

James E. Miller, Esq.
Shepherd, Finkelman, Miller & Shah, LLC
One Lewis Street
Hartford, Connecticut 06103

Elias A. Alexiades, Esq.
215 Church Street
New Haven, Connecticut 06525

Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

John R. Horvack, Jr., Esq.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, Connecticut 06721-1110

Francis S. Chlapowski, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, New York 10178

John J. Robinson, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103

R. Nicholas Gimbel, Esq.
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, Pennsylvania 19103

Josept T. Baio, Esq.
Wilkie, Farr & Gallagher
787 Seventh Avenue
New York, New York 10019-6099

James H. Bicks, Esq.
Wiggin & Dana
400 Atlantic Street, 7th Floor
P.O. Box 110325
Stamford, Connecticut 06911-0325

Steven D. Ecker, Esq.
Cowdery Ecker & Murphy LLC
750 Main Street, #910
Hartford, Connecticut 06103-2703

Gary R. Battistoni
Drinker, Biddle & Reath
One Logan Square
18th & Cherry Sts.
Philadelphia, Pennsylvania 19103-6996

John W. Cannavino, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Peter S. Olson, Esq.
Pulman & Comley LLC
850 Main Street
Bridgeport, Connecticut 06601

Frederick S. Gold
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901

Michael J. Malone
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036

_____
Tammy L. Roy

2