**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------X
SHERRY SCHNALL, Individually and,  :
On Behalf of All Others            :
Similarly Situated,                :
                                   :
        Plaintiffs,                :        ORDER
                                   :
     -against-                     :
                                   :        3: 02 CV 2133 (GLG)
ANNUITY AND LIFE RE (HOLDINGS),    :
LTD., et al.,                      :
                                   :
        Defendants.                :
-----------------------------------X
```

Defendant's motion for extension of time to April 8, 2004 to answer the Consolidated Amended Class Action Complaint [Doc. #135] is **granted**.

      **SO ORDERED.**

**Dated:   March 26, 2004**
         **Waterbury, CT**                              /s/
                                                      Gerard L. Goettel
                                                          U.S.D.J.