UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, | ) )  Civil Action No 02-CV-2133(GLG) ) |
| Plaintiffs, | )  Consolidated Action ) |
| v. | ) ) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO JR., | ) ) ) ) ) )  April 5, 2004 ) |
| Defendants. | ) |

**LEAD PLAINTIFFS' MOTION FOR PERMISSION TO FILE A CONSOLIDATED RESPONSE BRIEF IN OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS**

Lead Plaintiffs Communication Workers of America and Midstream Investments, Ltd. ("Lead Plaintiffs"), by and through their counsel, hereby respectfully move this Court for permission to file a consolidated response brief in opposition to the Motions to Dismiss of Defendants KPMG U.S. and KPMG Bermuda. In support of such motion, Lead Plaintiffs declare unto the Court as follows:

1. Defendants KPMG U.S. and KPMG Bermuda each filed a separate Motion to Dismiss, dated March 12, 2004 and March 15, 2004, respectively.

2. Defendants KPMG U.S. and KPMG Bermuda make similar arguments for dismissal that, for the sake of judicial economy and efficiency, can be addressed

**ORAL ARGUMENT NOT REQUESTED**     1

concurrently in a consolidated response brief in opposition to their Motions to Dismiss. Each Motion to Dismiss argues that the Lead Plaintiffs' have failed to plead sufficient facts to support a claim under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. These arguments can be more cogently addressed in one consolidated response brief, rather than parsed out among separate response briefs, as the most of the facts and law pertinent to each Defendant's argument are the same.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Lead Plaintiffs permission to file a consolidated response brief in opposition to the Motions to Dismiss of Defendants KPMG US and KPMG Bermuda.


Dated: April 5, 2004                                Respectfully submitted,

                                                    **SCOTT + SCOTT, LLC**


                                                    _____
                                                    David R. Scott (Juris No. 16080)
                                                    Erin Green Comite (Juris No. 24886)
                                                    108 Norwich Avenue
                                                    P.O. Box 192
                                                    Colchester, CT 06415
                                                    Telephone:    (860) 537-3818
                                                    Facsimile:    (860) 537-4432

                                                    **Co-Lead Counsel for Lead Plaintiffs**



                                                    **MILBERG WEISS BERSHAD HYNES
                                                     & LERACH LLP**
                                                    Beth Kaswan

        Ann M. Lipton
        One Pennsylvania Plaza
        New York, NY  10119
        Telephone:   (212) 594-5300
        Facsimile:    (212) 868-1229

        **Co-Lead Counsel for Lead Plaintiff**s

**HOFFMAN & EDELSON**
Marc Edelson
45 West Court St.
Doylestown, PA  18901
Telephone:    (215) 230-8043
Facsimile:     (215) 230-8735
**Of Counsel for Lead Plaintiffs**

10930.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2004, I caused a true and correct copy of Lead Plaintiffs' Motion For Permission To File A Consolidated Response Brief In Opposition To Certain Defendants' Motions To Dismiss to be served by U.S. mail on counsel of record listed on the attached Service List.

_____
Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES
  & LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA  18901

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
*Counsel for ANR*

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
*Counsel for Doyle*

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901
*Counsel for ANR, Hammer, Burke*

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702
*Counsel for XL Capital, Esposito, O'Hara*

Lawrence W. Andrea
LAW OFFICES OF
  LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810
*Counsel for XL Capital, Esposito, O'Hara*

James T. Shearin
Peter Olson
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006
*Counsel for Atkin*

James K. Robertson, Jr.

5

John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110
*Counsel for Burke*

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103
*Counsel for Hammer*

James H. Bicks
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203-363-7600
*Counsel for KPMG US*

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
Willkie, Farr & Gallagher
787 Seventh Ave.
New York, NY 10019-6099
212-728-8000
*Counsel for KPMG US*

Frederick S. Gold
Morgan Paul Rueckert
Shipman & Goodwin
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100
*Counsel for KPMG Bermuda*

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
*Counsel for KPMG Bermuda*

Michael J. Malone
Paul A. Strauss
Lisa Albert

10930.1

**ORAL ARGUMENT NOT REQUESTED**    7