UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> ANNUITY AND LIFE RE (HOLDINGS), : <br> LTD., XL CAPITAL LTD., LAWRENCE : <br> S. DOYLE, FREDERICK S. HAMMER, : <br> JOHN F. BURKE, WILLIAM W. ATKIN, : <br> BRIAN O'HARA, MICHAEL P. : <br> ESPOSITO, JR., and KPMG LLP, : <br> : <br> Defendants. : | CONSOLIDATED <br> CIVIL ACTION NO. <br><br> 3:02-cv-2133(GLG) LEAD <br><br><br><br><br><br><br><br><br><br> APRIL 8, 2004 |

**STATEMENT PURSUANT TO FED. R. CIV. P.
7.1(a) FOR XL CAPITAL, LTD.**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Defendant XL Capital, Ltd. certifies that XL Capital, Ltd. has no parent corporation, and that no publicly held corporation owns 10% or more of XL Capital stock.

Dated:  New York, New York
April 8, 2004

By: _____

Lawrence W. Andrea (ct. 18427)
57 North Street, Suite 313
Danbury, Connecticut 06810
(203) 743-6454
(203) 778-5770 (fax)
counsel@LawrenceWAndrea.com

Attorneys for Defendants XL Capital, Ltd.,
Brian O'Hara, and Michael P. Esposito Jr.

Thorn Rosenthal (ct. 21473)
Tammy L. Roy (ct. 25188)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
(212) 701-3000
(212) 269-5420 (fax)
trosenthal@cahill.com
troy@cahill.com

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing Statement Pursuant to Fed. R. Civ. P. 7.1(a) For XL Capital, Ltd. was mailed first class postage prepaid, on April 7, 2004 to the following counsel of record:

Erin G. Comite, Esq.
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Beth Kaswan, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach LLP
One Pennsylvania Plaza
New York, New York 10119

Marc Edelson, Esq.
Hoffman & Edelson
45 West Court St.
Doylestown, Pennsylvania 18901

Andrew M. Schatz, Esq.
Schatz & Nobel
330 Main Street
Hartford, Connecticut 06106-1817

James E. Miller, Esq.
Shepherd, Finkelman, Miller & Shah, LLC
One Lewis Street
Hartford, Connecticut 06103

Elias A. Alexiades, Esq.
215 Church Street
New Haven, Connecticut 06525

Terence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901

John R. Horvack, Jr., Esq.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, Connecticut 06721-1110

Francis S. Chlapowski, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, New York 10178

John J. Robinson, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103

R. Nicholas Gimbel, Esq.
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, Pennsylvania  19103

Josept T. Baio, Esq.
Wilkie, Farr & Gallagher
787 Seventh Avenue
New York, New York 10019-6099

James H. Bicks, Esq.
Wiggin & Dana
400 Atlantic Street, 7th Floor
P.O. Box 110325
Stamford, Connecticut 06911-0325

Frederick S. Gold
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901

Gary R. Battistoni
Drinker, Biddle & Reath
One Logan Square
18th & Cherry Sts.
Philadelphia, Pennsylvania 19103-6996

John W. Cannavino, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Peter S. Olson, Esq.
Pulman & Comley LLC
850 Main Street
Bridgeport, Connecticut 06601

Michael J. Malone
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036

_____
Tammy L. Roy