

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, | )<br>)  Civil Action No 02-CV-2133(GLG)<br>) |
| Plaintiffs, | )  Consolidated Action<br>) |
| v. | )<br>) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO JR., | )<br>)<br>)<br>)<br>)<br>)  April 5, 2004<br>) |
| Defendants. | ) |

*4/12/04: Motion GRANTED.*
*[signed] L. Goettel, USDJ*

## LEAD PLAINTIFFS' MOTION FOR PERMISSION TO FILE A CONSOLIDATED RESPONSE BRIEF IN OPPOSITION TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS

Lead Plaintiffs Communication Workers of America and Midstream Investments, Ltd. ("Lead Plaintiffs"), by and through their counsel, hereby respectfully move this Court for permission to file a consolidated response brief in opposition to the Motions to Dismiss of Defendants KPMG U.S. and KPMG Bermuda. In support of such motion, Lead Plaintiffs declare unto the Court as follows:

1. Defendants KPMG U.S. and KPMG Bermuda each filed a separate Motion to Dismiss, dated March 12, 2004 and March 15, 2004, respectively.

2. Defendants KPMG U.S. and KPMG Bermuda make similar arguments for

**ORAL ARGUMENT NOT REQUESTED**   1