UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, | : <br> : Case No. |
| Plaintiff, | : 02CV2133 (GLG) |
| -against- | : |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL O. ESPOSITO JR. | : April 13, 2004 |
| Defendants. | : |



**DEFENDANT KPMG LLP (U.S.)'S OPPOSITION TO PLAINTIFFS'
REQUEST FOR PERMISSION TO FILE A CONSOLIDATED BRIEF**

Defendant KPMG LLP (U.S.) ("KPMG U.S.") opposes plaintiffs' request to submit a consolidated brief in opposition to the motions to dismiss filed by KPMG U.S. and KPMG (Bermuda).

*First*, plaintiffs are once again trying improperly to lump together KPMG U.S. and KPMG (Bermuda) in an effort to obfuscate the issues before the Court. KPMG U.S. and KPMG (Bermuda) are separate and distinct legal entities, as plaintiffs are well aware, having named and served them separately in this action, and as courts also have recognized. See, e.g., In re Lernout & Haupsie, 230 F.Supp.2d 152 (D. Mass. 2002) (recognizing separateness of KPMG entities and discussing distinct grounds for each entity's motion to dismiss).

*Second*, defendants filed separate motions to dismiss that raised distinct arguments as to why the Complaint is legally deficient as to each of them. For example, as outlined in KPMG

U.S's motion to dismiss, all of the claims asserted against KPMG U.S. are legally deficient because there is no allegation that KPMG U.S. made any statement to investors. Indeed, the audit reports upon which plaintiffs sue were issued not by KPMG U.S., but by KPMG (Bermuda). These arguments -- as well as many others -- are unique to KPMG U.S. (including the arguments as to why the Complaint fails to allege aiding and abetting and control person liability under the federal securities laws).

*In sum*, because the grounds for KPMG U.S.'s motion to dismiss are separate and distinct, plaintiffs should address them in a stand-alone brief. This we believe will help facilitate a clear presentation of the issues to the Court.

WHEREFORE, plaintiffs' request to submit a consolidated brief should be denied.

Dated: Stamford, Connecticut
April 13, 2004

                                    WIGGIN AND DANA LLP

                                    By: /s/ James H. Bicks
                                    James H. Bicks (ct 04729)
                                    400 Atlantic Street
                                    Stamford, CT 06901
                                    Tel: (203) 363-7600
                                    Fax: (203) 363-7676

                                    WILLKIE FARR & GALLAGHER LLP
                                    Kelly M. Hnatt (ct 25374)
                                    Michelle J. Nadel (ct 25473)
                                    787 Seventh Avenue
                                    New York, New York 10019-6099
                                    Tel: (212) 728-8000
                                    Fax: (212) 728-8111

                                    Attorneys for Defendant KPMG LLP (U.S.)

\88888888\245\85597.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Opposition to Plaintiffs' Request for Permission to File a Consolidated Brief was sent, via first class mail, on this 13th day of April, 2004 to:

David Randall Scott, Esq.
Karen M. Leser, Esq.
Erin Green Comite, Esq.
Scott & Scott LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

Beth Kaswan, Esq.
Ann M. Lipton, Esq.
Peter E. Seidman, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10019

Frederick S. Gold, Esq.
Morgan Paul Rueckert, Esq.
Shipman & Goodwin LLP
300 Atlantic St.
Stamford, CT 06901-3522

Elias A. Alexiades, Esq.
215 Church Street, 2nd Floor
New Haven, CT 06510

Karen L. Allison, Esq.
John W. Cannavino. Esq.
Cummings & Lockwood
Four Stamford Plaza
107 Elm St. PO Box 120
Stamford, CT 06904-0120

Lawrence William Andrea, Esq.
57 North Street, Suite 313
Danbury, CT 06810

Gary R. Battistoni, Esq.
Stuart A. Law, Esq.
Edward M. Posner, Esq.
Drinker, Biddle & Reath
One Logan Sq.
18th & Cherry Sts.
Philadelphia, PA 19103-6996

Terence J. Gallagher, III, Esq.
Kenneth W. Ritt, Esq.
James F. Stapleton, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John R. Horvack, Jr., Esq.
Carmody & Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110

Patrick A. Klingman, Esq.
Jeffrey S. Nobel, Esq.
Andrew M. Schatz, Esq.
Schatz & Nobel
330 Main Street
2nd Floor
Hartford, CT 06106-1817

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103

| | |
|---|---|
| Peter S. Olson, Esq.<br>James T. Shearin, Esq.<br>Pullman & Comley<br>850 Main St., Po Box 7006<br>Bridgeport, CT 06601-7006 | John J. Robinson, Esq.<br>McCarter & English<br>Cityplace I<br>185 Asylum St.<br>36th Fl.<br>Hartford, CT 06103-3495<br><br>Thorn Rosenthal, Esq.<br>Tammy Roy, Esq.<br>Cahill, Gordon & Reindel<br>80 Pine St.<br>New York, NY 10005 |

_/s/ Michael S. Sheehy_
Michael S. Sheehy