UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>      Defendants. | Civil Action No. 02-CV-2133 (GLG)<br><br>Consolidated Action<br><br><br><br><br><br><br><br><br><br>April 15, 2004 |

**MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT ATKIN'S RENEWED MOTION TO DISMISS**

Pursuant to this Court's chamber practices,[1] Lead Plaintiffs Communication Workers of America and Midstream Investments Ltd. ("Lead Plaintiffs") hereby move for permission to file a surreply in response to Defendant Atkin's Reply Memorandum In Support Of Renewed Motion To Dismiss ("Reply"), filed on April 1, 2004. The proposed surreply is attached hereto. In support of this motion, Lead Plaintiffs state as follows:

1. On April 1, 2004, Defendant Atkin filed his Reply, in which he contends that he was improperly served because Lead Plaintiffs never sought permission to add him as a party to the consolidated action, and because he was only properly named as a party to the *Bird* and *Bernard* actions, but was not served with those complaints.

---

[1] Connecticut Bar Association, Federal Practice Section, Local Rules Committee, Chamber Practices: A Guide To The Practices Of U.S. District Court Judges And Magistrate Judges In Connecticut at 3 (2000).

2. An identical argument on similar facts was flatly rejected by the court in *In re Sunbeam Sec. Litig.*, 89 F. Supp. 2d 1326 (S.D. Fla. 1999). Thus, Atkin's arguments are meritless not only for the reasons stated in Lead Plaintiffs' prior briefing, but also for the reasons stated by the court in *Sunbeam*.

3. Good cause is shown for this surreply as this Court's chamber practices plainly contemplate the filing of a surreply in order to clarify and narrow the issues presented in a motion. Lead Plaintiffs seek to bring a factually identical case with persuasive judicial reasoning to the Court's attention to facilitate promptly disposing of Defendant Atkin's procedural matter in order to proceed against him on the merits. *See Schnall v. Annuity and Life RE Holdings*, 2003 WL 23100326, at *3 (D. Conn. Dec 13, 2003) (noting Second Circuit's "clearly expressed preference that litigation disputes be resolved on the merits") (citations omitted).

4. The undersigned conferred with Atkin's counsel, who did not oppose the filing of this motion, provided that Atkin have the opportunity to respond if necessary.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant this motion for permission to file a surreply, which is attached hereto, in response to Defendant Atkin's Reply.

DATED:        April 15, 2004

                          Respectfully submitted,

                          **SCOTT + SCOTT, LLC**

                          By: _____
                          David R. Scott (Juris No. 16080)
                          Erin Green Comite (Juris No. 24886)
                          108 Norwich Avenue
                          P.O. Box 192
                          Colchester, CT 06415
                          Telephone:    (860) 537-3818
                          Facsimile:    (860) 537-4432

                          **Co-Lead Counsel for Lead Plaintiffs**

                          **MILBERG WEISS BERSHAD HYNES**
                            **& LERACH LLP**
                          Beth Kaswan
                          Ann M. Lipton
                          One Pennsylvania Plaza
                          New York, NY  10119
                          Telephone:    (212) 594-5300
                          Facsimile:    (212) 868-1229

                          **Co-Lead Counsel for Lead Plaintiffs**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 15, 2004, I caused a true and correct copy of the MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT ATKIN'S RENEWED MOTION TO DISMISS and LEAD PLAINTIFFS' SURREPLY TO ATKIN'S RENEWED MOTION TO DISMISS to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

                   _____
                   Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES
  & LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
  LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Peter Olson
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

James K. Robertson, Jr.
John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

Francis S. Chlapowski
Randi B. Pincus
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

James H. Bicks
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203-363-7600

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
Willkie, Farr & Gallagher
787 Seventh Ave.
New York, NY 10019-6099
212-728-8000

Frederick S. Gold
Morgan Paul Rueckert
Shipman & Goodwin
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100