## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, | ) Civil Action No. 02-CV-2133 (GLG) |
| Plaintiffs, | ) Consolidated Action |
| v. | ) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR., | ) |
| Defendants. | ) April 15, 2004 |

*Motion GRANTED. /s/ Gerard L. Goettel, USDJ 4/19/04*

### MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT ATKIN'S RENEWED MOTION TO DISMISS

Pursuant to this Court's chamber practices,[1] Lead Plaintiffs Communication Workers America and Midstream Investments Ltd. ("Lead Plaintiffs") hereby move for permission file a surreply in response to Defendant Atkin's Reply Memorandum In Support Of .enewed Motion To Dismiss ("Reply"), filed on April 1, 2004. The proposed surreply is attached hereto. In support of this motion, Lead Plaintiffs state as follows:

1.    On April 1, 2004, Defendant Atkin filed his Reply, in which he contends that he was improperly served because Lead Plaintiffs never sought permission to add him as a party to the consolidated action, and because he was only properly named as a party to the *Bird* and *Bernard* actions, but was not served with those complaints.

---

[1] Connecticut Bar Association, Federal Practice Section, Local Rules Committee, Chamber Practices: A Guide To The Practices Of U.S. District Court Judges And Magistrate Judges In Connecticut at 3 (2000).