UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                        Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD.,
XL CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                        Defendants.

CIVIL ACTION NO.
3:02CV2133 (GLG)

------------------------------------------------------------x

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant KPMG (Bermuda).

Dated at: New York, New York, this 20th day of April, 2004.

*Paul A. Straus* (signature)

Paul A. Straus
Fed. Bar. No.: ct25740
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.  (212) 556-2100
Fax  (212) 556-2222

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on April 20, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Michael Malone
Paul Straus
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003

James H. Bicks
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06901

Beth M. Kasawn
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES &
LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

Steven D. Ecker
COWDERY, ECKER & MURPHY, LLC
750 Main Street
Hartford, CT 06103

| | |
|---|---|
| John W. Cannavino<br>Karen L. Allison<br>CUMMINGS & LOCKWOOD, LLC<br>Four Stamford Plaza<br>107 Elm Street<br>Stamford, CT 06902 | Lawrence W. Andrea<br>LAW OFFICES OF LAWRENCE W. ANDREA<br>57 North Street, Suite 313<br>Danbury, CT 06810 |
| James F. Stapleton<br>Kenneth W. Ritt<br>Terence J. Gallagher, III<br>DAY, BERRY & HOWARD, LLP<br>One Canterury Green<br>Stamford, CT 06901 | Gary R. Battistoni<br>Stuart A. Law<br>Edward M. Posner<br>DRINKER BIDDLE & REATH<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103-6996 |
| Thorn Rosenthal<br>Tammy Roy<br>CAHILL GORDON & REINDEL, LLP<br>80 Pine Street<br>New York, NY 10005-1702 | R. Nicholas Gimbel<br>McCARTER & ENGLISH, LLP<br>Mellon Bank Center<br>1735 Market Street, Suite 700<br>Philadelphia, PA 19103 |
| Peter S. Olson<br>James T. Shearin<br>PULLMAN & COMLEY, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006 | Francis S. Chlapowski<br>Randi B. Pincus<br>MORGAN, LEWIS & BOCKIUS, LLP<br>101 Park Avenue, 44th Floor<br>New York, NY 10178 |
| John R. Rovack, Jr.<br>James K. Robertson, Jr.<br>CARMODY & TORRANCE<br>50 Leavenworth Street<br>P.O. Box 1110<br>Waterbury, CT 06721-1110 | John J. Robinson<br>McCARTER & ENGLISH, LLP<br>City Place I<br>185 Asylum Street, 36th Floor<br>Hartford, CT 06103 |

Frederick S. Gold, Esq.
Morgan P. Rueckert, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connectict 06901-3522

_____
Paul A. Straus