UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD.,
XL CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                Defendants.

------------------------------------------------------------x

CIVIL ACTION NO.
3:02CV2133 (GLG)



## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for defendant KPMG (Bermuda).

Dated at:  New York, New York, this 20th day of April, 2004.

Michael J. Malone
Fed. Bar. No.: ct25741
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Tel.  (212) 556-2100
Fax  (212) 556-2222

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on April 20, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

Beth M. Kasawn
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES & LERACH
One Pennsylvania Plaza
New York, NY 10119

James E. Miller
SHEPHERD FINKELMAN MILLER & SHAH, LLC
One Lewis Street
Hartford, CT 06103

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Michael Malone
Paul Straus
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

James H. Bicks
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06901

Steven D. Ecker
COWDERY, ECKER & MURPHY, LLC
750 Main Street
Hartford, CT 06103

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III
DAY, BERRY & HOWARD, LLP
One Canterury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Peter S. Olson
James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John R. Rovack, Jr.
James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Lawrence W. Andrea
LAW OFFICES OF LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

Gary R. Battistoni
Stuart A. Law
Edward M. Posner
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

R. Nicholas Gimbel
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCARTER & ENGLISH, LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103

Frederick S. Gold, Esq.
Morgan P. Rueckert, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connectict 06901-3522

_____
Paul A. Straus