UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,** | ) <br> ) Civil Action No 02-CV-2133(GLG) <br> ) |
| Plaintiffs, | ) Consolidated Action <br> ) |
| v. | ) <br> ) |
| **ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO JR.,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) April 21, 2004 <br> ) |
| Defendants. | ) |

## LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE
## AN OVER-LENGTH BRIEF

Lead Plaintiffs Communication Workers of America and Midstream Investments, Ltd. ("Lead Plaintiffs"), by and through their counsel, hereby respectfully move this Court for leave to file an over-length opposition brief of fifty (50) pages. In support of this motion, Lead Plaintiffs declare unto the Court as follows:

1. Defendant KPMG LLP (US) filed a Motion to Dismiss, dated March 12, 2004, and KPMG LLP (Bermuda) filed a Motion to Dismiss, dated March 15, 2004 (collectively the "KPMG Motions to Dismiss").

2. On April 6, 2004, Lead Plaintiffs filed a motion for leave to file a consolidated brief in opposition to the KPMG Motions to Dismiss.

**ORAL ARGUMENT NOT REQUESTED**   1

3. On April 13, 2004, this Court granted Lead Plaintiffs leave to file such a consolidated opposition brief.

4. After completely analyzing the issues raised in the KPMG Motions to Dismiss, Lead Plaintiffs have determined that they will need fifty (50) pages, *ie.* an extra ten (10) pages, to fully address all issues raised. *See* D.Conn.L.Civ.R. 7(a)(2) (memoranda shall not exceed forty (40) pages).

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Lead Plaintiffs leave to file an over-length brief of fifty (50) pages.

Dated: April 21, 2004                              Respectfully submitted,

**SCOTT + SCOTT, LLC**

_____/s/_____
David R. Scott (Juris No. 16080)
Erin Green Comite (Juris No. 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:    (860) 537-3818
Facsimile:    (860) 537-4432

**Co-Lead Counsel for Lead Plaintiffs**

**MILBERG WEISS BERSHAD HYNES
  & LERACH LLP**
Beth Kaswan
Ann M. Lipton
One Pennsylvania Plaza
New York, NY  10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

**Co-Lead Counsel for Lead Plaintiff**s

**HOFFMAN & EDELSON**
Marc Edelson
45 West Court St.
Doylestown, PA  18901
Telephone:    (215) 230-8043
Facsimile:    (215) 230-8735
**Of Counsel for Lead Plaintiffs**

11071.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2004, I caused a true and correct copy of Lead Plaintiffs' Motion For Leave To File An Over-length Brief to be served by U.S. mail on counsel of record listed on the attached Service List.

_____/s/_____
Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
Ann Lipton
MILBERG WEISS BERSHAD HYNES
 & LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
 LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Peter Olson
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

James K. Robertson, Jr.
John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

Francis S. Chlapowski
Randi B. Pincus
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

James H. Bicks
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203-363-7600

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
Willkie, Farr & Gallagher
787 Seventh Ave.
New York, NY 10019-6099
212-728-8000

Frederick S. Gold
Morgan Paul Rueckert
Shipman & Goodwin
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100

**ORAL ARGUMENT NOT REQUESTED**     7