**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------X
SHERRY SCHNALL, Individually and,   :
On Behalf of All Others             :
Similarly Situated,                 :
                                    :
         Plaintiffs,                :       **ORDER**
                                    :
     -against-                      :
                                    :       **3: 02 CV 2133 (GLG)**
ANNUITY AND LIFE RE (HOLDINGS),     :
LTD., et al.,                       :
                                    :
         Defendants.                :
------------------------------------X

   Lead Plaintiff's motion for leave to file an over-length brief [Doc. #150] is **granted**.

        **SO ORDERED.**

**Dated:   April 27, 2004**
          **Waterbury, CT**                    _____/s/_____
                                              Gerard L. Goettel
                                                  U.S.D.J.