**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
SHERRY SCHNALL, Individually and,   :
On Behalf of All Others             :
Similarly Situated,                 :
                                    :
        Plaintiffs,                 :        ORDER
                                    :
    -against-                       :
                                    :        3: 02 CV 2133 (GLG)
ANNUITY AND LIFE RE (HOLDINGS),     :
LTD., et al.,                       :
                                    :
        Defendants.                 :
------------------------------------X
```

Defendants KPMG LLP (UNITED STATES) and KPMG (BERMUDA) motion for extension of time [Doc. #153] to June 30, 2004 to answer or otherwise respond to Defendant XL Capital's Cross Claim is **granted**.

       **SO ORDERED.**

**Dated:    May 5, 2004**
**          Waterbury, CT**                                  /s/
                                                Gerard L. Goettel
                                                  U.S.D.J.