UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                                       Plaintiffs,              3:02CV2133 (GLG)

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                                         Defendants.            May 25, 2004

------------------------------------------------------------x

## MOTION FOR LEAVE TO FILE REPLY
## MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITATION

        Defendant KPMG Bermuda respectfully moves, pursuant to Rule 7(d) of the Local Rules of Civil Procedure, for leave to file a reply memorandum of law in further support of its Motion to Dismiss, in excess of ten (10) pages. In support of this motion, undersigned counsel for KPMG Bermuda states as follows:

        1.      The 119-page First Amended Complaint, dated January 13, 2004, contains 284 separately-numbered paragraphs of allegations, purporting to raise complex accounting and securities law issues arising out of annual audits dating back nearly four years, to early 2000, among other allegations.

        2.      On March 12, 2004, KPMG Bermuda and KPMG LLP filed timely Motions to Dismiss.

**ORAL ARGUMENT REQUESTED**

3. On April 21, 2004, Lead Plaintiffs, Communication Workers of America and Midstream Investments, Ltd., filed Lead Plaintiffs' Motion for Leave to File an Over-Length Brief, in opposition to KPMG Bermuda and KPMG LLP's Motions to Dismiss.

4. On April 27, 2004, the Court granted Lead Plaintiffs' Motion for Leave to File an Over-Length Brief.

5. On April 28, 2004, Lead Plaintiffs filed their Consolidated Opposition to the Motions to Dismiss Filed by Defendants KPMG LLP (United States) and KPMG in Bermuda, dated April 28, 2004 ("Consolidated Opposition"), which was fifty (50) pages in length.

6. In view of the 119-page Amended Complaint and the fifty (50) page, over-length Consolidated Opposition, and after thoroughly analyzing the issues raised in said Consolidated Opposition, KPMG Bermuda respectfully asks leave to be relieved of the page limitation that would otherwise govern its reply memorandum of law. Specifically, that reply memorandum of law, which is filed herewith, is a total of 24 pages. In light of all of the foregoing, and in light of the complexity of this matter, KPMG Bermuda respectfully asks that said reply memorandum of law be permitted and accepted.

WHEREFORE, KPMG Bermuda respectfully asks that its Motion for Leave to File Reply Memorandum of Law in Excess of Page Limitation be granted in full, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

**DEFENDANT
KPMG BERMUDA**

By: _____
Frederick S. Gold
Fed. Bar. No.: ct 03560
Morgan P. Rueckert
Fed. Bar. No.: ct 19838
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel. (203) 324-8100
Fax. (203) 324-8199

OF COUNSEL:

Michael J. Malone
Fed. Bar. No.: ct 25741
Paul A. Straus
Fed. Bar. No.: ct 25740
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100
Fax. (212) 556-2222

Attorneys for KPMG BERMUDA

372245

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on May 25, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Michael Malone
Paul Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Beth M. Kaswan
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES &
LERACH
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

James H. Bicks
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06901

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III.
DAY, BERRY & HOWARD, LLP
One Canterury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Peter S. Olson
James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John J. Robinson
McCARTER & ENGLISH, LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103

Lawrence W. Andrea
LAW OFFICES OF LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, Ct 06810

Gary R. Battistoni
Stuart A. Law
Edward M. Posner
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

R. Nicholas Gimbel
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John R. Horvack, Jr.
James K. Robertson, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

107831

_____
Morgan P. Rueckert