UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL O. ESPOSITO JR.<br>Defendants. | Case No.<br><br>02CV2133 (GLG)<br><br><br>May 25, 2004 |

**DEFENDANT KPMG LLP (UNITED STATES) MOTION
FOR LEAVE TO FILE AN OVER-LENGTH BRIEF**

Defendant KPMG LLP (United States) hereby respectfully moves this Court for leave to file an over-length reply brief of fifteen (15) pages. In support of this motion, KPMG LLP (United States) states as follows:

1. On March 12, 2004, KPMG LLP (United States) filed a motion to dismiss..

2. On April 21, 2004, Lead Plaintiffs' filed motion for leave to file an over length opposition brief, which this Court granted on April 27, 2004.

3. On April 28, 2004, Lead Plaintiffs' filed an opposition brief fifty (50) pages long.

4. Due to the length of the Lead Plaintiff's opposition brief, KPMG LLP (United States) needs the extra five pages to fully respond to the arguments set forth in the Lead Plaintiffs' fifty (50) page opposition brief.

WHEREFORE, KPMG LLP (United States) respectfully requests that this Court grant its leave to file a reply brief of fifteen (15) pages.

Dated: Stamford, CT
May 25, 2004

DEFENDANT KPMG LLP (UNITED STATES)

By: _____
James H. Bicks (ct 04729)
WIGGIN AND DANA LLP
400 Atlantic Street
Stamford, CT 06901
Tel: (203) 363-7600
Fax: (203) 363-7676

WILLKIE FARR & GALLAGHER LLP
Kelly M. Hnatt (ct 25474)
Michelle J. Nadel (ct 25473)
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

Attorneys for Defendant KPMG LLP (United States)

\16616\1\87578.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent, via first class mail, on this 25th day of May, 2004 to:

David Randall Scott, Esq.
Karen M. Leser, Esq.
Erin Green Comite, Esq.
Scott & Scott LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

Beth Kaswan, Esq.
Ann M. Lipton, Esq.
Peter E. Seidman, Esq.
Milberg, Weiss, Bershad, Hynes &
Lerach LLP
One Pennsylvania Plaza
New York, NY 10019

Elias A. Alexiades, Esq.
215 Church Street, 2nd Floor
New Haven, CT 06510

Karen L. Allison, Esq.
John W. Cannavino. Esq.
Cummings & Lockwood
Four Stamford Plaza
107 Elm St. PO Box 120
Stamford, CT 06904-0120

Lawrence William Andrea, Esq.
57 North Street, Suite 313
Danbury, CT 06810

Gary R. Battistoni, Esq.
Stuart A. Law, Esq.
Edward M. Posner, Esq.
Drinker, Biddle & Reath
One Logan Sq.
18th & Cherry Sts.
Philadelphia, PA 19103-6996

Terence J. Gallagher, III, Esq.
Kenneth W. Ritt, Esq.
James F. Stapleton, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John R. Horvack, Jr., Esq.
Carmody & Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110

Patrick A. Klingman, Esq.
Jeffrey S. Nobel, Esq.
Andrew M. Schatz, Esq.
Schatz & Nobel
330 Main Street
2nd Floor
Hartford, CT 06106-1817

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103

Peter S. Olson, Esq.
James T. Shearin, Esq.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

John J. Robinson, Esq.
McCarter & English
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Thorn Rosenthal, Esq.
Tammy Roy, Esq.
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 1000

_____
Michael S. Sheehy

4