UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

3:02CV2133 (EBB)          SCHNALL VS. ANNUITY LIFE

MAY 27 2004

NOTICE TO COUNSEL

     WE HAVE TRANSFERRED THE ABOVE-CAPTIONED CASE FROM THE DOCKET OF THE HONORABLE GERARD L. GOETTEL, UNITED STATES DISTRICT JUDGE, TO THE DOCKET OF THE HONORABLE ELLEN BREE BURNS, UNITED STATES DISTRICT JUDGE, WHO SITS IN NEW HAVEN.  COUNSEL SHOULD CONTINUE TO FILE ALL FUTURE PLEADINGS AND FILINGS WITH THE OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, 141 CHURCH STREET, NEW HAVEN, CT.  THE INITIALS "EBB" SHOULD APPEAR AFTER THE CASE NUMBER.

                            BY ORDER OF THE COURT

                            KEVIN F. ROWE, CLERK