## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | ) Civil Action No. 02-CV-2133 (EBB)<br>)<br>) Consolidated Action<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) June 11, 2004<br>) |

**LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO THE MOTIONS TO DISMISS FILED BY DEFENDANTS KPMG BERMUDA AND KPMG USA**

Pursuant to this Court's chamber practices,[1] Lead Plaintiffs Communication Workers of America and Midstream Investments Ltd. ("Lead Plaintiffs") hereby move for leave to file a surreply in response to the Reply Memoranda of Law filed on May 25, 2004, by KPMG Bermuda and KPMG USA in further support of their motions to dismiss the Complaint in this action. The proposed surreply is attached hereto. In support of this motion, Lead Plaintiffs state as follows:

1. Resolution of many of the arguments raised by Defendants depends upon an understanding of various accounting principles. In each of their reply briefs, Defendants misstate or mischaracterize certain accounting principles, raised for the first time in the reply,

---

[1] Connecticut Bar Association, Federal Practice Section, Local Rules Committee, Chamber Practices: A Guide To The Practices Of U.S. District Court Judges And Magistrate Judges In Connecticut at 5 (2000).

to their advantage.  *See* KPMG Bermuda Reply at 4-5; KPMG USA Reply at 13.  Thus, Lead

Plaintiffs request the opportunity to set the record straight with respect to these accounting

issues.

2.      For instance, with respect to KPMG Bermuda, it improperly recasts Lead

Plaintiffs' allegations regarding the accounting of embedded derivatives in ANR's financial

statements, attempting to transform the appropriate analysis in deciding its motion to dismiss.

KPMG Bermuda in its Reply attempts to reinterpret the Complaint to assert that it was not

required to account for embedded derivatives because modified coinsurance agreements – the

type ANR had with Transamerica – were not deemed to contain embedded derivatives until

April 2003, after the Class Period.  KPMG Bermuda Reply at 4-5.  However, as set forth in

the surreply, the Complaint does not allege that ANR held embedded derivatives by virtue of

the fact that it had a modified coinsurance contract with Transamerica.  Rather, ANR held

convertible bonds, which always have been deemed to contain embedded derivatives, and it

was these embedded derivatives that were not accounted for in financial statements that

KPMG Bermuda certified.

3.      In addition, KPMG Bermuda also relies upon FASB Statement of Position 03-

1 for the first time in its Reply to support its argument that it was not required to record

certain guaranteed liabilities.  KPMG Bermuda Reply at 9.  As explained in the surreply,

KPMG Bermuda, in addition to raising this accounting standard for the first time in the

Reply, also mischaracterizes this accounting standard.  *Id.*

4.      With respect to KPMG USA, Lead Plaintiffs set forth several allegations in

the Complaint demonstrating that KPMG USA acted as a controlling person of KPMG

Bermuda.  KPMG USA responds to these points for the first time in its Reply.  Thus, Lead

Plaintiffs request the opportunity to address this argument.

5.       Additionally, Lead Plaintiffs wish to bring to the Court's attention recent case

law that directly rebuts one of KPMG USA's assertions regarding its control person liability.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant this motion

for permission to file a surreply, which is attached hereto, in response to the Reply

Memoranda of Law of KPMG Bermuda and KPMG USA.


DATED:  June 11, 2004

                                                        Respectfully submitted,

                                                        **SCOTT + SCOTT, LLC**


                                                        By:  _____
                                                        David R. Scott (Juris No. 16080)
                                                        Erin Green Comite (Juris No. 24886)
                                                        108 Norwich Avenue
                                                        P.O. Box 192
                                                        Colchester, CT 06415
                                                        Telephone:     (860) 537-3818
                                                        Facsimile:     (860) 537-4432

                                                        **Co-Lead Counsel for Lead Plaintiffs**


                                                        **MILBERG WEISS BERSHAD HYNES
                                                          & LERACH LLP**
                                                        Beth Kaswan
                                                        Ann M. Lipton
                                                        One Pennsylvania Plaza
                                                        New York, NY  10119
                                                        Telephone:     (212) 594-5300
                                                        Facsimile:     (212) 868-1229

                                                        **Co-Lead Counsel for Lead Plaintiffs**

**Of Counsel**
Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA  18901

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 11, 2004, I caused a true and correct copy of the LEAD

PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO

MOTIONS TO DISMISS FILED BY DEFENDANTS KPMG BERMUDA AND KPMG USA

and LEAD PLAINTIFFS' MEMORANDUM IN FURTHER OPPOSITION TO THE

MOTIONS TO DISMISS FILED BY DEFENDANTS KPMG BERMUDA AND KPMG USA

to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached

Service List.


_____
Erin Green Comite

**Annuity and Life Re (HoldinPgs), Ltd. Service List**

**Attorneys for Plaintiffs**

Patrick A. Klingman
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
One Lewis Street
Hartford, CT 06103

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

**Attorneys for Defendants**

Edward M. Posner
Gary R. Battistoni
Stuart A. Law, Jr.
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
P. O. Box 120
Stamford, CT 06904-0120

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901-2047

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
  LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Peter S. Olson
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

John J. Robinson
MCCARTER & ENGLISH, LLP
185 Asylum Street, 36th Floor
Hartford, CT  06103-3495

Alexandra B. Stevens
MCCARTER & ENGLISH, LLP
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902

James H. Bicks
WIGGIN & DANA
400 Atlantic St., 7th Fl.
P.O. Box 110325
Stamford, CT 06911-0325

2

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILLKIE, FARR & GALLAGHER
787 Seventh Ave.
New York, NY 10019-6099

Frederick S. Gold
Morgan Paul Rueckert
SHIPMAN & GOODWIN
300 Atlantic St.
Stamford, CT  06901-3522

Michael J. Malone
Paul A. Straus
KING & SPAULDING
1185 Avenue of the Americas
New York, NY  10036-4003

Francis S. Chlapowski
Randi B. Pincus
Morgan, Lewis & Bockius, LLP
101 Park Avenue, 44th Floor
New York, NY 10178