158

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>        Defendants. | ) Civil Action No. 02-CV-2133 (EBB)<br>)<br>) Consolidated Action<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) June 11, 2004<br>) |

## LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO THE MOTIONS TO DISMISS FILED BY DEFENDANTS KPMG BERMUDA AND KPMG USA

Pursuant to this Court's chamber practices,[1] Lead Plaintiffs Communication Workers of America and Midstream Investments Ltd. ("Lead Plaintiffs") hereby move for leave to file a surreply in response to the Reply Memoranda of Law filed on May 25, 2004, by KPMG Bermuda and KPMG USA in further support of their motions to dismiss the Complaint in this action. The proposed surreply is attached hereto. In support of this motion, Lead Plaintiffs state as follows:

    1.    Resolution of many of the arguments raised by Defendants depends upon an understanding of various accounting principles. In each of their reply briefs, Defendants misstate or mischaracterize certain accounting principles, raised for the first time in the reply,

---

[1] Connecticut Bar Association, Federal Practice Section, Local Rules Committee, Chamber Practices: A Guide To The Practices Of U.S. District Court Judges And Magistrate Judges In Connecticut at 5 (2000).