UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> -against- <br><br> ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR., <br><br> Defendants. | **REPLY DECLARATION OF PAUL A. STRAUS** <br><br> CIVIL ACTION NO. 3:02CV2133 (GLG) <br><br><br><br> May 24, 2004 |

------------------------------------------------------------------x

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

PAUL A. STRAUS, hereby declares, under the penalty of perjury, as follows:

1. I am a member of the bar of the State of New York and am an associate with the firm of King & Spalding LLP, attorneys for KPMG Bermuda. I submit this declaration in further support of KPMG Bermuda's Motion to Dismiss the First Amended Class Action Complaint.

2. Attached as Exhibit A is a true and correct copy of excerpts from Statement of Financial Accounting Standards No. 133, "Accounting for Derivative Instruments and Hedging Activities," issued by the Financial Accounting Standards Board (the "FASB").

3. Attached as Exhibit B is a true and correct copy of excerpts from Statement of Financial Accounting Standards ("FAS") No. 5, issued by the FASB.

4. Attached as Exhibit C is a true and correct copy of excerpts from the American Institute of Certified Public Accountants ("AICPA") Statement of Position 03-1, issued by the Accounting Standards Executive Committee.

5. Attached as Exhibit D is a true and correct copy of excerpts from ANR's Form 10-K for the fiscal year ended December 31, 1999, filed with the SEC on March 29, 2000.

6. Attached as Exhibit E is a true and correct copy of excerpts from ANR's Form 10-K for the fiscal year ended December 31, 2000, filed with the SEC on March 15, 2001.

7. Attached as Exhibit F is a true and correct copy of excerpts from Thomas C. Noddings et al., The International Handbook of Convertible Securities (2d ed. 2001).

Dated: New York, New York
       May 24, 2004

                                           _____
                                           PAUL A. STRAUS

Case 3:02-cv-02133-EBB   Document 169   Filed 08/18/2004   Page 3 of 5

                                           PAUL A. STRAUS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on May 25, 2004, to the following counsel:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

Beth M. Kaswan
Ann Lipton
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES & LERACH
One Pennsylvania Plaza
New York, NY 10119

James E. Miller
SHEPHERD FINKELMAN MILLER & SHAH, LLC
One Lewis Street
Hartford, CT 06103

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

David R. Scott
Erin Green Comite
Karen M. Lesser
Scott + Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Michael Malone
Paul Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

James H. Bicks
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06901

John W. Cannavino
Karen L. Allison
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III.
DAY, BERRY & HOWARD, LLP
One Canterury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Peter S. Olson
James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

John J. Robinson
McCARTER & ENGLISH, LLP
City Place I
185 Asylum Street, 36th Floor
Hartford, CT 06103

Lawrence W. Andrea
LAW OFFICES OF LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, Ct 06810

Gary R. Battistoni
Stuart A. Law
Edward M. Posner
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

R. Nicholas Gimbel
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178