UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>    Defendants. | Civil Action No 02 CV 2133 (EBB) |

## NOTICE OF FILING OF PROPOSED PARTIAL SETTLEMENT

  PLEASE TAKE NOTICE that Plaintiffs in the above captioned action hereby submit for filing the Stipulation and Agreement of Partial Settlement, with exhibits, dated August 24, 2004, which proposes a settlement in the above-referenced action between Lead Plaintiffs Communications Workers of America and Midstream Investments Ltd. on behalf of themselves and the Class and Defendants Annuity and Life Re (Holdings), Ltd., XL Capital, Ltd., Lawrence S. Doyle, Frederick S. Hammer, John F. Burke, William W. Atkin, Brian O'Hara, and Michael P. Esposito. The proposed settlement does not settle or release any claims of Lead Plaintiffs and the Class against KPMG in Bermuda ("KPMG Bermuda") and KPMG LLP USA ("KPMG USA") (collectively, "KPMG").

DATED: August 26, 2004

Respectfully submitted,

By: *David Scott (ASA)*
    David R. Scott (Juris No. 16080)
    Erin Green Comite (Juris No. 24886)

**SCOTT & SCOTT, LLC**
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

**Co-Lead Counsel for Plaintiffs**

By: *[signature]*
    Beth Kaswan (ct21415)
    Ann M. Lipton (ct25358)

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**Co-Lead Counsel for Plaintiffs**