# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, et al.,<br>                       Plaintiffs,<br>v.<br>ANNUITY AND LIFE RE (HOLDINGS),<br>LTD., XL CAPITAL, LTD., et al.,<br>                       Defendants. | )<br>)<br>)  Civil Action No. 02 CV 2133 (EBB)<br>)<br>)<br>) |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION,
PROPOSED PARTIAL SETTLEMENT AND SETTLEMENT HEARING**

TO:    ALL PERSONS WHO PURCHASED THE COMMON STOCK OF ANNUITY AND LIFE RE (HOLDINGS), LTD. ("ANR") DURING THE PERIOD BETWEEN MARCH 15, 2000 AND NOVEMBER 19, 2002, INCLUSIVE, AND WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a partial settlement valued at $16.5 million has been proposed. A hearing will be held before the Honorable Ellen Bree Burns in the United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at ___:_____ __.m., on _____, 2004 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses. Litigation is continuing as against KPMG, ANR's outside accountants during the Class Period.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Pendency of Class Action and Proposed Settlement with Certain Defendants, Motion for Attorneys' Fees and Settlement

Fairness Hearing and a Proof of Claim form, you may obtain copies of these documents by contacting:

>Annuity and Life Re (Holdings), Ltd. Securities Litigation
>c/o The Garden City Group, Inc.
>Claims Administrator
>Post Office Box 9000 #6254
>Merrick, NY 11566-9000
>(800) 298-3208
>www.gardencitygroup.com

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

| | |
|---|---|
| David R. Scott, Esq. | Beth Kaswan, Esq. |
| SCOTT + SCOTT, LLC | MILBERG WEISS BERSHAD |
| 108 Norwich Avenue | & SCHULMAN LLP |
| P.O. Box 192 | One Pennsylvania Plaza |
| Colchester, Connecticut 06415 | New York, NY 10119-0165 |
| (860) 537-5537 | (212) 594-5300 |

To participate in the Settlement, you must submit a Proof of Claim no later than _____, 2004. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than _____, 2004. Any objections to the Settlement must be filed by _____ 2004.

If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

>By Order of The Court

2