

## MILBERG WEISS

Beth Kaswan
Direct Dial: 212-613-5682
bkaswan@milbergweiss.com

October 5, 2004

UPS NEXT DAY AIR

The Honorable Ellen Bree Burns
Senior United States District Court Judge
United States District Court for the
District of Connecticut
141 Church Street
New Haven, Connecticut 06510

   Re: *Schnall, et al. v. Annuity and Life Re (Holdings), Ltd., et al.,*
     Civil Action No. 02 CV 2133 (EBB)

Dear Judge Burns:

  As discussed with Chambers, the schedule included in the Preliminary Order for Notice and Hearing In Connection With Settlement Proceedings entered by Your Honor on October 1, 2004 included a deadline of December 20, 2004 for filing and serving objections to the Settlement and for postmarking requests for exclusion from the Class, and scheduled the Settlement Fairness Hearing for the next day, December 21, 2004.

  This timetable would not permit the settling parties sufficient time to respond to any objections, or to determine the number of timely exclusion requests before the hearing. Paragraph 22 of the Stipulation and Agreement of Partial Settlement, dated August 24, 2004, provides that the Settling Defendants have the option, under a Supplemental Agreement, to withdraw from and terminate the settlement if potential Class Members who purchased in excess of a certain number of shares of ANR common stock traded during the Class Period exclude themselves from the Class. In order to allow time to review and analyze any exclusion requests received, the Supplemental Agreement proposed to allow three weeks between the date for postmarking requests for exclusion from the Class and the date of the Settlement Fairness Hearing.

Milberg Weiss Bershad & Schulman LLP

One Pennsylvania Plaza · New York, NY 10119 · 212-594-5300 · Fax 212-868-1229 · www.milbergweiss.com

NEW YORK · BOCA RATON · WILMINGTON · SEATTLE · WASHINGTON, D.C.

The Honorable Ellen Bree Burns
October 5, 2004
Page 2

Therefore, the parties to the Settlement respectfully request that Your Honor amend the schedule provided in the Preliminary Order. Provided that the order is entered on or before October 12, 2004, the enclosed Amended Preliminary Order for Notice and Hearing In Connection With Settlement Proceedings proposes an alternative schedule which would be administratively feasible and would address the above-referenced concern:

> Settlement Fairness Hearing (Order paragraph 4): At the Court's convenience on or after January 21, 2005;
>
> Deadline for mailing notice to the Class (Order paragraph 8): October 19, 2004;
>
> Deadline for submission of Proofs of Claim (Order paragraph 11(a)): March 7, 2005;
>
> Deadline for requesting exclusion (Order paragraph 12): December 27, 2004; and
>
> Deadline for filing objections (Order paragraph 14): December 27, 2004.

Thank you for your consideration.

Respectfully submitted,

Beth Kaswan

BK:pb
Enclosure

cc:     All Counsel (via facsimile)

Milberg Weiss Bershad & Schulman LLP

The Honorable Ellen Bree Burns
October 5, 2004
Page 3

| | |
|---|---|
| David R. Scott (Juris No. 16080)<br>Erin Green Comite (Juris No. 24886)<br>**SCOTT & SCOTT, LLC**<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, Connecticut 06415<br>Telephone: (860) 537-5537<br>Facsimile: (860) 537-4432<br><br>Beth Kaswan (ct21415)<br>Ann M. Lipton (ct25358)<br>**MILBERG WEISS BERSHAD &**<br>**SCHULMAN LLP**<br>One Pennsylvania Plaza<br>New York, New York 10119-0165<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br><br>**Co-Lead Counsel for Plaintiffs** | Gary R. Battistoni (ct24690)<br>Stuart A. Law, Jr. (ct24691)<br>**DRINKER BIDDLE & REATH LLP**<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, Pennsylvania 19103-6996<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br><br>James F. Stapleton (ct04267)<br>Terence J. Gallagher (ct22415)<br>**DAY, BERRY & HOWARD LLP**<br>One Canterbury Green<br>Stamford, Connecticut 06901<br>Telephone: (203) 977-7300<br>Facsimile: (203) 977-7301<br><br>**Attorneys for Defendant Annuity and Life**<br>**Re (Holdings), Ltd.** |
| Thorn Rosenthal (ct21473)<br>Tammy L. Roy (ct25188)<br>**CAHILL GORDON & REINDEL LLP**<br>80 Pine Street<br>New York, New York 10005-1702<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br><br>Lawrence W. Andrea (ct18427)<br>**THE LAW OFFICES OF LAWRENCE W.**<br>**ANDREA, ESQ.**<br>57 North Street, Suite 313<br>Danbury, Connecticut 06810<br>Telephone: (203) 743-6454<br>Facsimile: (203) 778-5770<br><br>**Attorneys for Defendants XL Capital, Ltd.,**<br>**Brian O'Hara, and Michael P. Esposito, Jr.** | John W. Cannavino (ct06051)<br>**CUMMINGS & LOCKWOOD LLC**<br>Four Stamford Plaza<br>107 Elm Street<br>Stamford, Connecticut 06902<br>Telephone: (203) 327-1700<br>Facsimile: (203) 351-4534<br><br>**Attorneys for Defendant Lawrence S. Doyle** |

Milberg Weiss Bershad & Schulman LLP

The Honorable Ellen Bree Burns
October 5, 2004
Page 4

| | |
|---|---|
| Gary R. Battistoni (ct24690)<br>Stuart A. Law, Jr. (ct24691)<br>**DRINKER BIDDLE & REATH LLP**<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, Pennsylvania 19103-6996<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br><br>R. Nicholas Gimbel (Of Counsel)<br>**McCARTER & ENGLISH, LLP**<br>Mellon Bank Center<br>1735 Market Street, Suite 700<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 979-3800<br>Facsimile: (215) 979-3899<br><br>James F. Stapleton (ct04267)<br>Terence J. Gallagher (ct22415)<br>**DAY, BERRY & HOWARD LLP**<br>One Canterbury Green<br>Stamford, Connecticut 06901<br>Telephone: (203) 977-7300<br>Facsimile: (203) 977-7301<br><br>**Attorneys for Defendant Frederick S. Hammer** | Gary R. Battistoni (ct24690)<br>Stuart A. Law, Jr. (ct24691)<br>**DRINKER BIDDLE & REATH LLP**<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, Pennsylvania 19103-6996<br>Telephone: (215) 988-2700<br>Facsimile: (215) 988-2757<br><br>John R. Horvack, Jr. (ct12926)<br>**CARMODY & TORRANCE LLP**<br>50 Leavenworth Street<br>P. O. Box 1110<br>Waterbury, Connecticut 06721-1110<br>Telephone: (203) 573-1200<br>Facsimile: (203) 575-2600<br><br>Marc J. Sonnenfeld (Of Counsel)<br>Karen Pieslak Pohlmann (Of Counsel)<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Streets<br>Philadelphia, Pennsylvania 19103-2921<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br><br>James F. Stapleton (ct04267)<br>Terence J. Gallagher (ct22415)<br>**DAY, BERRY & HOWARD LLP**<br>One Canterbury Green<br>Stamford, Connecticut 06901<br>Telephone: (203) 977-7300<br>Facsimile: (203) 977-7301<br><br>**Attorneys for Defendant John F. Burke** |

Milberg Weiss Bershad & Schulman LLP

The Honorable Ellen Bree Burns
October 5, 2004
Page 5

| | |
|---|---|
| James T. Shearin (ct01326)<br>Peter S. Olson (ct16149)<br>**PULLMAN & COMLEY, LLC**<br>850 Main Street<br>P. O. Box 7006<br>Bridgeport, Connecticut 06601-7006<br>Telephone: (203) 330-2000<br>Facsimile: (203) 576-8888<br><br>**Attorneys for Defendant William W. Atkin** | David M. Gische, Esq.<br>**ROSS, DIXON & BELL, LLP**<br>2001 K Street, N.W.<br>Washington, D.C. 20006-1040<br>Telephone: (202) 662-2000<br>Facsimile: (202) 662-2190<br><br>**Attorneys for Chubb Group of Insurance Companies** |
| Joseph T. Baio, Esq.<br>Kelly M. Hnatt, Esq.<br>Michelle J. Nadel, Esq.<br>**WILLKIE FARR &GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br><br>James H. Bicks, Esq.<br>**WIGGIN & DANA LLP**<br>400 Atlantic Street<br>PO Box 110325<br>Stamford, Connecticut 06911-0325<br>Telephone: (203) 363-7600<br>Facsimile: (203) 363-7676<br><br>**Attorneys for KPMG (United States)** | Michael J. Malone, Esq.<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, New York 10036-4003<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>Frederick S. Gold, Esq.<br>Morgan Paul Rueckert, Esq.<br>**SHIPMAN & GOODWIN LLP**<br>300 Atlantic Street<br>Stamford, Connecticut 06901-3522<br>Telephone: (203) 324-8100<br>Facsimile: (203) 324-8199<br><br>**Attorneys for KPMG (Bermuda)** |