UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, : <br> : Case No. <br> Plaintiff, : 02CV2133 (EBB) <br> : <br> -against- : <br> : <br> ANNUITY AND LIFE RE (HOLDINGS), : November 1, 2004 <br> LTD., XL CAPITAL, LTD., LAWRENCE : <br> S. DOYLE, FREDERICK S. HAMMER, : <br> JOHN F. BURKE, WILLIAM W. ATKIN, : <br> BRIAN O'HARA, AND MICHAEL O. : <br> ESPOSITO JR. : <br> Defendants. : | |

### FOURTH CONSENTED TO MOTION OF DEFENDANTS KPMG LLP (UNITED STATES) AND KPMG (BERMUDA) FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT XL CAPITAL, LTD'S CROSS CLAIM

Pursuant to Local Rule 7(b), Defendants KPMG LLP (United States) and KPMG LLP (Bermuda) hereby move for an extension of time, up to and including December 31, 2004, to answer or otherwise respond to defendant XL Capital, Ltd.'s ("XL") Cross Claim. In support of this motion, KPMG LLP (United States) and KPMG LLP (Bermuda) state as follows:

1. On April 8, 2004, XL filed a 76 page answer in which it, inter alia, asserted a Cross Claim against KPMG LLP (United States) and KPMG LLP (Bermuda).

2. On August 24, 2004, lead plaintiffs Communication Workers of America and Midstream Investments Ltd. filed a Stipulation and Agreement of Partial Settlement (the "Stipulation") with certain defendants, including XL. The Stipulation does not settle or release any claims against KPMG LLP (United States) or KPMG LLP (Bermuda).

3.   XL has consented to the requested extension of time.

4.   This is KPMG LLP's (United States) and KPMG LLP's (Bermuda) fourth request for an extension of time to respond to the Cross Claim.

5.   KPMG LLP (United States) and KPMG LLP (Bermuda) need the requested extension of time to analyze the Cross Claim and prepare an appropriate response in light of the recent Stipulation.

WHEREFORE, it is respectfully requested that the time for KPMG LLP (United States) and KPMG LLP (Bermuda) to answer or otherwise respond to the Cross Claim should be extended up to and including December 31, 2004.

Dated: Stamford, CT
       November 1, 2004

                                    **DEFENDANT KPMG LLP (UNITED STATES)**

                                    By: _____
                                        James H. Bicks (ct 04729)
                                        WIGGIN AND DANA LLP
                                        400 Atlantic Street
                                        Stamford, CT 06901
                                        Tel: (203) 363-7600
                                        Fax: (203) 363-7676


                                        WILLKIE FARR & GALLAGHER LLP
                                        Kelly M. Hnatt (ct 25474)
                                        Michelle J. Nadel (ct 25473)
                                        787 Seventh Avenue
                                        New York, NY 10019
                                        Tel: (212) 728-8000
                                        Fax: (212) 728-8111

                                        Attorneys for Defendant KPMG LLP (United States)

DEFENDANT KPMG LLP (BERMUDA)

By: _____
Frederick S. Gold (ct 03560)
Morgan Paul Rueckert (ct 19838)
SHIPMAN & GOODWIN LLP
300 Atlantic St.
Stamford, CT 06901-3522
Tel: (203) 324-8100
Fax: (203) 324-8199


KING & SPALDING LLP
Michael J. Malone (ct 25741)
Paul A. Straus (ct 25740)
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: (212) 556-2186
Fax: (212) 556-2222

Attorneys for Defendant KPMG LLP (Bermuda)

\16616\1\91729.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time of KPMG LLP (United States) and KPMG LLP (Bermuda) was sent, via first class mail, on this 1st day of November, 2004 to:

David Randall Scott, Esq.
Karen M. Leser, Esq.
Erin Green Comite, Esq.
Scott & Scott LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

Beth Kaswan, Esq.
Ann M. Lipton, Esq.
Peter E. Seidman, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY 10019

Elias A. Alexiades, Esq.
215 Church Street, 2nd Floor
New Haven, CT 06510

Karen L. Allison, Esq.
John W. Cannavino. Esq.
Cummings & Lockwood
Four Stamford Plaza
107 Elm St. PO Box 120
Stamford, CT 06904-0120

Lawrence William Andrea, Esq.
57 North Street, Suite 313
Danbury, CT 06810

Gary R. Battistoni, Esq.
Stuart A. Law, Esq.
Edward M. Posner, Esq.
Drinker, Biddle & Reath
One Logan Sq.
18th & Cherry Sts.
Philadelphia, PA 19103-6996

Terence J. Gallagher, III, Esq.
Kenneth W. Ritt, Esq.
James F. Stapleton, Esq.
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John R. Horvack, Jr., Esq.
Carmody & Torrance
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110

Patrick A. Klingman, Esq.
Jeffrey S. Nobel, Esq.
Andrew M. Schatz, Esq.
Schatz & Nobel
330 Main Street
2nd Floor
Hartford, CT 06106-1817

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103

Peter S. Olson, Esq.
James T. Shearin, Esq.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006

John J. Robinson, Esq.
McCarter & English
Cityplace I
185 Asylum St.
36th Fl.
Hartford, CT 06103-3495

Thorn Rosenthal, Esq.
Tammy Roy, Esq.
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 10005

_____
Michael S. Sheehy