## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, individually and on behalf of all others similarly situated | CIVIL ACTION NO. 3:02cv02133 (EBB) |
| PLAINTIFFS | Consolidated Action |
| VS. | |
| ANNUITY & LIFE RE (HOLDINGS) LTD., ET AL. | January 6, 2005 |
| DEFENDANTS | |

### <u>MOTION TO WITHDRAW AS COUNSEL</u>

The undersigned moves to withdraw as counsel on behalf defendant William T. Atkin (hereinafter "Mr. Atkin"). This motion is made pursuant to Local Rule 7(e) seeking an order authorizing my withdrawal of appearance as counsel on behalf of Mr. Atkin. The basis for withdrawal is that as of January 14, 2005, I will no longer be practicing law with the firm of Pullman & Comley, LLC, which firm presently serves and which will continue to serve as counsel to Mr. Atkin, as the appearance of James T. Shearin of Pullman & Comley, LLC, is on file. I certify that Mr. Atkin has received actual notice from me of my intention to withdraw and has consented to the same.

**WHEREFORE,** Peter S. Olson respectfully requests this Court enter an order permitting the withdrawal of his appearance as counsel to Mr. Atkin in this matter and for such other relief this Court deems just and proper.

THE DEFENDANT
William T. Atkin


By: _____//SS//_____
Peter S. Olson -- Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203.330.2000
Facsimile 203.576.8888
His Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 6, 2005 to all counsel and pro se parties of record.

For the lead plaintiffs COMMUNICATIONS WORKERS OF AMERICA and MIDSTREAM INVESTMENTS, LTD:

    Beth Kaswan
    Ann M. Lipton
    Peter E. Seidman
    Milberg, Weiss, Bershad, Hynes & Lerach
    One Pennsylvania Plaza, Suite 4915
    New York, NY 10119-0165
    212.594.5300
    Facsimile 212.868.1229

    David Randell Scott
    Karen M. Lesser
    Scott & Scott
    108 Norwich Ave.
    P.O. Box 192
    Colchester, CT 06415
    860.537.3818
    Facsimile 860.537.4432

For the plaintiff SHERRY SCHNALL:

    Peter E. Seidman
    Milberg, Weiss, Bershad, Hynes & Lerach
    One Pennsylvania Plaza, Suite 4915
    New York, NY 10119-0165
    212.594.5300
    Facsimile 212.868.1229

    David Randell Scott
    Karen M. Lesser
    Scott & Scott
    108 Norwich Ave.
    P.O. Box 192
    Colchester, CT 06415
    860.537.3818
    Facsimile 860.537.4432

For the plaintiffs IRVING FELDBAUM and RENA NADOFF:

    David Randell Scott
    Karen M. Lesser
    Scott & Scott
    108 Norwich Ave.
    P.O. Box 192
    Colchester, CT 06415
    860.537.3818

For the plaintiffs PHILIP L. BIRD, RON BERNARD, DAN B. MADSEN, MICHAEL HERTZL, IRVING I. LASSOF

    Patrick A. Klingman
    Schatz & Nobel, PC
    330 Main Street
    Hartford, CT  06106-1851
    860.493.6292
    Facsimile:  860.493.6290

For the plaintiff JEROME L. HUFF:

    Jeffrey S. Nobel
    Schatz & Nobel, PC
    330 Main Street
    Hartford, CT  06106-1851
    860.493.6292
    Facsimile:  860.493.6290

For the defendant ANNUITY & LIFE RE (HOLDINGS) LTD:

    James F. Stapleton
    Kenneth W. Ritt
    Terence J. Gallagher, III
    Day, Berry & Howard
    One Canterbury Green
    Stamford, CT  06901-2047
    203.977.7300
    Facsimile: 203.977.7301

Edward M. Posner
Gary R. Battistoni
Stuart A. Law, Jr.
Drinker, Biddle & Reath
One Logan Sq.
18th & Cherry Sts.
Philadelphia, PA 19103-6996

For the defendants XL CAPITAL, LTD, BRIAN
O'HARA and MICHAEL P. ESPOSITO, JR.:

Lawrence W. Andrea
57 North Street, Suite 313
Danbury, CT  06810
203.743.6454
Facsimile:  203.778-5770

For the defendants FREDERICK S. HAMMER and
JOHN F. BURKE:

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher, III
Day, Berry & Howard
One Canterbury Green
Stamford, CT  06901-2047

BPRT/68845.1/PSO/542470v1

203.977.7300
Facsimile: 203.977.7301

For the defendant LAWRENCE S. DOYLE:

John W. Cannavino
Alexandra B. Stevens
Karen L. Allison
Cummings & Lockwood
Four Stamford Plaza
P.O. Box 120
Stamford, CT  06904-0120
203.327.1700
Facsimile:  203.351.4499

For the movant LOCAL 338 RETIREMENT FUND,
BOARD OF TRUSTEES:

James E. Miller
Shepherd Finkelman Miller & Shah

One Lewis St. Hartford, CT  06103
860.246.0600
Facsimile 860.246.0700

For the movants JAY PETER KAUFMAN
REVOCABLE TRUST and DAN B. MADSEN:

Elias A. Alexiades
215 Church Street, 2nd Floor
New Haven, CT 06510
203-777-4720
Facsimile 203.777.4722

For the movant GENERAL RETIREMENT SYSTEM
OF THE CITY OF DETROIT:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1817
860.493.6292

_____
            //ss//
James T. Shearin, Fed. Bar No. ct01326
Peter S. Olson, Fed. Bar No. ct16149