## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, | : : : | CIVIL ACTION NO. |
| Plaintiff, | : : | 3:02-CV-2133 (EBB) |
| v. | : : | |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD, LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO JR., | : : : : : : | |
| Defendants. | : | JANUARY 10, 2005 |

### DEFENDANT ANNUITY AND LIFE RE (HOLDINGS), LTD.'S NOTICE OF ELECTION TO PAY SECOND PORTION OF SETTLEMENT CONSIDERATION IN CASH

Defendant Annuity and Life Re (Holdings), Ltd. hereby elects pursuant to ¶ 4(b) of the Stipulation and Agreement of Partial Settlement in this matter, which was filed on or about August 27, 2004, to pay the second portion of its share of the settlement consideration, $2.5 million, in cash.

PHLIT\513322\1

- 2 -

                DEFENDANT ANNUITY AND LIFE RE
                (HOLDINGS), LTD.

By: _____
       James F. Stapleton, Jr. (ct04267)
       Terence J. Gallagher (ct22415)
       Day, Berry & Howard, LLP
       One Canterbury Green
       Stamford, Connecticut 0901
       Tel. (203) 977-7300
       Fax  (203) 977-7301

             and

       Gary R. Battistoni (ct24690)
       Stuart A. Law, Jr. (ct24691)
       Drinker Biddle & Reath LLP
       One Logan Square
       18th and Cherry Streets
       Philadelphia, PA  19103-6996
       Tel. (215) 988-2700
       Fax (215) 988-2757

       Its Attorneys

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 10th day of January, 2005, via first-class mail, postage prepaid, to the following counsel:

David R. Scott, Esq.
Erin Green Comite, Esq.
Scott & Scott LLC
108 Norwich Ave., P.O. Box 192
Colchester, CT  06415

Beth Kaswan, Esq.
Ann Lipton, Esq.
Milberg, Weiss, Bershad & Shulman LLP
One Pennsylvania Plaza
New York, New York  10119

John W. Cannavino, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT  06902

John J. Robinson, Esq.
McCarter & English, LLP
755 Main Street
Hartford, CT 06103

John R. Horvack, Jr., Esq.
Carmody & Torrance LLP
50 Leavenworth St., P. O. Box 1110
Waterbury, CT 06721

Joseph T. Baio, Esq.
Kelly M. Hnatt, Esq.
Michelle J. Nadel, Esq.
Willkie, Farr & Gallagher LLP
787 Seventh Ave.
New York, NY 10019

Michael J. Malone, Esq.
Paul A. Strauss, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Thorn Rosenthal, Esq.
Tammy Roy, Esq.
Cahill, Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Lawrence W. Andrea, Esq.
57 North Street, Ste. 313
Danbury, CT 06810

James T. Shearin, Esq.
Peter S. Olson, Esq.
Pullman & Comley LLC
850 Main St., P. O. Box 7006
Bridgeport, CT 06601

Marc Edelson, Esq.
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA 18901

R. Nicholas Gimbel, Esq.
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Ste. 1700
Philadelphia, PA 19103

James H. Bicks, Esq.
Wiggin & Dana LLP
400 Atlantic Street, 7th Floor
P.O. Box 110325
Stamford, CT  06911

Frederick S. Gold, Esq.
Morgan P. Rueckert, Esq.
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901

Eric Kraeutler, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103

Terence J. Gallagher