UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | Civil Action No 03 CV 2133 (EBB)<br><br><br><br><br><br><br><br><br><br>JANUARY 14, 2005 |

**LEAD PLAINTIFFS' MOTION FOR PERMISSION TO FILE AN OVER-LENGTH BRIEF IN SUPPORT OF THEIR MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND PETITION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Lead Plaintiffs Communications Workers of America and Midstream Investments, Ltd. ("Lead Plaintiffs"), by and through their counsel, hereby respectfully move this Court for permission to file an over-length brief of 55 pages in support of Lead Plaintiffs' Motion For Final Approval Of Proposed Class Action Settlement, Certification Of Settlement Class And Petition For Award Of Attorneys Fees And Reimbursement Of Expenses ("Final Approval Motion"). In support of filing an over-length brief, Lead Plaintiffs declare unto the Court as follows:

1.     Lead Plaintiffs this day have moved this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure to grant final approval of the proposed settlement of $16.5 million (the "Settlement") in the above-captioned action.

2.	The Final Approval Motion requests that the Court: (i) grant final approval of the proposed Settlement, including the proposed Plan of Allocation; (ii) certify the proposed class for settlement purposes; and (iii) award plaintiffs' counsel requested attorneys' fees and expenses.

3.	Each of the foregoing issues is briefed in full detail to assist the Court in its decision-making process. Lead Plaintiffs addressed each issue in a single brief, instead of in separate briefs, for the sake of brevity, efficiency and judicial economy. Had Lead Plaintiffs addressed each issue in separate briefs, there would have been significant repetition, which would have been burdensome for the Court. Thus, good cause is shown for granting this request for a page extension of fifteen (15) extra pages to 55 pages.

4.	All defendants consent to this motion.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Lead Plaintiffs permission to file an over-length brief of 55 pages.

Dated:	January 14, 2005

Respectfully submitted,

**SCOTT + SCOTT, LLC**

_____
David R. Scott (ct16080)
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:	(860) 537-3818
Facsimile:	(860) 537-4432

**MILBERG WEISS BERSHAD**
 **& SCHULMAN LLP**

_____
Beth Kaswan (ct21415)
Ann M. Lipton (ct25358)
One Pennsylvania Plaza
New York, NY  10119

Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of January, 2005, I caused a true and correct copy of the LEAD PLAINTIFFS' MOTION FOR PERMISSION TO FILE AN OVER-LENGTH BRIEF to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

                                                                   _____

                                                                   Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suit 1700
Hartford, CT 06106

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
65 Main Street
Chester, CT 06412

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

Deborah R. Gross
LAW OFFICES OF BERNARD M.
GROSS, P.C.
1515 Locust Street, Suite 200
Philadelphia, PA 19102

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

S. Gene Cauley
J. Allen Carney
CAULEY BOWMAN CARNEY &
WILLIAMS, P.C.
P. O. Box 25438
Little Rock, AR 72221-5438

Ann M. Caldwell
CALDWEL LAW OFFICE, LLC
141 Pelham Road, Suite 300
Philadelphia, PA 19119

Curt Trinko
LAW OFFICES OF CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036

Donald B. Lewis
LAW OFFICES OF DONALD B. LEWIS
5 Cynwyd Road
Bala Cynwyd, PA 19004

Felix Fox
KAPLAN FOX KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Eugene Friedman
FRIEDMAN & WOLF
1500 Broadway
New York, NY 10036

Douglas McKeige
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019

Joseph Weiss
WEISS &LURIE
551 Fifth Avenue, Suite 1600
New York, NY 10176

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
  LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Michael J. Malone
KING & SPAULDING
1185 Avenue of the Americas
New York, NY 10036-4003

John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
MCCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

James H. Bicks
WIGGIN & DANA
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203-363-7600

Kelly M. Hnatt
Joseph T. Baio
WILLKIE, FARR & GALLAGHER
787 Seventh Ave.
New York, NY 10019-6099
212-728-8000

Frederick S. Gold
Morgan Paul Rueckert
SHIPMAN & GOODWIN
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100