# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) ) ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR., ) ) ) ) ) ) ) Defendants. ) | Civil Action No 02 CV 2133 (EBB) |

AFFIDAVIT OF BETH KASWAN
RE: PUBLICATION OF THE SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED PARTIAL SETTLEMENT AND SETTLEMENT HEARING

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Beth Kaswan, being first duly sworn, deposes and says:

1. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP, Plaintiffs' Co-Lead Counsel in the above-caption action. I submit this affidavit in order to provide the Court and the parties to the Action with information regarding the publication of the Summary Notice of Pendency of Class Action, Proposed Partial Settlement and Settlement Hearing (the "Publication Notice"). I have personal knowledge of the facts stated herein.

1

2.     The Court's Amended Preliminary Order for Notice and Hearing in connection with Settlement Proceedings dated October 6, 2004, directed that the Publication Notice be published in the international edition of The Wall Street Journal and the international edition of Financial Times. As shown in the affidavit of publication attached hereto as Exhibit A, the Publication Notice was published in the international edition of The Wall Street Journal on October 26, 2004. As shown in the affidavit of publication attached hereto as Exhibit B, the Publication Notice was published in the international edition of Financial Times on October 26, 2004.

Beth Kaswan

Sworn to before me this
13th day of January, 2005
MELISSA C. TOLENTINO
Notary Public, State of New York
No. 01TO6101437
Qualified in New York County
Commission Expires 11/17/2007
Notary Public

# EXHIBIT A

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS )

I, <u>Mike Henley</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of <u>THE WALL STREET JOURNAL</u> (Global), a daily national newspaper published and of general circulation in The United States of America, Asia, Europe and that the attached advertisement has been published in <u>THE WALL STREET JOURNAL</u> (Global) for <u>one</u> insertion(s) on the following date(s): <u>10/26/04</u>; advertiser Annuity and Life RE and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.



Sworn to before me this

26th day of October 2004

_____
Notary Public

UNITED STATES DISTRICT COURT · DISTRICT OF CONNECTICUT

SHERRY SCHNALL, et al.,
    Plaintiffs,

v.

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., et al.,
    Defendants.

Civil Action No. 02 CV 2133 (EBB)

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED PARTIAL SETTLEMENT AND SETTLEMENT HEARING

TO: ALL PERSONS WHO PURCHASED THE COMMON STOCK OF ANNUITY AND LIFE RE (HOLDINGS), LTD. ("ANR") DURING THE PERIOD BETWEEN MARCH 15, 2000 AND NOVEMBER 19, 2002, INCLUSIVE, AND WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a partial settlement valued at $16.5 million has been proposed. A hearing will be held before the Honorable Ellen Bree Burns in the United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at 9:00 a.m., on January 21, 2005 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses. Litigation is continuing as against KPMG, ANR's outside accountants during the Class Period.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Pendency of Class Action and Proposed Settlement with Certain Defendants, Motion for Attorneys' Fees and Settlement Fairness Hearing and a Proof of Claim form, you may obtain copies of these documents by contacting:

    Annuity and Life Re (Holdings), Ltd. Securities Litigation
    c/o The Garden City Group, Inc., Claims Administrator
    Post Office Box 9000 #6254, Merrick, NY 11566-9000
    (800) 298-3208 · www.gardencitygroup.com

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

David R. Scott, Esq.
SCOTT + SCOTT, LLC.
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut 06415
(860) 537-5537

Beth Kaswan, Esq.
MILBERG WEISS BERSHAD
& SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

To participate in the Settlement, you must submit a Proof of Claim no later than March 7, 2005. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than December 27, 2004. Any objections to the Settlement must be filed by December 27, 2004. If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

By Order of The Court

# EXHIBIT B

# AFFIDAVITS

**IN THE MATTER OF:**   Sherry Schnall v Annuity and Life (Holdings),Ltd.,XL Capital, Ltd

**STATE OF NEW YORK:** ]

                    **ss:** ]

**COUNTY OF NEW YORK:** ]

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the said FINANCIAL TIMES in London, Frankfurt, Paris, Tokyo, Sweden, Madrid, and Hong Kong on the

### 26 th day of October 2004

*[signature]*
Tim Hart

**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31-4944197
Qualified in New York County
Commission Expires _____

## Legal Notices

**UNITED STATES DISTRICT COURT • DISTRICT OF CONNECTICUT**

SHERRY SCHNALL, et al.,
  Plaintiffs,
v.
ANNUITY AND LIFE RE (HOLDINGS),  Civil Action No. 02 CV 2133 (EBB)
LTD., XL CAPITAL, LTD., et al.,
  Defendants.

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED PARTIAL SETTLEMENT AND SETTLEMENT HEARING**

TO: ALL PERSONS WHO PURCHASED THE COMMON STOCK OF ANNUITY AND LIFE RE (HOLDINGS), LTD. ("ANR") DURING THE PERIOD BETWEEN MARCH 15, 2000 AND NOVEMBER 19, 2002, INCLUSIVE, AND WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a partial settlement valued at $16.5 million has been proposed. A hearing will be held before the Honorable Ellen Bree Burns in the United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at 9:00 a.m., on January 21, 2005 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses. Litigation is continuing as against KPMG, ANR's outside accountants during the Class Period.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Pendency of Class Action and Proposed Settlement with Certain Defendants, Motion for Attorneys' Fees and Settlement Fairness Hearing and a Proof of Claim form, you may obtain copies of these documents by contacting:

Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc., Claims Administrator
Post Office Box 9000 #6254, Merrick, NY 11566-9000
(800) 298-3208 • www.gardencitygroup.com

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

David R. Scott, Esq.                    Beth Kaswan, Esq.
SCOTT + SCOTT, LLC                      MILBERG WEISS BERSHAD
108 Norwich Avenue                      & SCHULMAN LLP
P.O. Box 192                            One Pennsylvania Plaza
Colchester, Connecticut 06415           New York, NY 10119-0165
(860) 537-5537                          (212) 594-5300

To participate in the Settlement, you must submit a Proof of Claim no later than March 7, 2005. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than December 27, 2004. Any objections to the Settlement must be filed by December 27, 2004. If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

By Order of The Court