## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, ) ) | Civil Action No 03 CV 2133 (EBB) |
| ) Plaintiffs, ) ) | |
| v. ) ) | |
| ANNUITY AND LIFE RE (HOLDINGS), ) LTD., XL CAPITAL, LTD., LAWRENCE S. ) DOYLE, FREDERICK S. HAMMER, JOHN ) F. BURKE, WILLIAM W. ATKIN, BRIAN ) O'HARA, AND MICHAEL P. ESPOSITO, JR., ) ) Defendants. ) | JANUARY 14, 2005 |

**COMPENDIUM OF PLAINTIFFS' COUNSEL'S AFFIDAVITS IN SUPPORT OF AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

In connection with Plaintiffs' counsel's request for an award of attorneys' fees and reimbursement of expenses, and Lead Plaintiff Midstream Investments, Ltd.'s request for reimbursement of costs and expenses, attached hereto are the following:

Exhibit A:   Affidavit filed on behalf of Co-Lead Counsel SCOTT + SCOTT, LLC in support of application for attorneys' fees and expenses;

Exhibit B:   Affidavit filed on behalf of Co-Lead Counsel MILBERG WEISS BERSHAD & SCHULMAN LLP in support of application for attorneys' fees and expenses;

Exhibit C:   Affidavit filed on behalf of CALDWELL LAW OFFICE, LLC in support of application for attorneys' fees and expenses;

Exhibit D:   Affidavit filed on behalf of CAULEY BOWMAN CARNEY & WILLIAMS, PLLC in support of application for attorneys' fees and expenses;

Exhibit E:   Affidavit filed on behalf of LAW OFFICES OF BERNARD M. GROSS, P.C. in support of application for attorneys' fees and expenses;

Exhibit F:   Affidavit filed on behalf of HOFFMAN & EDELSON, INC. in support of application for attorneys' fees and expenses;

Exhibit G:   Affidavit filed on behalf of KAPLAN FOX & KILSHEIMER, LLP in support of application for attorneys' fees and expenses;

Exhibit H:   Affidavit filed on behalf of LEVIN FISHBEIN SEDRAN & BERMAN in support of application for attorneys' fees and expenses;

Exhibit J:   Affidavit filed on behalf of SCHATZ & NOBEL, P.C. in support of application for attorneys' fees and expenses;

Exhibit K:   Affidavit filed on behalf of LAW OFFICES OF CURTIS V. TRINKO, LLP in support of application for attorneys' fees and expenses;

Exhibit L: Affidavit filed on behalf of WEISS & LURIE in support of application for attorneys' fees and expenses.

Exhibit M: Affidavit filed on behalf of ATTORNEY ELIAS ALEXIADES in support of application for attorneys' fees and expenses.

Exhibit N: Declaration Of Thomas F. Carr In Support Of Application Of Plaintiff Midstream Investments, Ltd. For Reimbursement Of Costs And Expenses.

Dated:  January 14, 2005         Respectfully Submitted,

                                 **SCOTT + SCOTT, LLC**

                                 _____
                                 David R. Scott (Juris No. 16080)
                                 Erin Green Comite (Juris No. 24886)
                                 108 Norwich Avenue
                                 P.O. Box 192
                                 Colchester, CT 06415
                                 Telephone:    (860) 537-3818
                                 Facsimile:    (860) 537-4432
                                 drscott@scott-scott.com
                                 ecomite@scott-scott.com

                                 **MILBERG WEISS BERSHAD
                                   & SCHULMAN LLP**
                                 David J. Bershad
                                 Beth Kaswan (Ct 21415)
                                 Ann M. Lipton (Ct 25358)
                                 One Pennsylvania Plaza
                                 New York, NY  10119
                                 Telephone:    (212) 594-5300
                                 Facsimile:    (212) 868-1229

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th of January, 2005, I caused a true and correct copy of the Compendium Of Plaintiffs' Counsel's Affidavits In Support Of An Award Of Attorneys' Fees And Reimbursement Of Expenses to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

_____

Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suit 1700
Hartford, CT 06106

James E. Miller
SHEPHERD FINKELMAN MILLER &
SHAH, LLC
65 Main Street
Chester, CT 06412

Attorney Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Beth Kaswan
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

Deborah R. Gross
LAW OFFICES OF BERNARD M.
GROSS, P.C.
1515 Locust Street, Suite 200
Philadelphia, PA 19102

Arnold Levin
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

S. Gene Cauley
J. Allen Carney
CAULEY BOWMAN CARNEY &
WILLIAMS, P.C.
P. O. Box 25438
Little Rock, AR 72221-5438

Ann M. Caldwell
CALDWEL LAW OFFICE, LLC
141 Pelham Road, Suite 300
Philadelphia, PA 19119

Curt Trinko
LAW OFFICES OF CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036

Donald B. Lewis
LAW OFFICES OF DONALD B. LEWIS
5 Cynwyd Road
Bala Cynwyd, PA 19004

Felix Fox
KAPLAN FOX KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Eugene Friedman
FRIEDMAN & WOLF
1500 Broadway
New York, NY 10036

Douglas McKeige
BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019

Joseph Weiss
WEISS &LURIE
551 Fifth Avenue, Suite 1600
New York, NY 10176

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
 LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT  06601-7006

Michael J. Malone
KING & SPAULDING
1185 Avenue of the Americas
New York, NY  10036-4003

John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCarter & English, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
MCCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

James H. Bicks
WIGGIN & DANA
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203-363-7600

Kelly M. Hnatt
Joseph T. Baio
WILLKIE, FARR & GALLAGHER
787 Seventh Ave.
New York, NY 10019-6099
212-728-8000

Frederick S. Gold
Morgan Paul Rueckert
SHIPMAN & GOODWIN
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100