# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 02 CV 2133 (EBB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF ANN M. CALDWELL
IN SUPPORT OF JOINT PETITION FOR ATTORNEYS' FEES AND
DISBURSEMENTS FILED ON BEHALF OF
CALDWELL LAW OFFICE LLC

STATE OF PENNSYLVANIA    )
                          ) ss.:
COUNTY OF PHILADELPHIA   )

ANN M. CALDWELL, being first duly sworn, deposes and says:

1. I am a member of the law firm of Caldwell Law Office LLC. I submit this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2. My firm acted as one of plaintiffs' counsel in this class action. The tasks undertaken by my firm can be summarized as follows: investigated and researched securities claims; assisted in the preparation of class action complaint filed on behalf of one of the named plaintiffs; consulted with co-counsel regarding motion for appointment of lead plaintiff;

reviewed motions for appointment of lead plaintiff and consulted with co-counsel; reviewed various pleadings and motions during the course of the litigation; communicated with client (named plaintiff) regarding the status of the case; consulted and advised client (named plaintiff) regarding proposed settlement.

3. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partners, attorneys and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4. The hourly rates for the partners, attorneys and professional support staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other securities or shareholder litigation.

5. The total number of hours expended on this litigation by my firm is 18.60 hours. The total lodestar for my firm is $ 7,347.00, consisting of $ 7,347.00 for attorneys' time and $ 0 for professional support staff time.

6. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.   As detailed in Exhibit 2, my firm has incurred a total of $ 962.10 in un-reimbursed expenses in connection with the prosecution of this litigation.

8.   The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

9.   With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

_____
ANN M. CALDWELL

Sworn to before me this
28 day of December, 2004

_____
Notary Public

NOTARIAL SEAL
JAMES J. CONAGHAN NOTARY PUBLIC
CITY OF PHILADELPHIA, PHILADELPHIA CO., PA
MY COMMISSION EXPIRES APRIL 14, 2007

3

# EXHIBIT 1

**Schnall v. Annuity and Life Re (Holdings), Ltd., et al., Civil Action No. 02 CV 2133 (EBB)**

CALDWELL LAW OFFICE LLC

**TIME REPORT — Inception through December 28, 2004**

| Name | Total Hrs. | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Ann M. Caldwell | 18.60 | $395.00 | $7,347.00 |
| | | | $0.00 |
| | | | $0.00 |
| **ATTORNEYS:** | | | |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| TOTAL LODESTAR | | | $7,347.00 |

4

# EXHIBIT 2

**Schnall v. Annuity and Life Re (Holdings), Ltd., et al.**, Civil Action No. 02 CV 2133 (EBB)

CALDWELL LAW OFFICE LLC

**EXPENSE REPORT** — Inception through December 28, 2004

| **Categories:** | **Amount** |
|---|---|
| Photocopies/Reproduction | 36.00 |
| Postage/Notice Costs | 874.10 |
| Telephone | 25.00 |
| Messengers/Express Services | 15.00 |
| Facsimile Charges | 12.00 |
| **TOTAL EXPENSES:** | 962.10 |

5

## EXHIBIT 3

## FIRM RESUME

## CALDWELL LAW OFFICE LLC

Caldwell Law Office LLC, founded by Ann M. Caldwell, has a national practice which focuses on class actions and complex commercial litigation, particularly in the areas of consumer protection, shareholder and securities actions, insurance, antitrust litigation against banks and employment discrimination. Ann M. Caldwell is admitted to practice in all of Pennsylvania's state courts, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern and Middle Districts of Pennsylvania. In addition to these courts and jurisdictions, Ms. Caldwell has appeared in court and worked on cases with local counsel throughout the country.

Ms. Caldwell earned her undergraduate degree from Dickinson College and her law degree from the Dickinson School of Law, where she graduated *cum laude* in 1984. She was a member of *The Dickinson Law Review*, and the author of several published articles.

Ms. Caldwell began her legal career as an associate with Dilworth, Paxson, Kalish & Kauffman one of Philadelphia's most well-known and prestigious law firms, where she represented both plaintiffs and defendants, primarily in the areas of complex commercial litigation, banking litigation and products liability. In 1995, Ms. Caldwell decided to concentrate her practice in the area of class actions, and she became a partner at Greenfield & Rifkin LLP, a well-known national class action firm. Ms. Caldwell has been involved in representing plaintiffs in class actions almost exclusively for the past nine years.

Ms. Caldwell has served as Lead or Co-Lead Counsel in the following representative

class actions:

**Selis v. KTI, Inc.**, C.A. No. Civil Action No. 2:00CV10478 (JCL) (D.N.J.) (securities fraud class action resulting in multi-million dollar settlement)

**Curley v. CoreStates Bank N.A.**, C.A. No. 97-10-0314 (CCP, Phila. County) (consumer class action challenging check processing policy, resulting in a multi-million dollar settlement)

**Thomas v. NCO Financial Systems, Inc.**, C.A. No. 00-CV-5118 (E.D. Pa.)(Fair Debt Collection Practice Act resulting in nationwide class settlement)

**Kang. v. Coldata, Inc.**, C.A. No. C. A. No. 01-4115(WHA) (N.D. Cal.)(Fair Debt Collection Practices Act class action resulting in class-wide settlement)

**Huth v. Coldata, Inc.**, C.A. No. A 02 CA 329 (SS) (W.D. Texas) (Fair Debt Collection Practices Act class action resulting in class-wide settlement)

**Flaxman v. Countrywide**, C.A. No. 98 CH 5947, (Cook County, Illinois 1998) (consumer class action challenging assessment of a $60 fee to obtain a mortgage pay-off statement, resulting in a multi-million dollar settlement)

**Lippincott v. Polo Ralph Lauren Corporation**, C.A. No. 97C-07-011 (Delaware Superior Court, Sussex County) (consumer fraud class action, resulting in a settlement on behalf of the Class)

**Youngberg v. Bank of America N.T. & S.A.**, Case No. BC105027 (Superior Court of California, Los Angeles County) (consumer class action challenging imposition of sweep fees resulting in a settlement on behalf of the Class)

**M.S. Berlin v. Brooks Bros., et al.**, C.A. No. BC 222390 (California Superior Court, County of Los Angeles) (consumer fraud action challenging marketing and advertising practices in factory outlet stores, resulting in a nationwide settlement)

**Chaturvedi, et al. v. JTH Tax, Inc., d/b/a Liberty Tax Service**, C.A. No. GD-01-008851, (CCP, Allegheny County) (consumer class action challenging unsolicited facsimile advertisements in violation of the Telephone Consumer Protection Act, resulting in a nationwide settlement)

Ms. Caldwell was also involved as counsel in the following class or derivative actions:

**Provident Mutual Life Insurance Company Derivative Action**, July 2000, No. 000788 (CCP, Phila. County) (derivative action resulting in multi-million dollar settlement)

**In re: USA Detergents Securities Litigation**, C.A. No. 97-CV-2459 (MTB)(Consolidated) (D.N.J.) (securities class action)

**In re: Oxford Health Plans, Inc. Derivative Litigation**, MDL - 1222-D (CLB) (S.D.N.Y.) (derivative action)

**In re: Travel Agency Commission Antitrust Litigation**, Master File No. 4-95-107 (D.

Minn) (antitrust action)

Ms. Caldwell has been a member of the American Bar Association, where she has written articles and lectured at an annual meeting, the Pennsylvania Bar Association and the Philadelphia Bar Association. She has authored articles that have been published by *The Pennsylvania Lawyer, Focus Magazine*, and the Pennsylvania Bar Institute.