# EXHIBIT D

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 02 CV 2133 (EBB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF S. GENE CAULEY IN SUPPORT OF JOINT PETITION FOR ATTORNEYS' FEES AND DISBURSEMENTS FILED ON BEHALF OF CAULEY BOWMAN CARNEY & WILLIAMS, PLLC

STATE OF ARKANSAS    )
                     ) ss.:
COUNTY OF PULASKI    )

S. Gene Cauley, being first duly sworn, deposes and says:

1.    I am a member of the law firm of Cauley Bowman Carney & Williams, PLLC. I submit this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2.    My firm acted as one of plaintiffs' counsel in this class action.

3.    The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partners, attorneys and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. For

personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

    4.    The hourly rates for the partners, attorneys and professional staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other securities or shareholder litigation.

    5.    The total number of hours expended on this litigation by my firm is 40.05 hours. The total lodestar for my firm is $9,782.00, consisting of $6,107.00 for attorneys' time and $3,675.00 for professional support staff time.

    6.    My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

    7.    As detailed in Exhibit 2, my firm has incurred a total of $2,691.41 in unreimbursed expenses in connection with the prosecution of this litigation.

    8.    The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

    9.    With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

2

S. Gene Cauley

Sworn to before me this

30 th day of November, 2004

Notary Public

SHARON ANN GRIMES
Perry County
My Commission Expires
September 20, 2010

3

# EXHIBIT 1

<u>Schnall v. Annuity and Life Re (Holdings), Ltd., et al.</u>, Civil Action No. 02 CV 2133 (EBB)

## CAULEYBOWMAN CARNEY & WILLIAMS, PLLC

**TIME REPORT - Inception through November 2004**

| Name | Total Hrs. | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Cauley, S. Gene | 10.15 | $580.00 | $5,887.00 |
| Williams, Darrin | 0.50 | $440.00 | $220.00 |
| **ATTORNEYS:** | | | |
| | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | |
| Addison, Jackie | 28.25 | $125.00 | $3,531.25 |
| Baker, Ellie | 0.15 | $125.00 | $18.75 |
| Gray, Kristi | 1.00 | $125.00 | $125.00 |
| **TOTAL LODESTAR** | 40.05 | | $9,782.00 |

# EXHIBIT 2

**Schnall v. Annuity and Life Re (Holdings), Ltd., et al.,**
**Civil Action No. 02 CV 2133 (EBB)**

**CAULEYBOWMAN CARNEY & WILLIAMS, PLLC**

**EXPENSE REPORT - Inception through November 2004**

| Categories: | Amount |
|---|---|
| Photocopies/Reproduction | $2,500.25 |
| Postage/Notice Costs | $190.00 |
| Telephone | $1.16 |
| Messengers/Express Services | |
| Filing/Witness Fees | |
| Court Reporters/Transcript/Video | |
| Lexis/Westlaw/Legal Research | |
| Experts/Consultants | |
| Meals, Hotel & Transportation | |
| Secretarial Overtime/Word Processing | |
| Assessments | |
| Facsimile Charges | |
| **TOTAL EXPENSES:** | **$2,691.41** |

# EXHIBIT 3

## Cauley Bowman Carney & Williams, PLLC

**www.cauleybowman.com**

**Little Rock   •   New York**

# Table of Contents

**The Firm's Practice and Achievements** . . . . . . . . . . . . . . . . . . . . . . .   1

**Professional Biographies** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

### Partners

S. Gene Cauley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1
Curtis L. Bowman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2
J. Allen Carney . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3
Darrin L. Williams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4
Steven A. Owings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5
Hank Bates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

### Associates

Marcus N. Bozeman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6
Matthew K. Bucher . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7
James L. Kauffman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7
Brooke Augusta Owen . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8
Deborah Sallings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8
T. Brent Walker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9
Tiffany M. Wyatt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9

### Litigation Consultants

Eugene J. Brandao . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

**Leadership Positions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10

# The Firm's Practice and Achievements

Cauley Bowman is a national law firm that represents investors and consumers in class action and corporate governance litigation. It is one of the country's premiere firms in the area of securities fraud, with in-house finance and forensic accounting specialists and extensive trial experience. Since its founding, Cauley Bowman has recovered in excess of two billion dollars on behalf of aggrieved shareholders and consumers.

The attorneys at Cauley Bowman are uniquely qualified to prosecute complex accounting and financial fraud cases. Several of the firm's attorneys are CPAs, including one with Big Four auditing experience. The firm's reputation for excellence in accounting fraud and other complex class actions has been recognized on repeated occasions by federal and state court judges who have appointed the firm to serve as lead or co-lead counsel in numerous cases pending throughout the country.

In addition to its strong personnel, Cauley Bowman is well-capitalized, allowing it to dedicate considerable resources and to advance expenses on a contingency fee basis to the fullest extent necessary to achieve the best possible result for class members. As a result of its successful track record and strong capitalization, the firm enjoys a high level of respect and credibility with the defense bar and insurance carriers that often defend and insure corporations and their officers and directors.

As a firm, Cauley Bowman values practicing in a small environment where professional and personal interaction among the partners, associates, paralegals, accounting staff and other personnel allow for a true "team approach" to litigation strategy that fosters an energetic exchange of ideas. The firm believes its size allows for a greater degree of independence, flexibility and satisfaction than a large firm environment, without sacrificing the quality of representation necessary to achieve successful results for its clients.

# The Firm's Partners

**S. GENE CAULEY** is a partner of the firm.

Mr. Cauley is a graduate of Vanderbilt University School of Law where he was an oralist on the Jessup International Moot Court Team and represented Vanderbilt in appellate argument competitions. Mr. Cauley graduated *summa cum laude* from the University of Arkansas, where he was named the Outstanding Student in Finance and received the Presidential Scholar Award as the top third-year student in the entire College of Business Administration.

Mr. Cauley has substantial jury trial and arbitration experience representing both plaintiffs and defendants. Mr. Cauley is a recognized authority on class action procedure and often serves as a guest lecturer on class actions. Mr. Cauley has published an article on class action procedure entitled "Life After *Baker v. Wyeth Aherst* and *Arthur v. Zearley*: What Is The Landscape For Class Actions In Arkansas State Court?" The ATLA Docket, Summer 1999. Additionally, Mr. Cauley is a regularly quoted expert in the financial press, most recently providing expert commentary on the CBS Morning Show.

Mr. Cauley is licensed to practice in the State of Arkansas, the Eastern and Western Districts of Arkansas, the District Court of Arizona and the United States Court of Appeals for the Third, Sixth,

Eighth and Eleventh Circuits. In addition to these courts and jurisdictions, Mr. Cauley regularly works on cases with local counsel throughout the country.

Since 1994, Mr. Cauley has concentrated his practice in the area of complex commercial litigation, with a particular emphasis on securities and consumer fraud litigation. Mr. Cauley currently serves as Lead Counsel, Co-Lead Counsel or on the Executive Committee of Counsel in multiple pending class actions and shareholder derivative litigations throughout the United States. A representative sample of these actions includes: *In re NewPower Holdings Securities Litigation*, U.S.D.C., Southern District of New York, No. 02Civ1550 (CLB) ($26 million proposed partial settlement); and *Paul L. Ruble, et al. v. Rural Metro Corp., et al.*, U.S.D.C., District of Arizona, No. CIV-99-822-PHX-RGS ($15 million settlement).

Examples of recent class actions in which Mr. Cauley played a significant role in achieving a substantial settlement include: *Martin Fogel v. Information Management Associates, Inc.*, U.S.D.C., District of Connecticut, No. 3:00-CV-135 (AWT) ($4.1 million settlement); *Lynne H. Sinay, et al., v. Boron Lepore & Associates, Inc., et al.*, U.S.D.C., District of New Jersey, No. 99-2231 ($4.7 million settlement); *Isabel J. Griffin v. Medpartners, Inc.*, Cir. Ct. of Jefferson Cty., Alabama No.: 98-00297 (a case arising out of an initial public offering of securities which settled for $65 million, of which $25 million was allocated to the class of shareholders represented specifically by Mr. Cauley); *State of Wisconsin Investment Board, et al. v. Harold Ruttenberg, et al.* (Just For Feet), U.S.D.C., Northern District of Alabama, Southern Division, No. CV 99-BU-3097-S (Court Appointed Special Counsel; $34 million settlement); *Trinity Holdings Corp. v. Sirrom Capital Corporation, et al.*, U.S.D.C., Middle Dist. of Tennessee, Nashville Div. No. 3-98-0643 (a case which settled for $15 million and in which Mr. Cauley was on the Executive Committee of plaintiffs' lawyers); *Bill Koplovitz, et al. v. Plains Resources, Inc., et al.*, U.S.D.C., Southern District of Texas, Houston Division, No. H–99-4212 (Lead Counsel; $5.4 million settlement); *In re PaineWebber Limited Partnerships Litigation*, U.S.D.C. Southern District of New York, No. 94 CIV 8546 (CSH) (a case involving the sale of limited partnerships by PaineWebber which resulted in a settlement of $200 million); *Nasdaq Market-Makers Antitrust Litigation*, U.S.D.C. Southern District of New York, No. CIV-94-3996 (an antitrust case against several market-makers which settled for over $1 billion); *Dasburg, S.A. v. Corrections Corporation of America, et al.*, Court of the Chancery for the State of Tennessee, 20th Judicial Dist., Davidson Cty., No. 98-2391-III (settlement of $11.5 million in cash and stock); and *John Neiger v. Doctor Crants, et al.* (Prison Realty), U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-99-1205 (settlement of $11.5 million in cash and stock.)

Mr. Cauley is or has been a member of the Pulaski County, Arkansas and American Bar Associations, and the Arkansas Trial Lawyers Association.

*CURTIS L. BOWMAN* is a partner of the firm.

Mr. Bowman earned his Bachelor of Science degree in Accounting from the University of Arkansas in May 1981, where he was recognized as the Outstanding Accounting Student in his class. Mr. Bowman is a Certified Public Accountant having worked for several years with Price Waterhouse. Mr. Bowman earned his *juris doctorate* with Highest Honors from the University of Arkansas at Little Rock, School of Law, where he was an Editor of the Law Review and received multiple American Jurisprudence Book Awards for earning the highest grade in the school in several courses.

Mr. Bowman began his legal career in 1986, with the Department of Justice Honors Program, a program created by Attorney General Robert Kennedy. Mr. Bowman worked for the Tax Division of the Department of Justice, in Washington, D.C. until October 1990. During his tenure with the DOJ,

2

Mr. Bowman tried dozens of cases involving diverse and complex issues including tax fraud, amortization of core deposit intangibles, "Bivens" actions and judicial review ability of governmental action. While at the Justice Department, Mr. Bowman litigated a matter making it clear that certain action or inaction on the part of the Internal Revenue Service Commissioner is not subject to judicial review. See *Horton Homes, Inc. v. United States of America,* 727 F. Supp. 1450 (1990), affirmed by the Eleventh Circuit Court of Appeals and subsequently overturned prospectively by Congress. During his tenure at the Justice Department, Mr. Bowman was recognized as the "Outstanding Attorney" of the Tax Division (nationwide).

In 1990, Mr. Bowman returned to Little Rock, Arkansas, where he began his private practice of law with the firm of Jack, Lyon & Jones, P.A. In 1993, Mr. Bowman became a partner of Jack, Lyon & Jones and was head of the firm's complex commercial and white collar defense litigation sections. Over the past ten years, Mr. Bowman has been involved in a number of high profile cases, including the criminal defense of a complex "Whitewater" matter wherein the former governor of Arkansas and his attorney were indicted by the Whitewater prosecutor, Kenneth Starr. In that case, *United States of America v. John H. Haley,* 898 F. Supp. 654 (1995), Haley and Tucker successfully argued to the District Court that Kenneth Starr had exceeded his jurisdiction in prosecuting citizens of the State of Arkansas as opposed to officers of the Executive Branch with whom Attorney General Reno had a conflict of interest. That case was subsequently reversed by the Eighth Circuit Court of Appeals.

Mr. Bowman's litigation experience is broad and includes both the prosecution and defense of cases on behalf of individuals and classes involving death penalty matters; common law civil fraud; securities fraud; RTC savings and loan litigation; general commercial litigation; white collar crime; and tax matters. Mr. Bowman's class action experience includes the successful defense of a string of related class actions brought against Rapid Acceptance Corporation alleging that Rapid had charged consumers an amount of interest in excess of the amount allowed by law.

Mr. Bowman is also actively involved in many of the firm's securities class actions, particularly those involving accounting fraud, and is taking the lead role for the firm in such cases as *Rosa E. Garza v. J.D. Edwards & Co.*, U.S.D.C. District of Colorado, No. 99-1744, (settlement of $15 million, wherein Mr. Bowman served as Co-Lead Counsel); *Betty M. Lynch v. JDN Realty Corp., et al.*, U.S.D.C. Northern District of Georgia, Atlanta Division, No. 1:00-CV-2539 (Case settled for more than $40 million in cash and stock with 11% of the total settlement allocated to Mr. Bowman's clients); *In re Phycor Shareholder Litigation*, U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-99-0807 ($10 million cash settlement); and *In re Vision America Securities Litigation*, U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-00-0279 ($2.575 million settlement with individual defendants, $3.4 million settlement pending with auditor KPMG).

Mr. Bowman is currently working on one of the most significant securities cases to be brought in recent history, *In re Initial Public Offering Securities Litigation*, U.S.D.C. Southern District of New York, 21 MC 92 (SAS), which alleges that 55 investment banking firms, and 309 companies and certain officers and directors manipulated the high tech initial public offering markets.

*J. ALLEN CARNEY* is a partner of the firm.

Mr. Carney is a graduate of the University of Arkansas, earning a degree in Finance. Subsequently, Mr. Carney graduated from the University of Arkansas at Little Rock School of Law.

Prior to joining the firm, Mr. Carney was a partner with Jack, Lyon & Jones, P.A. in the Little Rock, Arkansas office, where he practiced extensively in the areas of complex commercial litigation, labor and employment litigation, and business transactions. While at Jack, Lyon & Jones, Mr. Carney had the privilege of representing some of the State's and the nation's largest employers, including Southwestern Bell Telephone Company, American Standard, Inc., and Babcock & Wilcox.

Mr. Carney has been involved in a number of high-profile cases, including the successful defense of Capital Cities/ABC News in an action brought by Tyson Foods regarding the secret videotaping of chicken processing plants; representing a joint venture comprised of two Fortune 100 companies, during an energy shortage, involving the lease and alleged damage of several large electrical generators; and the successful defense before the Eighth Circuit Court of Appeals of an issue of first impression under the Family and Medical Leave Act. Mr. Carney is a frequent lecturer to human resources professionals and attorneys regarding litigation and employment matters. For approximately six years, he was a frequent contributor to Arkansas Employment Law Newsletter, a monthly publication with more than seven hundred (700) subscribers. Additionally, Mr. Carney co-authored and edited a twenty-seven chapter Employment Law Desk Book for Arkansas Employers (1997). The book highlights federal and state labor and employment laws, rules and regulations.

Mr. Carney is licensed to practice law in Arkansas state courts, the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Court of Appeals for the Third and Eighth Circuits. Mr. Carney has argued before the Arkansas Supreme Court. Additionally, Mr. Carney has appeared in numerous federal and state courts across the nation via admission *pro hac vice*.


***DARRIN L. WILLIAMS*** is a partner of the firm.

Mr. Williams received his Bachelor of Arts degree in History from Hendrix College in Conway, Arkansas. Mr. Williams earned his *juris doctorate* degree from Vanderbilt University School of Law. While at Vanderbilt, Mr. Williams served as the Chief Justice of the Moot Court Board, received the American Jurisprudence Book Award for earning the highest grade in Torts, and was an Earl Warren Scholar, NAACP Legal Defense Fund. Mr. Williams also earned his Master of Law in Securities and Financial Regulation from Georgetown University Law Center. While working on his Master of Law, he worked in the General Counsel's Office of the United States Securities and Exchange Commission.

Mr. Williams, a principal institutional investor contact for the firm, devotes a substantial portion of his practice to representing public institutional investors seeking financial recovery for losses suffered as a result of securities fraud.

Immediately prior to joining the firm, Mr. Williams was the Chief Deputy Attorney General for the State of Arkansas, where he directed all of the legal work of the office, including the representation of the state's constitutional offices, agencies, boards and commissions. During his time in the Office of the Arkansas Attorney General, Mr. Williams' legal skill and leadership resulted in the office recovering millions of dollars on behalf of Arkansas consumers. Because of Mr. Williams' work to protect senior consumers from fraud, he was invited to testify before the United States House of Representatives Committee on Ways and Means. Mr. Williams has also served as an aide to a United States Senator and the United States Senate Sergeant at Arms, as well as general counsel to a business consulting corporation.

Mr. Williams' professional associations include membership in the American Bar Association, the National Bar Association, the Arkansas Trial Lawyers Association and the Arkansas Bar Association,

4

where he is a member of the Jurisprudence and Law Reform and the Legal Services Committees. Mr. Williams was named Outstanding Government Lawyer by the W. Harold Flowers Law Society, Distinguished Alumnus at Hendrix College, and to <u>Arkansas Business</u>' "Forty under Forty." Mr. Williams is licensed to practice in the State of Arkansas, the Eastern and Western Districts of Arkansas, as well as the United States Supreme Court.

Mr. Williams is also active in community, civic and political matters. Presently, Mr. Williams serves as a commissioner on the Little Rock Planning Commission, as Vice-Chairman of the First Tee of Arkansas - Jack Stephens Youth Golf Academy, on the Board of Governors for Hendrix College, as a board member for the Little Rock Central High Visitors Center and Museum Board, and as a member of the American Council of Young Political Leaders.

### *STEVEN A. OWINGS* is a partner of the firm.

Mr. Owings is a graduate of the Boston Conservatory of Music and the University of Arkansas at Little Rock School of Law.

Prior to joining the firm, Mr. Owings practiced extensively in the areas of tort and insurance law, consumer fraud, and commercial litigation. Mr. Owings' litigation practice has generated multi-million-dollar jury verdicts and settlements. Mr. Owings' practice with the firm is concentrated in the areas of mass torts, consumer fraud litigation and securities litigation.

Mr. Owings' professional affiliations include the Arkansas and American Bar Associations, Arkansas Trial Lawyers Association and the Association of Trial Lawyers of America. Mr. Owings is licensed to practice law in the Arkansas state courts, the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Court of Appeals, Eighth Circuit.

### *HANK BATES* is a partner of the firm.

Mr. Bates received his Bachelor of Arts degree in History and Literature from Harvard University in 1987 where he was a National Merit Scholar and graduated with honors. After college, Mr. Bates was awarded a Rotary International Fellowship to the University of Manchester, Manchester, Great Britain.

Mr. Bates received his *juris doctorate* from Vanderbilt University School of Law in 1992, where he was awarded the Andrew Ewing Scholarship, graduated Order of the Coif, served as Articles Editor of the *Vanderbilt Law Review* and on the Moot Court Board, received American Jurisprudence Awards or "top paper" in five classes, authored Note, "Out of Focus: The Misapplication of Equitable Remedies in the Nontraditional Arena of School Desegregation," 44 Vanderbilt Law Review 1315, 1991; and served as Symposium Editor and authored the Introduction for the 1992 Symposium Issue of the *Review*, "A Reevaluation of the Canons of Statutory Interpretation," 45 Vanderbilt Law Review No. 3, 1992.

Following graduation from law school, Mr. Bates served as a law clerk for the Honorable Danny J. Boggs, Circuit Judge for the United States Court of Appeals for the Sixth Circuit in 1992 and 1993. Following his clerkship, Mr. Bates moved to California where he focused his practice on public interest environmental law and worked as an Associate Attorney with Earth Justice Legal Defense Fund. Mr. Bates was involved in high-profile and significant litigation involving, among other issues, preservation of western streams that provide habitat for endangered salmon and steelhead trout,

remediation of contamination at decommissioned military bases, preservation of old-growth forest habitat for the Spotted Owl and other endangered species, protection of California coastal lands from over-development and oil exploration, and the establishment of emissions trading programs for industries in southern California. .

In 1998, Mr. Bates returned home to Little Rock, Arkansas where his practice has included a broad spectrum of environmental litigation, including industrial pollution, groundwater pollution from underground storage tanks and other facilities, air pollution, toxic exposures, oil and gas exploration and production waste, crop damage and personal injury from pesticides, as well as claims against federal and local governmental agencies that have not fulfilled statutory mandates to protect the environment. Mr. Bates has represented numerous individuals and entire communities (numbering hundreds of households) in complex and high-profile litigation involving air pollution, groundwater pollution and toxic exposures resulting in multi-million dollar recoveries and agreements and court orders requiring remediation of contamination and compliance with applicable environmental laws and regulations in the future. Mr. Bates is a frequent lecturer on subjects related to environmental law and toxic torts. In addition, Mr. Bates is involved in the firm's consumer protection class action litigation.

Mr. Bates is an active member of the bar, serving as Vice-Chairman of the American Bar Association's Committee on Pesticides, Chemical Regulation, and Right-to-Know; on the Governing Board of the Environmental Law Section of the Arkansas Bar Association; and as Arkansas State Coordinator for Trial Lawyers for Public Justice. In addition, he is a member of the Arkansas Trial Lawyers Association, the Association of Trial Lawyers of America, and the California Bar Association.

Mr. Bates is licensed to practice in the State of Arkansas, the State of California, the U.S. Court of Federal Claims, the U.S. Circuit Court of Appeals for the Eight and Ninth Circuits, the U.S. District Courts for the Eastern and Western Districts of Arkansas, and the U.S. District Courts for the Northern and Southern Districts of California.

# The Firm's Associates

*MARCUS N. BOZEMAN* is an associate of the firm.

After earning a Bachelor of Arts degree in Political Science from the University of Arkansas, Mr. Bozeman attended law school at the University of Arkansas at Little Rock (UALR) School of Law. Mr. Bozeman graduated first in his law school class and was also selected as Editor-in-Chief for the University of Arkansas at Little Rock Law Journal. The recipient of American Jurisprudence Awards or "top paper" designations in eight of his law school classes, Mr. Bozeman additionally authored the Note, "Miranda Comes Out from under a Stone," 16 U. Ark. Little Rock L.J. 259 (1994).

Following law school, Mr. Bozeman served for two years as a law clerk for the Honorable Floyd R. Gibson, Circuit Judge from the United States Court of Appeals for the Eighth Circuit. Mr. Bozeman subsequently entered private practice at the Kansas City, Missouri defense firm of Rouse Hendricks German May. Mr. Bozeman then moved to Memphis, Tennessee, where he practiced at Baker, Donelson, Bearman, Caldwell, and Berkowitz before joining Cauley Bowman. In addition to participating in multiple jury trials, Mr. Bozeman has extensive experience in litigating complex commercial and class action cases.

Mr. Bozeman is licensed to practice in the state courts of Arkansas, Kansas, Missouri, and Tennessee. He is also admitted to appear before the United States District Courts for the Eastern and Western Districts of Arkansas, the District of Kansas, the Western District of Missouri, and the Western District of Tennessee, as well as the United States Courts of Appeals for the Third, Sixth, Eighth, Tenth, and Federal Circuits. Mr. Bozeman currently represents investors seeking financial recovery for losses suffered as a result of securities fraud.

### *MATTHEW K. BUCHER* is an associate of the firm.

Mr. Bucher earned his Bachelor of Science degree in Business Administration from the University of Arkansas at Fayetteville, where he focused his studies in Financial Management. Upon completion of this undergraduate degree, Mr. Bucher earned his *juris doctorate* from the University of Arkansas at Fayetteville in 2001. During his law school career, he participated in various negotiation, trial, and client counseling competitions. Additionally, Mr. Bucher earned one of the top papers in First Amendment.

Prior to focusing on class action litigation, Mr. Bucher was involved in general practice litigation, including both civil and criminal matters. Upon joining Cauley Bowman, Mr. Bucher aided Mr. Bowman, one of the firm's partners, in the appeal of a death row inmate's conviction.

A significant amount of Mr. Bucher's time has been spent on various cases being litigated in the New York area and serves as liaison for clients in the northeast region of the country. He is licensed to practice in the states of Arkansas and New York, and is currently a member of the American and Arkansas Bar Associations.

In addition, Mr. Bucher has experience in numerous legal fields including securities law, corporate law, business litigation, Medicare fraud, and mass tort litigation.

### *JAMES L. KAUFFMAN* is an associate of the firm.

Mr. Kauffman earned his Bachelor of Science from the University of Florida, receiving a dual degree in Financial Management and Insurance. Subsequently, Mr. Kauffman graduated with Honors from the University of Florida Levin College of Law. During his law school career, Mr. Kauffman practiced as a certified legal intern within the Virgil C. Hawkins Civil Clinic, assisting indigent clients file *pro se* lawsuits. Additionally, Mr. Kauffman was distinguished as the top student in Trial Practice.

Prior to joining the firm, Mr. Kauffman worked as a financial advisor for Morgan Stanley Dean Witter. While at Morgan Stanley, Mr. Kauffman underwent comprehensive Series 7 training, which included option strategies, margin accounts, and underwriting of initial public offerings. Mr. Kauffman left Morgan Stanley Dean Witter in Fall of 1999 to pursue his law degree.

Mr. Kauffman is licensed to practice in the State of Arkansas and the Eastern and Western Districts of the United States District Court in Arkansas. He is a member of the American and Arkansas Bar Associations. Mr. Kauffman's areas of expertise include securities law, corporate law, mediation, and arbitration. His practice with the firm focuses primarily upon representing investors seeking financial recovery for losses suffered as a result of securities fraud.

**BROOKE AUGUSTA OWEN** is an associate of the firm.

Ms. Owen was awarded her Bachelor of Arts degree in both politics and history at Hendrix College, in Conway, Arkansas. Upon completion of her studies at Hendrix, she wrote and edited articles for *At Home in Arkansas*, the state's premier home design and architectural trend magazine. In the fall of 2001, Ms. Owen began her study of law at the William H. Bowen School of Law at the University of Arkansas at Little Rock.

While at the Bowen School of Law, Ms. Owen served as a research assistant revising and editing volumes 5A and 6 of *Corbin on Contracts* for publication in 2004. She also was selected Symposium Editor of the Law Review. In that capacity, she planned the school's most well-attended Ben J. Altheimer Symposium, where the topic was public education funding and reform.

Ms. Owen has published legislative and case law surveys in areas of tort, environmental, election, and agricultural law for the University of Arkansas at Little Rock Law Review. Her most recent article, *Why You Can Sell Your Sperm and Not Your Spleen: An Examination and Proposal to Cure the Property Rights in Body Parts Conundrum* is forthcoming in the Bowen School's new Law and Medicine publication.

Ms. Owen was awarded the Dean's Distinguished Certificate of Service for volunteering more than 300 hours over the course of her law school career. She earned her Juris Doctorate *with Honors*, in 2004.

Ms. Owen is licensed to practice law in Arkansas state courts. She is a member of the American, Pulaski, and Little Rock Bar Associations. Her areas of expertise include: environmental, underground storage tank, ERISA, consumer protection, and class action law at Cauley Bowman.

**DEBORAH R. SALLINGS** is an associate of the firm.

Ms. Sallings is a graduate of the University of Arkansas at Little Rock (UALR) School of Law, where she was a member of the UALR Law Journal staff, writing case note and survey section articles. Ms. Sallings has had extensive appellate practice in state and federal courts, including the United States Supreme Court. Before joining the firm, she served as head of the Appellate Division for the Office of the Sixth Judicial District Public Defender in Pulaski County, Arkansas, handling well over 300 cases that were appealed to the Arkansas Supreme Court and Arkansas Court of Appeals. In addition, she served as circuit court trial attorney in numerous serious felony cases, including death penalty cases in which she was chief mitigation counsel. She was also a staff attorney with the Arkansas Capital Resource Center, representing Arkansas death row clients in post-conviction habeas corpus actions in state and federal courts, both at the trial and appellate level, as well as in clemency proceedings, successfully obtaining gubernatorial clemency and commutation of sentence for the only death row inmate to receive such relief in Arkansas since 1970.

Ms. Sallings also was an associate with the Little Rock firm of Jack, Lyon & Jones, P.A., in the Little Rock and Nashville offices, where she practiced primarily in the area of hospital and health care law.

Ms. Sallings serves on the Arkansas Supreme Court Committee on Model Criminal Jury Instructions and has made presentations on appellate practice at CLE seminars. She received a Bachelor of Arts degree in History and Political Science from Hendrix College. She is licensed to practice in the state

and federal courts of Arkansas, the United States Court of Appeals for the Eighth Circuit, and the United States Supreme Court.

***T. BRENT WALKER*** is an associate of the firm.

Mr. Walker earned his Bachelor of Business Administration degree in Accounting from the University of Mississippi. He earned his Master's degree in business from Mississippi State University and completed his *juris doctorate* from the University of Arkansas at Little Rock (UALR). While in law school, Mr. Walker earned the Top Paper in several courses.

Mr. Walker is a CPA with substantial experience in public accounting and business management. Prior to joining the firm, Mr. Walker obtained over seven years of public accounting experience in taxation, audit and management advisory services. In addition, Mr. Walker worked for a division of Prudential Financial primarily acquiring and managing real estate investment properties for institutional clients.

Mr. Walker is licensed to practice law in the state of Arkansas. He is also a member of the American and Arkansas Bar Associations as well as the American Institute of Certified Public Accountants. His practice with the firm focuses primarily upon representing investors seeking financial recovery for losses suffered as a result of securities fraud.

***TIFFANY M. WYATT*** is an associate of the firm.

Ms. Wyatt graduated *cum laude* from the University of Arkansas at Fayetteville School of Law in 2001. She served as a member of the Board of Advocates and the W.B. Putman Inns of Court. In addition, Ms. Wyatt served as President of Phi Delta Phi honors fraternity. During her law school career, Ms. Wyatt participated in various trial competitions and moot court, where she was selected as a semi-finalist in the spring rounds. Ms. Wyatt has a Bachelors of Arts in English from the University of Arkansas at Fayetteville.

Prior to joining the firm, Ms. Wyatt worked for the Japanese municipal government in Urasoe City, Okinawa, Japan. While abroad, Ms. Wyatt's primary focus was on international relations. In addition, Ms. Wyatt worked as an intern for the U.S. Bankruptcy Court, Western Division of Arkansas, where she assisted in researching bankruptcy issues and administrating bankruptcy proceedings.

Ms. Wyatt is licensed to practice in the Arkansas state courts and the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Courts of Appeals for the Third Circuit. She is currently a member of the American, Arkansas and Pulaski County Bar Associations. Ms. Wyatt has experience in a multitude of legal fields including securities law, corporate law, business litigation, real estate transactions, and insurance regulation.

# Litigation Consultants

***EUGENE J. BRANDAO*** is a forensic accountant of the firm.

Mr. Brandao has performed accounting, auditing and forensic analysis since 1988. His experience includes a Big Five accounting firm background providing auditing and tax services. Mr. Brandao served as controller for a Houston law firm, and has performed forensic accounting analysis for law firms nationwide.

Mr. Brandao has been a Certified Public Accountant since May 1989, licensed in the state of Texas. He is currently a member of the American Institute of Certified Public Accountants. His responsibilities have included audit engagements for brokers and dealers in securities, banks, bank holding companies, savings and loan organizations, energy companies and not-for-profit organizations.

Prior to joining Cauley Bowman, Mr. Brandao provided litigation consulting services with Moore, Tyler & Company from March 1992 through March 2002. Among Mr. Brandao's assignments were engagements involving breach of contract and dispute settlement, auditing malpractice, and assessment of officer and director fraud and mismanagement. He has provided consultation and analysis on securities fraud as well as lost profits and business valuation engagements in multiple industries, and has also performed services for various businesses to calculate damages sustained as a result of embezzlement and other types of fraud and mismanagement. In addition, Mr. Brandao served as controller for Moore, Tyler & Company, handling accounting, payroll, accounts payable, accounts receivable, billing, budgeting and tax reporting.

Mr. Brandao received his Bachelor of Arts in Pre-Law from Louisiana Tech University. After eight years as a field service representative in the petroleum and natural gas industry, Mr. Brandao earned a Masters of Science in Accountancy from the University of Houston.

# Leadership Positions

*In re Abercrombie & Fitch Company Securities Litigation*, United States District Court for the Southern District of New York, Civil No. M21-83 (TPG) (Executive Committee)

*In re Acclaim Entertainment Inc. Securities Litigation*, United States District Court for the Eastern District of New York, No. 03-CV-1270 (JS) (ETB) (Co-Lead Counsel)

*William J. Stoddard v. Advanta Nat'l Bank USA*, Delaware Superior Court, New Castle County, No. 97C-08-206 (VAB) (Co-Lead Counsel; Case settled for $11 million)

*Article Four Trust v. Amerco, et al.*, United States District Court for the District of Nevada, No. CV-N-03-0050-DWH VPC (Co-Lead Counsel)

*In re American Educational Products, Inc. Shareholder Litigation*, District Court for Boulder County, Colorado, No. 00-CV-1122, Div. 5 (Co-Lead Counsel)

10

*In re Arcadia Financial Ltd. Shareholder Litigation*, District Court for Hennepin County, Minnesota, No. 99-15992 (Co-Lead Counsel)

*Richard Bell, et al. v. Ascendant Solutions, Inc., et al.*, United States District Court for the Northern District of Texas, Dallas Division, No. 3-01-CV-0166-P (Co-Lead Counsel)

*In re Ashanti Goldfields Securities Litigation*, United States District Court for the Eastern District of New York, No. CV-00-0717 (DGT) (RML) (Co-Lead Counsel)

*J.D. Perkins, et al. v. Christopher T. Sortwell, et* al. (Aurora Foods), Superior Court of California, San Francisco County, No. 311498 (Lead Derivative Counsel)

*Brian Asher v. Baxter International, Inc., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 02 C 5608 (Co-Lead Counsel)

*In re Baycol Products Litigation*, MDL No. 1431, District of Minnesota (Steering Committee)

*In re BellSouth Corporation ERISA Litigation*, United States District Court for the Northern District of Georgia, Atlanta Division, No. 02-CV-2440 (Co-Lead Counsel)

*Herbert Huppert v. Robert Martini* (Bergen Brunswig), United States District Court for the Central District of California, No. SA-CV-00-364-AHS (Lead Derivative Counsel)

*In re Black Box Corporation Securities Litigation*, United States Court for the Western District of Pennsylvania, No. 03 CV 412 (Co-Lead Counsel)

*In re Beverly Enterprises, Inc. Derivative Litigation*, United States District Court for the Eastern District of Arkansas, Western Division, No. LR-C-99-826 (Co-Lead Counsel)

*In re Blockbuster, Inc. Securities Litigation*, United States District Court for the Northern District of Texas, Dallas Division, No. 3:03-CV-03098-M LEAD (Co-Lead Counsel)

*Lynne H. Sinay, et al. v. Boron LePore & Assocs., Inc.*, et al., United States District Court for the District of New Jersey, No. 99-2231 (DRD) (Co-Lead Counsel) ($4.7 million settlement)

*In re Broadcast.com, Inc. Privacy Litigation*, United States District Court for the Eastern District of Texas, Marshall Division, No. 2-00CV18-TJW (Co-Lead Counsel)

*In re Bromine Antitrust Litigation*, United States District Court for the Southern District of Indiana, Indianapolis Division,  MDL Docket No. 1310 (Executive Committee)

*In re Cameron Ashley Securities Transaction*, County Court at Law #1, Dallas County, Texas, No. 00-0971-A (Co-Lead Counsel)

*Dennis Fasano v. Caminus Corporation, et al.*, United States District Court for the Southern District of New York, No. 1:03cv1743 (JGK) (Co-Lead Counsel)

11

*In re Central Parking Corporation Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 03-CV-0546 (Co-Lead Counsel)

*In re Cherry Corp. Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18007 NC (Co-Lead Counsel)

*In re Chromcraft Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18571 (Co-Lead Counsel)

*H. Carl McCall, etc. v. Richard L. Scott, et al.*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 3:97-0838 (Derivative Litigation Executive Committee, $14 million settlement with extensive corporate governance measures adopted)

*Ralph Shive v. Metropolitan Life Ins. Co. and Conning Corp.*, Supreme Court of New York, New York County, Index No. 00-600221 (Co-Lead Counsel)

*Dasburg, S.A. et al. v. Corrections Corporation of America, et al.*, Court of Chancery for Tennessee, 20th Judicial District, Davidson County, No. 98-2391-III (Lead Counsel; $11.5 million settlement in cash and stock)

*In Re Covad Securities Litigation*, United States District Court for the Northern District of California, No. C-00-3891-PJH (Co-Lead Counsel; $16.5 million in cash and stock)

*John Roderick Heller, III, et al. v. Mercedes Walton, et al.* (Cryo-Cell International, Inc.), United States District Court for the Middle District of Floria, Tampa Division, No. 8:03-CV-1011-T-17EAJ (Co-Lead Counsel)

*Nat Orme v. Michael R. Cunningham, et al.*, Superior Court of New Jersey, Chancery Division, Hudson County, No. C-69-00 (Co-Lead Counsel)

*In re Del Webb Corporation Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18357 NC (Co-Lead Counsel)

*Sharon Bobbitt v. Andrew J. Filipowski and Michael P. Cullinane* (divine, inc.), United States District Court for the Northern District of Illinois, Eastern Division, No. 03 C 3599 (Co-Lead Counsel)

*In re DQE, Inc. Securities Litigation*, United States District Court, Western District of Pennsylvania, No. 01-1851 (Co-Lead Counsel)

*In re Dynacq International, Inc. Securities Litigation*, United States District Court for the Southern District of Texas, Houston Division, No. H-02-0377 (Co-Lead Counsel)

*In re Eaton Vance Corporation Securities Litigation*, United States District Court for the District of Massachusetts, Civil Action No. 01-10911-EFH (Co-Lead Counsel)

12

*Robert Frankel, et al. v. Entrust Technologies Inc., et al.*, United States District Court for the Eastern District of Texas, Marshall Division, No. 2:00-CV-119-TJW (Executive Committee)

*Gary Silverstein v. Equitrac Corporation*, Circuit Court for Miami-Dade County, Florida, No. 99-14316 CA 01 (Lead Counsel)

*Edward Steele, et al. v. Welch, et al.* (FAO, Inc.), United States District Court for the Eastern District of Pennsylvania, No. 03-942-MMB (Co-Lead Counsel)

*Harry Amsterdam et al. v. FleetBoston Financial Corporation et al.*, United States District Court for the District of New Jersey, No. 02-CIV-4561 (WGB) (Co-Lead Counsel)

*Earl Culp, et al. v. Gainsco, Inc., et al.*, United States District Court for the Southern District of Florida, No. 03-20854-CIV-LENARD/SIMONTON (Co-Lead Counsel)

*Leonard Brody v. Great Atlantic & Pacific Tea Co. Inc., et al.*, United States District Court for the District of New Jersey, No. 02 CV 2674 (FSH) (Co-Lead Counsel)

*Andris Indriksons, et al. v. Hamilton Bancorp Inc., et al.*, United States District Court for the Southern District of Florida, Miami Division, No. 01-CV-0056-GOLD (Co-Lead Counsel)

*Beverly Verga, et al. v. Hammerhead's Sea Grille of Juno Beach, Inc.*, Circuit Court for Palm Beach County, Florida, No. CL 98-6663 AN (Lead Counsel)

*In re HealthSouth Corp. Securities Litigation*, United States District Court for the Northern District of Alabama, Southern Division, No. CV-98-J-2634-S (Executive Committee)

*In re Il Fornaio America Corporation, et al.*, Shareholders Litigation, Delaware Chancery Court, New Castle County, C.A. No. 18506 (Co-Lead Counsel)

*Boris Pozniak v. Imperial Chemical Industries PLC, et al.*, United States District Court for the Southern District of New York, No. 1:03cv2457 (NRB) (Co-Lead Counsel)

*In re Independent Energy Holdings PLC Securities Litigation*, United States District Court for the Southern District of New York, No. 00 Civ. 6689 (Executive Committee; $48 million settlement)

*Martin Fogel v. Information Management Associates, Inc.*, United States District Court for the District of Connecticut, No. 3:00-CV-135 (AWT) (Co-Lead Counsel; $4.1 million settlement)

*In re Initial Public Offering Securities Litigation*, United States District Court, Southern District of New York, 21 MC 92 (SAS) (Steering Committee Member)

*Murrel Neal v. Insurance Management Solutions Group, Inc.*, United States District Court for the Middle District of Florida, Tampa Division, No. 8:00-CV-2013-T-26F (Co-Lead Counsel)

13

*David L. Winter v. Roy F. Mitte, et al.* (Intercontinental Life), District Court for Travis County, Texas, No. GN 003039 (Co-Lead Counsel)

*Walter E. Smith v. Interstate Bakeries Corp. et al.*, United States District Court for the Western District of Missouri, No. 4:03-cv-00142-FJG (Co-Lead Counsel)

*Jerome Deckler, et al. v. Ionics, Inc., et al.*, United States District Court for the District of Massachusetts, No. 03-CV-10393 (WGY) (Lead Counsel)

*In re IXL Enterprises, Inc. Securities Litigation*, United States District Court for the Northern District of Georgia, Atlanta Division, No. 1:00-CV-2347-CC (Co-Lead Counsel)

*In re J. Jill Group, Inc. Securities Litigation*, United States District Court for the District of Massachusetts, No. 03-CV-10918 - WGY (Co-Lead Counsel)

*Rosa A. Garza, et al. v. J.D. Edwards & Company, et al.*, United States District Court for the District of Colorado, No. 99—1744 (Co-Lead Counsel; $15 million settlement)

*State of Wisconsin Investment Board, et al. v. Harold Ruttenberg, et al.* (Just For Feet), United States District Court for the Northern District of Alabama, Southern Division, No. CV-99-BU-3097-S (Court Appointed Special Counsel; $34 million settlement)

*In re JWGenesis Financial Corporation Shareholder Litigation*, Circuit Court for Palm Beach County, Florida, No. CL 00-8661 AG (Co-Lead Counsel)

*In re Keyspan Securities Litigation*, United States District Court for the Eastern District of New York, No. CV-01-5852 (ARR) (MDG) (Co-Lead Counsel)

*Todd Holley, et al. v. Kitty Hawk Inc., et al.*, United States District Court for the Northern District of Texas, Dallas Div., No. 3-00-CV-0828-P (Co-Lead Counsel)

*In re Lernout & Hauspie Securities Litigation*, United States District Court for the District of Massachusetts, No. 00-CV-11589-PBS (Co-Lead Counsel)

*James E. Funke, et al. v. Life Financial Corp.*, United States District Court for the Southern District of New York, No. 99-CIV-118770 (DAB) (Co-Lead Counsel)

*In re Loral Space & Communication Ltd. Securities Litigation*, United State District Court for the Southern District of New York, Master File No. 01-CV-1388 (JGK) (Co-Lead Counsel)

*In re MCG Capital Corporation Securities Litigation*, United States District Court for the Eastern District of Virginia, Alexandria Division, No. 1:03cv0114-A (Co-Lead Counsel)

*Isabel J. Griffin, et al. v. MedPartners, Inc., et al.*, Circuit Court of Jefferson County, Alabama, No. CV-98-00297 (Lead Counsel for purchasers of TAPS Securities; $25 million settlement for TAPS purchasers, $65 million total settlement)

14

*Douglas A. Wilson, et al. v. MicroFinancial Incorporated, et al.*, United States District Court for the District of Massachusetts, No. 03-CV-11883 (RGS) (Co-Lead Counsel)

*In re Midway Games, Inc. Securities Litigation*, United States District Court for the Northern District of Illinois, Eastern Division, No. 03 C 6821

*In re Mikasa Inc. Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18300 NC (Co-Lead Counsel)

*Robert O. Neibert v. Monarch Dental Corp.*, United States District Court for the Northern District of Texas, Dallas Division, No. 3:99-CV-762-X (Co-Lead Counsel; $3.5 million settlement)

*In re Monterey Pasta Company Securities Litigation*, United States District Court for the Northern District of California, No. 3:03 CV 00632 MJJ (Co-Lead Counsel)

*Harold Hicks v. Morgan Stanley & Co., et al.*, United States District Court for the Southern District of New York, Civil Action No. 01 CV 10071 (Co-Lead Counsel)

*E. Paul Larett, et al. v. Michael L. Robertson, et al.* (MP3.com), Superior Court of California, County of San Diego, No. GIC-754696 (Co-Lead Derivative Counsel)

*Michael Rocco v. Nam Tai Electronics, Inc. et al.*, United States District Court for the Southern District of New York, No. 03-CV-1148 (Lead Counsel)

*In re National Golf Properties, Inc. Securities Litigation*, United States District Court for the Central District of California, Western Division, No. 02-1383-GHK(RZx)

*In re NewPower Holdings Securities Litigation*, United States District Court for the Southern District of New York, Civil Action No. 01civ1550 (CLB) (Co-Lead Counsel) ($26 million settlement)

*In re Oneok Derivative Litigation*, District Court of Tulsa County, Oklahoma, No. CJ-2000-00593 (Co-Lead Derivative Counsel)

*In re Orbital Sciences Corporation Securities Litigation*, United States District Court for the Eastern District of Virginia, Alexandria Division, No. 99-197-A (Co-Lead Counsel for Section 11 Claims; $23.5 million settlement)

*In re Parametric Technology Corp. Securities Litigation*, United States District Court for the District of Massachusetts, No. 03 CV 10290 (Co-Lead Counsel)

*In re Pcom, Inc. Securities Litigation*, Superior Court of California, County of Santa Clara, No. CV-776853 (Co-Lead Counsel; $16 million settlement)

*Jason Adelman, et al., v. PEC Solutions, Inc., et al.*, United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 03-331-A (Co-Lead Counsel)

*In re Phycor Shareholder Litigation*, United States District Court for the Middle District Tennessee, No. 3:990807 (Co-Lead Counsel; $11 million settlement)

*In re Pinnacle Systems Securities Litigation*, United States District Court for the Northern District of California, No. C-00-2596-MM (Co-Lead Counsel)

*Bill Koplovitz v. Plains Resources, Inc., et al.*, United States District Court for the Southern District of Texas, Houston Division, No. H-99-4212 (Lead Counsel; $5.4 million settlement)

*Citiline Holdings, Inc. v. Printcafe Software, Inc. et al.*, United States District Court for the Western District of Pennsylvania, Civil Action No. 03-0959 (Co-Lead Counsel)

*John Neiger, et al. v. Doctor Crants, et al. Prison Realty Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 3-99-1205 (Lead Counsel; $11.5 million settlement, cash and stock)

*In re Bernstein v. Prison Realty Trust, Inc., et al.*, Chancery Court for the State of Tennessee, 20th Judicial District, Davidson County, No. 99-3794-III (Lead Counsel)

*Samuel Brand v. Colleen Conway Welch, et al.* (Quorum Health Group), Circuit Court for Davidson County, Tennessee, No. 00C-3066 (Co-Lead Counsel)

*Richard Slatten v. Rayovac Corporation, et al.*, United States District Court for the Western District of Wisconsin, Case No. 02 C 0325 C (Co-Lead Counsel) ($4 million settlement)

*Yvon DuPaul v. H. Edwin Trusheim, et al.* (Rehabcare Group), Circuit Court of the county of St. Louis, Missouri, No. 02 CC 3039 (Lead Derivative Counsel)

*Edward J. Vranizan v. William E. Morgenstern, et al.* (Rent-Way Derivative Litigation), United States District Court for the Western District of Pennsylvania, C.A. No. 01-46, Erie (Lead Derivative Counsel)

*Lawrence Peccatiello v. Carl DeSantis, et al.* (Rexall Sundown), Circuit Court for Palm Beach County, Florida, No. CL 00-4284 AO (Lead Counsel)

*In re Royal Ahold N.V. Securities Litigation & ERISA Litigation*, United States District Court for the District of Maryland, MDL 1539 (ERISA Co-Lead Counsel)

*Paul L. Ruble, et al. v. Rural Metro Corp., et al.*, United States District Court for the District of Arizona, No. CIV-99-822-PHX-RGS (Co-Lead Counsel; $15 million settlement)

*Lone Star Ladies Investment Club v. Schlotzskys, Inc.*, United States District Court for the Western District of Texas, No. A-98-CA-550-JN (Co-Lead Counsel; $2 million settlement)

*In re Sears, Roebuck & Co. ERISA Litigation*, United States District Court for the Northern District of Illinois, Eastern Division, No. 02 C 8324 (Co-Lead Counsel)

*In re Service Corporation International*, United States District Court for the Southern District of Texas, Houston Division, No. H-99-280 (Executive Committee)

*Trinity Holdings Corp. v. Sirrom Capital Corp., et al.*, United States District Court for the Middle District of Tennessee, No. 3-98-0643 (Executive Committee; $15 million settlement)

*William Straub v. The Solomon-Page Group Ltd.*, Delaware Chancery Court, New Castle County, C.A. No. 17977 NC (Co-Lead Counsel)

*Lloyd Bahr, et al. v. Springs Industries, Inc., et al.*, State of South Carolina in the Court of Common Pleas, County of York, No. 2001-CP-46–374 (Co-Lead Counsel)

*In re Stone & Webster Inc. Securities Litigation*, United States District Court for the District of Massachusetts, No. 00-CV-10874-RCL (Executive Committee)

*In re Sunburst Hospitality Corporation Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18343 NC (Co-Lead Counsel)

*Frank Rogers v. Sunrise Medical, Inc., et al.*, Superior Court of California, County of San Diego, Case No. GIC 756421 (Co-Lead Counsel)

*In re Sunstar Healthcare Securities Litigation*, United States District Court for the Middle District of Florida, Orlando Division, No. 6:00-CV-172-ORL-28C (Executive Committee)

*In re Supervalu, Inc. Securities Litigation,* United States District Court for the District of Minnesota, No. 02-CV-1738 (JEL/JGL) (Co-Lead Counsel) ($4 million settlement)

*George Lehocky v. Tidel Technologies, Inc. et al.*, United States District Court for the Southern District of Texas, Houston Division, No. H-01-3741 (Executive Committee)

*David Montalvo v. Tripos, Inc. et al.*, United States District Court for the Eastern District of Missouri, Eastern Division, No. 4:03CV995SNL (Co-Lead)

*Richard R. Reina v. Tropical Sportswear International Corporation, et al.*, United States District Court for the Middle District of Florida, Tampa Division, No. 8:03-CV-1958-T23TGW (Co-Lead Counsel)

*In re U.S. Franchise Systems, Inc. Securities Litigation*, United States District Court for the Northern District of Georgia, Atlanta Division, No. 1:00-CV-1244-RLV (Co-Lead Counsel)

*In re U.S. Liquids Securities Litigation*, United States District Court for the Southern District of Texas, Houston Division, No. H-99-2785 (Co-Lead Counsel)

*In re United Television, Inc. Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18218 NC (Co-Lead Counsel)

*Irene Abrams v. VanKampen Funds, Inc., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, No. 01 C 7538 (Co-Lead Counsel)

*David T. O'Neal Trust v. Vanstar Corp. et al.*, Superior Court of the State of California, County of Alameda, No. V-014193-6 (Co-Lead Counsel; $5 million settlement)

*John F. Ritter v. Joseph H. Kiser* (Vari-L), District Court of Denver, Colorado, No. 00-CV-6001 (Lead Derivative Counsel)

*In re Vertex Pharmaceuticals, Inc. Securities Litigation*, United States District Court for the District of Massachusetts, No. 03-11852-PBS (Co-Lead Counsel)

*In re Vision America Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 3-00-0279 (Co-Lead Counsel; $2.75 million settlement, $3.4 million proposed settlement with auditors)

*Lawrence Feldman v. Walden Residential Properties, Inc., et al.*, County Court at Law #1, Dallas County, Texas, No. CC-99-11645-A (Lead Counsel for holders of common stock)

*Dorothy Coven v. World Fuel Services Corporation*, United States District Court for the Southern District of Florida, Miami Division, No. 00-0541-CIV-MORENO (Co-Lead Counsel)

18