# EXHIBIT G

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,** ) ) ) | |
| **Plaintiffs,** ) | |
| **v.** ) ) | **Civil Action No. 02 CV 2133 (EBB)** |
| **ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,** ) ) ) ) ) ) | |
| **Defendants.** ) | |

## AFFIDAVIT OF JOEL B. STRAUSS
## IN SUPPORT OF JOINT PETITION FOR ATTORNEYS' FEES AND
## DISBURSEMENTS FILED ON BEHALF OF
## <u>KAPLAN FOX & KILSHEIMER LLP</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

JOEL B. STRAUSS, being first duly sworn, deposes and says:

1.    I am a member of the law firm of Kaplan Fox & Kilsheimer LLP. I submit this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2.    My firm acted as counsel of record for lead plaintiff movant Local 338 Retirement Fund in this class action. The tasks undertaken by my firm can be summarized as follows: case analysis for client including review of company SEC filings and press releases and various other media reports; draft complaint; communications with client and co-counsel;

drafting lead plaintiff motion and related research; review lead plaintiff motions of various other shareholders and related research; monitor proceedings.

3.      The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partners, attorneys and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4.      The hourly rates for the partners, attorneys and professional support staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other securities or shareholder litigation.

5.      The total number of hours expended on this litigation by my firm is 153.50 hours. The total lodestar for my firm is $46,905.00, consisting of $45,002.50 for attorneys' time and $1,902.50 for professional support staff time.

6.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

2

7.    As detailed in Exhibit 2, my firm has incurred a total of $2,892.06 in un-reimbursed expenses in connection with the prosecution of this litigation.

8.    The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

9.    With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

_____
JOEL B. STRAUSS

Sworn to before me this
29th day of November, 2004

_____
Notary Public

**DEBRA McCAUGHEY**
**Notary Public, State of New York**
**No. 24-4807380**
**Qualified in Kings County**
**Commission Expires Dec. 31, 2006**

3

**EXHIBIT 1**

Schnall v. Annuity and Life Re (Holdings), Ltd., et al., Civil Action No. 02 CV 2133 (EBB)

KAPLAN FOX & KILSHEIMER LLP

TIME REPORT - Inception through October 31, 2004

| NAME | TOTAL HOURS | HOURLY RATE | | TOTAL LODESTAR | |
|---|---|---|---|---|---|
| **PARTNERS:** | | | | | |
| | | | | | |
| RN Kaplan | 8.50 | $ | 590 | $ | 5,015.00 |
| FS Fox | 14.00 | $ | 550 | $ | 7,700.00 |
| JB Strauss | 18.50 | $ | 475 | $ | 8,787.50 |
| | | | | | |
| **ATTORNEYS:** | | | | | |
| | | | | | |
| M Thompson | 100.00 | $ | 235 | $ | 23,500.00 |
| | | | | | |
| **PROFESSIONAL SUPPORT STAFF:** | | | | | |
| | | | | | |
| KM Cosgrove | 1.00 | $ | 170 | $ | 170.00 |
| L Gharib | 8.50 | $ | 155 | $ | 1,317.50 |
| KA Davilar | 1.00 | $ | 155 | $ | 155.00 |
| NA Shoemaker | 2.00 | $ | 130 | $ | 260.00 |
| | | | | | |
| TOTAL LODESTAR | 153.50 | | | $ | 46,905.00 |

| EXHIBIT 2 | | |
|---|---|---|
| Schnall v. Annuity and Life Re (Holdings), Ltd., et al., Civil Action No. 02 CV 2133 (EBB) | | |
| KAPLAN FOX & KILSHEIMER LLP | | |
| EXPENSE REPORT - Inception through October 31, 2004 | | |
| **CATEGORIES** | **AMOUNT** | |
| Photocopies/Reproduction | $ | 716.68 |
| Postage/Notice Costs | $ | 1.98 |
| Messengers/Express Services | $ | 58.82 |
| Lexis/Westlaw/Legal Research | $ | 1,856.58 |
| Facsimile Charges | $ | 258.00 |
| **TOTAL EXPENSES** | $ | 2,892.06 |



Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, New York 10022
phone 212.687.1980
fax    212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

# KAPLAN FOX & KILSHEIMER LLP

Over the past three decades, Kaplan Fox has been at the forefront of some of the most significant private antitrust class actions, securities class actions, derivative actions, and consumer class actions in the United States.  Members of the firm have been appointed by federal and state courts as lead counsel, co-lead counsel or as a member of an executive committee in numerous actions.  Over the years, Kaplan Fox has recovered more than $3 billion for our clients.  The following describes some of Kaplan Fox's major practice areas and its most significant recoveries.

## ANTITRUST LITIGATION

For more than 30 years, the antitrust attorneys at Kaplan Fox have represented on a contingent fee basis businesses and individuals, on both a class and non-class basis, who have been injured as a result of price-fixing, customer allocation or other anti-competitive behavior, by sellers of a broad array of products and services.

Kaplan Fox is frequently at the forefront of significant private antitrust actions, and we have been appointed by courts as lead counsel or member of an executive committee for plaintiffs in some of the largest antirust cases throughout the United States.   Over the years, Kaplan Fox has recovered over $2 billion for our clients.  Some of those recoveries include:

### ANTITRUST RECOVERIES

**In re Brand Name Prescription Drugs Antitrust Litigation,**
MDL 997 (N.D. Ill.) ($720 plus million recovered)

### EXHIBIT 3

**In re High Fructose Corn Syrup Antitrust Litigation,**
MDL No. 1087, Master File No. 95-1477 (C.D. Ill) ($531 million recovered)

**In re Corrugated Container Antitrust Litigation,**
MDL 310 (S.D.Tex.) ($550 million recovered)

**In re Infant Formula Antitrust Litigation,**
MDL 878 (N.D.Fla.) ($126 million recovered)

**In re Flat Glass Antitrust Litigation,**
MDL 1200 (W.D.P) ($61.7 plus million recovered)

**In re Ocean Shipping Antitrust Litigation,**
MDL 395 (S.D.N.Y.) ($51 million recovered)

**In re Medical X-Ray Film Antitrust Litigation,**
CV 93-5904 (E.D.N.Y.) ($39.6 million recovered)

**In re Screws Antitrust Litigation,** MDL 443
(D. Mass.) ($20 million recovered)

**In re Southern Florida Waste Disposal Antitrust Litigation,**
86-6029-CIV-KEHOE (S.D. Fla.)

**In re Electric Weld Steel Tubing Antitrust Litigation,**
Master File No. 79-4628 (E.D.Pa.)

**In re Southern Florida Building Supplies Cases,**
77-463-Civ. (S.D.Fla.)

**In re Cuisinarts Food Processors Antitrust Litigation,**
MDL 447 (D.Conn.)

**In re Wholesale Baking Antitrust Litigation,**
Master File No. 83 Civ. 714 DNE (S.D.N.Y.)

**In re Building Maintenance Services Antitrust Litigation,**
76 Civ. 341 (JMC) ($5 million recovered)

**In re Milk Antitrust Litigation,**
81 Civ. 1963 (S.D.N.Y.)

**In re Shopping Carts Antitrust Litigation,**
MDL No. 451 (S.D.N.Y.)

**In re Atlanta Waste Services Antitrust Litigation**,
C-83-796A (N.D.Ga.)

## SECURITIES LITIGATION

For more than 30 years, Kaplan Fox has also earned its reputation as a leader in the fight against securities fraud by aggressively pursuing cases on behalf of shareholders and other victims of corporate wrongdoing. Typically, our attorneys represent a class of investors who purchased securities at prices that were artificially inflated by a company's false and misleading statements or omissions.

Our securities litigation attorneys have been responsible for a number of significant recoveries totaling over $1 billion on behalf of aggrieved investors. Some of those recoveries include the following:

### SECURITIES RECOVERIES

**In re 3Com Securities Litigation**,
No. C-97-21083-EAI (N.D.Ca) ($259 million recovered)

**In re MicroStrategy Securities Litigation**,
No. CV-00-473-A (E.D.Va) ($155 million recovered)

**In re Informix Securities Litigation**,
C-97-129-CRB (N.D.Ca) ($136.5 million recovered)

**In re L.A. Gear Securities Litigations**,
CV-90-2832-KN(Bx); CV-91-0400-KN(Bx);
CV-91-4039-MRP(Jrx) (C.D.Ca.) ($50 million plus recovered)

**In re Ames Department Stores Securities Litigation**,
MDL No. 924 (S.D.N.Y.) ($46 million recovered)

**In re Genentech, Inc. Securities Litigation**,
C-88-4038-DLJ (N.D.Ca.) ($29 million recovered)

**In re Tele-Communications, Inc. Securities Litigation**,
C-97-421(C.D.Ca.) ($26.5 million recovered)

3

**In re Sun Healthcare Group, Inc. Litigation**,
C-95-7005-JC/WWD (D.N.M.) ($24 million recovered)

**In re PepsiCo Securities Litigation**,
82 Civ. 8288 (S.D.N.Y.) ($21 million recovered)

**In re Centennial Technologies Litigation**,
97-10304-REK (D. Mass.) ($21.5 million recovered and other consideration)

**Kensington Capital Management v. Oakley, Inc., et. al.**,
No. SACV97-808 GLT (Eex) (C.D.Ca) ($17.5 million recovered)

**In re Computer Memories Securities Litigation**,
No. C-85-2335 (A)-EFL (N.D.Ca.) ($15.5 million recovered)

**Rosen, et al. v. Macromedia, Inc., et al.**
($48 million recovered) (No. 988526) (Sup. Ct. Ca.)

**Scheatzle, et al. v. Eubanks, et al.**,
C-92-20785-JW(EAI) (N.D.Ca.) ($18.6 million recovered)

**In re Wyse Technology Securities Litigation**,
C-89-1818-WHO (N.D.Ca.) ($15.5 million recovered)

4

# ATTORNEY BIOGRAPHIES

## PARTNERS

**ROBERT N. KAPLAN.** Widely recognized as a leading antitrust litigator, Robert Kaplan has led the prosecution of numerous antirust cases recovering hundreds of millions of dollars on behalf of victims of antitrust conspiracies. Mr. Kaplan has been with Kaplan Fox for more than 30 years, joining in 1971.

Mr. Kaplan honed his litigation skills as a trial attorney with the Antitrust Division of the Department of Justice. There, he gained significant experience litigating both civil and criminal actions. He also served as law clerk to the Hon. Sylvester J. Ryan, then chief judge of the U.S. District Court for the Southern District of New York.

Mr. Kaplan's published articles include: "Complaint and Discovery In Securities Cases," *Trial*, April 1987; "Franchise Statutes and Rules," *Westchester Bar Topics*, Winter 1983; "Roots Under Attack: *Alexander v. Haley* and *Courlander v. Haley*," *Communications and the Law*, July 1979; and "Israeli Antitrust Policy and Practice," *Record of the Association of the Bar*, May 1971.

In addition, Mr. Kaplan served as an acting judge of the City Court for the City of Rye, N.Y., from 1990 to 1993.

Mr. Kaplan sits on the boards of several community organizations, including the Board of Directors of the Carver Center in Port Chester, N.Y., and the Board of Directors of the Rye Free Reading Room in Rye, N.Y.

**Education:**
- B.A., Williams College (1961)
- J.D., Columbia University Law School (1964)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1964)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second, Third, Seventh, Ninth, and Eleventh Circuits
- U.S. District Courts for the Southern, Eastern, and Northern Districts of New York, the Central District of Illinois, and the District of Arizona

**Professional affiliations:**
- National Association of Securities and Commercial Law Attorneys (past President)
- Committee to Support the Antitrust Laws (past President)
- Advisory Group of the U.S. District Court for the Eastern District of New York
- American Bar Association

- Association of Trial Lawyers of America (Chairman, Commercial Litigation Section, 1985-86)
- Association of the Bar of the City of New York (served on the Trade Regulation Committee; Committee on Federal Courts)

Mr. Kaplan can be reached by email at: RKaplan@kaplanfox.com

**FREDERIC S. FOX** first associated with Kaplan Fox in 1984, and became a partner in the firm in 1991. He has concentrated his work in the area of securities fraud litigation. Mr. Fox has played important roles in many major securities fraud cases. He was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Mr. Fox is the author of "Current Issues and Strategies in Discovery in Securities Litigation," ATLA, 1989 Reference Material; "Securities Litigation: Updates and Strategies," ATLA, 1990 Reference Material; and "Contributory Trademark Infringement: The Legal Standard after *Inwood Laboratories, Inc. v. Ives Laboratories,*" University of Bridgeport Law Review, Vol. 4, No. 2.

During law school, Mr. Fox was the notes and comments editor of the University of Bridgeport Law Review.

**Education:**
- B.A., Queens College (1981)
- J.D., Bridgeport School of Law (1984)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1985)
- U.S. Courts of Appeals for the Fourth, Fifth, and Sixth Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional affiliations:**
- American Bar Association
- Association of the Bar of the City of New York
- Association of Trial Lawyers of America (Chairman, Commercial Law Section, 1991-92)

Mr. Fox can be reached by email at: FFox@kaplanfox.com

**RICHARD J. KILSHEIMER** first associated with Kaplan Fox in 1976, and became a partner in the firm in 1983. His practice is concentrated in the area of antitrust litigation, and he has played significant roles in several of the largest antitrust class actions in the country. He also practices in the areas of securities fraud and commercial litigation.

6

Prior to joining the firm, Mr. Kilsheimer served as law clerk to the Hon. Lloyd F. MacMahon (1975-76), formerly Chief Judge of the U.S. District Court for the Southern District of New York.

Mr. Kilsheimer is a member of the Antitrust and Trade Regulation Committee of the Association of the Bar of the City of New York. He is also the co-author of "Secondary Liability Developments," ABA Litigation Section, Subcommittee on Secondary Liability, 1991-1994.

**Education:**
- A.B., University of Notre Dame (1972)
- J.D., cum laude, St. John's University (1975)

**Bar affiliations and court admissions:**
- State of New York (1976)
- U.S. Court of Appeals for the Second Circuit (1983)
- U.S. District Courts for the Southern and Eastern Districts of New York (1976) and the Northern District of Indiana (1987)

**Professional affiliations:**
- Association of the Bar of the City of New York
- Federal Bar Council
- Committee to Support the Antitrust Laws
- Association of Trial Lawyers of America

Mr. Kilsheimer can be reached by email at: RKilsheimer@kaplanfox.com


**GREGORY K. ARENSON** is a seasoned business litigator with experience representing clients in a variety of areas, including antitrust, securities, employee termination, fraud, contract, and unfair competition. His economics background provides unique insights on antitrust liability and damages issues. Mr. Arenson has been a partner in the firm since 1993.

Mr. Arenson writes frequently on discovery issues and the use of experts. Recently published articles include: "Who Should Bear the Burden of Producing Electronic Information?" 7 *Federal Discovery News,* No. 5, at 3 (April 2001); "Work Product vs. Expert Disclosure – No One Wins," 6 *Federal Discovery News,* No. 9, at 3 (August 2000); "Practice Tip: Reviewing Deposition Transcripts," 6 *Federal Discovery News*, No. 5, at 13 (April 2000); and "The Civil Procedure Rules: No More Fishing Expeditions," 5 Federal Discovery News, No. 9, at 3 (August 1999). He was also co-author of "The Good, the Bad and the Unnecessary: Comments on the Proposed Changes to the Federal Civil Discovery Rules," 4 *NYLitigator* 30 (December 1998); co-author of "The Search for Reliable Expertise: Comments on Proposed Amendments to the Federal Rules of Evidence," 4 *NYLitigator* 24 (December 1998); co-editor of *Federal Rules of Civil Procedure, 1993 Amendments, A Practical Guide,* published by the New York State Bar Association; and a co-author of "Report on the Application of Statutes of Limitation in Federal Litigation," 53 *Albany Law Review* 3 (1988).

7

Mr. Arenson is an active alumnus of the Massachusetts Institute of Technology, serving as a member of the Corporation, a member of the Corporation Development Committee, vice president of the Association of Alumni/ae, and member of the Alumni/ae Fund Board (of which he was a past chair).

**Education:**
- S.B., Massachusetts Institute of Technology (1971)
- J.D., University of Chicago (1975)

**Bar affiliations and court admissions:**
- Bar of the State of Illinois (1975)
- Bar of the State of New York (1978)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second and Seventh Circuits
- U.S. District Courts for the Northern and Central Districts of  Illinois, and the Southern and Eastern Districts of New York
- U.S. Tax Court

**Professional affiliations:**
- New York State Bar Association, Federal Litigation Section, Committee on Federal Procedure  (Chairman since 1997)
- Association of the Bar of the City of New York
- American Bar Association
- Member, advisory board, Federal Discovery News (1999 – present)

Mr. Arenson can be reached by email at: GArenson@kaplanfox.com

**LAURENCE D. KING** first associated with Kaplan Fox in 1994, and became a partner in the firm in 1998.  Mr. King, who practices in the areas of securities and consumer litigation, is a resident partner in the firm's San Francisco office.  Mr. King has played a substantial role in cases that have resulted in some of the largest recoveries obtained by Kaplan Fox and was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Prior to joining Kaplan Fox, Mr. King honed his litigation skills as an assistant district attorney for New York County, where he tried numerous felony prosecutions to a jury verdict.

**Education:**
- B.S., Wharton School of the University of Pennsylvania (1985)
- J.D., Fordham University School of Law (1988)

**Bar affiliations and court admissions:**
- Bar of the State of Connecticut (1988)
- Bar of the State of New York (1989)
- Bar of the State of New Jersey (1993)
- Bar of the Commonwealth of Pennsylvania (1993)

8

- Bar of the State of California (2000)
- U.S. District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Southern and Eastern Districts of New York, and the Central District of California

**Professional affiliations:**
- New York State Bar Association
- New Jersey State Bar Association
- San Francisco Bar Association
- American Bar Association

Mr. King can be reached by email at: LKing@kaplanfox.com

**JOEL B. STRAUSS** first associated with Kaplan Fox in 1992, and became a partner in the firm in 1999. He practices in the area of securities and consumer fraud class action litigation, with a special emphasis on accounting and auditing issues.

Prior to joining Kaplan Fox, Mr. Strauss served as a senior auditor with one of the former "Big Eight" accounting firms. Combining his accounting background and legal skills, he has played a critical role in successfully prosecuting numerous securities class actions across the country on behalf of shareholders. Mr. Strauss was one of the lead trial lawyers for the plaintiffs in the first case to go to trial and verdict under the Private Securities Litigation Reform Act of 1995.

Although currently practicing exclusively in the area of law, Mr. Strauss is a licensed Certified Public Accountant in the State of New York.

Mr. Strauss has also been a guest lecturer on the topics of securities litigation, auditors' liability and class actions for seminars sponsored by the Practicing Law Institute and the National Consumer Law Center.

**Education:**
- B.A., Yeshiva University (1986)
- J.D., Benjamin N. Cardozo School of Law (1992)

**Bar affiliations and court admissions:**
- Bar of the State of New Jersey
- Bar of the State of New York
- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey
- U.S. Court of Appeals for the Third Circuit

**Professional affiliations:**
- American Bar Association (member, Litigation Section, Rule 23 Subcommittee)
- Association of the Bar of the City of New York
- New York State Bar Association
- American Institute of Certified Public Accountants

Mr. Strauss can be reached by email at: JStrauss@kaplanfox.com

**THEODORE N. KAPLAN**  Theodore Kaplan's practice in real estate, trusts and estates, and general business law is a continuation of the firm's original practice areas that was established many years ago.  For that reason, it is no surprise that Mr. Kaplan provides a level of old-fashioned, personal attention to his client matters that is rarely seen today.

In the real estate arena, Mr. Kaplan's willingness to handle every detail of a transaction is extraordinarily valuable to his clients, many of whom live abroad.  In addition to the typical elements of a real estate purchase, he often provides the unexpected—interviewing and contracting with architects, seeing to it that taxes and condominium fees are paid, and finding ways for his clients to work within building requirements and historic preservation laws.

The same hands-on, detail-oriented approach is applied to Mr. Kaplan's trusts and estates practice.  For many of his clients, he operates much like a personal trust company, often providing advice and services that extend far beyond what one would expect from a law firm.

Mr. Kaplan has also developed a specialty in handling the often-complex estates of artists, writers, designers, musicians, and producers.  Prior to joining Kaplan Fox, he served as general counsel to Sotheby's, and today draws upon that experience to provide sound advice on the sale or auction of art.

In the general business arena, Mr. Kaplan represents publishers, assisting them in the negotiation of publishing contracts and providing other services.  In addition, he often works with young physicians interested in setting up practice, by handling practice purchases and drafting partnership agreements.

Mr. Kaplan's involvement in the arts extends beyond his practice at Kaplan Fox.  He serves on the Council of the National Academy of Design; is a member of the board of the International Foundation for Art Research, and serves as secretary for the board of the Ballet Foundation.  He has also been a member of the board of the Heckscher Museum, and was a former president and board member of the New York Committee for Young Audiences.

In addition, Mr. Kaplan serves as the chairman of the Planning Board of the Village of Northport, Long Island, and is a member of the Century Association.

Mr. Kaplan lectures frequently on the planning of artists' estates.  For seven years, he held the position of adjunct professor at the Fashion Institute of Technology, teaching art law in the school's masters' programs for gallery administration and museum studies.

He has been a member of the firm since 1980.

**Education:**
- B.A., Reed College (1963)
- M.A., University of Hawaii (1965)
- J.D., New York University Law School (1968)
- Post-graduate studies in comparative laws, University of London (1968-69)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1969)
- U.S. District Court for the Southern District of New York

**Professional affiliations:**
- Association of the Bar of the City of New York (Committee on Art Law, 1983-1986, 1990-1993)

Mr. Kaplan can be reached by email at: TKaplan@kaplanfox.com

## ASSOCIATES

**CHRISTINE FOX** has been associated with Kaplan Fox since 1995. She practices in the areas of securities and antitrust litigation.

**Education:**
- B.S., Cornell University (1992)
- J.D., University of Michigan Law School (1994)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1995)
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations**:
- American Bar Association
- New York State Bar Association
- New York County Lawyers Association
- Bar Association of the City of New York

Ms. Fox can be reached by email at: CFox@kaplanfox.com

**HAE SUNG NAM** has been associated with Kaplan Fox since 1999. She practices in the areas of securities and antitrust litigation.

Prior to joining the firm, Ms. Nam was an associate with Kronish Lieb Weiner & Hellman LLP, where she trained in corporate securities law and mergers and acquisitions. She also served as an intern for the U.S. Department of Justice, Antitrust Division.

During law school, Ms. Nam was a member of the George Washington University Law Review. She is the author of a case note, "Radio – Inconsistent Application Rule," 64 Geo. Wash. L. Rev. (1996).

**Education:**
- B.A., magna cum laude, Syracuse University (1994)
- J.D., with honors, George Washington University School of Law (1997)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1998)

- U.S. District Court for the Eastern District of Wisconsin

**Professional affiliations:**
- New York State Bar Association
- American Bar Association

Ms. Nam can be reached by email at: HNam@kaplanfox.com


**LORI S. BRODY** practices in the area of complex litigation. She first became associated with Kaplan Fox in 2001, and is resident in the firm's Los Angeles office.

**Education:**
- B.A, University of California, Berkeley (1987)
- J.D., University of California, Los Angeles (1990)

**Bar affiliations and court admissions:**
- Bar of the State of California (1990)
- U.S. District Courts for the Northern, Central and Southern Districts of California

Ms. Brody can be reached by email at: LBrody@kaplanfox.com


**DONALD R. HALL** has been associated with Kaplan Fox since 1998. He practices in the areas of antitrust, securities, and civil litigation.

During law school, Mr. Hall was a member of the Fordham Urban Law Journal and a member of the Fordham Moot Court Board. He also participated in the Criminal Defense Clinic, representing criminal defendants in federal and New York State courts on a pro-bono basis.

**Education:**
- B.A., College of William and Mary (1995)
- J.D., Fordham University School of Law (1998)

**Bar affiliations and court admissions:**
- Bar of the State of Connecticut (2001)
- Bar of the State of New York (2001)
- U.S. District Court for the Southern District of New York

**Professional affiliations:**
- American Bar Association
- Association of Trial Lawyers of America
- New York State Bar Association

Mr. Hall can be reached by email at: DHall@kaplanfox.com


**JASON A. ZWEIG** became associated with Kaplan Fox in January 2003. He practices in the areas of securities, antitrust, and other areas of civil litigation.

Prior to joining the firm, Mr. Zweig was an associate with Proskauer Rose LLP in New York where he practiced in all areas of civil and criminal litigation.

During law school, Mr. Zweig was Executive Editor for the Columbia Journal of Environmental Law.

**Education:**
- B.S., Indiana University (1995)
- J.D., Columbia University School of Law (1998)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1999)
- U.S. Dist. Court for the Southern District of New York (2000)
- U.S. Dist. Court for the Eastern District of New York (2000)
- United States Court of Appeals for the Third Circuit (2001)

**Professional affiliations:**
- Association of the Bar of the City of New York
- American Bar Association
- New York State Bar Association
- Association of Trial Lawyers of America

Mr. Zweig can be reached by email at: JZweig@kaplanfox.com

**JOHN J. REINKE** practices in the areas of commercial real estate, including leases and transactions; residential real estate, including luxury transactions; and estate and trust planning and administration, including contested matters, accounting matters, and estate tax matters. He has been associated with Kaplan Fox since 1987.

During law school, Mr. Reinke was a member of the Fordham International Law Journal. He is the author of a note titled "An Analysis of the Conflicts Between Congressional Import Quotas and the General Agreement on Tariffs and Trade," 9 *Fordham Int'l Law Journal* 734.

**Education:**
- B.A., summa cum laude, Fordham University (1984)
- J.D., Fordham University School of Law (1987)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1988)
- Bar of the State of New Jersey (1988)
- U.S. District Courts for the Southern District of New York and the District of New Jersey

**Professional affiliations:**
- The Association of the Bar of the City of New York
- The New York County Lawyers Association

Mr. Reinke can be reached by email at: JReinke@kaplanfox.com

**JEFFREY P. CAMPISI** became associated with Kaplan Fox in February 2004.  He practices in the areas of securities, antitrust, and other areas of civil litigation.

Prior to joining the firm, Mr. Campisi served as law clerk to the Hon. Herbert J. Hutton. Also, Mr. Campisi was an associate with Dewey Ballantine LLP in New York where he practiced in all areas of civil litigation.

During law school, Mr. Campisi was a member of the Villanova Law Review.

**Education:**
- B.A., cum laude, Georgetown University (1996)
- J.D., summa cum laude, Villanova University School of Law (2000)

**Bar affiliations and court admissions:**
- Bar of the State of New York (2001)
- U.S. Dist. Court for the Southern District of New York (2001)
- U.S. Dist. Court for the Eastern District of New York (2001)

**Professional affiliations:**
- American Bar Association

Mr. Campisi can be reached by email at: JCampisi@kaplanfox.com

**MATTHEW McCAHILL** has been associated with Kaplan Fox since 2003.  He practices in the areas of securities, antitrust, and civil litigation.

During law school, Mr. McCahill was a member of the Fordham Urban Law Journal.  He is fluent in French and proficient in Spanish.

**Education:**
- B.A., *summa cum laude*, Rutgers College (2000)
- J.D., Fordham University School of Law (2003)

**Bar affiliations and court admissions:**
- Bar of the State of New York (2004)

Mr. McCahill can be reached by email at: MMccahill@kaplanfox.com

**ERICA L. HICKS** has been associated with Kaplan Fox since September 2003.  She practices in the areas of securities, antitrust, and other areas of civil litigation.

During law school, she clerked for Judge Denny Chin in the Southern District of New York.  Ms. Hicks was also the Senior Articles Editor for the Fordham Urban Law Journal and one of the co-founders of Fordham's Entertainment Law Students Association.

**Education:**
- B.A., Duke University (1999)
- J.D., Fordham University Law School (2003)

**Bar affiliations and court admissions:**
- Bar of the State of New York (2004)

Ms. Hicks can be reached by email at: EHicks@kaplanfox.com

## OF COUNSEL

**MARY G. MORRIS** practices in the area of securities litigation. She associated with the firm in 2002. Prior to joining Kaplan Fox, Ms. Morris served as Treasurer of Virginia and before that served as Virginia's Senior Assistant Attorney General for Finance and Tax, responsible for all the Commonwealth's tax litigation.

**Education:**
- B. A., with distinction, Christopher Newport College of the College of William and Mary (1976)
- J.D., Marshall-Wythe School of Law, College of William and Mary (1981)
- M.L. & T., Marshall-Wythe School of Law, College of William and Mary (1982)

**Bar affiliations and court admissions:**
- Bar of the State of Virginia (1981)
- U.S. Supreme Court
- U.S. Court of Appeals for the Fourth Circuit
- U.S. District Courts for the Eastern and Western Districts of Virginia

**Professional affiliations:**
- Virginia State Bar Association
- Virginia Women Attorneys Association
- National Association of Bond Lawyers

Ms. Morris can be reached by email at: MMorris@kaplanfox.com

**W. MARK MCNAIR** practices in the area of securities litigation with a special emphasis on institutional investor involvement. He associated with the firm in 2003, and is resident in Washington, D.C. Prior to entering private practice, he was an attorney at the Securities and Exchange Commission and the Municipal Securities Rulemaking Board.

**Education:**
- B.A. with honors, University of Texas at Austin (1972)
- J.D. University of Texas at Austin (1975)
- L.L.M. (Securities) Georgetown University (1989)

Mr. McNair can be reached at MMcnair@kaplanfox.com

**LINDA M. FONG** practices in the areas of general business and consumer protection class action litigation. She has been associated with Kaplan Fox since 2001, and is resident in the firm's San Francisco office. Ms. Fong serves on the Board of the San Francisco Trial Lawyers Association and is active in its Women's Caucus.

**Education:**
- J.D., University of San Francisco School of Law (1985)

- B.S., with honors, University of California, Davis
- Elementary Teaching Credential, University of California, Berkeley

**Bar affiliations and court admissions:**
- Bar of the State of California (1986)
- U.S. District Courts for the Northern and Eastern Districts of California
- U.S. Court of Appeals for the Ninth Circuit

**Professional affiliations:**
- San Francisco Trial Lawyers Association
- Asian American Bar Association
- Bar Association of San Francisco
- Trial Lawyers for Public Justice
- Consumer Attorneys of California

**Awards:**
- Presidential Award of Merit
- Consumer Attorneys of California, 2000

Ms. Fong can be reached by email at: LFong@kaplanfox.com

**GARY L. SPECKS** practices primarily in the area of complex antitrust litigation. He has represented plaintiffs and class representatives at all levels of litigation, including appeals to the U.S. Courts of Appeals and the U.S. Supreme Court. In addition, Mr. Specks has represented clients in complex federal securities litigation, fraud litigation, civil RICO litigation, and a variety of commercial litigation matters. Mr. Specks is resident in the firm's Chicago office.

During 1983, Mr. Specks served as special assistant attorney general on antitrust matters to Hon. Neil F. Hartigan, then Attorney General of the State of Illinois.

**Education:**
- B.A., Northwestern University (1972)
- J.D., DePaul University College of Law (1975)

**Bar affiliations and court admissions:**
- Bar of the State of Illinois (1975)
- U.S. Courts of Appeals for the Third, Fifth, Seventh, Ninth and Tenth Circuits
- U.S. District Court for the Northern District of Illinois, including Trial Bar

**Professional affiliations:**
- American Bar Association
- Illinois Bar Association
- Chicago Bar Association

Mr. Specks can be reached by email at: GSpecks@kaplanfox.com

**WILLIAM J. PINILIS** practices in the areas of commercial, consumer and securities class action litigation. He has been associated with Kaplan Fox since 1999, and is resident in the firm's New Jersey office.

In addition to his work at the firm, Mr. Pinilis has served as an adjunct professor at Seton Hall School of Law since 1995, and is a lecturer for the New Jersey Institute for Continuing Legal Education. He has lectured on consumer fraud litigation and regularly teaches the mandatory continuing legal education course Civil Trial Preparation.

Mr. Pinilis is the author of "Work-Product Privilege Doctrine Clarified," *New Jersey Lawyer*, Aug. 2, 1999; "Consumer Fraud Act Permits Private Enforcement," *New Jersey Law Journal*, Aug. 23, 1993; "Lawyer-Politicians Should Be Sanctioned for Jeering Judges," *New Jersey Law Journal*, July 1, 1996; "No Complaint, No Memo – No Whistle-Blower Suit," *New Jersey Law Journal*, Sept. 16, 1996; and "The *Lampf* Decision: An appropriate Period of Limitations?" *New Jersey Trial Lawyer*, May 1992.

**Education:**
- B.A., Hobart College (1989)
- J.D., Benjamin Cardozo School of Law (1992)

**Bar affiliations and court admissions:**
- Bar of the State of New Jersey (1992)
- Bar of the State of New York (1993)
- U.S. District Courts for the District of New Jersey, and the Southern and Eastern Districts of New York

**Professional affiliations:**
- Morris County Bar Association
- New Jersey Bar Association
- Graduate, Brennan Inn of Court

Mr. Pinilis can be reached by email at: WPinilis@kaplanfox.com

**CHARLES J. MOXLEY, JR.** Charles Moxley practices in the areas of securities, insurance, commercial, corporate, and general civil litigation, as well as performing arbitration and appellate work. He has been associated with Kaplan Fox since 1994.

Mr. Moxley started his career as an associate at Davis Polk & Wardwell, and thereafter was a member of several New York City law firms. He has also served as a law professor at St. John's University School of Law and as an adjunct professor at New York Law School, teaching courses in the litigation area, including federal and New York practice, evidence, and professional responsibility. Mr. Moxley has been an arbitrator on numerous substantial arbitrations before the American Arbitration Association in the securities, contract, intellectual property, employment, construction, and other areas. He has also served extensively as a special master in New York Supreme Court.

He is the author of *International Law and Nuclear Weapons in the Post Cold War World* (Austin & Winfield, 2000) (with forewords by Robert S. McNamara, David W. Leebron, and Kosta Tsipis).

Mr. Moxley's pro bono activities include service as Chair of the Independent Judicial Screening Committee for the designation of candidates for New York City Civil Judge. He is also a member of the board of the Lawyers' Committee for Nuclear Policy and a former board member of the Lawyers Alliance for World Security. In addition, he has served as New York City Law Industry Chair for the March of Dimes Walkathon.

During law school, Mr. Moxley served as managing editor of the Columbia Journal of Transnational Law. He then served as law clerk to the Hon. Thomas F. Croake of the U.S. District Court for the Southern District of New York.

**Education:**
- B.A., Fordham University (1965)
- M.A., Fordham University (1966)
- J.D., Columbia University School of Law (1969)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1969)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second and Seventh Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional affiliations:**
- American Bar Association
- Association of the Bar of the City of New York
- New York State Bar Association
- New York County Lawyers Association

Mr. Moxley can be reached by email at: CMoxley@kaplanfox.com

**JAMES B. KILSHEIMER III**    James Kilsheimer practices in the areas of corporate law, estates law, and real estate. He was a member of the firm from 1954 to 1993, and has been Of Counsel since then.

Prior to joining the firm, Mr. Kilsheimer served as Assistant U.S. Attorney for the Southern District of New York from 1950 to 1954. In 1954, he became special assistant to the U.S. Attorney for the Southern District of New York. He also served as law clerk to the Hon. Murray Hulbert and the Hon. Samuel Kaufman of the U.S. District Court for the Southern District of New York.

In addition to his work at the firm, Mr. Kilsheimer has served as special master in numerous cases on appointment of the U.S. District Court for the Southern District of New York. He has also served as trustee of St. Joseph's Medical Center, director of St. Joseph's Nursing Home, and is a life member of the Supreme Council of the Royal Arcanum.

18

**Education:**
- B.A., Fordham College (1943)
- J.D., Fordham University School of Law (1948)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1948)
- U.S. Court of Appeals for the Second Circuit
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional affiliations:**
- Association of the Bar of the City of New York (member, Judiciary, Grievance, and Federal Courts Committees, 1954-78)
- Bronx County Bar Association (Chairman, Federal Courts and Bankruptcy Committees, 1973-78)
- Federal Bar Council

Mr. Kilsheimer can be reached by email at: JKilsheimer@kaplanfox.com

As of 11/16/04 S&ABroRJK