# EXHIBIT J

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 02 CV 2133 (EBB)<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF ANDREW M. SCHATZ
IN SUPPORT OF JOINT PETITION FOR ATTORNEYS' FEES AND
DISBURSEMENTS FILED ON BEHALF OF
<u>SCHATZ & NOBEL, PC</u>

STATE OF CONNECTICUT   )
                        )  ss.:
COUNTY OF HARTFORD      )

Andrew M. Schatz, being first duly sworn, deposes and says:

1. I am a member of the law firm of Schatz & Nobel, PC. I submit this affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2. My firm acted as Connecticut counsel to several plaintiffs in this class action. The tasks undertaken by my firm can be summarized as follows: Investigation, review and revision of pleadings, communications with do-counsel and plaintiffs.

3. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the attorneys of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

4. The hourly rates for the attorneys in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other securities or shareholder litigation.

5. The total number of hours expended on this litigation by my firm is 131 hours. The total lodestar for attorneys time in my firm is $56,612.50.

6. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7. As detailed in Exhibit 2, my firm has incurred a total of $3,021.42 in un-reimbursed expenses in connection with the prosecution of this litigation.

8. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

9. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

**ANDREW M. SCHATZ**

Sworn to before me this
30th day of November 2004

Karen A. Silva, Notary Public
My Commission Expires 13/31/09

3

# EXHIBIT 1

**Schnall v. Annuity and Life Re ( Holdings), Ltd., et al., Civil Action No. 02 CV 2133 (EBB)**

SCHATZ & NOBEL, PC

**TIME REPORT — Inception through November 2004**

| Name | Total Hrs. | Hourly Rate | Total Lodestar |
|---|---|---|---|
| **PARTNERS:** | | | |
| Andrew M. Schatz | 46 | $550 | $25,300.00 |
| Robert A. Izard | 3 | $500 | $1,500.00 |
| Jeffrey S. Nobel | 14.25 | $450 | $6,412.50 |
| | | | |
| **ATTORNEYS:** | | | |
| Patrick A. Klingman | 58 | $350 | $20,300.00 |
| Wayne T. Boulton | 3.50 | $350 | $1,225.00 |
| Nancy A. Kulesa | 6.25 | $300 | $1,875.00 |
| | | | |
| TOTAL LODESTAR | | | $56,612.50 |

4

## EXHIBIT 2

**Schnall v. Annuity and Life Re (Holdings), Ltd., et al., Civil Action No. 02 CV 2133 (EBB)**

[NOTE: This list may contain items that do not apply to your firm. Please delete items that do not apply.]

SCHATZ & NOBEL, PC

### EXPENSE REPORT — Inception through November 2004

| **Categories:** | **Amount** |
|---|---:|
| Photocopies/Reproduction | $1,609.75 |
| Postage/Notice Costs | $424.40 |
| Telephone\Facsimile | $16.62 |
| Filing/Witness Fees | $900.00 |
| Lexis/Westlaw/Legal Research\Pacer | $14.49 |
| Meals, Hotels & Transportation | $56.16 |
| **TOTAL EXPENSES:** | $3,012.42 |

# SCHATZ & NOBEL, P.C.

ATTORNEYS AT LAW

One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

Phone: (860) 493-6292
Fax: (860) 493-6290

Email: firm@snlaw.net
Web Site: SNLAW.net

## EXHIBIT 3

## RESUME OF SCHATZ & NOBEL, P.C.

Schatz & Nobel, P.C. is one of the premier firms engaged in class action litigation on behalf of investors alleging misrepresentations in connection with the purchase or sale of securities. We are currently lead or primary counsel in many large securities or ERISA class actions, including cases against AT&T, AOL Time Warner, JDS Uniphase, Cable & Wireless, Sprint, and Tyco International. In the securities fraud class action against Campbell Soup Company, we represented the pension funds of the State of Connecticut as lead plaintiff. We recently settled the securities fraud class action on behalf of investors in Smallworldwide plc, for over 85% of the total losses claimed by class members.

Schatz & Nobel, P.C. has been formally appointed by many courts as lead counsel or co-lead counsel for investors in securities class actions, including Papanikolaou v. Value-Added Communications, et al., No. 3-95CV0346-H (N.D. Tex.), Gorga v. Uniroyal Chemical Corporation et al., No. CV-96-0132014-S (Conn. Super.); David v. Simware, Inc. et al. No. 96/602143 (N.Y. Sup.), Butler et al. v. Northstar Health Services, Inc. et al., No. 96-701 (W.D. Pa.), Allen, et al v. Johansson, et al., 397CV02172 (RNC) (D. Conn.), Feiner v. SS&C Technologies, Inc. et al., 397CV0656 (D. Conn.), Berti, et al. v. Videolan Technologies, Inc., et al., No.3:97CV296H (W.D. Ky.), Ganino, et al v. Citizens Utilities Company, et al, No. 398CV00480 (JBA) (D. Conn.), Bunting, et al v. HealthCor Holdings, Inc., et al., No. 398CV0744-D (N.D. Tex.), Hirsch, et al. v. PSS World Medical, Inc., et al., No. 98 502 Civ.

SCHATZ & NOBEL, P.C.

J20A (M.D. Fla.), Kenneth Blau, et al v. Douglas Murphy, et al, No. H 99 0535 (S.D. Tex.), Angres v. Smallworldwide plc, No. 99-K-1254 (D. Colo.), In re Complete Management, Inc. Sec. Litig., No. 99 Civ. 1454 (S.D.N.Y.), Allain Roy v. dElia*s, Inc., et al., No. 99 Civ. 3951 (JES) (S.D.N.Y.), Russo, et al v. KTI, Inc., et al., No. 99-1780 (JAG) (D.N.J.); Laborers Local 1298 Pension Fund v. Campbell Soup Company, et al., No. 00-152 (JEI) (D.N.J.); Hart v. Internet Wire, et al., No. 00 Civ. 6571 (S.D.N.Y.), Ottmann v. Hanger Orthopedic Group, Inc., et al., Civil Action No. AW 00CV3508 (D. Md.), In re PolyMedica Corp. Sec. Litig., No. 00-12426-REK (D. Mass.), Karl L. Kapps, et al. v. Torch Offshore, Inc., et al., Case No. 02-CV-0582 (E.D. La), In re Cable and Wireless, PLC, Securities Litigation, Civil Action No. 02-1860 (E.D. Va), In re Alloy, Inc. Securities Litigation, Case No. 03-CV-1597 (S.D.N.Y.), In re Surebeam Corporation Securities Litigation, Case No. 03-CV-1721 (S.D. Cal); and In re Primus Telecommunications Group, Inc. Securities Litigation, Master Case No. 04-970-A (E.D. Va.).

We have also been responsible for many important decisions which have advanced the cause of shareholder protection through the federal securities laws, including in Ganino, et al v. Citizens Utilities Company, et al, 228 F.3d 154 (2d Cir. 2000), In re Campbell Soup Securities Litigation, 145 F. Supp.2d 574 (D.N.J. 2001), In re Complete Management, Inc. Sec. Litig., 153 F.Supp. 2d 314 (S.D.N.Y. 2001), Angres v. Smallworldwide, plc, 94 F. Supp.2d 1167 (D. Colo. 2000), and Feiner v.S&C Technologies, Inc., 47 F. Supp.2d 250 (D. Conn. 1999).

In ERISA cases, Schatz & Nobel has been formally appointed as co-lead counsel in Overby v. Tyco International, Ltd., No. 02-CV-1357-B (D.N.H.); In re Reliant Energy ERISA Litigation., No. H-02-2051 (S.D. Tex.); In re AOL Time Warner, Inc. Securities and ERISA Litigation, MDL Docket No. 1500 (S.D.N.Y.); In re AEP ERISA Litigation, Case No. C2-03-67 (S.D.Ohio); Pettit v. JDS Uniphase Corporation, Civil Action No. 03-4743-CW (N.D.Cal.), and

7

SCHATZ & NOBEL, P.C.

In re Sprint Corporation ERISA Litigation, Master File No. 2:03-cv-02202-JWL (D.Kan.); and to the Steering Committee in Tittle v. Enron Corp., No. H-01-3913 (S.D. Tex.) and In re Electronic Data Systems ERISA Litigation, 3:02-cv-1323 (E.D.Tex.). We are also class counsel on behalf of retirement plan participants in class actions in which no lead counsel has been formally appointed in Furstenau v. AT&T, Case No. 02 CV 8853 (D.N.J.). We are also responsible for the seminal decision in Vivien v. Worldcom, Civil Action No. 2-01329 (N.D.Cal.) in which the Court in denying a motion to dismiss affirmed the legal theory upon which these cases are based.

PARTNERS

Andrew M. Schatz is a graduate of Cornell University, with honors, and graduated from Harvard Law School (J.D., *cum laude*) in 1976. Mr. Schatz joined the Chicago firm now known as Sachnoff & Weaver, and he became a partner of that firm in 1979. While at Sachnoff & Weaver, Mr. Schatz primarily handled plaintiffs class action litigation and was involved in the prosecution of major securities class actions, including cases against Equity Funding Corp. of America and the Washington Public Power Supply System.

In 1987, Mr. Schatz joined Schatz & Schatz, Ribicoff & Kotkin in Hartford, Connecticut, where he headed that firm's corporate and securities litigation practice. While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Schatz represented publicly-held corporations and their directors and officers as defendants in securities class actions, including North American Holding Corporation, Gateway Financial Corporation, Ames Department Stores and All For A Dollar.

Mr. Schatz is a member of the Securities Advisory Council to the Connecticut Department of Banking, a member of the Connecticut and American Bar Associations and a speaker on panels relating to the duties of directors of publicly held corporations.

SCHATZ & NOBEL, P.C.

Jeffrey S. Nobel graduated from Albany Law School in 1989, where he was Associate Editor of its Law Review. Following his graduation from law school, Mr. Nobel joined Schatz & Schatz, Ribicoff & Kotkin. While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Nobel represented the officer defendants in the Ames Department Stores class actions and also represented corporations and their officers and directors in other federal securities fraud litigation.

Robert A. Izard, Jr., former chair of the Commercial and Business Litigation Committee of the Litigation Section of the American Bar Association, received his B.A. from Yale University and his J.D., with honors, from Emory University, where he was elected to the Order of the Coif, and was an editor of the *Emory Law Journal*. From 1987 until 2001, Mr. Izard practiced law with the firm of Robinson & Cole, primarily in the areas of securities and corporate litigation, representing issuers, brokers, law firms and underwriters in a wide range of actions under both federal and state securities laws and RICO, as well as representing shareholders and directors in proxy contests and intracorporate disputes. He has also represented clients in investigations and enforcement actions by the Securities and Exchange Commission and the State of Connecticut Department of Banking, and in various arbitration and disciplinary actions.

Mr. Izard has substantial jury and nonjury trial experience, including a seven-month jury trial in federal district court. He is experienced in various forms of alternative dispute resolution, including mediation and arbitration, and is also a Distinguished Neutral for the CPR Institute for Dispute Resolution. Mr. Izard is the author of *Lawyers and Lawsuits: A Guide to Litigation* published by Simon and Schuster.

COUNSEL

Barbara F. Wolf graduated from the University of Chicago with a B.A. with honors in Economics, and from Northwestern Law School in 1979, where she was a member of the Law

SCHATZ & NOBEL, P.C.

Review. Formerly a partner at Sachnoff & Weaver in Chicago, Illinois, Ms. Wolf is experienced in antitrust, securities and other complex litigation.

## ASSOCIATES

William Bernarduci received a Bachelor of Science in Business Administration from Bucknell University and graduated *magna cum laude* from New York Law School in 1995, where he was a member of the *New York Law School Law Review*. Upon graduation, he served as a law clerk for the Honorable Nina Gershon, District Judge, United States District Court Eastern District of New York. Prior to joining the firm, he represented numerous clients in complex securities litigation at the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP and Dornbush Mensch Mandelstam & Schaeffer, LLP. Mr. Bernarduci is admitted to the Connecticut and New York bars.

Seth R. Klein graduated *cum laude* from both Yale University and, in 1996, from the University of Michigan Law School, where he was a member of the *Michigan Law Review* and the Moot Court Board and where he was elected to the Order of the Coif. After clerking for the Hon. David M. Borden of the Connecticut Supreme Court, Mr. Klein served as an Assistant Attorney General for the State of Connecticut, where he focused on consumer protection matters, and as an associate with the reinsurance litigation group at Cadwalader, Wickersham & Taft LLP in New York.

Wayne T. Boulton is a graduate with honors of the University of Connecticut School of Law. Since graduating in 1997, Mr. Boulton has focused his practice on litigating complex commercial cases.

Justin S. Kudler graduated from Harvard University *cum laude* in Government in 1995 and from the University of Virginia School of Law in 1999, where he served as Executive Editor

10

SCHATZ & NOBEL, P.C.

of *The Virginia Journal of Law and Technology*. Before joining Schatz & Nobel in 2002, Mr. Kudler handled securities litigation and other matters at Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. in Boston, Massachusetts.

Eric L. Palmquist graduated from Cornell Law School *magna cum laude* in 1999, where he was a member of the Cornell Law Review and was elected Order of the Coif. Before joining Schatz & Nobel in 2004, Mr. Palmquist worked at Dewey Ballantine LLP in New York and at Axinn Veltrop & Harkrider LLP in Hartford.

Nancy A. Kulesa graduated from Fordham University with a B.A. with honors in International Politics, and from the University of Connecticut School of Law in 2001. Ms. Kulesa also studied International Law at the University of London.

# HP LaserJet *3330*



HP LASERJET 3200

Nov-30-2004   5:03PM

| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 842 | 11/30/2004 | 4:58:56PM | Send | 18605374432,100 | 4:43 | 12 | OK |

**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Telecopy: (860) 493-6290

**TELECOPY COVER SHEET**

TO:   Erin Green Comite 860.537.4432

FROM:   Andrew Schatz

DATE:   November 30, 2004

COMMENTS:   Pursuant to David Scott's letter dated November 9, 2004, I have attached our firm's affidavit in connection with Schnall v. Annuity & Life Re (Holdings), et al. The original will follow by U.S. Postal mail. Please let us know if you need anything further.

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE): 12

**CONFIDENTIALITY NOTE**

The document accompanying this telecopy transmission contains information from the law firm of Schatz & Nobel, P.C. which is confidential, and/or legally privileged. The Information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this telecopied information is strictly prohibited, and that the document should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please telephone us immediately, so that we can arrange for the return of the documents to us at no cost to you.

## Karen A. Silva

| | |
|---|---|
| From: | Karen A. Silva [ksilva@snlaw.net] |
| Sent: | Tuesday, November 30, 2004 4:31 PM |
| To: | 'Erin G. Comite' |
| Subject: | RE: Emailing: ANR_ FORM Plaintiffs_ Counsel Fee_Expense Affidavit.DOC |



Annuity & Life
Schatz & Nobel ...

```
        Erin,

Pursuant to David Scott's letter dated November 9, 2004, I have attached our firm's
affidavit in connection with Schnall v. Annuity & Life Re (Holdings), et al.  The original
will follow by U.S. Postal mail.  Please let us know if you need anything further.

Karen A. Silva
Schatz & Nobel, PC
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
(860) 493-6292

-----Original Message-----
From: Erin G. Comite [mailto:ecomite@scott-scott.com]
Sent: Monday, November 29, 2004 2:04 PM
To: ksilva@snlaw.net
Subject: Emailing: ANR_ FORM Plaintiffs_ Counsel Fee_Expense Affidavit.DOC

   see attached ...
Your files are attached and ready to send with this message.
 <<ANR_ FORM Plaintiffs_ Counsel Fee_Expense Affidavit.DOC>>
```

**Schatz & Nobel, PC**
**One Corporate Center**
**20 Church Street, Suite 1700**
**Hartford, CT 06103**

Motley Rice LLC                         Invoice Date: November 30, 2004
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

| Description | Rate | Amount |
|---|---|---|
| Dec 2004 Rent (25% of Church Operating LLC monthly rent of $10,466.46) | | 2,616.62 |
| Dec 2004 Monthly parking Fees for Bill | 143.10* | 143.10 |
| | | $2,759.72 |

* this amount includes 6% sales tax

*[Handwritten note:]* Alice, I will provide you with #'s for copies & phone bill on monday. Karin