UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL O. ESPOSITO JR.<br>                    Defendants. | Case No.<br><br>02CV2133 (EBB)<br><br><br>May 2, 2005 |

**SEVENTH CONSENTED TO MOTION OF DEFENDANTS
KPMG LLP (UNITED STATES) AND KPMG (BERMUDA)
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO DEFENDANT XL CAPITAL, LTD'S CROSS CLAIM**

Pursuant to Local Rule 7(b), Defendants KPMG LLP (United States) and KPMG LLP (Bermuda) hereby move for an extension of time, up to and including July 5, 2005, to answer or otherwise respond to defendant XL Capital, Ltd.'s ("XL") Cross Claim. In support of this motion, KPMG LLP (United States) and KPMG LLP (Bermuda) state as follows:

1. On April 8, 2004, XL filed a 76 page answer in which it, inter alia, asserted a Cross Claim against KPMG LLP (United States) and KPMG LLP (Bermuda).

2. On August 24, 2004, lead plaintiffs Communication Workers of America and Midstream Investments Ltd. filed a Stipulation and Agreement of Partial Settlement (the "Stipulation") with certain defendants, including XL. The Stipulation does not settle or release any claims against KPMG LLP (United States) or KPMG LLP (Bermuda).

3. On January 21, 2005, the Court entered an order dismissing the claims against certain defendants, including XL, and approved the Stipulation. This order does not settle or release claims against KPMG LLP (United States) or KPMG LLP (Bermuda).

4. XL has consented to the requested extension of time.

5. This is KPMG LLP's (United States) and KPMG LLP's (Bermuda) seventh request for an extension of time to respond to the Cross Claim.

6. KPMG LLP (United States) and KPMG LLP (Bermuda) need the requested extension of time to analyze the Cross Claim and prepare an appropriate response in light of the Court's approval of the Stipulation.

WHEREFORE, it is respectfully requested that the time for KPMG LLP (United States) and KPMG LLP (Bermuda) to answer or otherwise respond to the Cross Claim should be extended up to and including July 5, 2005.

Dated: Stamford, CT
       May 2, 2005

| **DEFENDANT KPMG LLP (UNITED STATES)** | **DEFENDANT KPMG LLP (BERMUDA)** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| James H. Bicks (ct 04729)<br>WIGGIN AND DANA LLP<br>400 Atlantic Street<br>Stamford, CT 06901<br>Tel: (203) 363-7600<br>Fax: (203) 363-7676 | Frederick S. Gold (ct 03560)<br>Morgan Paul Rueckert (ct 19838)<br>SHIPMAN & GOODWIN LLP<br>300 Atlantic Street<br>Stamford, CT 06901<br>Tel: (203) 324-8100<br>Fax: (203) 324-8199 |
| WILLKIE FARR & GALLAGHER LLP<br>Kelly M. Hnatt (ct 25474)<br>Michelle J. Nadel (ct 25473)<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111 | KING & SPAULDING LLP<br>Michael J. Malone (ct 25741)<br>Paul A. Straus (ct 25740)<br>1185 Avenue of the Americas<br>New York, NY 10036-4003<br>Tel: (212) 556-2186<br>Fax: (212) 556-2222 |
| Attorneys for Defendant KPMG LLP<br>KPMG LLP (United States) | Attorneys for Defendant<br>KPMG LLP (Bermuda) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Extension of Time of KPMG LLP (United States) and KPMG LLP (Bermuda) was sent, via first class mail, on this 2nd day of May, 2005 to:

David Randall Scott, Esq.
Karen M. Leser, Esq.
Erin Green Comite, Esq.
Scott & Scott LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

Beth Kaswan, Esq.
Ann M. Lipton, Esq.
Peter E. Seidman, Esq.
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10019

Elias A. Alexiades, Esq.
215 Church Street, 2nd Floor
New Haven, CT 06510

Patrick A. Klingman, Esq.
Jeffrey S. Nobel, Esq.
Andrew M. Schatz, Esq.
Schatz & Nobel
330 Main Street
2nd Floor
Hartford, CT 06106-1817

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
65 Main St.
Chester, CT 06412

Thorn Rosenthal, Esq.
Tammy Roy, Esq.
Cahill, Gordon & Reindel
80 Pine St.
New York, NY 10005

James H. Bicks

121095 v.01