UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
SHERRY SCHNALL, Individually and on Behalf :
 of All Others Similarly Situated, : CONSOLIDATED
 : CIVIL ACTION NO.
 : 3:02-cv-2133(EBB)
     Plaintiff, :
 :
v. :
 :
ANNUITY AND LIFE RE (HOLDINGS), LTD., :
XL CAPITAL LTD., LAWRENCE S. DOYLE, :
FREDERICK S. HAMMER, JOHN F. BURKE, :
WILLIAM W. ATKIN, BRIAN O'HARA, :
MICHAEL P. ESPOSITO, JR., KPMG LLP :
(United States), and KPMG in Bermuda, :
 :
     Defendants. :
---------------------------------------------------------------X  June 27, 2005

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, defendants XL Capital, Ltd., Michael P. Esposito Jr. and Brian O'Hara (collectively the "XL Capital Defendants"), through their counsel, and defendants KPMG in Bermuda and KPMG LLP (United States) (collectively "KPMG"), through their counsel, hereby stipulate and agree that the cross-claim asserted by the XL Capital Defendants against KPMG on April 8, 2004 be and hereby is dismissed without prejudice.

_____
XL CAPITAL DEFENDANTS
by
Thorn Rosenthal (ct. 21473)
Tammy L. Roy (ct. 25188)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Tel: (212) 701-3000
Fax: (212) 269-5420
and
Lawrence W. Andrea (ct. 18427)
57 North Street, Suite 313
Danbury, Connecticut 06810
Tel: (203) 743-6454
Fax: (203) 778-5770
Their Attorneys

_____
DEFENDANT
KPMG in Bermuda
by
Frederick S. Gold (ct. 03560)
Morgan P. Rueckert (ct. 19838)
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel: (203) 324-8100
Fax: (203) 324-8199
and
Michael J. Malone
Paul A. Straus
Lisa Albert
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
Its Attorneys

_____
DEFENDANT
KPMG LLP (United States)
by
James H. Bicks (ct. 04729)
WIGGIN & DANA LLP
400 Atlantic Street
P.O. Box 110325
Stamford, Connecticut 06901
Tel: (203) 363-7600
Fax: (203) 363-7676
and
Kelly M. Hnatt (ct. 25474)
Michelle J. Nadel (ct. 25473)
WILLKIE, FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
Its Attorneys

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on June 30, 2005, to the following counsel:

| | |
|---|---|
| Andrew M. Schatz<br>Jeffrey S. Nobel<br>SCHATZ & NOBEL<br>330 Main Street<br>Hartford, CT 06106-1817 | Beth M. Kaswan<br>Ann Lipton<br>Peter E. Seidman<br>MILBERG WEISS BERSHAD HYNES &<br>LERACH<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| James E. Miller<br>Patrick A. Klingman<br>SHEPERD FINKELMAN MILLER &<br>SHAH, LLC<br>65 Main Street<br>Chester, CT 06412 | James H. Bicks<br>WIGGIN & DANA LLP<br>400 Atlantic Street<br>P.O. Box 110325<br>Stamford, CT 06901 |
| Elias A. Alexiades<br>ATTORNEY ELIAS A. ALEXIADES<br>215 Church Street<br>New Haven, CT 06525 | David R. Scott<br>Erin Green Comite<br>Karen M. Lesser<br>SCOTT + SCOTT, LLC<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415 |
| Michael Malone<br>Paul Straus<br>Lisa Albert<br>KING & SPALDING<br>1185 Avenue of the Americas<br>New York, NY 10036-4003 | Kelly M. Hnatt<br>Joseph T. Baio<br>Michelle J. Nadel<br>WILKIE, FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 |

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, Ct 06810

_____
Morgan P. Rueckert

107831