UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 02 CV 2133 (EBB)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUND

In support of this motion, Lead Plaintiffs submit the annexed affidavit of Stephen J. Cirami of The Garden City Group, Inc. ("GCG"), the Claims Administrator, and the accompanying memorandum of law, and refer the Court to all prior proceedings herein. Lead Plaintiffs, by and through counsel, hereby move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (i) approving the administrative determinations of GCG, accepting and rejecting claims submitted herein; (ii) directing payment of $99,256.89 out of the Settlement Fund to GCG for its fees and expenses incurred and to be incurred in connection with services performed and to be performed in giving notice to the Class, preparing tax returns for the Settlement Fund, processing the Proofs of Claim, allocating the Net Settlement Fund among the Authorized Claimants, and administering and distributing the Settlement Fund to the Authorized Claimants; (iii) directing distribution of the Net Settlement Fund, after deduction of the payments requested herein, to Class Members whose Proofs of Claim have been accepted; (iv) authorizing destruction of paper copies of Proof of Claim forms one year after distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of claim records three

years after distribution of the Net Settlement Fund; and (v) for such other and further relief as this Court deems appropriate.

Notice is hereby provided to all defense counsel of record through service of this motion and accompanying documents.

WHEREFORE, Lead Plaintiffs respectfully request that the Court enter an Order in the form of the proposed Order Re: Distribution of Class Settlement Fund annexed hereto as Exhibit A.

Dated:     Colchester, Connecticut
           May 24, 2006

Respectfully Submitted,

**SCOTT + SCOTT, LLC**

By: _____/s/ Erin Green Comite_____
David R. Scott (Juris No. 16080)
Erin Green Comite (Juris No. 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

**Co-Lead Counsel for Plaintiffs**

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**

By: _/s/ Beth Kaswan_____
Beth Kaswan (ct21415)
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2006, I caused a true and correct copy of the MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUND, LEAD PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUND, AFFIDAVIT OF STEPHEN J. CIRAMI IN SUPPORT OF MOTION FOR DISTRIBUTION NOF CLASS SETTLEMENT FUNDS and ORDER RE: DISTRIBUTION OF CLASS SETTLEMENT FUND to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

_____/s/ Erin Green Comite_____
Erin Green Comite

TO:    James F. Stapleton, Esq.
       Terence J. Gallagher, Esq.
       **DAY, BERRY & HOWARD, LLP**
       One Canterbury Green
       Stamford, Connecticut  06901
       Telephone:  (203) 977-7300
       Facsimile:  (203) 977-7301

       Edward M. Posner, Esq.
       Gary R. Battistoni, Esq.
       **DRINKER BIDDLE & REATH LLP**
       One Logan Square
       18th and Cherry Streets
       Philadelphia, Pennsylvania  19103-6996
       Telephone:  (215) 988-2700
       Facsimile:  (215) 988-2757

       **Attorneys for Defendant Annuity
       and Life Re (Holdings) Ltd.**

       Thorn Rosenthal, Esq.
       Tammy L. Roy, Esq.
       **CAHILL GORDON & REINDEL LLP**
       80 Pine Street
       New York, New York  10005-1702
       Telephone:  (212) 701-3000
       Facsimile:  (212) 269-5420

       Lawrence W. Andrea, Esq.
       **THE LAW OFFICES OF THOMAS W. ANDREA, ESQ.**
       57 North Street, Suite 313
       Danbury, Connecticut  06810
       Telephone:  (203) 743-6454
       Facsimile:  (203) 778-5770

**Attorneys for Defendants XL Capital, Ltd.,
Brian O'Hara, and Michael P. Esposito, Jr.**

John W. Cannavino, Esq.
Karen L. Allison, Esq.
**CUMMINGS & LOCKWOOD LLC**
Four Stamford Plaza
107 Elm Street
Stamford, Connecticut 06902
Telephone: (203) 327-1700
Facsimile: (203) 351-4534

**Attorneys for Defendant Lawrence S. Doyle**

James F. Stapleton, Esq.
Terence J. Gallagher, Esq.
**DAY, BERRY & HOWARD, LL**
One Canterbury Green
Stamford, Connecticut 06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301

Edward M. Posner, Esq.
Gary R. Battistoni, Esq.
**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

R. Nicholas Gimbel, Esq.
**McCARTER & ENGLISH, LLP**
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-3800
Facsimile: (215) 979-3899

**Attorneys for Defendant Frederick S. Hammer**

John R. Horvack, Jr., Esq,
**CARMODY & TORRANCE LLP**
50 Leavenworth Street
P. O. Box 1110
Waterbury, Connecticut  06721-1110
Telephone:  (203) 573-1200
Facsimile:  (203) 575-2600

Marc J. Sonnenfeld, Esq.
Karen Pieslak Pohlmann, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Streets
Philadelphia, Pennsylvania  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001

James F. Stapleton, Esq.
Terence J. Gallagher, Esq.
**DAY, BERRY & HOWARD, LL**
One Canterbury Green
Stamford, Connecticut  06901
Telephone:  (203) 977-7300
Facsimile:  (203) 977-7301

**Attorneys for Defendant John F. Burke**

James T. Shearin, Esq.
Peter S. Olson, Esq.
**PULLMAN & COMLEY, LLC**
850 Main Street
P. O. Box 7006
Bridgeport, Connecticut  06601-7006
Telephone:  (203) 330-2000
Facsimile:  (203) 576-8888

**Attorneys for Defendant William W. Atkin**