EXHIBIT A



**Annuity and Life Re (Holdings), Ltd. Securities Litigation**
**c/o The Garden City Group, Inc.**
**Claims Administrator**
**P.O. Box 9000 #6254**
**Merrick, NY  11566-9000**
**(800) 298-3208**



Today's Date: June 15, 2005
Response Due Date: July 5, 2005
Claim No:

**Eligible Securities:**
Annuity and Life Re (Holdings), Ltd. Common Stock

**Class Period:**
March 15, 2000 through November 19, 2002, inclusive

## FINAL NOTICE OF DISPOSITION

Dear Claimant:

The Proof of Claim you submitted in the Annuity and Life Re (Holdings), Ltd. Securities Litigation for the period from March 15, 2000 to November 19, 2002, inclusive was processed and found deficient in whole or in part.  Unless all deficiencies are corrected no later than July 5, 2005, the portions of your claim that remain deficient will be rejected.

The deficiency code(s) for your claim may be found below.  **Please see the back of this page to view descriptions of the most common deficiency codes.**  If a deficiency code listed below does not appear on the back of this page, please call (800) 298-3208.  If you do not completely resolve all deficiencies, the portions of your claim that remain deficient will be rejected.

| |
|---|
| Claim Number: |
| Response Due Date: **July 5, 2005** |
| The specific deficiency code(s) for your claim: **107** |

> ➤ **To clear your deficiencies: You must submit the requested documentation and/or information to the Claims Administrator POSTMARKED NO LATER THAN JULY 5, 2005.  PLEASE INCLUDE THIS LETTER WHEN RESPONDING TO THIS DEFICIENCY.**

> ➤ **THIS WILL BE YOUR ONLY OPPORTUNITY TO CURE THE DEFICIENT CONDITION(S) ON YOUR CLAIM.**

If you wish to contest this rejection, you may request Court review of your claim.  To request Court review, you must advise us in writing the reason you are contesting your rejection and provide all documentation to support your position.  This information **MUST BE POSTMARKED NO LATER THAN JULY 5, 2005.**  We will review your response and documentation, and we will forward it to the Court.  Please include this letter when requesting a Court review of your claim.

**If you need further assistance, please call (800) 298-3208 for a detailed description of your deficiency code(s).**

Sincerely,
The Claims Administrator
Annuity and Life Re (Holdings), Ltd. Securities Litigation
The Garden City Group, Inc.

| **Code** | **Description of Deficiency Code(s)** |
|---|---|

**003**   **Missing signature:** You did not sign the Proof of Claim form. Please sign on the line below. The signature(s) will be treated as the execution of the previously submitted Proof of Claim and Release form. If you are filing on behalf of another party as trustee, executor, etc. you must provide legal documentation to support your authorization to file the Proof of Claim form.

_____   _____
Signature of Claimant         Capacity of Person Signing (Executor, Beneficiary etc.)

**024**   **Claim does not balance:** The share amounts listed for your holdings prior to the Class Period and purchases during the Class Period, do not equal the amounts you sold during the Class Period, and/or held at the close of the Class Period. Since the shares do not balance we cannot properly calculate your claim.

**030**   **Sales & Unsold Section incomplete:** You must provide the number of shares sold during the Class Period if any, and the number of shares, if any, that you still owned at the close of trading at the end of the Class Period. Documentation must be submitted to support your transaction(s) and your holdings as of the close of trading at the end of the Class Period.

**036**   **Illegible Documentation for Claim:** The documentation submitted with your Proof of Claim and Release form is illegible. Please provide legible documentation to support your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period.

**037**   **Inadequate Documentation for Claim:** The documentation submitted with your Proof of Claim and Release form is inadequate. You must provide the required documentation to support your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period. Please call the toll free number listed on the opposite side of this letter to find out what documentation must be submitted.

**038**   **No Documentation Submitted:** You did not submit any documentation with your Proof of Claim form. Please provide documentation for your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period.

**100**   **No Proof of Holding Documentation:** You did not provide adequate documentation to show your initial position.

**101/102**   **No Proof of Purchase/Sale:** No documentation is included for one or more purchase(s)/sale(s) listed on your claim. Please call the toll free number listed on the opposite side of this letter to find out what specific purchase(s)/sale(s) requires supporting documentation.

**103**   **No Proof of Holding Documentation:** You did not provide adequate documentation to show your holdings as of the close of trading at the end of the Class Period.

**105**   **Transferred/Gifted Shares:** Transaction(s) listed on your claim were acquired by transfer or gift. The date of the original purchase must be within the Class Period. The date of the transfer or gift has no bearing on eligibility. Please provide the original purchase information.

**106**   **Illegible Documentation:** The supporting documentation for a specific purchase, sale or holding position submitted with your Proof of Claim form is illegible. Please call the toll free number listed on the opposite side of this letter to find out what specific transaction(s) require legible copies of supporting documentation.

**107**   **Inadequate Documentation:** The supporting documentation for a specific purchase, sale or holding position submitted with your Proof of Claim form is inadequate. Please call the toll free number listed on the opposite side of this letter to find out what specific transaction(s) require additional documentation.

**115**   **Shares transferred out of the account:** The supporting documentation submitted for one or more transaction(s), shows a transfer out of the account. You must provide supporting documentation showing the corresponding transfer into the new account along with the number of shares sold during the Class Period, and/or held as of the close of trading on the last day of the Class Period, and provide documentation to support your transaction(s).

**BLK**   You did not fill out the Proof of Claim form and/or provide supporting documentation with your Proof of Claim form. If you do not timely and properly submit a Proof of Claim form with all acceptable supporting documentation, you will not be allowed to participate in the benefits of the Settlement.

**ACCEPTABLE FORMS OF DOCUMENTATION ARE BROKER CONFIRMATIONS AND/OR MONTHLY STATEMENTS**



Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 #6254
Merrick, NY  11566-9000
(800) 298-3208



Today's Date: June 15, 2005
Response Due Date: July 5, 2005
Claim No:

**Eligible Securities:**
Annuity and Life Re (Holdings), Ltd.
Common Stock

**Class Period:**
March 15, 2000 through November 19, 2002,
inclusive

## FINAL LETTER OF REJECTION

Dear Claimant:

We previously sent you a Notice of Deficiency informing you that the claim form you submitted in the Annuity and Life Re (Holdings), Ltd. Securities Litigation for the period from March 15, 2000 to November 19, 2002, inclusive, was processed and found deficient in whole or in part.  We have either not received a response to that Notice or your response did not cure all of your deficiencies and your claim remains deficient in whole or in part.

The deficiency code(s) for your claim may be found below.  **Please see the back of this page to view descriptions of the most common deficiency codes.**  If a deficiency code listed below does not appear on the back of this page, please call (800) 298-3208.  If you do not completely resolve all deficiencies, the portions of your claim that remain deficient will be rejected.

| Claim Number: |
| --- |
| Response Due Date: **July 5, 2005** |
| The specific deficiency code(s) for your claim: |
| 024                    100 |

> ➤ **To clear your deficiencies: You must submit the requested documentation or information to the Claims Administrator POSTMARKED NO LATER THAN JULY 5, 2005.  PLEASE INCLUDE THIS LETTER WHEN RESPONDING TO THIS REJECTION.**

> ➤ **THIS WILL BE YOUR LAST OPPORTUNITY TO CURE THE DEFICIENT CONDITION(S) ON YOUR CLAIM.**

If you wish to contest this rejection, you may request Court review of your claim.  To request Court review, you must advise us in writing the reason you are contesting your rejection and provide all documentation to support your position.  This information **MUST BE POSTMARKED NO LATER THAN JULY 5, 2005.**  We will review your response and documentation, and we will forward it to the Court.  Please include this letter when requesting a Court review of your claim.

**If you need further assistance, please call (800) 298-3208 for a detailed description of your deficiency code(s).**

Sincerely,
The Claims Administrator
Annuity and Life Re (Holdings), Ltd. Securities Litigation
The Garden City Group, Inc.

LETTER FOR YOUR SPECIFIC DEFICIENCIES

| Code | Description of Deficiency Code(s) |
|---|---|

**003**    **Missing signature:** You did not sign the Proof of Claim form. Please sign on the line below. The signature(s) will be treated as the execution of the previously submitted Proof of Claim and Release form. If you are filing on behalf of another party as trustee, executor, etc. you must provide legal documentation to support your authorization to file the Proof of Claim form.

_____     _____
Signature of Claimant        Capacity of Person Signing (Executor, Beneficiary etc.)

**024**    **Claim does not balance:** The share amounts listed for your holdings prior to the Class Period and purchases during the Class Period, do not equal the amounts you sold during the Class Period, and/or held at the close of the Class Period. Since the shares do not balance we cannot properly calculate your claim.

**030**    **Sales & Unsold Section incomplete:** You must provide the number of shares sold during the Class Period if any, and the number of shares, if any, that you still owned at the close of trading at the end of the Class Period. Documentation must be submitted to support your transaction(s) and your holdings as of the close of trading at the end of the Class Period.

**036**    **Illegible Documentation for Claim:** The documentation submitted with your Proof of Claim and Release form is illegible. Please provide legible documentation to support your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period.

**037**    **Inadequate Documentation for Claim:** The documentation submitted with your Proof of Claim and Release form is inadequate. You must provide the required documentation to support your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period. Please call the toll free number listed on the opposite side of this letter to find out what documentation must be submitted.

**038**    **No Documentation Submitted:** You did not submit any documentation with your Proof of Claim form. Please provide documentation for your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period.

**100**    **No Proof of Holding Documentation:** You did not provide adequate documentation to show your initial position.

**101/102**    **No Proof of Purchase/Sale:** No documentation is included for one or more purchase(s)/sale(s) listed on your claim. Please call the toll free number listed on the opposite side of this letter to find out what specific purchase(s)/sale(s) requires supporting documentation.

**103**    **No Proof of Holding Documentation:** You did not provide adequate documentation to show your holdings as of the close of trading at the end of the Class Period.

**105**    **Transferred/Gifted Shares:** Transaction(s) listed on your claim were acquired by transfer or gift. The date of the original purchase must be within the Class Period. The date of the transfer or gift has no bearing on eligibility. Please provide the original purchase information.

**106**    **Illegible Documentation:** The supporting documentation for a specific purchase, sale or holding position submitted with your Proof of Claim form is illegible. Please call the toll free number listed on the opposite side of this letter to find out what specific transaction(s) require legible copies of supporting documentation.

**107**    **Inadequate Documentation:** The supporting documentation for a specific purchase, sale or holding position submitted with your Proof of Claim form is inadequate. Please call the toll free number listed on the opposite side of this letter to find out what specific transaction(s) require additional documentation.

**115**    **Shares transferred out of the account:** The supporting documentation submitted for one or more transaction(s), shows a transfer out of the account. You must provide supporting documentation showing the corresponding transfer into the new account along with the number of shares sold during the Class Period, and/or held as of the close of trading on the last day of the Class Period, and provide documentation to support your transaction(s).

**BLK**    You did not fill out the Proof of Claim form and/or provide supporting documentation with your Proof of Claim form. If you do not timely and properly submit a Proof of Claim form with all acceptable supporting documentation, you will not be allowed to participate in the benefits of the Settlement.

**ACCEPTABLE FORMS OF DOCUMENTATION ARE BROKER CONFIRMATIONS AND/OR MONTHLY STATEMENTS**



Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 #6254
Merrick, NY 11566-9000
(800) 298-3208



Today's Date: April 12, 2005
Response Due Date: May 2, 2005
Claim No:

**Eligible Securities:**
Annuity and Life Re (Holdings), Ltd. Common
Stock

**Class Period:**
March 15, 2000 through November 19, 2002,
inclusive

## <u>NOTICE OF DEFICIENCY</u>

Dear Claimant:

The Proof of Claim form you submitted in the Annuity and Life Re (Holdings), Ltd. Securities Litigation
for the period from March 15, 2000 to November 19, 2002 has been processed and found to be deficient.

The deficiency code(s) for your claim are listed in the box below. **Please see the back of this page to
view descriptions of the most common deficiency codes.** If a deficiency code listed below does not
appear on the back of this page, please call the Claims Administrator at (800) 298-3208. If you do not
completely resolve all deficiencies, the portions of your claim that remain deficient will be rejected.

| |
|---|
| Claim Number: |
| Response Due Date: **May 2, 2005** |
| The specific deficiency code(s) for your claim: **024** |

> ➤ **To clear your deficiencies: You must submit the requested documentation or information to
> the Claims Administrator POSTMARKED NO LATER THAN MAY 2, 2005. PLEASE
> INCLUDE THIS LETTER WHEN RESPONDING TO THIS NOTICE.**

> ➤ **If you do not submit the necessary documentation or information:** Your claim will be rejected
> for the portions that remain deficient.

**If you need further assistance, please call (800) 298-3208 for a detailed description of your
deficiency code(s).**

Sincerely,
The Claims Administrator
Annuity and Life Re (Holdings), Ltd. Securities Litigation
The Garden City Group, Inc.

**PLEASE REFER TO THE DEFICIENCY CODE(S) LISTED ON THE OPPOSITE SIDE OF THIS LETTER FOR YOUR SPECIFIC DEFICIENCIES**

| Code | Description of Deficiency Code(s) |
|---|---|
| **003** | **Missing signature:** You did not sign the Proof of Claim form. Please sign on the line below. The signature(s) will be treated as the execution of the previously submitted Proof of Claim and Release form. If you are filing on behalf of another party as trustee, executor, etc. you must provide legal documentation to support your authorization to file the Proof of Claim form. |

_____          _____
Signature of Claimant                    Capacity of Person Signing (Executor, Beneficiary etc.)

| Code | Description |
|---|---|
| **024** | **Claim does not balance:** The share amounts listed for your holdings prior to the Class Period and purchases during the Class Period, do not equal the amounts you sold during the Class Period, and/or held at the close of the Class Period. Since the shares do not balance we cannot properly calculate your claim. |
| **030** | **Sales & Unsold Section incomplete:** You must provide the number of shares sold during the Class Period if any, and the number of shares, if any, that you still owned at the close of trading at the end of the Class Period. Documentation must be submitted to support your transaction(s) and your holdings as of the close of trading at the end of the Class Period. |
| **036** | **Illegible Documentation for Claim:** The documentation submitted with your Proof of Claim and Release form is illegible. Please provide legible documentation to support your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period. |
| **037** | **Inadequate Documentation for Claim:** The documentation submitted with your Proof of Claim and Release form is inadequate. You must provide the required documentation to support your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period. Please call the toll free number listed on the opposite side of this letter to find out what documentation must be submitted. |
| **038** | **No Documentation Submitted:** You did not submit any documentation with your Proof of Claim form. Please provide documentation for your initial position, all purchases and all sales during the Class Period, and your holdings as of the close of trading at the end of the Class Period. |
| **100** | **No Proof of Holding Documentation:** You did not provide adequate documentation to show your initial position. |
| **101/102** | **No Proof of Purchase/Sale:** No documentation is included for one or more purchase(s)/sale(s) listed on your claim. Please call the toll free number listed on the opposite side of this letter to find out what specific purchase(s)/sale(s) requires supporting documentation. |
| **103** | **No Proof of Holding Documentation:** You did not provide adequate documentation to show your holdings as of the close of trading at the end of the Class Period. |
| **105** | **Transferred/Gifted Shares:** Transaction(s) listed on your claim were acquired by transfer or gift. The date of the original purchase must be within the Class Period. The date of the transfer or gift has no bearing on eligibility. Please provide the original purchase information. |
| **106** | **Illegible Documentation:** The supporting documentation for a specific purchase, sale or holding position submitted with your Proof of Claim form is illegible. Please call the toll free number listed on the opposite side of this letter to find out what specific transaction(s) require legible copies of supporting documentation. |
| **107** | **Inadequate Documentation:** The supporting documentation for a specific purchase, sale or holding position submitted with your Proof of Claim form is inadequate. Please call the toll free number listed on the opposite side of this letter to find out what specific transaction(s) require additional documentation. |
| **115** | **Shares transferred out of the account:** The supporting documentation submitted for one or more transaction(s), shows a transfer out of the account. You must provide supporting documentation showing the corresponding transfer into the new account along with the number of shares sold during the Class Period, and/or held as of the close of trading on the last day of the Class Period, and provide documentation to support your transaction(s). |
| **BLK** | You did not fill out the Proof of Claim form and/or provide supporting documentation with your Proof of Claim form. If you do not timely and properly submit a Proof of Claim form with all acceptable supporting documentation, you will not be allowed to participate in the benefits of the Settlement. |

**ACCEPTABLE FORMS OF DOCUMENTATION ARE BROKER CONFIRMATIONS AND/OR MONTHLY STATEMENTS**



Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 #6254
Merrick, NY 11566-9000
(800) 298-3208



Today's Date: April 12, 2005
Response Due Date: May 2, 2005
Claim No

**Eligible Securities:**
Annuity and Life Re (Holdings), Ltd.
Common Stock

**Class Period:**
March 15, 2000 through November 19,
2002, inclusive

## FINAL NOTICE OF INELIGIBILITY

Dear Claimant:

The Proof of Claim you submitted in the Annuity and Life Re (Holdings), Ltd. Securities Litigation was processed and found to be ineligible in whole or in part under the terms of the Stipulation and Agreement of Partial Settlement approved by the Court.

The ineligibility code(s) for your claim may be found below.  **Please see the back of this page to view descriptions of the most common ineligibility codes.**  If an ineligibility code listed below does not appear on the back of this page, please call (800) 298-3208.

| Claim Number: |
| --- |
| Response Due Date: **May 2, 2005** |
| The specific ineligible code(s) for your claim:<br>**NOL** |

## YOUR CLAIM OR THE PORTIONS OF YOUR CLAIM THAT ARE INELIGIBLE WILL NOT BE CONSIDERED FOR SETTLEMENT DISTRIBUTION

If you wish to contest this determination, you may request Court review of your claim.  To request Court review, you must advise us in writing the reason you are contesting this determination and provide all documentation to support your position.  This information **MUST BE POSTMARKED NO LATER THAN MAY 2, 2005.**  We will review your response and documentation, and we will forward it to the Court.  Please include this letter when requesting a Court review of your claim.

**If you need further assistance, please call (800) 298-3208 for a detailed description of your ineligibility code(s).**

Sincerely,
The Claims Administrator
Annuity and Life Re (Holdings), Ltd. Securities Litigation
The Garden City Group, Inc.

**PLEASE REFER TO THE INELIGIBLE CODE(S) LISTED ON THE REVERSE SIDE OF THIS LETTER FOR YOUR SPECIFIC INELIGIBILITIES**

| <u>Code</u> | <u>Description of Ineligible Codes</u> |
|---|---|

**111**    **Documentation is not for eligible security:** The documentation you provided for one or more transactions listed on your Proof of Claim and Release are not for an eligible security. These transactions are ineligible for payment.

**112**    **Purchase outside of the class period:**  One or more of the purchase transactions listed on your Proof of Claim and Release are outside of the Class Period. These purchases are ineligible for payment.

**117**    **Duplicate Line Transaction:**  One or more of the transactions listed on your Proof of Claim and Release are duplicate transactions. These transactions are ineligible for payment.

**201**    **All listed securities are not eligible:** The documentation you provided for **all** of the transactions listed on your Proof of Claim and Release are not for an eligible security. Your entire claim is ineligible for payment.

**202**    **All Purchases are outside of the Class Period:** All of the purchase transactions listed on your Proof of Claim and Release are outside of the Class Period. Your entire claim is ineligible for payment.

**203**    **Duplicate Claim Form:**  We received a duplicate Proof of Claim and Release from you or on your behalf. You may only file one Proof of Claim and Release; the second one is ineligible for payment. However, any new transactions listed only on the second Proof of Claim and Release have been automatically included on the original Proof of Claim and Release and will be eligible for payment.

**206**    **Defendant Claim:**  Defendants are specifically excluded from participating in the class action settlement; therefore, the Proof of Claim and Release that was submitted by you or on your behalf is ineligible for payment.

**NOL**    **No Loss:**  According to the Court-approved Plan of Allocation your claim does not result in a Recognized Loss; therefore, you will not receive a distribution from the net settlement fund.