**Timely Authorized Claimants**
ANNUITY AND LIFE RE (HOLDINGS) REPS

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 5001607 | -3,963.40 | | TR, NEWPORT | BOSTON | MA | 02116 |
| 5001244 | -980.10 | | TR, ROLLAND MARK HOU | SAN FRANCISCO | CA | 94133 |
| 5001586 | -1,370.37 | | TR., DOUGLAS M PARKE | BOSTON | MA | 02116 |
| 50007942 | -10,140.25 | | TRIMTAB INVESTMENTS, | NEW YORK | NY | 10001 |
| 5001508 | -58,340.50 | | TR-NEUBER, SCENIC HU | PHILADELPHIA | PA | 19109 |
| 211 | -923.50 | | TROLLET PRODS INS PS | LOS ANGELES | CA | 90066 |
| 1005818 | -707.65 | | TROSCH, MELVIN R | OWINGS MILLS | MD | 21117 |
| 2000254 | -24,938.75 | | TROUTT, KENNY ALLAN | DALLAS | TX | 75229 |
| 5001023 | -69,504.00 | | TRSOK-ARTEMIS INVEST | CHICAGO | IL | 60607 |
| 5001775 | -47,371.81 | | TRST-PEREGRINE, DB R | MINNEAPOLIS | MN | 55485 |
| 1002004 | -28,100.00 | | TRUNZ, ROBERT G. | PORT WA | NY | 11050 |
| 5000967 | -142,289.00 | | TRUS, PEPSICO INC. M | CHICAGO | IL | 60607 |
| 50008251 | -2,835.04 | | TRUS, ROBERT D KESTN | CHICAGO | IL | 60603 |
| 2003051 | -56,400.00 | | TRUSTEES OF BOSTON U | BOSTON | MA | 02215 |
| 36 | -20,493.00 | | TRUSTMARK NATIONAL | JACKSON | MS | 39201 |
| 1005812 | -7,630.00 | | TSIMOGIANIS, ODISEFS | WORCESTER | MA | 01609 |
| 5001040 | -140,848.00 | | TSRI-DREYFUS-SMALL C | CHICAGO | IL | 60607 |
| 388 | -23,087.50 | | TU, JOHN & MARY TRUS | BUFFALO | NY | 14240 |
| 50007927 | -1,504.00 | | TUA TROYAL G BROOKS | ATLANTA | GA | 30308 |
| 50008139 | -3,052.00 | | TUKEY, JOHN F. | CHICAGO | IL | 60606 |
| 50008140 | -7,630.00 | | TUKEY, MARGARET H. | CHICAGO | IL | 60606 |
| 661 | -17,641.80 | | TULANE UNIV | CHARLOTTE | NC | 28288 |
| 2000655 | -92.00 | | TULL, THERESA A | SEA ISLE CITY | NJ | 08243 |
| 1001983 | -39,670.00 | | TULLY, KENNETH & MAR | QUOQUE | NY | 11959 |
| 1004128 | -3,760.00 | | TURCHIN, MARTIN | PALM BEACH GARDENS | FL | 33410 |
| 486 | -8,360.96 | | TURNER SMALL CAP GRO | BERWYN | PA | 19312 |
| 5000869 | -554,748.00 | | TVA-NDT MTMS TRANSIT | PITTSBURGH | PA | 15259 |
| 812 | -853.94 | | TWO SIGMA FUND, LP | NEW YORK | NY | 10012 |
| 326 | -221,509.00 | | TXIW PEN BARROW HANL | WESTERVILLE | OH | 43081 |
| 5001036 | -5,346.00 | | U OF ST. THOMAS PERE | CHICAGO | IL | 60607 |
| 600 | -20,684.00 | | UA PLUMBERS & PIPE F | CLEVELAND | OH | 44135 |
| 599 | -8,359.00 | | UA PLUMBERS & PIPE F | CLEVELAND | OH | 44135 |
| 598 | -179,206.00 | | UA PLUMBERS & PIPE F | CLEVELAND | OH | 44135 |
| 5001170 | -2,150.06 | | UBOC | SAN FRANCISCO | CA | 94120 |
| 5000948 | -21,576.00 | | UBS FINANCIAL SERVIC | CHICAGO | IL | 60607 |
| 5001726 | -54,909.10 | | UBS US SMALL CAP GRO | NEW YORK | NY | 10087 |
| 5001727 | -25,902.70 | | UBS US SMALL CAPITAL | NEW YORK | NY | 10087 |
| 5001147 | -101,296.00 | | UFCW JT PENSION PLAN | NEW YORK | NY | 10286 |
| 5000911 | -57,167.00 | | UFCW LOCAL 919-FD PE | PITTSBURGH | PA | 15259 |
| 1001430 | -17,140.00 | | ULLRICH, JONATHAN | DENVER | CO | 80220 |
| 227 | -2,886,913.25 | | UMB BANK NA | KANSAS CITY | MO | 64141 |
| 277 | -1,702,000.00 | | UMB BANK NA BABSON | KANSAS CITY | MO | 64141 |
| 232 | -240,890.00 | | UMB BANK NA BABSON E | KANSAS CITY | MO | 64141 |
| 228 | -47,166.00 | | UMB BANK NA CORNERST | KANSAS CITY | MO | 64141 |
| 233 | -341.02 | | UMB BANK NA KSU FOUN | KANSAS CITY | MO | 64141 |
| 229 | -155,703.76 | | UMB BANK NA SBL-SERI | KANSAS CITY | MO | 64141 |
| 230 | -61,666.01 | | UMB BANK NA SEF-SMA | KANSAS CITY | MO | 64141 |
| 5001610 | -2,294.60 | | UNI, NOBORIKAWA CHAR | BOSTON | MA | 02116 |

**Timely Authorized Claimants**
ANNUITY AND LIFE RE (HOLDINGS) REPS

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 480 | -11,709.71 | | UNITED AIRLINES INC | TACOMA | WA | 98401 |
| 1003159 | -954.00 | | UNITED FOOD & COMMER | SEATTLE | WA | 98108 |
| 5000915 | -143,466.00 | | UNITED METHODIST CHU | PITTSBURGH | PA | 15259 |
| 581 | -11,811.00 | | UNIVERSITY OF CINCIN | WILMINGTON | DE | 19809 |
| 1005429 | -1,524.00 | | UNIVERSITY OF DETROI | BLOOMFIELD HILLS | MI | 48304 |
| 5000917 | -22,860.00 | | UNIVERSITY OF MISSOU | PITTSBURGH | PA | 15259 |
| 5000914 | -98,298.00 | | UNIVERSITY OF MISSOU | PITTSBURGH | PA | 15259 |
| 5001494 | -42,253.00 | | UNIVERSITY OF OKLAHO | NEW YORK | NY | 10286 |
| 5001481 | -54,928.00 | | UNIVERSITY, ST. JOHN | NEW YORK | NY | 10286 |
| 5001495 | -33,925.00 | | UPS - LOCAL 177 IBT | NEW YORK | NY | 10286 |
| 5000920 | -190,841.00 | | UPS PENION PLAN | PITTSBURGH | PA | 15259 |
| 5000919 | -54,351.00 | | UPS PENSION PLAN | PITTSBURGH | PA | 15259 |
| 5000922 | -176,418.00 | | UPS RETIREMENT PLAN | PITTSBURGH | PA | 15259 |
| 5000921 | -220,361.00 | | UPS RETIREMENT PLAN | PITTSBURGH | PA | 15259 |
| 699 | -49,020.15 | | USAA INVESTMENT MGNT | SAN ANTONIO | TX | 78288 |
| 50007937 | -2,673.00 | | UVA LAW SCHOOL EMINE | ATLANTA | GA | 30308 |
| 50007938 | -4,455.00 | | UVA LAW SCHOOL GEN E | ATLANTA | GA | 30308 |
| 316 | -28,175.00 | | V & E PENSION PI SCH | WESTERVILLE | OH | 43081 |
| 5001231 | -1,514.70 | | V., JAMES | SAN FRANCISCO | CA | 94133 |
| 5000923 | -479,461.25 | | VA POWER-PZENA TC Q | PITTSBURGH | PA | 15259 |
| 50007939 | -6,436.00 | | VAL, CYSTIC FIBROSIS | ATLANTA | GA | 30308 |
| 5001702 | -144,492.00 | | VALUE, IBM: ARTISAN | NEW YORK | NY | 10087 |
| 5001281 | -4,286.05 | | VALUE, PGF FAMILY CO | JERSEY CITY | NJ | 07302 |
| 572 | -1,048,485.00 | | VAN KAMPEN SMALL CAP | OAKBROOK TERRACE | IL | 60181 |
| 1003267 | -9,620.00 | | VANCE, RICHARD C | LA JOLLA | CA | 92038 |
| 306 | -1,416,452.32 | | VANGUARD EXPLORER FU | VALLEY FORGE | PA | 19482 |
| 5001576 | -213,417.00 | | VANTAGEPOINT WELLING | BOSTON | MA | 02116 |
| 1002092 | -755.79 | | VENEZIA FAMILY L.L.C | SYRACUSE | NY | 13202 |
| 5000132 | -1,174.80 | | VESEY, RAYMOND V | WATCHUNG | NJ | 07069 |
| 5001074 | -24,150.00 | | VHA | CHICAGO | IL | 60607 |
| 1003542 | -431.01 | | VICK, DAVID S | WESTERN SPRINGS | IL | 60558 |
| 194 | -891.00 | | VICKERS JR, CHARLES | LINCOLN | CA | 95648 |
| 438 | -1,880.00 | | VIENNA CONSULTING IN | | | |
| 5000083 | -37,975.00 | | VINDIGNI, ANDREW | STAMFORD | CT | 06903 |
| 588 | -57,735.00 | | VOGELSTEIN, JOHN L R | NEW YORK | NY | 10020 |
| 2002366 | -1,880.00 | | VORCE, FRANK | NEW DURHAM | NH | 03855 |
| 5001740 | -1,742.50 | | VOSE | TULSA | OK | 74135 |
| 5001739 | -1,742.50 | | VOSE | TULSA | OK | 74135 |
| 5001738 | -4,808.32 | | VOSE | TULSA | OK | 74135 |
| 5001735 | -2,788.00 | | VOSE | TULSA | OK | 74135 |
| 5001734 | -2,788.00 | | VOSE | TULSA | OK | 74135 |
| 5001733 | -5,088.00 | | VOSE | TULSA | OK | 74135 |
| 5001732 | -5,088.00 | | VOSE | TULSA | OK | 74135 |
| 5001731 | -3,180.00 | | VOSE | TULSA | OK | 74135 |
| 5001730 | -3,180.00 | | VOSE | TULSA | OK | 74135 |
| 5001032 | -60,588.00 | | W. DAVENPORT TRUST U | CHICAGO | IL | 60607 |
| 5001394 | -2,495.00 | | W., JOHN | SEATTLE | WA | 98101 |
| 2001264 | -1,673.00 | | WACHOVIA BANK NA C/F | DEERFIELD BEACH | FL | 33442 |

MC64N
MC64N143

**Timely Authorized Claimants**
ANNUITY AND LIFE RE (HOLDINGS) REPS

Page 46    of    49
12-May-06    1:03 PM

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 421 | -2,932.00 | | WACHTMEISTER 1981 | SCOTTSVILLE | VA | 24590 |
| 425 | -1,665.25 | | WACHTMEISTER FAMILY | MISSOULA | MT | 59806 |
| 426 | -1,437.50 | | WACHTMEISTER STRIN. | MISSOULA | MT | 59806 |
| 424 | -2,012.50 | | WACHTMEISTER, LINDA | MISSOULA | MT | 59806 |
| 1002353 | -2,006.46 | | WAHHAB, ABDUL | ST CLAIR | PA | 17970 |
| 1003405 | -190.80 | | WAHL, LISA P & KENNE | BERKELEY | CA | 94703 |
| 5001219 | -2,227.50 | | WAIS, PETER | SAN FRANCISCO | CA | 94133 |
| 309 | -3,045.00 | | WALDA LP EAGLE SMALL | WESTERVILLE | OH | 43081 |
| 5001451 | -3,760.00 | | WALDERHAUG, STANLEY | SEATTLE | WA | 98101 |
| 1000655 | -345.00 | | WALES, ROBERT D. | FAIRFIELD | CT | 06824 |
| 809 | -20,047.50 | | WALKER SECURITY INV. | SAN FRANCISCO | CA | 94111 |
| 1001544 | -1,880.00 | | WALSH, AUSTIN P | KENTFIELD | CA | 94914 |
| 5000716 | -700.00 | | WALTERS, HEATHER R | PORTLAND | OR | 97202 |
| 2001514 | -879.75 | | WALTERS, JAMES W | COVENTRY | RI | 02816 |
| 1003610 | -403.98 | | WAMPLER,  ROBERT A | MEMPHIS | TN | 38173 |
| 2002400 | -168.00 | | WARNER, PEARL M | MARGATE CITY | NJ | 08402 |
| 193 | -3,570.31 | | WARREN, DONNA | CLARKSTON | MI | 48348 |
| 191 | -4,149.38 | | WARREN, JEROME H | CLARKSTON | MI | 48348 |
| 192 | -2,557.34 | | WARREN, JEROME H & E | CLARKSTON | MI | 48348 |
| 5001061 | -1,581.25 | | WASATCH, JFH 1987 - | CHICAGO | IL | 60607 |
| 5001055 | -1,581.25 | | WASATCH, JHB PERS | CHICAGO | IL | 60607 |
| 307 | -8,011.00 | | WASH CTY RETMT LOOMI | WESTERVILLE | OH | 43081 |
| 5001454 | -3,760.00 | | WASHBURN, ALEX | SEATTLE | WA | 98101 |
| 5001452 | -14,960.00 | | WASHBURN, ALEX | SEATTLE | WA | 98101 |
| 5001453 | -3,030.00 | | WASHBURN, ERIKA | SEATTLE | WA | 98101 |
| 2001744 | -940.00 | | WASHBURN, NANCY | SEATTLE | WA | 98199 |
| 2001737 | -940.00 | | WASHBURN, NANCY J | SEATTLE | WA | 98199 |
| 2001743 | -3,340.00 | | WASHBURN, WILBUR WRI | SEATTLE | WA | 98199 |
| 5001284 | -982.98 | | WASSERSTEIN | JERSEY CITY | NJ | 07302 |
| 1001105 | -461.75 | | WATERS, PAUL W | ORLANDO | FL | 32856 |
| 2000522 | -460.00 | | WATSON, DEAN | CLEVELAND | TN | 37312 |
| 5001337 | -12,447.00 | | WAYLON, JOEL | SEATTLE | WA | 98101 |
| 2003513 | -188.00 | | WEBER, EDWARD J | LYN MAY | OH | 44124 |
| 1002869 | -245.75 | | WEEKS, LOIS M. | MARIETTA | GA | 30064 |
| 5000332 | -3,815.00 | | WEINBERG, HOWARD MIC | FAIRFIELD | OH | 45014 |
| 1004899 | -688.15 | | WEINBERG, JOEL | SIMI VALLEY | CA | 93063 |
| 2001918 | -258.75 | | WEINBERGER, NEIL C | MORELAND HLS | OH | 44022 |
| 1001711 | -1,300.98 | | WEINER, RICHARD N | DIX HILLS | NY | 11746 |
| 2001367 | -1,038.95 | | WEINTRAUB, EDWARD A | PEPPER PIKE | OH | 44122 |
| 5000924 | -54,351.00 | | WEIRTON STEEL CORP. | PITTSBURGH | PA | 15259 |
| 106 | -260.50 | | WEISS, MILTON | LINWOOD | NJ | 08221 |
| 1000934 | -3,815.00 | | WEISSMAN, PAUL | SOMERS | NY | 10589 |
| 1003307 | -1,059.32 | | WEITZMANN, JUDIT | HIGHLAND BEACH | FL | 33487 |
| 5001263 | -13,692.00 | | WELLINGTON MANAGEMEN | BOSTON | MA | 02109 |
| 50007853 | -1,095.00 | | WELLINGTON MGMT CO | BOSTON | MA | 02111 |
| 50007852 | -1.89 | | WELLINGTON MGMT CO | BOSTON | MA | 02111 |
| 50007851 | -67,907.00 | | WELLINGTON MGMT CO | BOSTON | MA | 02111 |
| 50007849 | -1,140.00 | | WELLINGTON MGMT CO | BOSTON | MA | 02111 |

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 50007848 | -2,970.00 | | WELLINGTON MGMT CO | BOSTON | MA | 02111 |
| 1003793 | -1,777.00 | | WELLS, KYLE | NEW YORK | NY | 10010 |
| 1005826 | -1,880.00 | | WELT, MICHAEL A | MASSAPEQUA | NY | 11758 |
| 2000500 | -677.71 | | WENDELA, GLENN K | PORT HURON | MI | 48060 |
| 50007711 | -5,762.00 | | WENZLER, ADR1201 JOS | NEW YORK | NY | 10017 |
| 663 | -61,094.00 | | WESTCORE SMALL CAP | DENVER | CO | 80202 |
| 2000619 | -398.31 | | WESTERHEID, JAMES P | MC KINNEY | TX | 75070 |
| 621 | -14,446.00 | | WESTMORELAND COUNTY | PHILADELPHIA | PA | 19153 |
| 5001779 | -628,615.79 | | WFCT SMALL COMPANY G | MINNEAPOLIS | MN | 55485 |
| 2000214 | -9,400.00 | | WHITE, DEWEY C | SUWANEE | GA | 30024 |
| 1002915 | -381.60 | | WHITE, GARY B | PASADENA | CA | 91105 |
| 1001886 | -1,627.34 | | WHITE, JOHN P | TERRE HAUTE | IN | 47802 |
| 5001255 | -2,583.90 | | WHITMAN, JONATHAN C. | SAN FRANCISCO | CA | 94133 |
| 2000678 | -92.00 | | WHITTLESEY, BARBARA | SILVER SPRING | MD | 20905 |
| 546 | -632.50 | | WHITWORTH, BONNIE | DAYTON | OH | 45459 |
| 5001017 | -17,686.47 | | WICHI-AELTUS INVT MG | CHICAGO | IL | 60607 |
| 5001464 | -41,520.60 | | WICHITA STATE UNIVER | NEW YORK | NY | 10286 |
| 432 | -1,524.05 | | WICHLENSKI, JOHN J | CHESTERFIELD | MO | 63017 |
| 1002930 | -704.59 | | WIGINTON, ALAN D | LAKE MARY | FL | 32746 |
| 226 | -423.00 | | WILDAR BLEUEL FAMILY | DELAND | FL | 32724 |
| 5001674 | -19,346.70 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001673 | -21,441.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001672 | -13,254.90 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001671 | -14,699.70 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001670 | -52,348.72 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001669 | -8,253.21 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001667 | -33,905.58 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001666 | -119,643.21 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001665 | -111,522.70 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001664 | -37,545.86 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001663 | -82,762.10 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001660 | -42,750.28 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001657 | -9,525.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001656 | -7,933.39 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001655 | -7,295.60 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001654 | -22,127.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001653 | -9,642.88 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001649 | -5,571.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001644 | -3,444.10 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001639 | -58,453.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001633 | -38,520.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001632 | -21,935.10 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001631 | -38,765.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001627 | -84,636.00 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001626 | -9,083.70 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 5001624 | -2,148,363.80 | | WILLIAM BLAIR & CO. | CHICAGO | IL | 60606 |
| 1000956 | -6,999.30 | | WILLIAM H MINER AGRI | CHAZY | NY | 12921 |
| 2001588 | -445.65 | | WILLIAM QUINBY CR SH | HAYES | VA | 23072 |

MC64N

MC64N143

ANNUITY AND LIFE RE (HOLDINGS) REPS

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 2001370 | -1,210.21 | | WILLIAMS, WILLIAM L | RALEIGH | NC | 27615 |
| 50008143 | -9,400.00 | | WILLOW SPRINGS FOUND | CHICAGO | IL | 60606 |
| 115 | -5,537.76 | | WILSEY, ROBERT | GRANBURY | TX | 76049 |
| 520 | -10,847.20 | | WILSON MASTER PINNAC | MILWAUKEE | WI | 53212 |
| 5001601 | -5,371.45 | | WILSON, D. C. | BOSTON | MA | 02116 |
| 50007752 | -5,371.45 | | WILSON, DANIEL | NEW YORK | NY | 10017 |
| 1005521 | -718.75 | | WIN, TIN | TORRANCE | CA | 90504 |
| 1001646 | -44.55 | | WINGENDER, THERE | POUND RIDGE | NY | 10576 |
| 173 | -640.00 | | WINN, JAMES R | ROCKMART | GA | 30153 |
| 50007785 | -1,204.00 | | WINNE, ADR1231 BRIAN | NEW YORK | NY | 10017 |
| 443 | -212,590.00 | | WISCONSIN ENERGY CO | MILWAUKEE | WI | 53203 |
| 5000955 | -212,590.00 | | WISCONSIN ENERGY COR | CHICAGO | IL | 60607 |
| 5001256 | -3,742.20 | | WISLOW, LEONARD A. | SAN FRANCISCO | CA | 94133 |
| 5001754 | -39,196.00 | | WMS MASTER - ARTISAN | TULSA | OK | 74135 |
| 1001175 | -1,880.00 | | WOJCIK, HENRY J | ROCHESTER HILLS | MI | 48309 |
| 5000445 | -997.00 | | WOLDORF, NORMAN M | HARRISBURG | PA | 17110 |
| 5001264 | -122,514.58 | | WOLF CREEK BMD | BOSTON | MA | 02109 |
| 5001221 | -5,702.40 | | WOLFSON III, LOUIS | SAN FRANCISCO | CA | 94133 |
| 5001222 | -3,920.40 | | WOLKEN FAMILY TRUST | SAN FRANCISCO | CA | 94133 |
| 1001734 | -609.09 | | WOLKOFF, FRED | GREAT NECK | NY | 11021 |
| 2001492 | -630.35 | | WOOD, CHRISTINE F | RALEIGH | NC | 27615 |
| 50008148 | -8,580.00 | | WOODBURY, EDMUND | CHICAGO | IL | 60606 |
| 50008147 | -4,825.30 | | WOODBURY, EDMUND | CHICAGO | IL | 60606 |
| 50008146 | -1,238.45 | | WOODBURY, RANDI | CHICAGO | IL | 60606 |
| 2003649 | -672.00 | | WOODWARD, LANCE E | LEWISVILLE | TX | 75067 |
| 1002250 | -508.80 | | WOOLF, NATHAN | HILLSDALE | NJ | 07642 |
| 5001572 | -35,197.00 | | WORCESTER | BOSTON | MA | 02116 |
| 2003138 | -9,134.00 | | WRECKERS, ASSOCIATED | SPRINGFIELD | MA | 01105 |
| 1001637 | -935.70 | | WRIGHT, *** DONALD F | TESUQUE | NM | 87574 |
| 50008145 | -3,417.00 | | WRIGHT, JOSEPH S. | CHICAGO | IL | 60606 |
| 283 | -1,255.10 | | WRIGHT, LEONARD D | MEMPHIS | TN | 38117 |
| 5001771 | -65,855.50 | | XCEL ENERGY PB SVC O | MINNEAPOLIS | MN | 55485 |
| 5000084 | -14.00 | | YAGODA, LAWRENCE M | BROOKLYN | NY | 11229 |
| 2000513 | -440.41 | | YOUNG, JACK L | SHEPHERDSTOWN | WV | 25443 |
| 1002326 | -381.08 | | YOUNG, MARLON | NEW YORK | NY | 10023 |
| 1001960 | -13,320.00 | | YOUNG, RUTH H | AMITYVILLE | NY | 11701 |
| 2001677 | -1,626.96 | | ZARCONI, CHARLES | LAKEWOOD | NJ | 08701 |
| 692 | -1,581.25 | | ZEEL & CO MACATAWA B | HOLLAND | MI | 49422 |
| 5000025 | -843.00 | | ZEINER, WILLIAM J | SUGARLAND | TX | 77478 |
| 2001100 | -564.00 | | ZELIN, JEFFREY | RHINEBECK | NY | 12572 |
| 2001092 | -188.00 | | ZELIN, JEFFREY | RHINEBECK | NY | 12572 |
| 2001107 | -1,880.00 | | ZELIN, JEFFREY T | RHINEBECK | NY | 12572 |
| 5001455 | -4,306.00 | | ZELONISH, SHARON DEB | SEATTLE | WA | 98101 |
| 2001710 | -552.00 | | ZENECKI, DAVE & JODY | EAGLE | ID | 83616 |
| 2001899 | -9,810.00 | | ZERBARINI, DONALD G | MANHASSET | NY | 11030 |
| 2001907 | -18,690.00 | | ZERBARINI, MARILYN M | MANHASSET | NY | 11030 |
| 1003928 | -554.18 | | ZIOLKOWSKI, WAYNE R | SPANISH SPRINGS | NV | 89436 |
| 2001898 | -232.26 | | ZION, CLAIRE | BROOKLYN | NY | 11215 |

**Timely Authorized Claimants**
ANNUITY AND LIFE RE (HOLDINGS) REPS

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 2001608 | -876.00 | | ZLATOPER, RONALD J | HONOLULU | HI | 96813 |
| 1003054 | -517.50 | | ZUCKERMAN, IRVING P | BEVERLY HILLS | CA | 90210 |
| 5000935 | -1,035,000.00 | | ZZTNT-LDN-GOVERNMENT | CHICAGO | IL | 60607 |
| | **-154,707,397.48** | **0.00** | **2,307** | | | |

MC64N
MC64N144

**Late Postmarked but Otherwise Authorized Claimants**
ANNUITY AND LIFE RE (HOLDINGS) REPS

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 925 | -249,212.64 | | AFSCME EMPLOYEES PEN | NORTH QUINCY | MA | 02171 |
| 842 | -13,225.00 | | ALL CHILDRENS HEALTH | TAMPA | FL | 33610 |
| 841 | -4,767.00 | | ALL CHILDRENS HEALTH | TAMPA | FL | 33610 |
| 818 | -8,942.40 | | ALPHA US SUB FUND I | ROSELAND | NJ | 07068 |
| 724 | -73,418.25 | | ARC  KJ41 | WESTWOOD | MA | 02090 |
| 897 | -36,558.00 | | ASSN OF GRADUATES | NORTH QUINCY | MA | 02171 |
| 1002745 | -515.18 | | ATKINS, ALDEN | ALEXANDRIA | VA | 22301 |
| 817 | -4,426.20 | | AXIA OFFSHORE PARTNE | ROSELAND | NJ | 07068 |
| 2002802 | -34,871.40 | | AXIA PARTNERS LP | ROSELAND | NJ | 07068 |
| 1004049 | -423.30 | | BALDINO, B. LYNNE | RUMSON | NJ | 07760 |
| 836 | -232,722.00 | | BANC FUND V L P | TAMPA | FL | 33610 |
| 790 | -6,048.00 | | BANIAN TREE CAPITAL | NEW YORK | NY | 10017 |
| 908 | -105,899.00 | | BELK STORES SERVICES | NORTH QUINCY | MA | 02171 |
| 868 | -3,096.65 | | BELLEAIR PARTNERS LP | MEMPHIS | TN | 38117 |
| 884 | -48,840.00 | | BRACHS CONFECTION IN | OAKS | PA | 19456 |
| 922 | -82,525.80 | | BROCKTON RETIREMENT | NORTH QUINCY | MA | 02171 |
| 923 | -165,975.98 | | BROCKTON RETIREMENT | NORTH QUINCY | MA | 02171 |
| 1004320 | -559.83 | | BUTLER, BRUCE L | HACKENSACK | NJ | 07601 |
| 5001855 | -11,921.90 | | CAP, NW NORTHPOINTE | CONSHOHOCKEN | PA | 19428 |
| 2002744 | -232,234.54 | | CAP, PROSPECTOR PART | GUILFORD | CT | 06437 |
| 851 | -44,939.00 | | CARLOS & MARIA ALVAR | NEW YORK | NY | 10001 |
| 894 | -10,896.00 | | CHARLOTTE FIREFIGHTE | NORTH QUINCY | MA | 02171 |
| 920 | -8,733.00 | | CHILES FOUNDATION | NORTH QUINCY | MA | 02171 |
| 898 | -62,040.00 | | CITY OF GAINESVILLE | NORTH QUINCY | MA | 02171 |
| 927 | -7,573.50 | | CITY OF SPRINGFIELD | NORTH QUINCY | MA | 02171 |
| 926 | -64,566.12 | | CITY OF SPRINGFIELD | NORTH QUINCY | MA | 02171 |
| 2004047 | -2,256,189.42 | | CLARIDEN FINANCE EQU | | | |
| 5000451 | -113.25 | | CO, FMT | ISSAQUAH | WA | 98029 |
| 1005340 | -1,108.20 | | COMBINED, OFF-SHORE | SAN DIEGO | CA | 92111 |
| 815 | -2,673.00 | | CONDON, MARILYN R | KIRKLAND | WA | 98034 |
| 2001115 | -9,390.00 | | CREATIVE PENSION CON | BARRE | VT | 05641 |
| 935 | -1,554,153.00 | | CS GVO PEARL INVESTM | NORTH QUINCY | MA | 02171 |
| 853 | -552,112.25 | | DETROIT GEN RET SYS | BOSTON | MA | 02111 |
| 1005335 | -431.25 | | DORROS FAMILY PARTNE | RANCHO SANTA FE | CA | 92067 |
| 1004961 | -624.99 | | EHRIG, ULRICH | DETROIT | MI | 48207 |
| 910 | -214,488.00 | | EQUIFAX INC SUX8 | NORTH QUINCY | MA | 02171 |
| 913 | -50,179.00 | | ESSEX COUNTY - 3XY4 | NORTH QUINCY | MA | 02171 |
| 2000784 | -92.00 | | FAGAN, HOWARD E | WILLOUGHBY | OH | 44094 |
| 834 | -16,929.00 | | FIELDCREST CANNON IN | TAMPA | FL | 33610 |
| 835 | -26,730.00 | | FIELDCREST CANNON IN | TAMPA | FL | 33610 |
| 844 | -8,193.75 | | FIFTH AVE PRESB CHUR | TAMPA | FL | 33610 |
| 2002759 | -230,299.20 | | FOLKSMAERICA REINSUR | GUILFORD | CT | 06437 |
| 819 | -366,269.06 | | FRANK RUSSELL TRUST | TACOMA | WA | 98402 |
| 1001735 | -249.78 | | FRANK, ARNOLD | ROSLYN HEIGHTS | NY | 11577 |
| 862 | -32,785.50 | | FRANKLIN AND MARSHAL | LANCASTER | PA | 17604 |
| 5001790 | -750,396.79 | | FUND, SPEC VAL | JERSEY CITY | NJ | 07303 |
| 895 | -4,856.93 | | FURMAN UNIVERSITY | NORTH QUINCY | MA | 02171 |
| 2004501 | -51,105.00 | | GLARIDEN LUX | | | |

**Late Postmarked but Otherwise Authorized Claimants**
ANNUITY AND LIFE RE (HOLDINGS) REPS

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 893 | -118,815.00 | | GOLDMAN SACHS JBWERE | VICTORIA, AUSTRALIA 3 | | |
| 832 | -12,063.17 | | GOVERNMENT & JUDICIA | TAMPA | FL | 33610 |
| 831 | -98,944.67 | | GOVERNMENT & JUDICIA | TAMPA | FL | 33010 |
| 5001789 | -5,446.00 | | GR, MSIF SMALL CO | JERSEY CITY | NJ | 07303 |
| 5056842 | -427.57 | | GROUP, ELECTRONIC TR | SAUSALITO | CA | 94965 |
| 5056851 | -4,650.92 | | GROUP, ELECTRONIC TR | SAUSALITO | CA | 94965 |
| 5001857 | -3,003.73 | | GROWTH, GVIT SMALL C | CONSHOHOCKEN | PA | 19428 |
| 5001858 | -1,946,033.00 | | GVIT SMALL COMPANY F | CONSHOHOCKEN | PA | 19428 |
| 2000428 | -644.00 | | HAIGHT JR, DAVID E | BELLEVILLE | NJ | 07109 |
| 942 | -1,526.00 | | HARLOE, JOHN | DALLAS | TX | 75204 |
| 856 | -476,831.92 | | HARTFORD GLOBAL FINA | HARTFORD | CT | 06115 |
| 1003090 | -24,725.00 | | HARTFORD VALUE FUND | NEW YORK | NY | 10020 |
| 905 | -36,930.74 | | HAVERHILL RETIREMENT | NORTH QUINCY | MA | 02171 |
| 1002318 | -1,678.85 | | HEATH, RICHARD H | LAKE ELMO | MN | 55042 |
| 918 | -16,182.00 | | HEBREW IMMIGRANT AID | NORTH QUINCY | MA | 02171 |
| 896 | -2,921.75 | | HEBREW IMMIGRANT AID | NORTH QUINCY | MA | 02171 |
| 921 | -3,405.00 | | HOFSTRA UNIVERSITY | NORTH QUINCY | MA | 02171 |
| 1005304 | -831.15 | | HUTSON, CAMILLA D | LA JOLLA | CA | 92037 |
| 1005338 | -2,342.20 | | INC, MORGAN STANLEY | SAN DIEGO | CA | 92103 |
| 1005317 | -764.80 | | INC, MORGAN STANLEY | LA JOLLA | CA | 92037 |
| 1005291 | -1,108.20 | | INC, MORGAN STANLEY | RANCHO SANTA FE | CA | 92067 |
| 1005341 | -1,030.20 | | INC, MORGAN STANLEY | SAN DIEGO | CA | 92128 |
| 848 | -138,711.25 | | ING SMALL COMPANY FU | HARTFORD | CT | 06103 |
| 850 | -25,207.92 | | ING TRUST CO EQUITY | HARTFORD | CT | 06103 |
| 846 | -159,038.06 | | ING VP SMALL COMPANY | HARTFORD | CT | 06103 |
| 820 | -6,518.75 | | J WEAVER, WAYNE | JACKSONVILLE | FL | 32202 |
| 1003421 | -254.40 | | JACOBSON, MARK | OAKLAND | CA | 94610 |
| 1005210 | -858.00 | | JSD ENTERPRISES | VAN COUVER | WA | 98682 |
| 886 | -340.75 | | KANSAS STATE UNIVERS | SAN FRANCISCO | CA | 94111 |
| 900 | -3,806.00 | | KC AREA RETAIL FOOD | NORTH QUINCY | MA | 02171 |
| 1003140 | -431.02 | | LABAN, HARRY | EDMONDS | WA | 98026 |
| 1001460 | -398.15 | | LAN, DOLORES | SANTA FE | NM | 87506 |
| 1005312 | -621.40 | | LIGHTHART, ROGER G | ENCINITAS | CA | 92024 |
| 1003942 | -890.40 | | LIPSON, CAROL A | LAMBERTVILLE | NJ | 08530 |
| 2002646 | -1,356,239.24 | | LLC, PROSPECTOR PART | GUILFORD | CT | 06437 |
| 907 | -15,147.00 | | LONESTAR INDUSTRIES | NORTH QUINCY | MA | 02171 |
| 2003172 | -239,023.60 | | MAIN STREET AMERICA | KEENE | NH | 03431 |
| 906 | -21,384.00 | | MASSPORT EMPLOYEES | NORTH QUINCY | MA | 02171 |
| 860 | -836,264.00 | | MASTER TRUST AGREE | TAMPA | FL | 33610 |
| 2003998 | -1,397.43 | | MCCULLOCH FELGER FIT | DAYTON | OH | 45402 |
| 737 | -1,081.00 | | MCLEAN, JOHN & JANE | HILTON HEAD | SC | 29926 |
| 837 | -47,010.05 | | MD ANDERSON CANCER C | TAMPA | FL | 33610 |
| 901 | -5,958.00 | | MEAT CUTTERS LOCAL | NORTH QUINCY | MA | 02171 |
| 5001851 | -18,306.00 | | MILLENCO L.P. | NEW YORK | NY | 10103 |
| 5001850 | -24,155.35 | | MILLENCO L.P. | NEW YORK | NY | 10103 |
| 5001794 | -2,510,522.81 | | MS FINANCIAL SVCS TR | JERSEY CITY | NJ | 07303 |
| 911 | -59,784.00 | | NEW ENGLAND TEAMSTER | NORTH QUINCY | MA | 02171 |
| 915 | -86,615.53 | | NEW YORK STATE TEAMS | NORTH QUINCY | MA | 02171 |

MC64N                    **Late Postmarked but Otherwise Authorized Claimants**          Page  3   of   4
MC64N144                      ANNUITY AND LIFE RE (HOLDINGS) REPS                  12-May-06   1:04 PM

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 924 | -92,761.63 | | NORFOLK COUNTY | NORTH QUINCY | MA | 02171 |
| 936 | -2,203,321.12 | | NORGES BANK | | | |
| 5001854 | -1,120.77 | | OPPORT., GARTMORE VA | CONSHOHOCKEN | PA | 19428 |
| 953 | -2,511.75 | | OSTERHOUT, MARJORIE | SEATTLE | WA | 98112 |
| 899 | -235,973.00 | | PACIFIC COAST BENE | NORTH QUINCY | MA | 02171 |
| 904 | -37,916.07 | | PAINTERS DISTRICT | NORTH QUINCY | MA | 02171 |
| 903 | -20,467.38 | | PAINTERS DISTRICT | NORTH QUINCY | MA | 02171 |
| 1005324 | -258.75 | | PEARCE, DAVID L | OCEANSIDE | CA | 92054 |
| 2002070 | -1,092,389.55 | | PHOENIX HOLLISTER SM | HARTFORD | CT | 06115 |
| 866 | -5,166.36 | | PK & MC BARTOW TIC | WILMINGTON | DE | 19890 |
| 2002816 | -744,706.06 | | PROSPECTOR OFFSHORE | GUILFORD | CT | 06437 |
| 870 | -984,644.66 | | QUANTUM PARTNERS LDC | NEW YORK | NY | 10106 |
| 885 | -1,696.25 | | RELIANCE STANDARD | OAKS | PA | 19456 |
| 2000546 | -636.00 | | REUSSER, RUTH ANN | DESTIN | FL | 32550 |
| 852 | -4,617.50 | | RICH MORRIS TRUST | NEW YORK | NY | 10001 |
| 5056898 | -1,048,879.29 | | S.A.C. CAPITAL ADVIS | SAUSALITO | CA | 94965 |
| 789 | -4,683.00 | | SCHAFER, GARY J | CHARLEVOIX | MI | 49720 |
| 1003690 | -5,078.72 | | SCHWERDT, RUDOLPH F. | STONEY POINT | NY | 10980 |
| 1005329 | -287.50 | | SEBASTIAN, DAVID G | PAUMA VALLEY | CA | 92061 |
| 1000716 | -15,260.00 | | SHEERIN, VIRGINIA W | NEW YORK | NY | 10021 |
| 864 | -6,360.00 | | SILLIMAN, ANN O'HEAR | WILMINGTON | DE | 19890 |
| 912 | -31,290.00 | | SISTERS OF MERCY | NORTH QUINCY | MA | 02171 |
| 826 | -243,435.00 | | SMITH BARNEY INVESTM | NEW YORK | NY | 10004 |
| 828 | -209,361.55 | | SMITH BARNEY LARGE | NEW YORK | NY | 10004 |
| 827 | -2,213,465.66 | | SMITH BARNEY LARGE | NEW YORK | NY | 10004 |
| 829 | -1,347,966.54 | | SMITH BARNEY MULTIPL | NEW YORK | NY | 10004 |
| 824 | -125,879.84 | | SMITH BARNEY PUERTO | NEW YORK | NY | 10004 |
| 2001085 | -239,292.00 | | SML, SIMNA-SCHRODER | NEW YORK | NY | 10022 |
| 735 | -16,002.00 | | SOUTH TRUST BANK AS | BIRMINGHAM | AL | 35223 |
| 2000630 | -184.00 | | SPURLOCK, MICHAEL | COLUMBUS | OH | 43215 |
| 869 | -718,750.00 | | STATE OF OREGON | BOSTON | MA | 02111 |
| 733 | -118,669.75 | | STATE STREET BANK | BOSTON | MA | 02105 |
| 1005331 | -2,216.50 | | STEPHEN M DORROS MD | RANCHO SANTA FE | CA | 92067 |
| 892 | -1,439.72 | | SUSQUEHANNA INVESTME | BALA CYNWYD | PA | 19004 |
| 890 | -1,526.00 | | SUSQUEHANNA INVESTME | BALA CYNWUD | PA | 19004 |
| 822 | -763.00 | | SUSQUEHANNA INVESTME | BALA CYNWYD | PA | 19004 |
| 909 | -3,810.00 | | TAUNTON RETIREMENT | NORTH QUINCY | MA | 02171 |
| 854 | -417,301.95 | | THE HARTFORD MUTUAL | HARTFORD | CT | 06115 |
| 855 | -98,038.40 | | THE HARTFORD VALUE O | HARTFORD | CT | 06115 |
| 882 | -6,096.00 | | THE WHITNEY CENTER | NEW HAVEN | CT | 06510 |
| 880 | -228.60 | | THE WHITNEY CENTER | NEW HAVEN | CT | 06510 |
| 881 | -285.75 | | THE WHITNEY CENTER I | NEW HAVEN | CT | 06510 |
| 823 | -185,046.09 | | TRAVELERS SERIES FUN | NEW YORK | NY | 10004 |
| 902 | -34,520.00 | | UNITED FOOD & CAFETE | NORTH QUINCY | MA | 02171 |
| 914 | -105,896.00 | | UNIVERSITY OF RICHMO | NORTH QUINCY | MA | 02171 |
| 5001856 | -56,717.00 | | VALUE, NW GVIT STRAT | CONSHOHOCKEN | PA | 19428 |
| 2004280 | -1,248.00 | | VISLOCKY, GREGORY J | LAKE OSWEGO | OR | 97034 |
| 2001261 | -894.25 | | WACHOVIA BANK NA C/F | BELLEAIR BEACH | FL | 33786 |

MC64N                    **Late Postmarked but Otherwise Authorized Claimants**              Page   4    of    4
MC64N144                        ANNUITY AND LIFE RE (HOLDINGS) REPS                    12-May-06    1:04 PM

| Claim # | Net Amount | Award | Description | City | State | Zip |
|---|---|---|---|---|---|---|
| 2001253 | -930.75 | | WACHOVIA BANK NA C/F | BELLEAIR BEACH | FL | 33786 |
| 1005337 | -3,248.30 | | WAHAB, GEORGE M | LA JOLLA | CA | 92037 |
| 2001910 | -287.50 | | WEISMAN, ARTHUR A | SHAKER HTS | OH | 44120 |
| 791 | -1,570.00 | | WILD,  WAYNE | BELMONT | VA | 02178 |
| 867 | -3,380.40 | | WISTOW, MAX | GLOUCESTER | RI | 02816 |
| 929 | -31,780.00 | | WORCESTERS POLYTECHN | NORTH QUINCY | MA | 02171 |
| | **-28,694,825.92** | **0.00** | **150** | | | |

| ENTC | **Comparison Report** | Page 1 of 1 |
|---|---|---|
| ENTC017 | ANNUITY AND LIFE RE (HOLDINGS) REPS | 12-May-06   1:07 PM |

Clm Idno  Security Cd  Cycle  Pool          ENT Loss        ENTINT Loss