

EXHIBIT C



**The Garden City Group, Inc.**

105 Maxess Road
Melville, NY 11747
Phone 631-470-5000
Fax 631-470-5100
Toll Free 1-800-327-3664
www.gardencitygroup.com

## INVOICE No. 02845

November 29, 2005

George A. Bauer III, Esq.
Paul J. Andrejkovics, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119-0165

In connection with the Annuity and Life Re (Holdings), Ltd. Securities Litigation for the period: January 1, 2005 through October 31, 2005

**Professional Fees:**

**Control Incoming Mail**

| | |
|---|---:|
| Sort mail into categories, 1,726 @ $0.45 each | $ 776.70 |
| Prep and scan all processed mail, 1,529 @ $0.95 each | 1,452.55 |

**Data entry and Claim Validation**

| | |
|---|---:|
| Data enter and process Proof of Claims, 2,509 @ $6.95 each | 17,437.55 |

**Telephone Support**

| | |
|---|---:|
| Automated response (IVR), 637.93 mins. @ $0.49 per min. | 312.59 |
| Monthly service charges, 10 mos. @ $100.00 per mo. | 1,000.00 |

GCG Customer Service:
GCG personnel made follow-up calls to claimants who left messages on the automated response system at the call center.

| | |
|---|---:|
| 76.4 hrs. | 5,449.58 |
| Programming fees | 1,000.00 |

Management oversight of call center.

| | |
|---|---:|
| 2.7 hrs. | 419.17 |

**Tax Service**

| | |
|---|---:|
| Prepare and file tax return (2004), 1 @ $2,500.00 per yr. | 2,500.00 |



**System Support**
    115.6 hrs.                                                          13,273.75

**Quality Assurance**
    132.3 hrs.                                                          14,983.75

**Project Management**
    175.0 hrs.                                                           19,779.09

        Total fees                                                      $78,384.73

**Project Expenses (see Exhibit A)**                      4,550.14

        Sub total                                                      82,934.87

**Estimate to Complete (see Exhibit B)**                 16,322.02

        Total fees                                                    $99,256.89



## Exhibit A

**ANNUITY AND LIFE RE (HOLDINGS), LTD. SECURITIES LITIGATION**

### Project Expenses

For the period: January 1, 2005 through October 31, 2005

| | |
|---|---:|
| Postage | $1,932.71 |
| Broker fees | 1,318.96 |
| Copy charges | 90.40 |
| Storage | 100.00 |
| FedEx, messenger | 192.26 |
| Stationery and supplies | 156.59 |
| P.O. Box rental | 750.00 |
| Telephone line charges | 9.22 |
| Total | $4,550.14 |

PLEASE REMIT TO:   The Garden City Group, Inc.
105 Maxess Rd.
Melville, NY 11747 – 3836



## Exhibit B

### ANNUTY AND LIFE RE. LTD. SECURITIES LITIGATION
### ESTIMATE OF FEES AND EXPENSES FOR COMPLETION OF PROJECT
### AS OF NOVEMBER 1, 2005

| | | | |
|---|---|---:|---:|
| FEES: | Prepare and print checks, 2,425 @ $1.25 each | $3,031.25 | |
| | Reissue checks, 121 @ $1.95 each | 235.95 | |
| | Telephone Hotline Services (for 12 months) | 840.00 | |
| | Automated response (IVR), 53.16 mins. @ $0.49 per min. | 26.05 | |
| | Systems Support | 1,360.00 | |
| | Quality Assurance | 1,480.00 | |
| | Project Management | <u>1,914.75</u> | $8,888.00 |
| EXPENSES: | Postage | $ 942.02 | |
| | Warehouse storage, 2 yrs. | 168.00 | |
| | FedEx, fax & copy charges | 300.00 | |
| | Prepare and file tax returns (2005/2006) | 5,000.00 | |
| | P.O. Box rental, 1 yr. @ $824.00 per yr. | 824.00 | |
| | Disposal of files | <u>200.00</u> | <u>7,434.02</u> |
| | TOTAL FEES AND EXPENSES: | | <u>$16,322.02</u> |

        PLEASE REMIT TO:    The Garden City Group, Inc.
                                         105 Maxess Rd.
                                         Melville, NY 11747 - 3836