**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR., | : : : : : : : | Civil Action No. 02 CV 2133 (EBB) |
| Defendants. | : : : | |
| | : : | |
| COMMUNICATIONS WORKERS OF AMERICA; MIDSTREAM INVESTMENTS LTD., Individually and On Behalf of All Others Similarly Situated, | : : : : : | |
| Plaintiffs, | : : | Civil Action No. 03 CV 1826 (EBB) |
| v. | : : | |
| KPMG LLP (UNITED STATES), KPMG LLP (UNITED KINGDOM), and KPMG in BERMUDA, | : : : : | |
| Defendants. | : : | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

Lead Plaintiffs, Communications Workers of America and Midstream Investments Ltd., respectfully request that this Court convene a status conference in the above-captioned matter at the earliest practicable date. As grounds therefor, Plaintiffs state as follows:

1.     This is a class action lawsuit alleging violations of the federal securities laws. The claims asserted are filed on behalf of all purchasers of the securities of Annuity and Life Re (Holdings) Ltd. ("Annuity and Life") between February 12, 2001 and November 19, 2002, inclusive, seeking to pursue remedies under the Securities Exchange Act of 1934.

2.     This matter was commenced on December 4, 2002; and subsequently eight other cases were filed against Annuity and Life and its officers and directors. On April 3, 2003, the Court granted a motion to consolidate all nine actions, with *Schnall v. Annuity and Life Re et al*. (3:02CV2133 (GLG)) as the lead case and Communications Workers of America and Midstream Investments Ltd. as lead plaintiffs ("Lead Plaintiffs") (D.E. 33). On July 11, 2003, Lead Plaintiffs filed a Consolidated Amended Class Action Complaint against defendants Annuity and Life, XL Capital, Ltd., Lawrence S. Doyle, Frederick S. Hammer, John F. Burke, William W. Atkin, Brian O'Hara and Michael P. Esposito, Jr. (D.E. 45).

3.     On October 23, 2003, Lead Plaintiffs Communications Workers of America and Midstream Investments Ltd. commenced a similar action against KPMG LLP (United States), KPMG LLP (United Kingdom) and KPMG in Bermuda, *Communications Workers of America and Midstream Investments Ltd. v. KPMG LLP (United States) et al*. (3:03CV1826) (GLG)).

4.     On January 5, 2004, the Court granted Lead Plaintiffs' Motion to Consolidate Related Actions and entered an Order consolidating *Communications Workers of America and Midstream Investments Ltd v. KPMG LLP (United States) et al.* (3:03CV1826) (GLG)) with *Schnall v. Annuity and Life Re et al*. (3:02CV2133 (GLG)) (D.E. 102).

5.     On March 12, 2004, Defendant KPMG LLP (US) filed a Motion to Dismiss First Amended Class Action Complaint (D.E. 121) and shortly thereafter, on March 15, 2004,

Defendant KPMG LLP (Bermuda) filed a separate Motion to Dismiss First Amended Class Action Complaint (D.E. 125).

6. Both motions to dismiss have been fully briefed and await a ruling from the Court.

7. On January 21, 2005, pursuant to a Motion Hearing held before the Honorable Judge Ellen Bree Burns, the Court issued an Order and Final Judgment of the proposed class settlement, certification of the settlement class and petition for award of attorneys' fees as to defendants Annuity and Life, XL Capital, Ltd., Lawrence S. Doyle, Frederick S. Hammer, John F. Burke, William W. Atkin, Brian O'Hara and Michael P. Esposito, Jr., and dismissed these defendants from the action.

8. Defendants KPMG Bermuda and KPMG USA were not party to the above referenced class settlement and Order and Final Judgment and therefore remain defendants in this matter. Accordingly, their respective motions to dismiss remain pending and continue to await a determination by the Court.

9. In light of the need to proceed expeditiously with this litigation, and in the interest of judicial economy, Lead Plaintiffs believe a status conference is necessary to determine the status of this matter and the status of the pending motions to dismiss.

WHEREFORE, Lead Plaintiffs respectfully move this Court to convene a Status Conference to address the various pending issues associated with this action.

Dated: Colchester, Connecticut
June 21 , 2006

Respectfully Submitted,

**SCOTT + SCOTT, LLC**

By: _____/s/ Erin G. Comite_____
David R. Scott (Juris No. 16080)
Erin Green Comite (Juris No. 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, Connecticut  06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**

Beth Kaswan (ct21415)
One Pennsylvania Plaza
New York, New York  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

**Co-Lead Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006, I caused a true and correct copy of the Motion for Status Conference to be served by U.S. mail on the parties listed on the attached Service List.

                                                                                              _____/s/ Erin G. Comite_____
                                                                                                   Erin G. Comite

TO:    James F. Stapleton, Esq.
Terence J. Gallagher, Esq.
**DAY, BERRY & HOWARD, LLP**
One Canterbury Green
Stamford, Connecticut  06901
Telephone:  (203) 977-7300
Facsimile:  (203) 977-7301

Edward M. Posner, Esq.
Gary R. Battistoni, Esq.
**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania  19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757

**Attorneys for Defendant Annuity
and Life Re (Holdings) Ltd.**

Thorn Rosenthal, Esq.
Tammy L. Roy, Esq.
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York  10005-1702
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420

Lawrence W. Andrea, Esq.
**THE LAW OFFICES OF THOMAS W. ANDREA, ESQ.**
57 North Street, Suite 313
Danbury, Connecticut  06810
Telephone:  (203) 743-6454
Facsimile:  (203) 778-5770

**Attorneys for Defendants XL Capital, Ltd.,
Brian O'Hara, and Michael P. Esposito, Jr.**

John W. Cannavino, Esq.
Karen L. Allison, Esq.
**CUMMINGS & LOCKWOOD LLC**
Four Stamford Plaza
107 Elm Street
Stamford, Connecticut 06902
Telephone: (203) 327-1700
Facsimile: (203) 351-4534

**Attorneys for Defendant Lawrence S. Doyle**

James F. Stapleton, Esq.
Terence J. Gallagher, Esq.
**DAY, BERRY & HOWARD, LL**
One Canterbury Green
Stamford, Connecticut 06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301

Edward M. Posner, Esq.
Gary R. Battistoni, Esq.
**DRINKER BIDDLE & REATH LLP**
One Logan Square
18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

R. Nicholas Gimbel, Esq.
**McCARTER & ENGLISH, LLP**
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-3800
Facsimile: (215) 979-3899

**Attorneys for Defendant Frederick S. Hammer**

John R. Horvack, Jr., Esq,
**CARMODY & TORRANCE LLP**
50 Leavenworth Street
P. O. Box 1110
Waterbury, Connecticut 06721-1110
Telephone: (203) 573-1200
Facsimile: (203) 575-2600

Marc J. Sonnenfeld, Esq.
Karen Pieslak Pohlmann, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Streets
Philadelphia, Pennsylvania  19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001

James F. Stapleton, Esq.
Terence J. Gallagher, Esq.
**DAY, BERRY & HOWARD, LL**
One Canterbury Green
Stamford, Connecticut  06901
Telephone:  (203) 977-7300
Facsimile:  (203) 977-7301

**Attorneys for Defendant John F. Burke**

James T. Shearin, Esq.
Peter S. Olson, Esq.
**PULLMAN & COMLEY, LLC**
850 Main Street
P. O. Box 7006
Bridgeport, Connecticut  06601-7006
Telephone:  (203) 330-2000
Facsimile:  (203) 576-8888

**Attorneys for Defendant William W. Atkin**

James H. Bicks
**WIGGIN & DANA**
400 Atlantic St. 7th Fl.
P.O. Box 110325
Stamford, CT 06911-0325
Telephone: (203) 363-7622
Facsimile: (203) 363-7676

Joseph T. Baio
Kelly M Hnatt
Michael J. Nadel
**WILKIE FARR & GALLAGHER**
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

**Attorneys for Defendant KPMG LLP (US)**

Morgan Paul Rueckert
**SHIPMAN & GOODWIN**
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5821
Facsimile: (860) 251-5219

Frederick S. Gold
**SHIPMAN & GOODWIN**
300 Atlantic Street
Stamford, CT 06901-3522
Telephone: (203) 324-8100

**Attorneys for Defendant KPMG LLP (Bermuda)**