UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                               Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                               Defendants.

-------------------------------------------------------------------x

CIVIL ACTION NO.
3:02CV2133 (EBB)

September 14, 2006

## MOTION FOR RECONSIDERATION OR CLARIFICATION IN PART

Defendant KPMG Bermuda hereby respectfully moves this Court, pursuant to

Rule 54(b) of the Federal Rules of Civil Procedure and Local Rule 7(c), for

reconsideration or clarification, in part, of the Court's August 30, 2006 ruling (the

"Ruling") on KPMG Bermuda's motion to dismiss the first amended class action

complaint (the "Amended Complaint"), on the grounds that it overlooks controlling U.S.

Supreme Court and Second Circuit decisions and mistakes the law of public auditor

liability.

The only portion of the Ruling challenged on this motion is the statement in its

final paragraph that holds that KPMG Bermuda may be liable not only for statements it

made (i.e., its audit reports), but also for public statements by the issuer, Annuity & Life

Re (Holdings), Ltd. ("ANR"), that were not attributed to KPMG Bermuda at the time they were made. This portion of the Court's Ruling disregards the holding of the Second Circuit's controlling decision in Wright v. Ernst & Young LLP, 152 F.3d 169, 175 (2d Cir. 1998) and overlooks the U.S. Supreme Court's decision in Central Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A., 511 U.S. 164 (1994). Consistent with Central Bank, the Second Circuit established a "bright line" rule that a party may not be liable under Section 10(b) for statements that are not attributed to that party at the time they are disseminated. The Court of Appeals specifically rejected exceptions to this rule for statements which the party "participated" in making or based on what the public "understood" about the party's role in preparing the statement. If permitted to stand, the portion of the Court's Ruling challenged on this motion will set an incorrect precedent on the important issue of public auditor liability under Section 10(b) and Rule 10b-5 of the federal securities laws and may erroneously expand the scope and breadth of KPMG Bermuda's liability in this case.

In support of this motion, KPMG Bermuda respectfully relies upon its Memorandum of Law submitted herewith.

Wherefore, KPMG Bermuda respectfully requests that its motion for reconsideration or clarification, in part, of the Ruling be granted and that the last paragraph of the Ruling be modified to hold that KPMG Bermuda may only be held liable for statements it made that were publicly attributed to it at the time they were publicly disseminated, together with such other and further relief as the Court deems just and proper.

**DEFENDANT**
**KPMG BERMUDA,**

By: _____

Frederick S. Gold
Fed. Bar. No.: ct 03560
Morgan P. Rueckert
Fed. Bar. No.: ct 19838
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel. (203) 324-8100
Fax. (203) 324-8199


Michael J. Malone
Paul A. Straus
Mordecai Geisler
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100
Fax. (212) 556-2222

Attorneys for KPMG BERMUDA

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on September 14, 2006, to all counsel of record as follows:

Jeffrey S. Nobel
Andrew M. Schatz
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Elias A. Alexiades
LAW OFFICE OF ELIAS A. ALEXIADES
215 Church Street, 2nd Floor
New Haven, CT 06510

Patrick A. Klingman
Karen M. Leser
James E. Miller
SHEPERD FINKELMAN MILLER
& SHAH-CHESTER
65 Main Street
Chester, CT 06412

David Randell Scott
Erin Green Comite
SCOTT & SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Beth A. Kaswan
Ann M. Lipton
Peter E. Seidman
MILBERG, WEISS, BERSHAD &
SCHULMAN
One Pennsylvania Plaza
Suite 4915
New York, NY 10119-0165

Michael J. Malone
Paul A. Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

_____
Morgan P. Rueckert