UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                Defendants.

CIVIL ACTION NO.
3:02CV2133 (EBB)

September 15, 2006

------------------------------------------------------------x

## MOTION OF DEFENDANT KPMG BERMUDA FOR EXTENSION OF TIME TO ANSWER

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendant KPMG Bermuda hereby respectfully moves for an extension of time to answer plaintiffs' First Amended Class Action Complaint For Violations of Federal Securities Laws (the "Complaint") in this action. Specifically, KPMG Bermuda moves to extend its time to answer until and including November 2, 2006. In support of this motion, undersigned counsel for KPMG Bermuda states as follows:

    1.    On March 15, 2004, KPMG Bermuda Moved to Dismiss the Complaint.

    2.    On August 30, 2006, the Court issued its decision (the "Decision"), denying KPMG Bermuda's Motion to Dismiss.

3.      On September 14, 2006, KPMG Bermuda filed a motion for reconsideration or clarification, in part, of the Decision.

4.      The Complaint is 112 pages long. It contains 272 separately-numbered paragraphs of allegations, purporting to raise complex accounting and securities law issues and involving both annual audits and quarterly reviews dating back six years, to early 2000. Responding to the many allegations in the Complaint regarding complex auditing and accounting matters will require substantial consultation with our client, an accounting firm that is based not in the United States but in Bermuda.

5.      Significant additional time is therefore needed for counsel properly to prepare a responsive pleading.

6.      Lead counsel for KPMG Bermuda, King & Spalding LLP, has contacted Milberg Weiss Bershad & Schulman LLP, lead counsel for plaintiffs, who was not willing to consent to the extension of time requested herein without Defendant making certain concessions on other issues.

7.      This is KPMG Bermuda's first request for an extension of time following the Decision. KPMG Bermuda previously, in connection with the Motion to Dismiss, made two requests for extensions of time to answer. This matter has not been assigned to trial.

8.      This motion is being filed within the existing deadline for KPMG Bermuda to respond to the Complaint.

2

WHEREFORE, KPMG Bermuda respectfully requests that this Court grant it an extension of time until and including November 2, 2006 to answer the Complaint; together with such other and further relief as the Court deems proper.

           **Respectfully submitted,**

           **DEFENDANT,**
           **KPMG BERMUDA**

By: _____
      Frederick S. Gold
      Fed. Bar. No.: ct 03560
      Morgan P. Rueckert
      Fed. Bar. No.: ct 19838
      SHIPMAN & GOODWIN LLP
      300 Atlantic Street
      Stamford, Connecticut 06901
      Tel. (203) 324-8100
      Fax. (203) 324-8199

      Michael J. Malone
      Paul A. Straus
      KING & SPALDING LLP
      1185 Avenue of the Americas
      New York, New York 10036
      Tel. (212) 556-2100
      Fax. (212) 556-2222

Attorneys for KPMG BERMUDA

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on September 15, 2006, to all counsel of record as follows:

Jeffrey S. Nobel
Andrew M. Schatz
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

Patrick A. Klingman
Karen M. Leser
James E. Miller
SHEPERD FINKELMAN MILLER
& SHAH-CHESTER
65 Main Street
Chester, CT  06412

Beth A. Kaswan
Ann M. Lipton
Peter E. Seidman
MILBERG, WEISS, BERSHAD &
SCHULMAN
One Pennsylvania Plaza
Suite 4915
New York, NY  10119-0165

Elias A. Alexiades
LAW OFFICE OF ELIAS A. ALEXIADES
215 Church Street, 2nd Floor
New Haven, CT  06510

David Randell Scott
Erin Green Comite
SCOTT & SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415

Michael J. Malone
Paul A. Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY  10036-4003

_____
Morgan P. Rueckert