UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR., <br><br> Defendants. | Civil Action No. 02-CV-2133 (EBB) <br><br> Consolidated Action <br><br><br><br><br><br><br><br><br><br> October 6, 2006 |

**LEAD PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT KPMG BERMUDA'S MOTION
FOR RECONSIDERATION OR CLARIFICATION**

Pursuant to Local Rule 7(b), Lead Plaintiffs Communication Workers of America and Midstream Investments Ltd. ("Lead Plaintiffs") hereby move for an extension of time of twenty-one (21) days to respond to Defendant KPMG Bermuda's Motion for Reconsideration or Clarification, making Lead Plaintiffs' Response due on October 31, 2006. In support of this Motion, Lead Plaintiffs state as follows:

1. On August 30, 2006, this Court denied Defendant KPMG Bermuda's Motion to Dismiss. On September 14, 2006, Defendant KPMG Bermuda filed a Motion for Reconsideration or Clarification. In that Motion, Defendant KPMG Bermuda asked this Court to reconsider and/or clarify parts of the August 30, 2006 Order.

2. Lead Plaintiffs' Response to Defendant KPMG Bermuda's Motion for Reconsideration or Clarification is currently due on October 10, 2006. Lead Plaintiffs request a twenty-one (21) day extension of time for filing their Response.

3. Good cause is shown for this twenty-one (21) day extension of time for two reasons. First, one of the lead attorneys in this case, Beth Kaswan, has recently left Milberg Weiss and joined Scott + Scott, LLC. Ms. Kaswan will continue to serve as one of the lead attorneys in this case in her capacity as Of Counsel at Scott + Scott, LLC. However, she is currently in the process of moving her New York City offices, which is the main reason why Lead Plaintiffs need additional time to respond to Defendant KPMG Bermuda's Motion. Second, Lead Plaintiffs need additional time to sufficiently review and research the issues raised in Defendant KPMG Bermuda's Motion.

4. Counsel for Lead Plaintiffs contacted counsel for Defendant KPMG Bermuda about the requested twenty-one (21) day extension. Lead counsel for Defendant KPMG Bermuda, King & Spalding, stated that they objected to the requested extension, and they directed Lead Plaintiffs not to disclose to the Court the basis for their objections to the extension.

5. Throughout this entire case, Lead Plaintiffs have routinely consented to Defendant KPMG Bermuda's numerous requests for an extension of time for filing papers. In fact, Lead Plaintiffs recently consented to Defendant KPMG Bermuda's own request for additional time to file their Answer to the Amended Complaint (with the caveat that, by consenting to the extension of time, Lead Plaintiffs were not agreeing to further stay discovery in the case, but expected discovery to move forward in accordance with this Court's prior Orders and the Federal Rules of Civil Procedure).

6.    This is Lead Plaintiffs' first request for an extension of time to respond to Defendant KPMG Bermuda's Motion.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant them an extension of time to respond to Defendant KPMG Bermuda's Motion for Reconsideration or Clarification until October 31, 2006.

DATED:  October 6, 2006

Respectfully submitted,

**SCOTT + SCOTT, LLC**

By:  ___/s/Erin Green Comite___
David R. Scott (Juris No. 16080)
Erin Green Comite (Juris No. 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:    (860) 537-5537
Facsimile:     (860) 537-4432

**Co-Lead Counsel for Lead Plaintiffs**

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Barry A. Weprin
One Pennsylvania Plaza
New York, NY  10119
Telephone:    (212) 594-5300
Facsimile:     (212) 868-1229

**Co-Lead Counsel for Lead Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, I caused a true and correct copy of the foregoing to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

          /s/Erin Green Comite
          Erin Green Comite

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
330 Main Street
Hartford, CT 06106-1817

James E. Miller
SHEPHERD FINKELMAN MILLER & SHAH, LLC
One Lewis Street
Hartford, CT 06103

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
New Haven, CT 06525

Barry A. Weprin
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Marc Edelson
HOFFMAN & EDELSON
45 West Court St.
Doylestown, PA 18901

**Attorneys for Defendants**

Gary R. Battistoni
DRINKER BIDDLE & REATH
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

John W. Cannavino
CUMMINGS & LOCKWOOD, LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

James F. Stapleton
Kenneth W. Ritt
Terence J. Gallagher
DAY, BERRY & HOWARD, LLP
One Caterbury Green
Stamford, CT 06901

Thorn Rosenthal
Tammy Roy
CAHILL GORDON & REINDEL, LLP
80 Pine Street
New York, NY 10005-1702

Lawrence W. Andrea
LAW OFFICES OF
 LAWRENCE W. ANDREA
57 North Street, Suite 313
Danbury, CT 06810

James T. Shearin
Peter Olson
PULLMAN & COMLEY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

James K. Robertson, Jr.
John R. Horvack, Jr.
CARMODY & TORRANCE
50 Leavenworth Street
P. O. Box 1110
Waterbury, CT 06721-1110

2

Francis S. Chlapowski
Randi B. Pincus
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue, 44th Floor
New York, NY 10178

John J. Robinson
McCARTER & ENGLISH, LLP
One Financial Plaza
755 Main Street, 18th Floor
Hartford, CT 06103

R. Nicholas Gimbel
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

James H. Bicks
WIGGIN & DANA
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325
203-363-7600

Kelly M. Hnatt
Joseph T. Baio
Michelle J. Nadel
WILLKIE, FARR & GALLAGHER
787 Seventh Ave.
New York, NY 10019-6099
212-728-8000

Steven David Ecker
COWDERY, ECKER & MURPHY
750 Main St.
Hartford, CT 06103
860-278-5555

Frederick S. Gold
Morgan Paul Rueckert
SHIPMAN & GOODWIN
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100