information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 119 of the Complaint except admits, on information and belief, that ANR issued a press release on or about May 1, 2001 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

120.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 120 of the Complaint except admits, on information and belief, that ANR issued a press release on or about May 2, 2001 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

121.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 121 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

122.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 122 of the Complaint except admits, on information and belief, that on May 14, 2001 ANR filed a Report on Form 10-Q and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

123.    To the extent not directed at Bermuda, Bermuda denies knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 123 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

124.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 124 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

125.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint.

126.    Bermuda denies the allegations contained in paragraph 126 of the Complaint except states that ANR reported that in the year ended December 31, 2001, William Atkin exercised options to purchase 132,499 shares of ANR.

127.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

128.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 128 of the Complaint.

129.    To the extent not directed at Bermuda, Bermuda denies knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 129 of the Complaint except admits, on information and belief, that ANR issued a press release on or about July 30, 2001 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

130. To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 130 of the Complaint.

131. Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

132. To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 132 of the Complaint except admits, on information and belief, that on August 13, 2001 ANR filed a Report on Form 10-Q and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

133. To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 133 of the Complaint and respectfully refers the Court to the document referenced

therein for the full and accurate statement of the contents thereof.

134.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 134 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

135.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 135 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

136.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 136 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

137.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 137 of the Complaint and respectfully refers the Court to ANR's public filings for the full and accurate statement of the contents thereof.

138.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in

paragraph 138 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 138 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

139.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 139 of the Complaint.

140.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 140 of the Complaint except admits, on information and belief, that ANR issued a press release on or about October 25, 2001 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

141.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 141 of the Complaint.

142.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 142 of the Complaint except states, on information and belief, that ANR scheduled a conference call on or about October 26, 2001 and respectfully refers the Court to the transcripts, if any, of that call and the other documents referenced therein for the full and accurate statement

of the contents thereof.

143.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 143 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 143 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate contents thereof.

144.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 144 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate contents thereof.

145.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 145 of the Complaint.

146.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 146 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 146 of the Complaint except admits, on information and belief, that on November 14, 2001 ANR filed a Report on Form 10-Q and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

147.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in

paragraph 147 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 147 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

148.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 148 of the Complaint and respectfully refers the Court to the document therein for the full and accurate statement of the contents thereof.

149.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 149 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

150.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 150 of the Complaint.

151.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 151 of the Complaint except states, on information and belief, that ANR recognized a charge to earnings of $33 million for the fourth quarter of 2001, and that ANR issued a press release on or about January 15, 2002 and respectfully refers the Court to that document for the

full and accurate statement of the contents thereof.

152.    Bermuda denies the allegations contained in paragraph 152 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

153.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 153 of the Complaint.

154.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 154 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

155.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 155 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 155 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

156.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 156 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

157.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Complaint except states, on information and belief, that on March 1, 2002, ANR filed a shelf registration statement on Form S-3 with respect to $200,000,000 of senior debt.

158.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 of the Complaint.

159.    Bermuda denies the allegations contained in paragraph 159 of the Complaint except admits, on information and belief, that on March 28, 2002 ANR filed a Report on Form 10-K for 2001 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

160.    Bermuda denies the allegations contained in paragraph 160 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

161.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 161 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 161 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

162.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 162 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 162 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

163.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 163 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

164.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 164 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

165.    Bermuda denies the allegations contained in paragraph 165 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

166.    Bermuda denies the allegations contained in paragraph 166 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

167.    Bermuda denies the allegations contained in paragraph 167 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

168.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 168 of the Complaint except admits that Bermuda issued an audit opinion dated February 11, 2002 with

-35-

respect to ANR's financial statements for the fiscal year ended December 31, 2001 and respectfully refers the Court to that audit opinion for the full and accurate statement of the contents thereof.

169.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 169 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

170.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 170 of the Complaint.

171.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 171 of the Complaint except admits, on information and belief, that ANR issued a press release on or about April 23, 2002 and states, on information and belief, that ANR scheduled a conference call on or about April 24, 2002 and respectfully refers the Court to that press release and the transcripts, if any, of that call for the full and accurate statement of the contents thereof.

172.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Complaint. Bermuda otherwise denies the allegations contained in

paragraph 172 of the Complaint, except to the extent the allegations contained in paragraph 172 of the Complaint constitute legal conclusions to which no response is necessary, and respectfully refers the Court to the transcripts, if any, of ANR's April 24, 2002 conference call for the full and accurate statement of the contents thereof.

173.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 173 of the Complaint and respectfully refers the Court to the transcripts, if any, of ANR's April 24, 2002 conference call for the full and accurate statement of the contents thereof.

174.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 174 of the Complaint except admits, on information and belief, that on May 15, 2002 ANR filed a Report on Form 10-Q and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

175.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 175 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 175 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

176.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176 of the Complaint. Bermuda otherwise denies the allegations contained in

paragraph 176 of the Complaint except states, on information and belief, that in the Spring of 2002, representatives of ANR and Bermuda conferred with the SEC regarding ANR.

177.    Bermuda denies the allegations contained in paragraph 177 of the Complaint and respectfully refers the Court to ANR's May 15, 2002 Form 10-Q for the full and accurate statement of the contents thereof.

178.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 178 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 178 of the Complaint except admits, on information and belief, that ANR issued a press release on or about July 25, 2002 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

179.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 179 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 179 of the Complaint except admits, on information and belief, that ANR issued a press release on or about July 25, 2002 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

180.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 180 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 180 of the Complaint.

181.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in

paragraph 181 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 181 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

182.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 182 of the Complaint except states, on information and belief, that ANR issued a press release on or about July 29, 2002 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

183.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 183 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 183 of the Complaint except admits, on information and belief, that on or about August 15, 2002, ANR issued a press release, and filed a Report on Form 10-Q, and respectfully refers the Court to those documents and ANR's other SEC filings for the full and accurate statement of the contents thereof.

184.    Bermuda denies the allegations contained in paragraph 184 of the Complaint and respectfully refers the Court to ANR's August 15, 2002 Form 10-Q for the full and accurate statement of the contents thereof.

185.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 185 of the Complaint.

186.    Bermuda denies the allegations contained in paragraph 186 of the Complaint, and respectfully refers the Court to ANR's August 15, 2002 Form 10-Q for the full and accurate statement of the contents thereof.

187.    Bermuda denies the allegations contained in paragraph 187 of the Complaint and respectfully refers the Court to ANR's August 15, 2002 Form 10-Q for the full and accurate statement of the contents thereof.

188.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 188 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 188 of the Complaint and respectfully refers the Court to ANR's August 15, 2002 Form 10-Q for the full and accurate statement of the contents thereof.

189.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 189 of the Complaint and respectfully refers the Court to ANR's August 15, 2002 Form 10-Q for the full and accurate statement of the contents thereof.

190.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 190 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 190 of the Complaint.

191.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Complaint. Bermuda otherwise denies the allegations contained in

paragraph 191 of the Complaint.

192.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 192 of the Complaint except states, on information and belief, that ANR scheduled a conference call on or about August 16, 2002 and respectfully refers the Court to the transcripts, if any, of that call for the full and accurate statement of the contents thereof.

193.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 193 except admits, on information and belief, that ANR issued a press release on or about September 12, 2002 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

194.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 194 except admits, on information and belief, that ANR issued press releases on or about November 5, 8 and 13, 2002 respectively and respectfully refers the Court to those documents for the full and accurate statement of the contents thereof.

195.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 except admits, on information and belief, that ANR issued a press release on or about November 19, 2002 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

196.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 of the Complaint.  Bermuda otherwise denies knowledge or information sufficient

-41-

to form a belief as to the truth of the allegations contained in paragraph 196 of the Complaint except admits, on information and belief, that on November 19, 2002 ANR filed a Report on Form 8-K and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

197.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 of the Complaint.   Bermuda otherwise denies the allegations contained in paragraph 197 of the Complaint.

198.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 of the Complaint and respectfully refers the Court to ANR's November 19, 2002 Form 8-K for the full and accurate statement of the contents thereof.

199.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 of the Complaint.   Bermuda otherwise denies the allegations contained in paragraph 199 of the Complain and respectfully refers the Court to ANR's November 19, 2002 Form 8-K for the full and accurate statement of the contents thereof.

200.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the Complaint.   Bermuda otherwise denies the allegations contained in paragraph 200 of the Complain and respectfully refers the Court to ANR's November 19, 2002 Form 8-K for the full and accurate statement of the contents thereof.

201.    To the extent not directed at Bermuda, Bermuda denies knowledge or

-42-

information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 201 of the Complain and respectfully refers the Court to ANR's November 19, 2002 Form 8-K for the full and accurate statement of the contents thereof.

202. To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 202 of the Complain and respectfully refers the Court to ANR's November 19, 2002 Form 8-K for the full and accurate statement of the contents thereof.

203. To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 203 of the Complain and respectfully refers the Court to ANR's November 19, 2002 Form 8-K for the full and accurate statement of the contents thereof.

204. To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 204 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 204 of the Complain and respectfully refers the Court to ANR's November 19, 2002 Form 8-K for the full and accurate statement of the contents thereof.

205. To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 205 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 205 of the Complain and respectfully refers the Court to ANR's November 19, 2002

Form 8-K for the full and accurate statement of the contents thereof.

206.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 206 of the Complaint.

207.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 of the Complaint except states, on information and belief, that ANR issued a press release on or about January 2, 2003 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

208.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 of the Complaint except states, on information and belief, that ANR issued a press release on or about February 24, 2003 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

209.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 209 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 209 of the Complaint except admits, on information and belief, that on March 21, 2003, ANR filed a Report on Form 10-K/A that restated certain portions of its financial statements for 2000 and 2001 and filed amended 10-Qs for each of the first three quarters of 2002, and respectfully refers the Court to those documents for the full and accurate statement of the contents thereof.

210.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 210 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 210 of the Complaint and respectfully refers the Court to the documents referenced therein for the full and accurate statement of the contents thereof.

211.    Bermuda denies the allegations contained in paragraph 211 of the Complaint and respectfully refers the Court to the document referenced therein for the full and accurate statement of the contents thereof.

212.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 212 of the Complaint except states, on information and belief, that on or about April 21, 2003, ANR issued a press release and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

213.    Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 213 of the Complaint except admits, on information and belief, that on or about March 14, 2003, AmerUs Group Co. ("AmerUs") filed a Report on Form 10-K for 2002 and respectfully refers the Court to that document for the full and accurate statement of the contents thereof.

214.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 214 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 214 of the Complaint except admits, on information and belief, that on July 2, 2003 ANR filed an amended Report on Form 10-K/A and respectfully refers the Court to that

-45-

document for the full and accurate statement of the contents thereof.

215.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 215 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 215 of the Complaint except to the extent the allegations contained in paragraph 215 of the Complaint constitute legal conclusions to which no response is necessary, and states that Bermuda issued audit reports with respect to ANR's financial statements for 1999, 2000 and 2001 that were included in ANR's Form 10-Ks for those years and respectfully refers the Court to ANR's public filings for the full and accurate statement of the contents thereof.

216.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 216 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 216 of the Complaint.

217.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 217 of the Complaint. Bermuda otherwise denies the allegations contained in paragraph 217 of the Complaint except to extent the allegations contained in paragraph 217 of the Complaint constitute legal conclusions to which no response is necessary, and states that (i) Bermuda issued audit opinions with respect to ANR's financial statements for 1999, 2000 and 2001 and respectfully refers the Court to those audit opinions for the full and accurate statement of the contents thereof; and (ii) the Auditing Standards of the American Institute of Certified Public Accountants ("AU") § 411.02 provides that the phrase "generally accepted accounting principles" "is a technical accounting term that encompasses the conventions, rules, and

procedures necessary to define accepted accounting practice at a particular time."

218.    Bermuda denies the allegations contained in paragraph 218 of the Complaint.

> a.   Bermuda denies the allegations contained in paragraph 218(a) of the Complaint.
>
> b.   Bermuda denies the allegations contained in paragraph 218(b) of the Complaint.
>
> c.   Bermuda denies the allegations contained in paragraph 218(c) of the Complaint.
>
> d.   Bermuda denies the allegations contained in paragraph 218(d) of the Complaint.
>
> e.   Bermuda denies the allegations contained in paragraph 218(e) of the Complaint.

219.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 219 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 219 of the Complaint.

220.    Bermuda denies the allegations contained in paragraph 220 of the Complaint.

221.    Bermuda denies the allegations contained in paragraph 221 of the Complaint except states that ANR did not recognize a liability through 2001 for unpaid statutory minimum interest guarantees, as it was not required or permitted to do so under GAAP, states that ANR's accounting for its DAC asset complied with GAAP for Investment Contracts as per

-47-

FAS 97 and respectfully refers the Court to FAS 97 and SFAS No. 5 for the full and accurate statement of the contents thereof.

222.    Bermuda denies the allegations contained in paragraph 222 of the Complaint except states that ANR did not recognize a liability through 2001 for unpaid statutory minimum interest guarantees, as it was not required or permitted to do so under GAAP, further states that FASB Interpretation No. 14 was not applicable to the minimum interest guarantees and respectfully refers the Court to FASB Interpretation No. 14 for the full and accurate statement of the contents thereof.

223.    Bermuda denies the allegations contained in paragraph 223 of the Complaint except to extent the allegations contained in paragraph 223 of the Complaint constitute legal conclusions to which no response is necessary and respectfully refers the Court to 17 C.F.R. §210.10 for the full and accurate statement of the contents thereof.

224.    Bermuda denies the allegations contained in paragraph 224 of the Complaint and respectfully refers the Court to APB Opinion No. 28 for the full and accurate statement of the contents thereof and further states that ANR's accounting for its DAC asset conformed with GAAP for Investment Contracts.

225.    Bermuda denies the allegations contained in paragraph 225 of the Complaint and respectfully refers the Court to FASB Statement of Concepts No. 5 for the full and accurate statement of the contents thereof and further states that ANR's accounting for its DAC asset conformed with GAAP for Investment Contracts.

226.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 226 of the Complaint.    Bermuda otherwise denies the allegations contained in

paragraph 226 of the Complaint and respectfully refers the Court to the American Institute of Certified Public Accountants Statement of Position No. 94-6 for the full and accurate statement of the contents thereof.

227.    To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 227 of the Complaint.    Bermuda otherwise denies the allegations contained in paragraph 227 of the Complaint except states, on information and belief, that on March 21, 2003 ANR filed a Report on Form 10-K/A that restated certain portions of its financial statements for 2000 and 2001 and filed amended 10-Qs for each of the first three quarters of 2002, and respectfully refers the Court to those documents and to APB Opinion No. 20 for the full and accurate statement of the contents thereof.

228.    Bermuda denies the allegations contained in paragraph 228 except admits that ANR accounted for the Transamerica contract as an investment contract and respectfully refers the Court to FAS 97 for the full and accurate statement of the contents thereof.

229.    Bermuda denies the allegations contained in paragraph 229 and respectfully refers the Court to FAS 97 and SFAS No. 60 for the full and accurate statement of the contents thereof and states that ANR accounted for the Transamerica contract as an investment contract, not a universal life contract.

230.    Bermuda denies the allegations contained in paragraph 230 and respectfully refers the Court to FAS 97 and SFAS No. 60 for the full and accurate statement of the contents thereof and states that ANR accounted for the Transamerica contract as an investment contract, not a universal life contract.

231.    Bermuda denies the allegations contained in paragraph 231 and

respectfully refers the Court to FAS 97 for the full and accurate statement of the contents thereof.

232.   Bermuda denies the allegations contained in paragraph 232 and respectfully refers the Court to FAS 97 and SFAS No. 60 for the full and accurate statement of the contents thereof and states that ANR accounted for the Transamerica contract as an investment contract, not a universal life contract.

233.   Bermuda denies the allegations contained in paragraph 233 of the Complaint.

234.   Bermuda denies the allegations contained in paragraph 234 and respectfully refers the Court to SFAS No. 60 and FAS 97 for the full and accurate statement of the contents thereof and states that ANR accounted for the Transamerica contract as an investment contract, not a universal life contract.

235.   Bermuda denies the allegations contained in paragraph 235 and respectfully refers the Court to SFAS No. 131 for the full and accurate statement of the contents thereof and states that at least through 2001 ANR was permitted by GAAP to present one reportable segment for its life and annuity business.

236.   Bermuda denies the allegations contained in paragraph 236 and respectfully refers the Court to SFAS No. 131 for the full and accurate statement of the contents thereof.

237.   To the extent not directed at Bermuda, Bermuda denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 237 of the Complaint.  Bermuda otherwise denies the allegations contained in paragraph 237 of the Complaint.

238.   Bermuda denies the allegations contained in paragraph 238 and

-50-