UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br>      Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br>      Defendants. | Civil Action No. 02-CV-2133 (EBB)<br><br>December 15, 2006 |

**PLAINTIFFS' UNOPPOSED MOTION TO DESIGNATE CASE FOR ELECTRONIC FILING**

Pursuant to this Court's Electronic Filing Administrative Policies and Procedures Manual Section I.D. and Fed. R. Civ. P. 5(e), Plaintiffs, by and through counsel, respectfully move the Court for an order designating the above-captioned case for electronic filing. Plaintiffs' counsel has conferred with counsel for the remaining defendant in this Action, KPMG in Bermuda, who consent to having this case designated for electronic filing.

Dated: December 15, 2006      Respectfully submitted,

                SCOTT + SCOTT, LLP

                *Erin Green Comite*
                David R. Scott (ct16080)
                Erin Green Comite (ct24886)
                108 Norwich Avenue
                P.O. Box 192
                Colchester, CT  06415
                Telephone: (860) 537-5537

Facsimile: (860) 537-4432
drscott@scott-scott.com
ecomite@scott-scott.com

SCOTT + SCOTT, LLP
Beth A. Kaswan (ct21415)
75 Rockefeller Center
19th Floor
New York, NY 10019
Telephone: (212) 710-1040
Facsimile: (212) 710-1041
bkaswan@scott-scott.com

MILBERG WEISS BERSHAD
        & SCHULMAN LLP
Barry A. Weprin (ct06136)
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY 10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

**Co-Lead Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2006, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail.

*Erin Green Comite*
Erin Green Comite

## SERVICE LIST

### Annuity and Life Re (Holdings), Ltd. Service List

### Attorneys for Plaintiffs

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

James E. Miller
Karen M. Leser
Patrick A. Klingman
SHEPHERD FINKELMAN MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
2nd Floor
New Haven, CT 06525

Barry A. Weprin
Ann Gittleman
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
Suite 4915
New York, NY 10119

### Attorneys for Defendants

Michael J. Malone
Paul A. Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Frederick S. Gold
SHIPMAN & GOODWIN
300 Atlantic St.
Stamford, CT 06901-3522

Morgan Paul Rueckert
SHIPMAN & GOODWIN
One Constitution Plaza
Hartford, CT 06103-1919