# EXHIBIT A

Case 3:02-cv-02133-EBB   Document 222-2   Filed 12/15/2006   Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                              Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                              Defendants.

CIVIL ACTION NO.
3:02 CV 2133 (EBB)

DECEMBER 15, 2006

------------------------------------------------------------------x

**[PROPOSED] SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b), having considered the Form 26(f) Report of Parties' Planning Meeting ("Form 26(f) Report") submitted by the parties on December 15, 2006, the Court hereby enters the following scheduling order:

**Joinder/Amendment**

| | |
|---|---|
| July 31, 2007 | Motions to join additional parties or amend the pleadings shall be served. |

**Discovery**

| | |
|---|---|
| December 20, 2006 | Agreed upon or proposed confidentiality order shall be submitted to the Court. |
| January 5, 2007 | Fed. R. Civ. P. 26(a) initial disclosures shall be served. |
| January 5, 2007 | Discovery shall commence. |
| October 31, 2007 | Non-expert discovery, including non-expert depositions, |

|  |  |
|---|---|
|  | shall be completed. |
| December 14, 2007 | A damages analysis shall be provided by any party who has a claim or counterclaim for damages. |
| December 14, 2007 | Plaintiffs shall designate trial experts and serve Defendants with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2). |
| January 15, 2008 | Defendants shall designate trial experts and serve Plaintiffs with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2). |
| March 1, 2008 | Deposition of experts shall be concluded. |

**Class Certification**

| | |
|---|---|
| January 31, 2007 | Plaintiffs shall serve their motion for class certification. |
| May 30, 2007 | Defendant shall serve its opposition, if any, to motion for class certification. |
| July 31, 2007 | Plaintiffs shall serve their reply in support of motion for class certification, if any. |

**Dispositive Motions**

| | |
|---|---|
| April 1, 2008 | Dispositive motions, if any, shall be served. |
| May 15, 2008 | Any opposition to dispositive motions shall be served. |
| June 1, 2008 | Any reply to opposition to dispositive motions shall be served. |

**Joint Trial Memorandum**

| | |
|---|---|
| July 15, 2008 | Joint trial memorandum required by the Standing Order on Trial Memorandum in Civil Cases shall be served. |

**Trial Readiness**

| | |
|---|---|
| August 1, 2008 | Case shall be ready for trial. |

Any additional matters upon which the parties agreed as set forth in the Form 26(f) Report shall be incorporated by reference herein and shall be subject to the full force and effect of this order.

DATED:_____                              _____
                                                                            U.S.D.J.