# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                       Plaintiffs,                CIVIL ACTION NO.
                                                                  3:02 CV 2133 (EBB)

                     -against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                                                                 DECEMBER [___], 2006

                       Defendants.

------------------------------------------------------------x

## [PROPOSED] SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b), having considered the Form 26(f) Report of Parties' Planning Meeting ("Form 26(f) Report") submitted by the parties on December 13, 2006, the Court hereby enters the following scheduling order.

**Discovery**

| | |
|---|---|
| December 20, 2006 | Agreed upon or proposed confidentiality order shall be submitted to the Court. |
| January 31, 2007 | Fed. R. Civ. P. 26(a) initial disclosures shall be served. |
| January 31, 2007 | Discovery shall commence. |
| March 30, 2007 | Class certification depositions may commence |
| May 15, 2007 | Fact depositions may commence |
| October 31, 2007 | Non-expert discovery, including non-expert depositions, shall be completed. |

| | |
|---|---|
| December 14, 2007 | A damages analysis shall be provided by any party who has a claim or counterclaim for damages. |
| December 14, 2007 | Plaintiffs shall designate trial experts and serve Defendant with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2). |
| February 15, 2008 | Defendant shall designate trial experts and serve Plaintiffs with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2). |
| March 30, 2008 | Depositions of Plaintiffs' experts shall be concluded. |
| April 30, 2008 | Depositions of Defendant's experts shall be concluded. |

**Joinder**

| | |
|---|---|
| July 31, 2007 | Motions to join additional parties and/or amend the pleadings shall be served. |

**Class Certification**

| | |
|---|---|
| January 31, 2007 | Plaintiffs shall serve their motion for class certification. |
| May 30, 2007 | Defendant shall serve its opposition, if any, to motion for class certification. |
| July 31, 2007 | Plaintiffs shall serve their reply in support of motion for class certification, if any. |

**Dispositive Motions**

| | |
|---|---|
| June 15, 2008 | Dispositive motions, if any, shall be served. |
| July 30, 2008 | Any opposition to dispositive motions shall be served. |
| August 30, 2008 | Any reply to opposition to dispositive motions shall be served. |

**Joint Trial Memorandum**

| | |
|---|---|
| 90 days after decision on dispositive motions or July 30, 2008 (if no dispositive motion is filed) | Joint trial memorandum required by the Standing Order on Trial Memorandum in Civil Cases shall be filed. |

2

**Trial Readiness**

| | |
|---|---|
| 90 days after decision on dispositive motions or July 30, 2008 (if no dispositive motion is filed) | Case shall be ready for trial. |

As officers of the Court, the parties shall cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action. The parties shall cooperate and attempt to agree to the extent a modification to any deadline is needed. Either party may apply to the Court to modify any deadline as reasonably necessary, with or without the consent of the other party.

DATED:_____        _____
                                                                    U.S.D.J.