UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br>            Plaintiffs,<br><br>v.<br><br>KPMG (BERMUDA),<br>            Defendant. | Civil Action No. 02-CV-2133 (EBB)<br><br>December 18, 2006 |

## MOTION FOR ADMISSION OF GEOFFREY M. JOHNSON TO APPEAR AS A VISITING LAWYER

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of GEOFFRY M. JOHNSON of Scott + Scott, LLC, 33 River Street, Chargin Falls, OH 44022, to appear as a visiting lawyer, *pro hac vice*, for Plaintiff Sherry Schnall.

Attorney Johnson is in good standing of the Bar of Ohio as well as the United States District Courts for the Northern District of Ohio and the U.S. Court of Appeals, Sixth Circuit. Attorney Johnson has not been denied admission to or disciplined by this court or any other court. Please see the attached Affidavit of GEOFFREY M. JOHNSON.

Respectfully submitted,

**SCOTT + SCOTT, LLP**

_____
David R. Scott (CT 16080)
Erin Green Comite (CT 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:    (860) 537-5537
Facsimile:    (860) 537-4432


**SCOTT + SCOTT, LLP**

Beth A. Kaswan (phv21415)
75 Rockefeller Center
19th Floor
New York, NY  10019
Telephone: (212) 710-1040
Facsimile: (212) 710-1041


**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Barry A. Weprin
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY  10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

**Co-Lead Counsel for Lead Plaintiffs**

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I caused a true and correct copy of the foregoing to be served by first-class, postage prepaid U.S. mail on counsel of record listed on the attached Service List.

*Erin Green Comite*
Erin Green Comite

2

**Annuity and Life Re (Holdings), Ltd. Service List**

**Attorneys for Plaintiffs**

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

James E. Miller
Karen M. Leser
Patrick A. Klingman
SHEPHERD FINKELMAN MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
2nd Floor
New Haven, CT 06525

Barry A. Weprin
Ann Gittleman
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
Suite 4915
New York, NY 10119

**Attorneys for Defendants**

Michael J. Malone
Paul A. Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY  10036-4003

Frederick S. Gold
SHIPMAN & GOODWIN
300 Atlantic St.
Stamford, CT 06901-3522

Morgan Paul Rueckert
SHIPMAN & GOODWIN
One Constitution Plaza
Hartford, CT  06103-1919