# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br>            Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 02-CV-2133 (EBB)<br><br>December 28, 2006 |

## NOTICE RE: COMPETING PROPOSED SCHEDULING ORDERS

Plaintiffs hereby give notice of competing proposed scheduling orders attached hereto as Exhibit A.

Dated: December 28, 2006

Respectfully submitted,

SCOTT + SCOTT, LLP


   /s/Erin Green Comite
David R. Scott (ct16080)
Erin Green Comite (ct24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com
ecomite@scott-scott.com


SCOTT + SCOTT, LLP
Beth A. Kaswan (ct21415)
75 Rockefeller Center

19th Floor
New York, NY  10019
Telephone: (212) 710-1040
Facsimile: (212) 710-1041
bkaswan@scott-scott.com

MILBERG WEISS BERSHAD
     & SCHULMAN LLP
Barry A. Weprin (ct06136)
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY  10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

**Co-Lead Counsel**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 28, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____*/s/Erin Green Comite*_____

Erin Green Comite