UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>                  Defendants. | Civil Action No. 02-CV-2133 (EBB) |

## NOTICE OF APPEARANCE

TO:    The Clerk of Court and All Parties of Record:

       PLEASE ENTER MY APPEARANCE as counsel in this case for Plaintiffs. I certify that I am admitted to practice in this court.

Dated: January 10, 2007

                                                    */s/ Barry A. Weprin*
                                                    Barry A. Weprin (ct06136)
                                                    MILBERG WEISS & BERSHAD LLP
                                                    One Pennsylvania Plaza
                                                    New York, New York 10119
                                                    212-594-5300

                                                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2007, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Barry A. Weprin
Barry A. Weprin