UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | Civil Action No. 02-CV-2133 (EBB) |

### NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad & Schulman LLP has changed its name to Milberg Weiss & Bershad LLP. The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: January 10, 2007

                                              Respectfully submitted,

                                              MILBERG WEISS & BERSHAD LLP

                                              By:  */s/ Barry A. Weprin*
                                              Barry A. Weprin (ct06136)
                                              Ann E. Gittleman
                                              One Pennsylvania Plaza
                                              New York, New York 10119
                                              212-594-5300

                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 10, 2007, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ Barry A. Weprin
Barry A. Weprin