UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>        Defendants. | Civil Action No. 02-CV-2133 (EBB) |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**SCOTT + SCOTT, LLC**
David R. Scott (Juris No. 16080)
Beth Kaswan (Juris No. 21415)
Erin Green Comite (Juris No. 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:    (860) 537-5537
Facsimile:    (860) 537-4432

**MILBERG WEISS & BERSHAD LLP**
Barry A. Weprin (Juris No. 06136)
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY 10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

*Co-Lead Counsel for Lead Plaintiffs*

Pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, by and through their counsel, Lead Plaintiffs, Communication Workers of America and Midstream Investments, Ltd., hereby respectfully move this Court for an order: (1) certifying this action as a class action, (2) certifying a class (the "Class") consisting of all persons and entities who purchased or otherwise acquired the securities of Annuities and Life Re (Holdings) between March 15, 2000 and February 19, 2002, and who were damaged thereby, and (3) appointing the Lead Plaintiffs as Class Representatives of the defined class.

In support of this motion, Lead Plaintiffs submit a Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and the accompanying Declaration of Beth A. Kaswan together with its annexed Exhibits A through D.

DATED:  January 31, 2007               **SCOTT + SCOTT, LLC**

                                              /s/ David R. Scott
David R. Scott (Juris No. 16080)
Beth Kaswan (Juris No. 21415)
Erin Green Comite (Juris No. 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:     (860) 537-5537
Facsimile:      (860) 537-4432

**MILBERG WEISS & BERSHAD LLP**
Barry Weprin (Juris No. 06136)
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone:     (212) 594-5300
Facsimile:      (212) 868-1229

*Co-Lead Counsel for Lead Plaintiffs*

1

**Certificate of Service**

I hereby certify that on January 31, 2007, a copy of the foregoing Plaintiffs' Motion For Class Certification was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                /s/ David R. Scott
              David R. Scott