UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | Civil Action No. 02-CV-2133 (EBB) |

**DECLARATION OF BETH KASWAN
IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

Pursuant to 28 U.S.C. § 1746, I, Beth Kaswan, state under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am counsel to the law firm of Scott + Scott LLC. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit A to my Declaration is a true and accurate copy of this Court's Order on January 21, 2005 certifying the Class for settlement purposes in the related Schnall Action.

3. Attached as Exhibit B to my Declaration is a true and accurate copy of the Declaration of the expert, Jane D. Nettesheim with Exhibits 1 through 14.

4.  Attached as Exhibit C to my Declaration are true and accurate copies of certifications of CWA and Midstream Investments.

5.  Attached as Exhibit D to my Declaration are true and accurate copies of resumes of Scott + Scott LLC and Milberg Weiss & Berhsad LLP.

Dated: January 31, 2007
New York, New York

_____
Beth A. Kaswan