## List of Exhibits

**1** A   Resume of Jane D. Nettesheim
   B   Testimony of Jane D. Nettesheim

**2**    Document List

**3** A   Graph of Annuity & Life Re Common Stock Price and Volume
   B   Table of Annuity & Life Re Common Stock Price and Volume

**4**    Annuity & Life Re Common Stock Weekly Trade and Volume Analysis

**5**    List of Securities Analysts Reports on ANR

**6** A   Annuity & Life Re Common Stock  - Market Maker Summary
   B   Annuity & Life Re Common Stock Market Maker Information-Market Maker Volume by Month

**7**    Short Interest in Annuity & Life Re Common Stock during Class Period

**8**    Institutional Holdings of Annuity & Life Re Common Stock

**9**    Institutional Purchases of Annuity & Life Re Common Stock

**10**    List of News Pertaining to Annuity & Life Re in Class Period

**11**    Regression Analysis

**12**    Market Capitalization of Annuity & Life Re

**13**    Bid-Ask Spread Analysis:  Annuity & Life Re Common Stock and Common Stock of Components of S&P500 Life/Health Index and Reinsurance Companies

**14**    Analysis of Annuity & Life Re Float

# Exhibit 1A

**Exhibit 1A**

# JANE D. NETTESHEIM

702 Marshall Street, Suite 200
Redwood City, California  94063
Telephone: (650) 298-0200
Fax: (650) 298-0210
E-mail: jane@scginc.com

## PROFESSIONAL BACKGROUND

**Stanford Consulting Group, Inc.**
**Vice President**

Economic consultant and testifying expert specializing in finance, intellectual property and insurance economics.  Project experience includes:

Cost of capital and required underwriting margin analyses for property/casualty insurers in various states for use in regulatory hearings into appropriate insurer profitability levels in those states.

Study of economic market structure of workers' compensation insurance and analysis of various rating laws.

Analysis of economic damages alleged in numerous class actions as a result of alleged misrepresentation and fraud.

Analysis of economic damages suffered by parties to business litigation involving issues related to product liability, fraud, wrongful contract termination, unfair competition, and business valuation.

Numerous analyses of economic damages to various involved parties in wrongful death litigation, personal injury litigation, and wrongful termination litigation.

Study of auto physical damage and small group health insurance futures proposed for trading by the Chicago Board of Trade, including analysis of the impact of trading in insurance futures on auto and health insurance industry market structure.

Examination of financial structures of holding companies of savings and loan associations and investment portfolios of savings and loan associations.

Analysis of high-yield debt securities, including examination of financial statements, securities' prospectuses and related filings.  Performed valuation analyses of below investment grade debt securities.

Analysis of lost revenues and profits in cases of alleged patent infringement and anti-competitive market behavior.  Analyses included definition of relevant markets, examination of product differentiation, and appropriate allocation of costs.

Analysis of merger and acquisition issues of an attempted takeover by large foreign interests of foreign company which owns major U.S. property and casualty insurer; including analysis of risk of insurer's investment portfolio, consequences of the proposed altering of that portfolio into riskier stock and equity securities, and appropriate financial structure of an insurance company.

Development and application of economic theory and technology to calculate damages in several large securities litigation cases.  The technology incorporates timing of information releases, materiality of information, class period, class certification, trading behavior, and extent of damages.

## Exhibit 1A

Numerous analyses of damages incurred by alleged environmental hazards incorporating past costs and estimates of future costs of maintaining and abating the hazard. Development of econometric models used to estimate change in real asset values due to presence of alleged environmental hazard.

**University of San Francisco**
Visiting Lecturer of Corporate Finance in M.B.A. program.

**London Business School**
Course Tutor for Executive Courses on Securities and International Finance. Involved in various consulting projects.

Applied option pricing theory in pricing interest rate swaps. Applied duration and immunization concepts to constructing and hedging a portfolio of interest rate swaps.

Performed cost of capital analysis for a very large and diversified corporation for use in estimating appropriate share price when privatized by the British government.

Analysis of the risk characteristics of an internationally diversified stock portfolio.

**City University of London**
Visiting Lecturer of Corporate Finance in M.B.A. program.

**Institute of Monetary and Banking Studies, Geneva**
Course Tutor for Executive Courses on Securities and Portfolio Management.

**University of Hawaii**
Visiting Lecturer of Managerial Economics, undergraduate.

**Bank of Honolulu**
Bank operations officer.

**United Bank of Boulder**
Bank operations supervisor.

## EDUCATION

**London Business School**
Completed coursework requirements in program for Ph.D. in finance, 1986-89.

**University of Hawaii**
M.B.A., 1985.
Beta Gamma Sigma.

**University of Colorado**
B.A. in biology, 1978.

## MONOGRAPHS

"Report on the Medical Malpractice Insurance Delivery System in Pennsylvania" with Hofflander, A.E. and Nye, B.F., 47 pp. (2001).

"White Paper -- Small Group Health Insurance Futures," with Hofflander, A.E. and Nye, B.F. Chicago Board of Trade, Chicago, 75 pp. (1991).

## Exhibit 1A

"White Paper -- Auto Physical Damage Insurance Futures," with Hofflander, A.E., Nye, B.F. and Charlesworth, L.B.  Chicago Board of Trade, Chicago, 92 pp. (1991).

## PRESENTATIONS

"The Medical Malpractice Insurance Delivery System in Pennsylvania," with Alfred E. Hofflander. Presented in January 2002 in Harrisburg, PA.

"A Comparative Evaluation of Workers' Compensation Rating Laws," with Alfred E. Hofflander and Blaine F. Nye. Presented in August 1992 at the American Risk and Insurance Association Annual Meeting in Washington D.C..

"Hedging Risk with Small Group Health Insurance Futures," with Alfred E. Hofflander and Blaine F. Nye. Presented in June 1991 at the International Insurance Society in San Francisco, California.

"The Impact of Insurance Futures on the Insurance Cash Market," with Alfred E. Hofflander and Blaine F. Nye.  Presented in April 1991 at the Risk Theory Seminar at Pennsylvania State University.

"From Three Flowers to Allstate: Evolution of Income Taxation of Captive Insurers," with Alfred E. Hofflander, Blaine F. Nye and M. Rose Kelly. Presented in August 1990 at the American Risk and Insurance Association Annual Meeting in Orlando, Florida.

# Exhibit 1B

**Exhibit 1B**

## Testimony of Jane D. Nettesheim
January 19, 2007

Terry Walker, Individually and On Behalf of All Others Similarly Situated, Plaintiff, vs. Rent-A-Center, Inc., et al., Defendants; United States District Court, Eastern District of Texas, Texarkana Division, Case No. 5:02cv3 (DF), April 20, 2006 (deposition).

Sheldon Pekin, Independent Executor of the Estate of Joanne Pekin v. Evanston Northwestern Healthcare Corporation, et al., Circuit Court of Cook County, Illinois, No. 01 L 07946, February 17, 2006 (deposition), August 21, 2006 (deposition).

In Re Retek, Inc. Securities Litigation, United States District Court, District of Minnesota, Master File No. 0:02-CV-4209-JRT/SRN, October 6, 2005 (deposition).

Amber Lindsey v. Integrated Archive Systems, Superior Court of the State of California, County of Santa Clara, Case No. 104CV024249, October 4, 2005 (deposition).

Robert Mamon v. Children's Hospital of Oakland, et al., Superior Court of the State of California, County of Oakland, Northern Division, Case No. RG03091442, August 4, 2005 (deposition).

In Re GenesisIntermedia, Inc. Securities Litigation, United States District Court, District of Minnesota, Case No. 03-CV-3471 (RHK/AJB), May 3, 2005 (deposition).

In Re Paxil Products Liability Litigation, United States District Court for the Central District of California, Western Division, Master File No. CV 01-7937 MRP, March 29, 2005 (deposition).

Heidi Betz v. Trainer Wortham & Company, Inc., David P. Como, First Republic Bank, a Nevada Corp., and Robert Vile, United States District Court for the Northern District of California, San Francisco Division, Case No. C-03-3231-SI, February 8, 2005 (deposition).

Paul Vincent Dismukes, et al. v. Tony Y. Tam, Oak Valley Hospital, Oak Valley Hospital District, Superior Court of the State of California, County of Stanislaus, Case No. 339898, February 7, 2005 (deposition), February 9, 2005 (trial).

Kathleen Silva and Haley Silva v. Richard Lindsey, DBA Sunrise Dairy, and Foster Farms Dairy, Superior Court of the State of California, County of Alameda, Northern Division, Case No. 2001-023134, December 17, 2004 (deposition).

Kim Geisinger and Mason Geisinger v. Dahl-Beck Electric Company, Gregory Hernandez, Does 1 through 100, inclusive, Superior Court of the State of California, Case No. C02-02932, September 14, 2004 (deposition), September 30, 2004 (deposition).

In Re Homestore.com, Inc. Securities Litigation, United States District Court For The Central District of California, Western Division, Master File No. 01-CV-1115 MJP, May 6, 2004 (deposition).

David Del Castillo v. Melmar Express, Inc., San Joaquin County Superior Court, Case No. CV 019216, February 27, 2004 (deposition), April 1, 2004 (trial).

In Re Air Crash at Taipei, Taiwan, on October 31, 2000, United States District Court, Central District of California, MDL Docket No. 1394-GAF, September 3, 2003 (Diaz) (deposition), November 4, 2003 (Yeh) (deposition), May 11, 2004 (Peng) (deposition).

In Re First Alliance Mortgage Company, United States District Court, Central District of California, Case No. SA CV 01-971 DOC, December 17, 2002 (deposition), February 26, March 5 and 6, 2003 (trial).

William E. Elder, Jr. v. British Airways, PLC, United States District Court, Northern District of California, Case No. C-01-2811 SI (EMC), November 20, 2002 (deposition).

Elizabeth W. Vobach v. Goldman Sachs, & Co., et al., NYSE Arbitration Docket No. 2001-009311, July 8, 2002 (arbitration).

Susan Snyder v. Steven Tager, D.P.M., Santa Clara County Superior Court, Case No. CV 794642, April 2, 2002 (deposition), May 3, 2002 (trial).

Carl Miles v. Genie Industries, Inc., et al., United States District Court, Eastern District of Missouri, Eastern Division, Case No. 4:00CV1470 RWS, March 11, 2002 (deposition).

Barbara Briglio Finizio, et al. v. Harvest Inn, et al., Napa County Superior Court, Case No. 26-10314, February 22, 2002 (deposition).

Susie Low, et al. v. United Air Lines and The Boeing Company, Orange County Superior Court, Case No. 00CC06600, February 18, 2002 (deposition).

Estate of Kenneth W. Himsel, et al. v. Raytheon Aircraft Company, United States District Court, District of Alaska, No. A99-0397 CV (JWS), August 31, 2001 (deposition).

2

Jeffrey R. Freund v. Nycomed Amersham, et al., United States District Court, Southern District of California, No. 99CV 2202IEG POR, April 6, 2001 (trial).

Barbara Porch v. General Motors Acceptance Corp., State of Minnesota, District Court, Fourth Judicial District, No. CT 97-7457, April 7, 2000 (deposition), July 27, 2000 (deposition).

William Dearmon v. Mercury Finance Company of Tennessee, Chancery Court of Williamson County, Tennessee, Case No. 24583, April 5, 2000 (deposition).

Paul C. Acree, et al. v. General Motors Acceptance Corporation, California Superior Court, Sacramento County, July 1995 (trial), December 1997 (reference process).

Charterhouse Realty Group, et al. v. Jones, Day, Reavis & Pogue, et al., California Superior Court, Los Angeles County, April 1996 (trial).

# Exhibit 2

**Exhibit 2**

Annuity & Life Re
Document List

| | Document Date |
|---|---|
| **Court Filings:** | |
| COMMUNICATIONS WORKERS OF AMERICA, MIDSTREAM INVESTMENTS, LTD, Individually and On Behalf of All Others Similarly Situated, Plaintiffs vs. KPMG LLP (UNITED STATES) AND KPMG in Bermuda, Defendants; First Amended Class Complaint, Civil Action No. 03 CV 1826 (GLG); United States District Court, District of Connecticut. | 1/13/04 |
| | |
| **Other Documents & Data:** | |
| Annuity & Life Re filings to the SEC | 1998-2005 |
| Daily price and volume information for the common stock of Annuity & Life Re from FactSet Research Systems, Inc.[1] | 4/1/98-12/31/03 |
| Dividends and split information for the common stock of Annuity & Life Re from FactSet Research Systems, Inc. | 4/1/98-12/31/03 |
| Daily pricing of NAN (NYSE, AMEX, NASDAQ) composite from Center for Research in Securities Prices[2] | 4/1/98-11/04 |
| Daily prices for companies identified by FactSet as Reinsurance Companies | 3/15/00-11/29/02 |
| Daily prices for FactSet Life and Health Insurance Index, excluding Annuity and Life Re, from FactSet | 1/4/99-12/31/03 |
| Standard & Poor's Life/Health Insurance Composite Index daily prices from FactSet Research Systems, Inc. | 1/4/99 – 12/31/03 |
| Short Interest on Annuity & Life Re from FactSet Research Systems, Inc. | 11/1/99-7/31/04 |
| Headlines and certain news articles pertaining to Annuity and Life from Factiva[3] | 3/15/00-11/19/02 |
| ALRE Market Maker data from Bloomberg[4] | 3/1/00-6/30/01 |
| Monthly market activity data from Nasdaq Trader website[5] | 3/15/00-7/31/01 |
| News articles pertaining to Annuity & Life Re from Bloomberg News Wire | 3/15/00-11/19/02 |
| List of analyst reports pertaining to Annuity & Life Re from FactSet Research provide real-time, Reuters Research On-Demand, Investext (Thomson Financial[6], and Factiva | 1/1/00-11/19/02 |
| Market capitalization data for NASDAQ and NYSE. Market capitalization data from the Nasdaq Stock Market, Inc. 10-Ks for 12/31/01 and 12/31/02, the NYSE Stock Market (www.nyse.com) | 2000-2002 |
| Bid/ask data for Annuity & Life Re and other re-insurance and insurance companies from NYSE TAQ (Trade and Quotation) database | 3/1/00a-11/30/02 |
| Institutional Shareholdings by Quarter of Annuity & Life Re from FactSet | 3/31/00 - 12/31/02 |
| Insider transactions from FactSet Research Systems, Inc. | 2000 – 2002 |
| FirstCall Analysts Reports and Press Releases, provided by counsel | 5/4/98-5/15/03 |
| First Quarter 2002 Conference Call, provided by counsel | Not Dated |
| Conference Call Second Quarter 2002 Earnings Report, provided by counsel | 8/15/02 |

[1] FactSet Research Systems, Inc. is an online investment research service used by financial institutions worldwide.

[2] CRSP is a financial research center at the University of Chicago's Graduate School of Business and an organization from which academics and other economists frequently obtain data, including prices, on securities and on market and industry indices.

[3] Factiva, a Dow Jones & Reuters Company, provides global content, including Dow Jones and Reuters newswires and The Wall Street Journal. Factiva offers content covering nearly 8,000 sources used by leading organizations around the world.  (See www.factiva.com.)

[4] Bloomberg L.P., founded in 1981, is an information services, news and media company, serving customers in 126 countries around the world. The BLOOMBERG TERMINAL TM and Bloomberg's media services provide real-time and archived financial and market data, pricing, trading, news and communications tools in a single, integrated package to corporations, news organizations, financial and legal professionals Headquartered in New York, the company employs more than 8,200 people in 110 offices worldwide. Source: Bloomberg.com.

[5] Nasdaq Trader (www.nasdaqtrader.com) is a clearinghouse for market activity on the NASDAQ exchange.

[6] Thomson Financial is one of the largest providers and the most complete source for information and data related to financial services.  See www.thomsonfinancial.com or www.investext.com.  Investext is part of the Thomson Financial Investment Banking and Capital Markets group, a leading global provider of data, commentary, and analysis in the financial industry.

# Exhibit 3A

**Exhibit 3A**



Price and Volume of Annuity & Life Re
3/15/99-12/31/02 (Class Period is 3/15/00-11/19/02)

Source: FactSet Research Systems, Inc.

# Exhibit 3B

## Exhibit 3B

## Annuity & Life Re Holdings Ltd. (ANNRF)

**ANNRF  G03910109   2235060   OTC   Common stock**

**Source: FactSet Research Systems, Inc.**

Price History - IDC / Exshare

**3/15/99-12/31/02**

| Date | Volume | Close |
|---|---|---|
| 3/15/1999 | 105,500 | 21.5 |
| 3/16/1999 | 47,900 | 21.875 |
| 3/17/1999 | 77,600 | 21.6875 |
| 3/18/1999 | 162,400 | 22 |
| 3/19/1999 | 66,600 | 21.8125 |
| 3/22/1999 | 81,600 | 21.75 |
| 3/23/1999 | 56,000 | 21 |
| 3/24/1999 | 48,500 | 21.375 |
| 3/25/1999 | 6,600 | 21.5 |
| 3/26/1999 | 50,100 | 21.625 |
| 3/29/1999 | 129,900 | 22.5 |
| 3/30/1999 | 36,300 | 22.625 |
| 3/31/1999 | 33,500 | 22.875 |
| 4/1/1999 | 33,400 | 24 |
| 4/5/1999 | 113,700 | 22.5 |
| 4/6/1999 | 138,100 | 21.9375 |
| 4/7/1999 | 382,900 | 22 |
| 4/8/1999 | 2,900 | 22 |
| 4/9/1999 | 5,100 | 21.5 |
| 4/12/1999 | 177,800 | 21.25 |
| 4/13/1999 | 28,800 | 21.125 |
| 4/14/1999 | 59,600 | 19.5 |
| 4/15/1999 | 310,100 | 19.875 |
| 4/16/1999 | 57,100 | 19.5 |
| 4/19/1999 | 26,100 | 19.09375 |
| 4/20/1999 | 80,200 | 18.875 |
| 4/21/1999 | 367,300 | 19.625 |
| 4/22/1999 | 174,700 | 20.125 |
| 4/23/1999 | 46,900 | 20.375 |
| 4/26/1999 | 11,100 | 20.125 |
| 4/27/1999 | 151,800 | 20 |
| 4/28/1999 | 30,900 | 20.125 |
| 4/29/1999 | 69,900 | 19.625 |
| 4/30/1999 | 66,100 | 19.75 |
| 5/3/1999 | 9,400 | 20 |
| 5/4/1999 | 58,300 | 19.6875 |
| 5/5/1999 | 140,000 | 19.75 |
| 5/6/1999 | 273,300 | 20.375 |
| 5/7/1999 | 298,800 | 20 |
| 5/10/1999 | 84,900 | 19.8125 |
| 5/11/1999 | 311,000 | 19.875 |
| 5/12/1999 | 182,800 | 19.875 |
| 5/13/1999 | 26,100 | 21.25 |
| 5/14/1999 | 29,600 | 22.25 |
| 5/17/1999 | 228,000 | 23.625 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 5/18/1999 | 41,900 | 23.5625 |
| 5/19/1999 | 153,300 | 24 |
| 5/20/1999 | 174,600 | 24.375 |
| 5/21/1999 | 7,200 | 24.375 |
| 5/24/1999 | 227,500 | 25.25 |
| 5/25/1999 | 176,500 | 26.375 |
| 5/26/1999 | 272,800 | 26.25 |
| 5/27/1999 | 30,500 | 25.875 |
| 5/28/1999 | 94,000 | 25.75 |
| 6/1/1999 | 64,800 | 25.9375 |
| 6/2/1999 | 58,100 | 25.875 |
| 6/3/1999 | 61,000 | 26.125 |
| 6/4/1999 | 105,800 | 26 |
| 6/7/1999 | 9,200 | 25.75 |
| 6/8/1999 | 187,800 | 25.75 |
| 6/9/1999 | 24,000 | 25.375 |
| 6/10/1999 | 1,400 | 25.375 |
| 6/11/1999 | 85,300 | 25.75 |
| 6/14/1999 | 8,800 | 25.5 |
| 6/15/1999 | 18,400 | 24.625 |
| 6/16/1999 | 36,200 | 24 |
| 6/17/1999 | 158,900 | 23.375 |
| 6/18/1999 | 169,500 | 23 |
| 6/21/1999 | 108,100 | 23.1875 |
| 6/22/1999 | 61,500 | 23 |
| 6/23/1999 | 2,500 | 23.125 |
| 6/24/1999 | 130,200 | 23 |
| 6/25/1999 | 48,300 | 21.875 |
| 6/28/1999 | 205,500 | 22.5 |
| 6/29/1999 | 96,100 | 22.25 |
| 6/30/1999 | 174,200 | 22.4375 |
| 7/1/1999 | 460,300 | 23.0625 |
| 7/2/1999 | 257,800 | 23.5 |
| 7/6/1999 | 89,700 | 23.625 |
| 7/7/1999 | 112,300 | 23.5625 |
| 7/8/1999 | 247,500 | 23.5 |
| 7/9/1999 | 31,600 | 23.125 |
| 7/12/1999 | 3,400 | 23.125 |
| 7/13/1999 | 275,100 | 23.0625 |
| 7/14/1999 | 11,200 | 23.125 |
| 7/15/1999 | 25,800 | 23.5 |
| 7/16/1999 | 26,600 | 23.5 |
| 7/19/1999 | 30,200 | 23.75 |
| 7/20/1999 | 93,100 | 23.0625 |
| 7/21/1999 | 22,700 | 22.75 |
| 7/22/1999 | 112,100 | 22.625 |
| 7/23/1999 | 88,500 | 23.1875 |
| 7/26/1999 | 60,300 | 24.3125 |
| 7/27/1999 | 22,000 | 24.375 |
| 7/28/1999 | 43,100 | 24.5 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 7/29/1999 | 81,700 | 24.125 |
| 7/30/1999 | 3,500 | 24 |
| 8/2/1999 | 67,100 | 23.75 |
| 8/3/1999 | 35,000 | 24 |
| 8/4/1999 | 32,800 | 23.75 |
| 8/5/1999 | 42,300 | 23.8125 |
| 8/6/1999 | 38,700 | 23.125 |
| 8/9/1999 | 25,800 | 23 |
| 8/10/1999 | 47,900 | 23.25 |
| 8/11/1999 | 86,200 | 23.0625 |
| 8/12/1999 | 155,900 | 22.875 |
| 8/13/1999 | 88,900 | 23.0625 |
| 8/16/1999 | 51,900 | 23.5 |
| 8/17/1999 | 13,200 | 23.625 |
| 8/18/1999 | 19,500 | 23.375 |
| 8/19/1999 | 15,300 | 23.125 |
| 8/20/1999 | 34,100 | 23.375 |
| 8/23/1999 | 8,500 | 23 |
| 8/24/1999 | 69,000 | 23 |
| 8/25/1999 | 49,100 | 23.1875 |
| 8/26/1999 | 7,300 | 23 |
| 8/27/1999 | 8,300 | 23.125 |
| 8/30/1999 | 75,100 | 22.75 |
| 8/31/1999 | 54,300 | 22.125 |
| 9/1/1999 | 85,400 | 22.5 |
| 9/2/1999 | 159,500 | 22.375 |
| 9/3/1999 | 12,100 | 22.25 |
| 9/7/1999 | 14,700 | 22.125 |
| 9/8/1999 | 2,500 | 21.9375 |
| 9/9/1999 | 9,200 | 22.25 |
| 9/10/1999 | 21,100 | 22.25 |
| 9/13/1999 | 15,100 | 22.25 |
| 9/14/1999 | 176,800 | 22.25 |
| 9/15/1999 | 46,900 | 22.09375 |
| 9/16/1999 | 137,700 | 22.1875 |
| 9/17/1999 | 41,000 | 23.375 |
| 9/20/1999 | 25,300 | 22.5625 |
| 9/21/1999 | 112,300 | 22.375 |
| 9/22/1999 | 48,000 | 22.25 |
| 9/23/1999 | 27,300 | 20.875 |
| 9/24/1999 | 185,100 | 20.1875 |
| 9/27/1999 | 248,500 | 20.5 |
| 9/28/1999 | 18,500 | 21.6875 |
| 9/29/1999 | 56,500 | 22 |
| 9/30/1999 | 257,800 | 24.875 |
| 10/1/1999 | 12,400 | 22.875 |
| 10/4/1999 | 46,600 | 22.625 |
| 10/5/1999 | 44,900 | 22.0625 |
| 10/6/1999 | 109,600 | 21.625 |
| 10/7/1999 | 20,500 | 21.25 |

**Exhibit 3B**

| Date | Volume | Close |
|---|---|---|
| 10/8/1999 | 18,000 | 21.125 |
| 10/11/1999 | 49,200 | 21.125 |
| 10/12/1999 | 12,500 | 21.5 |
| 10/13/1999 | 58,500 | 20.625 |
| 10/14/1999 | 7,800 | 21 |
| 10/15/1999 | 10,500 | 20.8125 |
| 10/18/1999 | 18,100 | 20.5 |
| 10/19/1999 | 48,400 | 21.25 |
| 10/20/1999 | 9,100 | 21.125 |
| 10/21/1999 | 84,200 | 20.375 |
| 10/22/1999 | 113,600 | 21.25 |
| 10/25/1999 | 86,400 | 21.125 |
| 10/26/1999 | 82,700 | 21.125 |
| 10/27/1999 | 9,400 | 21.0625 |
| 10/28/1999 | 82,000 | 23.5 |
| 10/29/1999 | 46,200 | 23.5 |
| 11/1/1999 | 25,400 | 23.125 |
| 11/2/1999 | 50,400 | 23.75 |
| 11/3/1999 | 135,800 | 24 |
| 11/4/1999 | 227,300 | 23 |
| 11/5/1999 | 104,100 | 25 |
| 11/8/1999 | 61,400 | 25.5 |
| 11/9/1999 | 132,000 | 25 |
| 11/10/1999 | 189,900 | 25 |
| 11/11/1999 | 160,400 | 25.375 |
| 11/12/1999 | 30,900 | 25.875 |
| 11/15/1999 | 36,800 | 25.5 |
| 11/16/1999 | 95,000 | 25 |
| 11/17/1999 | 20,500 | 25 |
| 11/18/1999 | 15,600 | 24.75 |
| 11/19/1999 | 15,400 | 25.75 |
| 11/22/1999 | 52,500 | 26.875 |
| 11/23/1999 | 316,200 | 26.5 |
| 11/24/1999 | 396,700 | 27 |
| 11/26/1999 | 37,200 | 27.25 |
| 11/29/1999 | 46,100 | 27.5 |
| 11/30/1999 | 449,600 | 28.5 |
| 12/1/1999 | 234,800 | 27.75 |
| 12/2/1999 | 68,200 | 27.125 |
| 12/3/1999 | 148,000 | 26.875 |
| 12/6/1999 | 55,700 | 27 |
| 12/7/1999 | 20,900 | 26.375 |
| 12/8/1999 | 3,100 | 26.25 |
| 12/9/1999 | 11,600 | 26.5 |
| 12/10/1999 | 24,200 | 25.875 |
| 12/13/1999 | 40,000 | 24.125 |
| 12/14/1999 | 90,800 | 22.75 |
| 12/15/1999 | 397,000 | 21.5 |
| 12/16/1999 | 93,900 | 24 |
| 12/17/1999 | 3,100 | 24.25 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 12/20/1999 | 87,200 | 26 |
| 12/21/1999 | 9,000 | 25.875 |
| 12/22/1999 | 22,900 | 25.5 |
| 12/23/1999 | 17,900 | 25.875 |
| 12/27/1999 | 51,400 | 26 |
| 12/28/1999 | 58,300 | 25 |
| 12/29/1999 | 111,200 | 25.4375 |
| 12/30/1999 | 41,700 | 25.4375 |
| 12/31/1999 | 154,200 | 26.125 |
| 1/3/2000 | 17,200 | 24.75 |
| 1/4/2000 | 14,200 | 24.875 |
| 1/5/2000 | 18,600 | 24.625 |
| 1/6/2000 | 77,200 | 24.3125 |
| 1/7/2000 | 21,100 | 24.5 |
| 1/10/2000 | 21,700 | 24.9375 |
| 1/11/2000 | 40,100 | 24.5625 |
| 1/12/2000 | 16,900 | 24.75 |
| 1/13/2000 | 330,100 | 26 |
| 1/14/2000 | 6,800 | 26.5 |
| 1/18/2000 | 80,700 | 27.4375 |
| 1/19/2000 | 84,200 | 27.53125 |
| 1/20/2000 | 42,500 | 26.625 |
| 1/21/2000 | 42,900 | 25.5 |
| 1/24/2000 | 29,300 | 26.5 |
| 1/25/2000 | 7,900 | 25.625 |
| 1/26/2000 | 14,800 | 25.125 |
| 1/27/2000 | 11,100 | 26.625 |
| 1/28/2000 | 62,800 | 26.125 |
| 1/31/2000 | 20,600 | 24.625 |
| 2/1/2000 | 66,600 | 26.125 |
| 2/2/2000 | 49,700 | 26.125 |
| 2/3/2000 | 39,300 | 27.1875 |
| 2/4/2000 | 74,700 | 26.375 |
| 2/7/2000 | 66,900 | 26.75 |
| 2/8/2000 | 39,500 | 26.875 |
| 2/9/2000 | 75,300 | 25.625 |
| 2/10/2000 | 34,400 | 23.625 |
| 2/11/2000 | 22,400 | 23.5 |
| 2/14/2000 | 114,300 | 24.125 |
| 2/15/2000 | 77,600 | 23.0625 |
| 2/16/2000 | 169,600 | 23.8125 |
| 2/17/2000 | 57,700 | 24.25 |
| 2/18/2000 | 156,500 | 23.5 |
| 2/22/2000 | 25,200 | 23.125 |
| 2/23/2000 | 68,400 | 22.5 |
| 2/24/2000 | 99,400 | 23.25 |
| 2/25/2000 | 369,700 | 23.25 |
| 2/28/2000 | 99,500 | 23.625 |
| 2/29/2000 | 88,800 | 22.625 |
| 3/1/2000 | 165,000 | 22.375 |

**Exhibit 3B**

| Date | Volume | Close |
|---|---|---|
| 3/2/2000 | 110,000 | 23.625 |
| 3/3/2000 | 43,300 | 23.4375 |
| 3/6/2000 | 167,400 | 24 |
| 3/7/2000 | 115,300 | 23.875 |
| 3/8/2000 | 115,000 | 23.75 |
| 3/9/2000 | 139,400 | 22.875 |
| 3/10/2000 | 100,900 | 21 |
| 3/13/2000 | 116,100 | 21.0625 |
| 3/14/2000 | 163,700 | 24.25 |
| 3/15/2000 | 212,100 | 24.75 |
| 3/16/2000 | 517,100 | 27.4375 |
| 3/17/2000 | 311,400 | 27.125 |
| 3/20/2000 | 479,600 | 25.625 |
| 3/21/2000 | 197,800 | 25.625 |
| 3/22/2000 | 270,600 | 26.0625 |
| 3/23/2000 | 179,300 | 26 |
| 3/24/2000 | 202,200 | 25.875 |
| 3/27/2000 | 195,400 | 25.125 |
| 3/28/2000 | 800 | 25.390625 |
| 3/29/2000 | 56,000 | 26.0625 |
| 3/30/2000 | 28,900 | 25.625 |
| 3/31/2000 | 155,900 | 26 |
| 4/3/2000 | 134,200 | 26 |
| 4/4/2000 | 65,800 | 27 |
| 4/5/2000 | 26,800 | 26 |
| 4/6/2000 | 46,400 | 26 |
| 4/7/2000 | 24,700 | 26.625 |
| 4/10/2000 | 4,500 | 26.3125 |
| 4/11/2000 | 2,500 | 26.4375 |
| 4/12/2000 | 55,400 | 26.1875 |
| 4/13/2000 | 10,700 | 25.4375 |
| 4/14/2000 | 35,200 | 24.5 |
| 4/17/2000 | 41,600 | 24.875 |
| 4/18/2000 | 136,800 | 24.875 |
| 4/19/2000 | 28,000 | 25.0625 |
| 4/20/2000 | 5,195,500 | 17.3125 |
| 4/24/2000 | 542,200 | 16.75 |
| 4/25/2000 | 520,500 | 17 |
| 4/26/2000 | 445,700 | 17.9375 |
| 4/27/2000 | 223,400 | 18.3125 |
| 4/28/2000 | 546,300 | 21.625 |
| 5/1/2000 | 585,400 | 21.625 |
| 5/2/2000 | 492,100 | 20.8125 |
| 5/3/2000 | 53,600 | 20.875 |
| 5/4/2000 | 809,800 | 20.25 |
| 5/5/2000 | 274,700 | 20.25 |
| 5/8/2000 | 196,800 | 19.875 |
| 5/9/2000 | 309,300 | 20 |
| 5/10/2000 | 93,300 | 19.8125 |
| 5/11/2000 | 329,800 | 19.75 |

**Exhibit 3B**

| Date | Volume | Close |
|------|--------|-------|
| 5/12/2000 | 211,600 | 20.375 |
| 5/15/2000 | 213,700 | 21.8125 |
| 5/16/2000 | 191,800 | 22.875 |
| 5/17/2000 | 38,300 | 23.6875 |
| 5/18/2000 | 242,800 | 23.875 |
| 5/19/2000 | 88,800 | 23.25 |
| 5/22/2000 | 45,600 | 22.75 |
| 5/23/2000 | 219,500 | 22.75 |
| 5/24/2000 | 61,700 | 22.75 |
| 5/25/2000 | 65,700 | 23.25 |
| 5/26/2000 | 31,100 | 23.25 |
| 5/30/2000 | 40,300 | 24.1875 |
| 5/31/2000 | 60,500 | 24.125 |
| 6/1/2000 | 20,100 | 24.125 |
| 6/2/2000 | 105,600 | 24.125 |
| 6/5/2000 | 4,300 | 23.390625 |
| 6/6/2000 | 30,500 | 23.625 |
| 6/7/2000 | 17,500 | 23.75 |
| 6/8/2000 | 177,700 | 23.5 |
| 6/9/2000 | 72,500 | 24 |
| 6/12/2000 | 13,800 | 24.25 |
| 6/13/2000 | 67,900 | 24 |
| 6/14/2000 | 35,300 | 23.75 |
| 6/15/2000 | 18,400 | 23.75 |
| 6/16/2000 | 45,800 | 23.9375 |
| 6/19/2000 | 17,800 | 24 |
| 6/20/2000 | 44,800 | 24 |
| 6/21/2000 | 25,300 | 24.0625 |
| 6/22/2000 | 17,300 | 23.875 |
| 6/23/2000 | 4,100 | 24 |
| 6/26/2000 | 7,000 | 23.5625 |
| 6/27/2000 | 5,000 | 23.75 |
| 6/28/2000 | 45,100 | 23.75 |
| 6/29/2000 | 6,200 | 23.875 |
| 6/30/2000 | 89,100 | 24.5 |
| 7/3/2000 | 18,300 | 25.4375 |
| 7/5/2000 | 40,200 | 25.125 |
| 7/6/2000 | 2,100 | 25.0625 |
| 7/7/2000 | 28,900 | 24.5 |
| 7/10/2000 | 31,800 | 24.125 |
| 7/11/2000 | 14,100 | 24 |
| 7/12/2000 | 61,500 | 22.875 |
| 7/13/2000 | 297,800 | 21.3125 |
| 7/14/2000 | 150,200 | 21.75 |
| 7/17/2000 | 22,200 | 23.5625 |
| 7/18/2000 | 37,100 | 23.375 |
| 7/19/2000 | 52,300 | 24.0625 |
| 7/20/2000 | 74,000 | 23.75 |
| 7/21/2000 | 3,000 | 23.875 |
| 7/24/2000 | 126,400 | 23.765625 |

**Exhibit 3B**

| Date | Volume | Close |
|---|---|---|
| 7/25/2000 | 546,300 | 23.5625 |
| 7/26/2000 | 63,400 | 23.9375 |
| 7/27/2000 | 12,000 | 24.375 |
| 7/28/2000 | 40,900 | 24.53125 |
| 7/31/2000 | 52,900 | 24.625 |
| 8/1/2000 | 4,700 | 24 |
| 8/2/2000 | 28,900 | 24.25 |
| 8/3/2000 | 59,400 | 24.25 |
| 8/4/2000 | 36,500 | 24.5 |
| 8/7/2000 | 177,400 | 24.1875 |
| 8/8/2000 | 90,100 | 25.5 |
| 8/9/2000 | 211,200 | 26.625 |
| 8/10/2000 | 50,300 | 26.125 |
| 8/11/2000 | 32,800 | 26.0625 |
| 8/14/2000 | 48,000 | 25.6875 |
| 8/15/2000 | 9,100 | 25.75 |
| 8/16/2000 | 9,100 | 26 |
| 8/17/2000 | 47,600 | 25.375 |
| 8/18/2000 | 24,300 | 25.375 |
| 8/21/2000 | 92,200 | 25.75 |
| 8/22/2000 | 119,500 | 26.625 |
| 8/23/2000 | 57,100 | 26.5 |
| 8/24/2000 | 12,700 | 26.125 |
| 8/25/2000 | 21,000 | 26 |
| 8/28/2000 | 11,900 | 26 |
| 8/29/2000 | 33,500 | 25.25 |
| 8/30/2000 | 31,500 | 25.75 |
| 8/31/2000 | 105,500 | 26.25 |
| 9/1/2000 | 34,300 | 26.25 |
| 9/5/2000 | 36,300 | 26.1875 |
| 9/6/2000 | 224,400 | 26 |
| 9/7/2000 | 83,200 | 25.9375 |
| 9/8/2000 | 38,200 | 25.875 |
| 9/11/2000 | 16,000 | 25.875 |
| 9/12/2000 | 37,900 | 25.875 |
| 9/13/2000 | 1,548,500 | 20.4375 |
| 9/14/2000 | 822,200 | 24.125 |
| 9/15/2000 | 23,900 | 24.8125 |
| 9/18/2000 | 51,700 | 23.875 |
| 9/19/2000 | 225,100 | 24.625 |
| 9/20/2000 | 19,400 | 24.4375 |
| 9/21/2000 | 22,700 | 24.5 |
| 9/22/2000 | 44,500 | 24.375 |
| 9/25/2000 | 20,700 | 24.125 |
| 9/26/2000 | 27,800 | 24 |
| 9/27/2000 | 34,500 | 23.75 |
| 9/28/2000 | 33,900 | 23.5625 |
| 9/29/2000 | 41,100 | 24.125 |
| 10/2/2000 | 52,100 | 25.25 |
| 10/3/2000 | 22,000 | 24.9375 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 10/4/2000 | 33,900 | 24.875 |
| 10/5/2000 | 26,500 | 24 |
| 10/6/2000 | 23,600 | 24 |
| 10/9/2000 | 3,200 | 23.6875 |
| 10/10/2000 | 24,500 | 23.625 |
| 10/11/2000 | 17,900 | 23.5625 |
| 10/12/2000 | 33,300 | 23.4375 |
| 10/13/2000 | 7,800 | 23.625 |
| 10/16/2000 | 95,500 | 23.8125 |
| 10/17/2000 | 46,200 | 23.375 |
| 10/18/2000 | 27,600 | 23.375 |
| 10/19/2000 | 6,400 | 23.5 |
| 10/20/2000 | 113,300 | 23.625 |
| 10/23/2000 | 14,800 | 24.375 |
| 10/24/2000 | 36,500 | 25.125 |
| 10/25/2000 | 37,900 | 25.4375 |
| 10/26/2000 | 63,400 | 25.90625 |
| 10/27/2000 | 78,500 | 26.625 |
| 10/30/2000 | 131,900 | 26.5 |
| 10/31/2000 | 186,900 | 27.5625 |
| 11/1/2000 | 138,000 | 28.125 |
| 11/2/2000 | 140,300 | 28.1875 |
| 11/3/2000 | 41,800 | 26.625 |
| 11/6/2000 | 26,600 | 26 |
| 11/7/2000 | 121,500 | 26 |
| 11/8/2000 | 95,900 | 25.9375 |
| 11/9/2000 | 154,400 | 25.125 |
| 11/10/2000 | 28,100 | 25.25 |
| 11/13/2000 | 43,100 | 25 |
| 11/14/2000 | 57,200 | 25.6875 |
| 11/15/2000 | 8,200 | 25.625 |
| 11/16/2000 | 66,600 | 25.9375 |
| 11/17/2000 | 58,300 | 26 |
| 11/20/2000 | 6,000 | 25.875 |
| 11/21/2000 | 68,800 | 26.5 |
| 11/22/2000 | 27,200 | 26.140625 |
| 11/24/2000 | 6,200 | 26.1875 |
| 11/27/2000 | 8,100 | 26.1875 |
| 11/28/2000 | 43,300 | 26 |
| 11/29/2000 | 66,600 | 26.0625 |
| 11/30/2000 | 110,300 | 25.9375 |
| 12/1/2000 | 99,100 | 26.0625 |
| 12/4/2000 | 3,700 | 26.0625 |
| 12/5/2000 | 68,300 | 26.125 |
| 12/6/2000 | 65,500 | 26 |
| 12/7/2000 | 49,400 | 25.9375 |
| 12/8/2000 | 40,200 | 25.9375 |
| 12/11/2000 | 95,700 | 26.6875 |
| 12/12/2000 | 54,200 | 26.8125 |
| 12/13/2000 | 66,900 | 27.125 |

## Exhibit 3B

| Date | Volume | Close |
|------|--------|-------|
| 12/14/2000 | 26,000 | 27 |
| 12/15/2000 | 40,900 | 27 |
| 12/18/2000 | 108,500 | 27.375 |
| 12/19/2000 | 18,100 | 27.25 |
| 12/20/2000 | 257,300 | 28.3125 |
| 12/21/2000 | 257,900 | 28.75 |
| 12/22/2000 | 68,700 | 29.4375 |
| 12/26/2000 | 213,500 | 30.625 |
| 12/27/2000 | 150,100 | 30.0625 |
| 12/28/2000 | 241,800 | 31.125 |
| 12/29/2000 | 185,300 | 31.9375 |
| 1/2/2001 | 113,200 | 31.5 |
| 1/3/2001 | 194,400 | 31.5625 |
| 1/4/2001 | 77,200 | 30.375 |
| 1/5/2001 | 252,500 | 29.0625 |
| 1/8/2001 | 145,700 | 30 |
| 1/9/2001 | 11,300 | 30.125 |
| 1/10/2001 | 102,600 | 29.8125 |
| 1/11/2001 | 6,400 | 29.9375 |
| 1/12/2001 | 36,300 | 29.4375 |
| 1/16/2001 | 8,600 | 29.375 |
| 1/17/2001 | 270,200 | 27.4375 |
| 1/18/2001 | 107,500 | 28.5 |
| 1/19/2001 | 18,000 | 27.5 |
| 1/22/2001 | 79,600 | 28 |
| 1/23/2001 | 233,100 | 27.875 |
| 1/24/2001 | 284,100 | 27.09375 |
| 1/25/2001 | 85,100 | 28.125 |
| 1/26/2001 | 192,200 | 27.3125 |
| 1/29/2001 | 355,600 | 27 |
| 1/30/2001 | 167,500 | 26.6875 |
| 1/31/2001 | 51,300 | 27.875 |
| 2/1/2001 | 32,800 | 28.6875 |
| 2/2/2001 | 14,700 | 28.6875 |
| 2/5/2001 | 38,600 | 29.5 |
| 2/6/2001 | 105,300 | 29.5 |
| 2/7/2001 | 124,900 | 29.3125 |
| 2/8/2001 | 64,000 | 28.75 |
| 2/9/2001 | 68,700 | 28.265625 |
| 2/12/2001 | 88,200 | 29.5 |
| 2/13/2001 | 136,600 | 29.28125 |
| 2/14/2001 | 79,300 | 27.875 |
| 2/15/2001 | 26,900 | 28.8125 |
| 2/16/2001 | 30,600 | 28.375 |
| 2/20/2001 | 54,000 | 27.875 |
| 2/21/2001 | 61,800 | 27.9375 |
| 2/22/2001 | 620,400 | 27.625 |
| 2/23/2001 | 18,400 | 28.0625 |
| 2/26/2001 | 121,700 | 28 |
| 2/27/2001 | 258,300 | 27.9375 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 2/28/2001 | 219,800 | 28.125 |
| 3/1/2001 | 82,200 | 30.5 |
| 3/2/2001 | 26,000 | 31.25 |
| 3/5/2001 | 255,400 | 31.8125 |
| 3/6/2001 | 218,300 | 31.5 |
| 3/7/2001 | 97,900 | 32.125 |
| 3/8/2001 | 438,900 | 31.3125 |
| 3/9/2001 | 53,200 | 31.375 |
| 3/12/2001 | 276,800 | 31.5 |
| 3/13/2001 | 81,000 | 30.96875 |
| 3/14/2001 | 29,900 | 29.9375 |
| 3/15/2001 | 99,100 | 28.9375 |
| 3/16/2001 | 152,000 | 28.375 |
| 3/19/2001 | 72,900 | 28.3125 |
| 3/20/2001 | 119,300 | 28.125 |
| 3/21/2001 | 422,100 | 28.875 |
| 3/22/2001 | 279,700 | 29 |
| 3/23/2001 | 100,800 | 29 |
| 3/26/2001 | 242,000 | 29.4375 |
| 3/27/2001 | 50,900 | 29.5 |
| 3/28/2001 | 151,200 | 28.875 |
| 3/29/2001 | 51,500 | 29.0625 |
| 3/30/2001 | 164,600 | 29.75 |
| 4/2/2001 | 138,500 | 29.5625 |
| 4/3/2001 | 23,600 | 29.375 |
| 4/4/2001 | 84,100 | 29 |
| 4/5/2001 | 44,600 | 28.875 |
| 4/6/2001 | 221,200 | 28.8125 |
| 4/9/2001 | 55,100 | 28.63 |
| 4/10/2001 | 47,300 | 28.64 |
| 4/11/2001 | 36,000 | 28.01 |
| 4/12/2001 | 57,200 | 28.54 |
| 4/16/2001 | 21,000 | 27.99 |
| 4/17/2001 | 42,500 | 28.35 |
| 4/18/2001 | 22,800 | 29.05 |
| 4/19/2001 | 19,800 | 28.46 |
| 4/20/2001 | 19,100 | 27.49 |
| 4/23/2001 | 98,400 | 27.95 |
| 4/24/2001 | 12,300 | 28.157 |
| 4/25/2001 | 77,800 | 28.85 |
| 4/26/2001 | 86,300 | 28.5 |
| 4/27/2001 | 45,300 | 28.9 |
| 4/30/2001 | 166,300 | 29.85 |
| 5/1/2001 | 259,100 | 31.1 |
| 5/2/2001 | 37,200 | 30.98 |
| 5/3/2001 | 119,100 | 30.66 |
| 5/4/2001 | 101,600 | 30.1 |
| 5/7/2001 | 50,600 | 30.05 |
| 5/8/2001 | 31,500 | 30 |
| 5/9/2001 | 22,500 | 29.91 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 5/10/2001 | 9,700 | 29.8 |
| 5/11/2001 | 18,600 | 29.22 |
| 5/14/2001 | 15,000 | 28.97 |
| 5/15/2001 | 25,300 | 29.07 |
| 5/16/2001 | 126,900 | 29.2 |
| 5/17/2001 | 31,500 | 29.02 |
| 5/18/2001 | 94,800 | 29.58 |
| 5/21/2001 | 115,300 | 29.97 |
| 5/22/2001 | 93,300 | 29.6 |
| 5/23/2001 | 434,800 | 31.26 |
| 5/24/2001 | 81,000 | 32.36 |
| 5/25/2001 | 101,900 | 32.55 |
| 5/29/2001 | 377,200 | 34.45 |
| 5/30/2001 | 1,407,000 | 34.55 |
| 5/31/2001 | 337,900 | 34.25 |
| 6/1/2001 | 45,500 | 34.11 |
| 6/4/2001 | 37,700 | 34.05 |
| 6/5/2001 | 214,400 | 34.04 |
| 6/6/2001 | 275,500 | 33.56 |
| 6/7/2001 | 34,000 | 34.02 |
| 6/8/2001 | 170,600 | 33.91 |
| 6/11/2001 | 90,500 | 34.85 |
| 6/12/2001 | 127,900 | 35.39 |
| 6/13/2001 | 82,000 | 36.11 |
| 6/14/2001 | 31,300 | 35.51 |
| 6/15/2001 | 93,800 | 35.56 |
| 6/18/2001 | 215,100 | 35.55 |
| 6/19/2001 | 86,200 | 35 |
| 6/20/2001 | 42,200 | 34.94 |
| 6/21/2001 | 54,000 | 35.08 |
| 6/22/2001 | 43,300 | 33.75 |
| 6/25/2001 | 23,600 | 33.74 |
| 6/26/2001 | 368,000 | 33.9 |
| 6/27/2001 | 143,800 | 32.95 |
| 6/28/2001 | 320,300 | 34.71 |
| 6/29/2001 | 139,400 | 35.75 |
| 7/2/2001 | 145,100 | 35.32 |
| 7/3/2001 | 305,400 | 33.04 |
| 7/5/2001 | 87,400 | 34.4 |
| 7/6/2001 | 19,500 | 33.55 |
| 7/9/2001 | 79,300 | 32.8 |
| 7/10/2001 | 42,200 | 33.1 |
| 7/11/2001 | 29,300 | 33.3 |
| 7/12/2001 | 11,800 | 34.39 |
| 7/13/2001 | 23,800 | 34 |
| 7/16/2001 | 19,000 | 34.04 |
| 7/17/2001 | 39,800 | 34.02 |
| 7/18/2001 | 116,700 | 33.15 |
| 7/19/2001 | 30,900 | 32.45 |
| 7/20/2001 | 62,500 | 31.92 |

## Exhibit 3B

| Date | Volume | Close |
|------|--------|-------|
| 7/23/2001 | 37,100 | 32.55 |
| 7/24/2001 | 58,600 | 32.5 |
| 7/25/2001 | 99,400 | 33.95 |
| 7/26/2001 | 143,300 | 33.76 |
| 7/27/2001 | 147,300 | 34.55 |
| 7/30/2001 | 171,700 | 35.06 |
| 7/31/2001 | 146,900 | 35.09 |
| 8/1/2001 | 82,100 | 36.3 |
| 8/2/2001 | 71,600 | 36.75 |
| 8/3/2001 | 106,600 | 36.45 |
| 8/6/2001 | 15,200 | 36.2 |
| 8/7/2001 | 18,900 | 35.97 |
| 8/8/2001 | 17,500 | 35.55 |
| 8/9/2001 | 83,100 | 35.65 |
| 8/10/2001 | 20,800 | 35.75 |
| 8/13/2001 | 60,500 | 36.01 |
| 8/14/2001 | 242,000 | 36.73 |
| 8/15/2001 | 106,500 | 36.85 |
| 8/16/2001 | 139,300 | 36.98 |
| 8/17/2001 | 55,600 | 36.92 |
| 8/20/2001 | 136,900 | 36.5 |
| 8/21/2001 | 19,400 | 35.9 |
| 8/22/2001 | 39,900 | 34.9 |
| 8/23/2001 | 29,400 | 34.83 |
| 8/24/2001 | 80,600 | 34.83 |
| 8/27/2001 | 24,800 | 34.59 |
| 8/28/2001 | 53,200 | 34.56 |
| 8/29/2001 | 67,300 | 34.62 |
| 8/30/2001 | 47,800 | 34.73 |
| 8/31/2001 | 24,700 | 34.73 |
| 9/4/2001 | 33,300 | 35.2 |
| 9/5/2001 | 56,300 | 35.71 |
| 9/6/2001 | 88,700 | 35.5 |
| 9/7/2001 | 47,900 | 35.2 |
| 9/10/2001 | 68,000 | 33.73 |
| 9/17/2001 | 337,100 | 31 |
| 9/18/2001 | 60,300 | 32 |
| 9/19/2001 | 91,200 | 31.5 |
| 9/20/2001 | 95,700 | 30.05 |
| 9/21/2001 | 71,400 | 29 |
| 9/24/2001 | 59,700 | 29.15 |
| 9/25/2001 | 124,700 | 29.5 |
| 9/26/2001 | 111,300 | 29.25 |
| 9/27/2001 | 92,300 | 33 |
| 9/28/2001 | 251,000 | 33.95 |
| 10/1/2001 | 65,200 | 32.76 |
| 10/2/2001 | 54,200 | 32.5 |
| 10/3/2001 | 112,300 | 32.05 |
| 10/4/2001 | 30,400 | 31.94 |
| 10/5/2001 | 47,800 | 31.75 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 10/8/2001 | 86,700 | 33.7 |
| 10/9/2001 | 32,600 | 33.9 |
| 10/10/2001 | 60,600 | 34.41 |
| 10/11/2001 | 32,500 | 34.1 |
| 10/12/2001 | 138,100 | 33.35 |
| 10/15/2001 | 20,900 | 33.9 |
| 10/16/2001 | 29,300 | 33.93 |
| 10/17/2001 | 23,100 | 34.09 |
| 10/18/2001 | 30,200 | 34.37 |
| 10/19/2001 | 54,500 | 34.25 |
| 10/22/2001 | 61,000 | 34.11 |
| 10/23/2001 | 19,700 | 33.65 |
| 10/24/2001 | 47,200 | 33.25 |
| 10/25/2001 | 95,500 | 32.85 |
| 10/26/2001 | 3,323,800 | 24.01 |
| 10/29/2001 | 301,000 | 24.46 |
| 10/30/2001 | 195,700 | 22.65 |
| 10/31/2001 | 318,700 | 23.24 |
| 11/1/2001 | 40,400 | 23.97 |
| 11/2/2001 | 62,600 | 24.85 |
| 11/5/2001 | 127,400 | 25.25 |
| 11/6/2001 | 82,100 | 25.4 |
| 11/7/2001 | 182,200 | 24 |
| 11/8/2001 | 53,400 | 23.5 |
| 11/9/2001 | 166,200 | 24.35 |
| 11/12/2001 | 95,200 | 23.41 |
| 11/13/2001 | 53,900 | 22.99 |
| 11/14/2001 | 132,100 | 23.15 |
| 11/15/2001 | 61,800 | 23 |
| 11/16/2001 | 184,800 | 22.85 |
| 11/19/2001 | 263,800 | 21.8 |
| 11/20/2001 | 384,500 | 22.3 |
| 11/21/2001 | 185,200 | 23.27 |
| 11/23/2001 | 110,900 | 24.06 |
| 11/26/2001 | 176,400 | 24.6 |
| 11/27/2001 | 62,900 | 23.92 |
| 11/28/2001 | 88,800 | 24 |
| 11/29/2001 | 73,800 | 24.75 |
| 11/30/2001 | 54,700 | 24.41 |
| 12/3/2001 | 62,700 | 24.6 |
| 12/4/2001 | 104,200 | 24.75 |
| 12/5/2001 | 95,700 | 24.55 |
| 12/6/2001 | 56,900 | 24.25 |
| 12/7/2001 | 30,600 | 24.28 |
| 12/10/2001 | 176,500 | 24.53 |
| 12/11/2001 | 73,200 | 24.53 |
| 12/12/2001 | 59,600 | 24.42 |
| 12/13/2001 | 219,000 | 23.94 |
| 12/14/2001 | 38,800 | 24 |
| 12/17/2001 | 172,600 | 23.73 |

## Exhibit 3B

| Date | Volume | Close |
| --- | --- | --- |
| 12/18/2001 | 24,900 | 23.8 |
| 12/19/2001 | 308,000 | 23.26 |
| 12/20/2001 | 192,600 | 23.45 |
| 12/21/2001 | 177,200 | 23.26 |
| 12/24/2001 | 31,800 | 23.48 |
| 12/26/2001 | 143,800 | 24 |
| 12/27/2001 | 88,400 | 24.95 |
| 12/28/2001 | 113,800 | 24.98 |
| 12/31/2001 | 27,600 | 25.11 |
| 1/2/2002 | 89,800 | 25.02 |
| 1/3/2002 | 69,100 | 25.57 |
| 1/4/2002 | 225,700 | 25.98 |
| 1/7/2002 | 98,600 | 25.42 |
| 1/8/2002 | 137,200 | 24.49 |
| 1/9/2002 | 98,300 | 24.2 |
| 1/10/2002 | 33,200 | 24.57 |
| 1/11/2002 | 24,400 | 24.35 |
| 1/14/2002 | 23,900 | 24.02 |
| 1/15/2002 | 92,400 | 23.53 |
| 1/16/2002 | 1,681,300 | 19.51 |
| 1/17/2002 | 564,400 | 19.25 |
| 1/18/2002 | 296,800 | 18.61 |
| 1/22/2002 | 1,108,600 | 17.46 |
| 1/23/2002 | 969,100 | 17.12 |
| 1/24/2002 | 396,700 | 17.28 |
| 1/25/2002 | 587,500 | 17.5 |
| 1/28/2002 | 102,100 | 17.5 |
| 1/29/2002 | 273,100 | 17.25 |
| 1/30/2002 | 35,600 | 17.32 |
| 1/31/2002 | 94,400 | 17.37 |
| 2/1/2002 | 82,400 | 17.65 |
| 2/4/2002 | 96,000 | 17.3 |
| 2/5/2002 | 56,600 | 17.1 |
| 2/6/2002 | 62,300 | 17 |
| 2/7/2002 | 490,200 | 17.1 |
| 2/8/2002 | 187,500 | 17.05 |
| 2/11/2002 | 606,100 | 16.1 |
| 2/12/2002 | 411,000 | 16.22 |
| 2/13/2002 | 443,400 | 16.73 |
| 2/14/2002 | 468,900 | 17.85 |
| 2/15/2002 | 100,100 | 17.35 |
| 2/19/2002 | 65,700 | 17.07 |
| 2/20/2002 | 66,000 | 16.72 |
| 2/21/2002 | 286,100 | 16.58 |
| 2/22/2002 | 159,300 | 16 |
| 2/25/2002 | 368,000 | 16 |
| 2/26/2002 | 360,200 | 15.75 |
| 2/27/2002 | 162,600 | 16.25 |
| 2/28/2002 | 77,800 | 16.58 |
| 3/1/2002 | 31,600 | 16.35 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 3/4/2002 | 127,700 | 16.5 |
| 3/5/2002 | 295,900 | 17.1 |
| 3/6/2002 | 100,900 | 17.3 |
| 3/7/2002 | 117,600 | 17.26 |
| 3/8/2002 | 206,900 | 17.26 |
| 3/11/2002 | 44,900 | 17.4 |
| 3/12/2002 | 187,700 | 17.63 |
| 3/13/2002 | 126,000 | 17.76 |
| 3/14/2002 | 520,700 | 18.2 |
| 3/15/2002 | 621,100 | 18.78 |
| 3/18/2002 | 121,000 | 18.76 |
| 3/19/2002 | 93,600 | 18.96 |
| 3/20/2002 | 157,400 | 19.41 |
| 3/21/2002 | 221,900 | 19.86 |
| 3/22/2002 | 178,900 | 19.51 |
| 3/25/2002 | 158,100 | 20.17 |
| 3/26/2002 | 81,800 | 18.9 |
| 3/27/2002 | 66,600 | 18.66 |
| 3/28/2002 | 79,100 | 19.35 |
| 4/1/2002 | 20,500 | 19.08 |
| 4/2/2002 | 57,700 | 19.17 |
| 4/3/2002 | 44,000 | 19.33 |
| 4/4/2002 | 41,700 | 19.49 |
| 4/5/2002 | 41,400 | 19.7 |
| 4/8/2002 | 16,400 | 19.73 |
| 4/9/2002 | 115,700 | 19.7 |
| 4/10/2002 | 71,400 | 19.85 |
| 4/11/2002 | 97,000 | 19.6 |
| 4/12/2002 | 17,100 | 19.93 |
| 4/15/2002 | 61,700 | 20.01 |
| 4/16/2002 | 124,000 | 20.62 |
| 4/17/2002 | 77,100 | 20.9 |
| 4/18/2002 | 19,000 | 20.95 |
| 4/19/2002 | 48,100 | 20.68 |
| 4/22/2002 | 61,400 | 20.03 |
| 4/23/2002 | 79,000 | 20.23 |
| 4/24/2002 | 70,800 | 20.6 |
| 4/25/2002 | 54,000 | 19.64 |
| 4/26/2002 | 26,300 | 19.61 |
| 4/29/2002 | 26,000 | 19.29 |
| 4/30/2002 | 75,700 | 18.98 |
| 5/1/2002 | 60,700 | 19.06 |
| 5/2/2002 | 24,300 | 19.18 |
| 5/3/2002 | 62,900 | 18.5 |
| 5/6/2002 | 32,400 | 18.82 |
| 5/7/2002 | 31,800 | 18.58 |
| 5/8/2002 | 54,800 | 18.85 |
| 5/9/2002 | 194,300 | 19.05 |
| 5/10/2002 | 344,800 | 19.21 |
| 5/13/2002 | 41,100 | 19.07 |

## Exhibit 3B

| Date | Volume | Close |
|------|--------|-------|
| 5/14/2002 | 161,900 | 19.13 |
| 5/15/2002 | 50,500 | 18.99 |
| 5/16/2002 | 93,000 | 19.1 |
| 5/17/2002 | 21,300 | 18.99 |
| 5/20/2002 | 79,400 | 18.8 |
| 5/21/2002 | 2,500 | 18.84 |
| 5/22/2002 | 13,700 | 18.79 |
| 5/23/2002 | 15,800 | 18.86 |
| 5/24/2002 | 26,200 | 18.72 |
| 5/28/2002 | 33,200 | 18.2 |
| 5/29/2002 | 10,600 | 18.25 |
| 5/30/2002 | 89,900 | 17.9 |
| 5/31/2002 | 63,500 | 17.78 |
| 6/3/2002 | 109,800 | 17.29 |
| 6/4/2002 | 88,600 | 17 |
| 6/5/2002 | 17,300 | 16.98 |
| 6/6/2002 | 90,000 | 16.96 |
| 6/7/2002 | 133,600 | 17.15 |
| 6/10/2002 | 44,100 | 17.64 |
| 6/11/2002 | 10,300 | 17.65 |
| 6/12/2002 | 107,400 | 17.48 |
| 6/13/2002 | 21,300 | 17.19 |
| 6/14/2002 | 25,800 | 16.77 |
| 6/17/2002 | 8,400 | 17.13 |
| 6/18/2002 | 10,900 | 17.12 |
| 6/19/2002 | 165,200 | 17.16 |
| 6/20/2002 | 97,200 | 17.5 |
| 6/21/2002 | 42,500 | 17.2 |
| 6/24/2002 | 38,300 | 17.07 |
| 6/25/2002 | 58,200 | 17.23 |
| 6/26/2002 | 22,000 | 17.05 |
| 6/27/2002 | 57,000 | 17.51 |
| 6/28/2002 | 91,900 | 18.09 |
| 7/1/2002 | 43,300 | 18.12 |
| 7/2/2002 | 68,400 | 17.76 |
| 7/3/2002 | 37,000 | 17.54 |
| 7/5/2002 | 5,900 | 17.7 |
| 7/8/2002 | 102,000 | 18.4 |
| 7/9/2002 | 145,300 | 18.03 |
| 7/10/2002 | 27,800 | 17.57 |
| 7/11/2002 | 56,900 | 16.94 |
| 7/12/2002 | 375,800 | 17.01 |
| 7/15/2002 | 70,400 | 16.7 |
| 7/16/2002 | 31,300 | 16.25 |
| 7/17/2002 | 73,900 | 15.97 |
| 7/18/2002 | 20,300 | 15.95 |
| 7/19/2002 | 32,700 | 15.64 |
| 7/22/2002 | 119,700 | 14.97 |
| 7/23/2002 | 201,100 | 13.92 |
| 7/24/2002 | 211,500 | 13.4 |

## Exhibit 3B

| Date | Volume | Close |
|---|---|---|
| 7/25/2002 | 122,000 | 12.87 |
| 7/26/2002 | 3,453,900 | 6.3 |
| 7/29/2002 | 1,459,000 | 8.05 |
| 7/30/2002 | 417,400 | 8 |
| 7/31/2002 | 462,100 | 7.3 |
| 8/1/2002 | 190,200 | 7.13 |
| 8/2/2002 | 103,300 | 6.9 |
| 8/5/2002 | 116,500 | 7.04 |
| 8/6/2002 | 171,100 | 6.99 |
| 8/7/2002 | 137,500 | 7.1 |
| 8/8/2002 | 202,800 | 7.08 |
| 8/9/2002 | 92,600 | 7 |
| 8/12/2002 | 107,800 | 6.98 |
| 8/13/2002 | 120,300 | 7.15 |
| 8/14/2002 | 32,200 | 7.16 |
| 8/15/2002 | 189,200 | 7.7 |
| 8/16/2002 | 386,300 | 6.76 |
| 8/19/2002 | 452,000 | 6 |
| 8/20/2002 | 524,100 | 5.85 |
| 8/21/2002 | 534,000 | 5.8 |
| 8/22/2002 | 620,700 | 5.51 |
| 8/23/2002 | 918,100 | 4.9 |
| 8/26/2002 | 330,900 | 5 |
| 8/27/2002 | 399,500 | 4.7 |
| 8/28/2002 | 957,100 | 4 |
| 8/29/2002 | 730,500 | 3.75 |
| 8/30/2002 | 640,200 | 3.68 |
| 9/3/2002 | 372,800 | 3.87 |
| 9/4/2002 | 931,300 | 4.68 |
| 9/5/2002 | 359,200 | 4.26 |
| 9/6/2002 | 379,800 | 4.58 |
| 9/9/2002 | 425,600 | 5.15 |
| 9/10/2002 | 308,200 | 5.28 |
| 9/11/2002 | 362,900 | 5.95 |
| 9/12/2002 | 660,800 | 5.78 |
| 9/13/2002 | 248,900 | 5.6 |
| 9/16/2002 | 309,600 | 5.25 |
| 9/17/2002 | 156,200 | 5.08 |
| 9/18/2002 | 121,200 | 4.99 |
| 9/19/2002 | 99,400 | 4.8 |
| 9/20/2002 | 48,700 | 4.8 |
| 9/23/2002 | 133,400 | 4.51 |
| 9/24/2002 | 261,000 | 4.41 |
| 9/25/2002 | 72,300 | 4.5 |
| 9/26/2002 | 95,000 | 4.6 |
| 9/27/2002 | 98,100 | 4.49 |
| 9/30/2002 | 326,800 | 4.2 |
| 10/1/2002 | 38,600 | 4.44 |
| 10/2/2002 | 409,400 | 4.29 |
| 10/3/2002 | 89,700 | 4.16 |

## Exhibit 3B

| Date | Volume | Close |
|------|--------|-------|
| 10/4/2002 | 140,300 | 4.11 |
| 10/7/2002 | 106,700 | 4 |
| 10/8/2002 | 36,600 | 4 |
| 10/9/2002 | 53,300 | 3.7 |
| 10/10/2002 | 57,000 | 3.77 |
| 10/11/2002 | 218,000 | 4.49 |
| 10/14/2002 | 39,700 | 4.38 |
| 10/15/2002 | 224,100 | 4.8 |
| 10/16/2002 | 131,100 | 4.85 |
| 10/17/2002 | 152,400 | 4.99 |
| 10/18/2002 | 115,500 | 5.1 |
| 10/21/2002 | 93,500 | 5.05 |
| 10/22/2002 | 86,300 | 5.1 |
| 10/23/2002 | 40,100 | 4.9 |
| 10/24/2002 | 69,100 | 4.67 |
| 10/25/2002 | 84,100 | 4.74 |
| 10/28/2002 | 84,300 | 4.79 |
| 10/29/2002 | 13,100 | 4.85 |
| 10/30/2002 | 22,600 | 4.78 |
| 10/31/2002 | 86,700 | 4.74 |
| 11/1/2002 | 47,600 | 4.72 |
| 11/4/2002 | 344,000 | 4.78 |
| 11/5/2002 | 380,200 | 4.39 |
| 11/6/2002 | 129,900 | 4.35 |
| 11/7/2002 | 128,100 | 4.4 |
| 11/8/2002 | 146,800 | 3.64 |
| 11/11/2002 | 424,100 | 3.59 |
| 11/12/2002 | 219,300 | 3.76 |
| 11/13/2002 | 551,700 | 3.25 |
| 11/14/2002 | 51,800 | 3.51 |
| 11/15/2002 | 75,700 | 3.65 |
| 11/18/2002 | 111,900 | 3.75 |
| 11/19/2002 | 148,000 | 4.08 |
| 11/20/2002 | 3,045,200 | 2.24 |
| 11/21/2002 | 694,100 | 2.25 |
| 11/22/2002 | 731,700 | 2.22 |
| 11/25/2002 | 882,100 | 1.9 |
| 11/26/2002 | 555,800 | 2.16 |
| 11/27/2002 | 650,800 | 2.2 |
| 11/29/2002 | 187,900 | 2.21 |
| 12/2/2002 | 315,000 | 2.35 |
| 12/3/2002 | 495,200 | 2.1 |
| 12/4/2002 | 382,000 | 1.96 |
| 12/5/2002 | 175,200 | 2 |
| 12/6/2002 | 147,500 | 2.1 |
| 12/9/2002 | 228,200 | 2.18 |
| 12/10/2002 | 204,900 | 2.29 |
| 12/11/2002 | 38,900 | 2.22 |
| 12/12/2002 | 100,600 | 2.25 |
| 12/13/2002 | 229,900 | 2.38 |

**Exhibit 3B**

| Date | Volume | Close |
|---|---|---|
| 12/16/2002 | 50,200 | 2.35 |
| 12/17/2002 | 100,600 | 2.3 |
| 12/18/2002 | 58,200 | 2.27 |
| 12/19/2002 | 91,800 | 2.35 |
| 12/20/2002 | 204,000 | 2.67 |
| 12/23/2002 | 186,800 | 2.55 |
| 12/24/2002 | 214,400 | 2.65 |
| 12/26/2002 | 125,100 | 2.7 |
| 12/27/2002 | 128,000 | 2.55 |
| 12/30/2002 | 296,900 | 2.27 |
| 12/31/2002 | 156,400 | 2.32 |