# Exhibit 9

# Exhibit 9

## Annuity & Life Re
**Institutional Purchases (Increases) in Reported Holdings of Annuity & Life Re Common Stock**
Source: FactSet Research Systems, Inc.

| Total Purchases During Quarter | 5,846,131 | 1,565,470 | 2,376,229 | 2,773,542 | 2,404,243 | 1,827,362 | 4,798,846 | 6,186,636 | 2,243,175 | 6,268,587 | 3,984,341 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Holder Name | 6/30/2000 | 9/30/2000 | 12/31/2000 | 3/31/2001 | 6/30/2001 | 9/30/2001 | 12/31/2001 | 3/31/2002 | 6/30/2002 | 9/30/2002 | 12/31/2002 |
| AIM Management Group, Inc. | 241,300 | - | - | - | - | - | 22,100 | - | - | - | - |
| Allegiant Asset Management Co. | - | - | - | - | - | - | - | - | - | - | - |
| AllianceBernstein LP | - | 2,800 | - | - | - | - | - | - | - | - | - |
| American Century Investment Management, Inc. | - | - | - | - | - | - | - | 343,800 | - | - | - |
| Artemis Investment Management LLC | - | - | - | - | - | - | 34,470 | 19,600 | - | - | - |
| Artisan Partners LP | - | 28,700 | - | - | - | 7,708 | 95,500 | - | - | - | - |
| Aster Investment Management Co., Inc. | 61,500 | 154,376 | 11,651 | - | - | - | - | - | - | - | - |
| Award Asset Management, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| AXA Framlington Investment Management Ltd. | - | - | - | - | 40,000 | - | - | - | - | - | - |
| Babson Capital Management LLC | - | - | - | 206,700 | 42,700 | 8,100 | 180,100 | 277,300 | 372,550 | - | - |
| BAMCO, Inc. (Baron Capital Mangt.) | 100 | - | - | - | - | - | - | - | - | - | - |
| Barclays Global Investors NA (CA) | - | - | - | - | 5,700 | - | - | - | - | - | - |
| Barrow, Hanley, Mewhinney & Strauss, Inc. | 33,600 | - | - | 27,400 | 17,500 | 17,900 | 81,300 | 175,000 | - | - | - |
| Bear Stearns Asset Management, Inc. | - | - | - | - | - | - | 29,800 | - | - | - | - |
| Bear, Stearns & Co., Inc. | - | - | - | 1,000 | - | 1,400 | 3,300 | - | 700 | - | - |
| BKF Asset Management Co. | - | - | - | - | - | - | 133,650 | 425,515 | 17,057 | - | - |
| Blackrock Advisors, Inc. | - | - | - | - | 119,700 | 61,600 | - | - | - | 315,880 | - |
| Blackrock Investment Management (UK) Ltd. | - | - | - | - | 34,400 | - | - | - | - | 6,100 | - |
| Blackrock Japan Ltd. | - | - | - | - | 13,300 | - | - | - | - | - | - |
| BNY Investment Advisors | - | - | - | - | 2,500 | 5,460 | - | - | 5,575 | - | - |
| Boston Partners Asset Management LP | 500 | 400 | - | 8,900 | 41,700 | 67,600 | 542,025 | 570,410 | - | 109,740 | - |
| Boston Trust & Investment Management Co. | 900 | 36,990 | - | - | - | - | - | - | - | - | - |
| Brandywine Global Investment Management LLC | 39,210 | - | - | 36,162 | 25,160 | 113,778 | 30,928 | 104,900 | - | - | - |
| Broadmark Asset Management LLC | - | - | - | - | 10,200 | - | - | - | - | - | - |
| Capital Research & Management Company | 1,252,200 | 71,000 | 15,000 | - | - | 17,800 | - | 700,000 | - | - | - |
| CastleArk Management LLC/C2 Asset Management LLC | - | - | - | - | - | - | - | 69,400 | - | - | - |
| Caxton Associates LLC | - | - | - | - | - | - | - | 10,000 | - | - | - |
| Century Capital Management LLC | - | - | - | - | 9,000 | - | - | - | - | 483,300 | - |
| Charles Schwab Investment Management, Inc. | - | - | - | - | - | - | - | - | - | 25,000 | - |
| Charlotte Capital LLC | - | - | - | - | - | - | - | - | - | - | - |
| Chartwell Investment Partners | 49,600 | 4,190 | - | - | 96,600 | 29,600 | 3,300 | 176,000 | 12,800 | 242,400 | 178,000 |
| CIBC World Markets Corp. | - | - | - | - | - | - | - | - | - | - | - |
| Citadel Investment Group LLC | 300,615 | 225 | - | - | - | 14,060 | 53,762 | 55,719 | - | 74,800 | 34,400 |
| Citigroup Investment Research | - | 1,365 | - | - | - | 43,794 | 11,600 | - | - | - | - |
| Citizens Bank Wealth Management, N.A. | - | 9,200 | - | - | - | - | 187,649 | - | - | - | - |
| Clariden Bank AG | - | 82,840 | - | - | - | - | - | - | - | - | - |
| ClearBridge Advisors | 1,904,150 | 97,500 | 112,810 | - | - | - | 122,300 | - | - | - | - |
| CNA Insurance Cos. | - | - | - | - | - | - | - | - | - | - | - |
| Colorado Public Employees' Retirement Association | - | - | - | - | - | - | - | - | - | - | - |
| Columbia Partners LLC Investment Management | - | - | - | - | - | - | - | - | - | - | - |
| Columbus Circle Investors | - | - | - | - | - | - | - | - | - | - | - |
| Comerica Bank | - | - | - | - | - | - | - | - | 2,000 | - | - |
| Commerce Bank, N.A. (St. Louis, MO) | - | - | - | - | - | - | - | 12,050 | - | 64,250 | - |
| Cordillera Asset Management, Inc. | - | - | - | 106,680 | - | - | 10,000 | - | - | - | - |
| CornerCap Investment Counsel, Inc. | - | - | - | 1,000 | - | 1,000 | - | - | - | - | - |
| Credit Suisse (US) | - | - | - | 9,031 | - | - | - | - | - | - | - |
| Credit Suisse Asset Management, Inc. (NY) | - | - | - | - | - | - | - | - | - | - | - |

**Exhibit 9**

| Holder Name | 6/30/2000 | 9/30/2000 | 12/31/2000 | 3/31/2001 | 6/30/2001 | 9/30/2001 | 12/31/2001 | 3/31/2002 | 6/30/2002 | 9/30/2002 | 12/31/2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Davis Advisers | | | | | | | | | | | |
| Delaware Investment Advisers | | | | 43,600 | 16,400 | | | | | | |
| Denver Investment Advisors LLC | | | | 20,000 | | | | | | | |
| Deutsche Asset Management | | | | 613,800 | 83,500 | 27,800 | 68,500 | | | | |
| Deutsche Bank Investment Management, Inc. | | | | | 1,370 | 2,130 | 8,100 | | 4,238 | 57,300 | 10,651 |
| Deutsche Bank Securities, Inc. | 546 | | 225 | | | | | | | | |
| Dreyfus Investment Advisors, Inc. | 146,300 | 157,800 | 122,000 | 8,375 | | | 386,900 | | 32,700 | | |
| Eagle Asset Management, Inc. | | | | | | | | | | | |
| Earnest Partners LLC | | | | | | | | | 205,200 | 79,075 | 101,300 |
| EGM Capital LLC | | | | | | 160,600 | | | | | |
| Essex Investment Management Co. LLC | | 100,000 | 13,000 | 30,387 | | 163,425 | | | | | |
| Euclid Advisors LLC | | | | 2,100 | | 12,900 | | | | | |
| Evergreen Investment Management Co., Inc. | | | 110,200 | | | | | | | | |
| FAF Advisors | | | | | | | | | | | |
| Federated Investors, Inc. (Asset Management) | | | | | | | | | | | |
| Fidelity Management & Research | | | | | | | | | | | |
| Fifth Third Asset Management | | | | | | | | | | | |
| Fortis Investments Management USA, Inc. | 81,300 | | | | | | | | | | |
| Franklin Portfolio Associates | 1,600 | 252,500 | 1,600 | 82,500 | 500 | 17,500 | 54,600 | 22,400 | 125,000 | | |
| Friess Associates LLC | | | | | 253,700 | | 305,300 | | | | |
| Frontier Capital Management Co., Inc. | | | | | | | | | | | |
| General American Investors Co., Inc. | 77,500 | | | | 32,900 | 10,000 | | 140,000 | | 300,000 | 15,000 |
| Gofen & Glossberg, Inc. | | | | | | | | | | | |
| Goldman Sachs & Co. | | | | | | | 185,227 | | | | |
| Goldman Sachs Asset Management LP (US) | | | 404,500 | | 25,700 | | | | | | |
| Goldman Sachs Execution & Clearing LP | | | | | | | | | | | |
| Grantham, Mayo, Van Otterloo LLC | | 1,200 | 6,900 | 700 | | | | | | | |
| GW Capital Management LLC | 11,600 | | | | | | 33,700 | 3,900 | | | |
| Harris Associates LP | 82,200 | | | 7,775 | 3,250 | 42,192 | 79,900 | | | | |
| Hartline Investment Corp. | 83,810 | 20,383 | | | | | | | | | |
| Heartland Advisors, Inc. | | | | | | 15,000 | | | 75,000 | 255,326 | |
| Hoover Investment Management LLC | | 600 | | | | | | | | | |
| Hotchkis & Wiley Capital Management LLC | | | | 350,300 | 85,700 | | | | | | |
| ING Investment Management Co. | | | | | 3,300 | | 6,300 | 9,900 | | | |
| Ingalls & Snyder Asset Management | | | | 60,975 | 1,500 | | | | | | |
| Integrity Money Management, Inc. | | | | | | | | | | | |
| INVESCO Capital Management | | | | | | | | | | | |
| JPMorgan Asset Management (UK) Ltd. | 7,300 | 111,200 | 120,300 | 1,100 | 55,000 | | | | | | |
| JPMorgan Asset Management, Inc. (US) | | | 38 | | | | | | | | |
| JPMorgan Chase Bank | | | | | | | | | | | |
| JPMorgan Securities, Inc. | | | | | | | | | | | |
| KBW Asset Management, Inc. | 2,700 | 29,100 | | 1,852 | | | | | | | |
| Keefe Managers LLC | | | | 3,900 | | | | | | | |
| Kentucky Teachers Retirement System | | | | | | | | | | | |
| Kirr, Marbach & Co. LLC | | | | 33,600 | 1,400 | | | | | | |
| LaSalle National Bank | | | | | | | | | | | |
| Lee Munder Capital Group LP | 61,000 | | | | | | 3,900 | | 18,500 | | |
| Legg Mason Canada, Inc. | | | | | | | | | | | |
| Liberty Mutual Insurance Co. | | | | | | | 12,000 | | | | |
| Liberty Ridge Capital, Inc. | 64,500 | 67,600 | 1,500 | | | | | | | | |
| Loews Corp. Investments | | | | | | | | | | | |
| Longwood Investment Advisors, Inc. | | | | | | | | | | | |
| Loomis, Sayles & Co. LP | 178,100 | | 6,200 | | | | 326,250 | | | | |
| Marketocracy Capital Management LLC | | | | | | | | | 300 | | |

# Exhibit 9

| Holder Name | 6/30/2000 | 9/30/2000 | 12/31/2000 | 3/31/2001 | 6/30/2001 | 9/30/2001 | 12/31/2001 | 3/31/2002 | 6/30/2002 | 9/30/2002 | 12/31/2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mason Street Advisors LLC | - | - | - | - | - | - | - | - | - | - | - |
| Mazama Capital Management LLC | - | - | - | - | - | - | - | - | - | - | - |
| Mellon Capital Management | 62,400 | 34,100 | 7,000 | - | 12,800 | 3,300 | 10,000 | 40,700 | - | 35,800 | - |
| MEMBERS Capital Advisors, Inc. | - | - | 6,100 | - | 5,000 | - | - | - | 9,200 | - | 12,300 |
| Mercantile-Safe Deposit & Trust Co. /Mercantile Capital Advs/ | - | - | - | - | 13,800 | - | - | - | - | - | - |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | - | 1,831 | - | - | 13,148 | - | - | - | - | - | - |
| MFC Global Investment Management (US) LLC | - | - | - | - | - | - | - | - | - | - | - |
| MFS Investment Management | - | - | - | - | - | 24,600 | - | - | 5,000 | 35,000 | 16,800 |
| Millennium Partners | - | - | - | - | - | - | - | - | - | - | - |
| Millon/Howard Investments, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| Morgan Stanley & Co., Inc. | - | - | - | - | 2,565 | - | 7,150 | 26,785 | - | - | - |
| Morgan Stanley Investment Management (UK) | 84,100 | - | 3,500 | 45,800 | 386,600 | - | - | - | - | - | - |
| Morgan Stanley Investment Management, Inc. | - | - | - | - | - | - | - | - | 500 | - | - |
| Munder Capital Management/World Asset Management | - | - | - | - | - | - | - | - | - | - | - |
| Mutual of America Capital Management Corp. | - | - | - | - | - | - | - | - | - | - | - |
| Neuberger Berman LLC | 355,000 | 132,010 | - | - | 51,260 | 58,130 | 165,485 | 459,615 | 102,083 | 205,220 | - |
| New York Life Investment Management LLC | - | 70,550 | - | - | 33,500 | 32,600 | - | - | 34,740 | - | - |
| New York State Common Retirement Fund | - | - | - | 24,400 | 45,200 | - | 192,566 | - | - | - | - |
| New York State Teachers Retirement System | - | - | - | 206,400 | - | - | 25,000 | - | - | - | - |
| Norges Bank Investment Management | - | - | - | - | - | - | 20,100 | - | - | - | - |
| Northaven Management, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| Northern Trust Global Advisors, Inc. | - | - | - | - | 1,500 | 3,200 | - | - | 30,200 | - | - |
| Northern Trust Global Investments | - | - | - | 600 | 12,600 | 600 | - | - | 42,400 | - | - |
| NorthPointe Capital LLC | 1,100 | - | - | - | - | - | - | 4,000 | - | - | - |
| NVD Investments | 97,100 | - | 39,000 | - | - | - | - | - | - | - | - |
| OFI Institutional Asset Management, Inc. | - | - | - | - | - | - | - | 883,000 | 252,815 | - | - |
| Olstein Capital Management LP | - | - | - | - | - | - | - | - | - | - | - |
| Omega Advisors, Inc. | - | - | - | 3,145 | 27,970 | - | 58,434 | 351,320 | - | - | - |
| Oppenheimer Capital | - | - | - | - | - | - | - | - | - | - | - |
| OppenheimerFunds, Inc. | - | 120,000 | - | 35,700 | - | - | - | - | - | - | - |
| Pacific Investment Management Co. | - | - | - | - | - | - | - | - | - | - | - |
| Palisade Capital Management LLC | - | 11,375 | - | - | - | - | - | - | - | - | - |
| Para Advisors, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| Pennsylvania Public School Employees Retirement Syst | 59,700 | - | 43,000 | - | 6,900 | - | - | - | - | - | - |
| People's Bank (CT) | - | - | - | - | - | - | - | - | - | - | - |
| Peregrine Capital Management, Inc. | - | - | 335,500 | 486,800 | - | 29,490 | 30,000 | 178,190 | 4,060 | - | - |
| Perry Capital | - | - | - | - | - | 7,000 | - | 175,900 | - | - | - |
| Phoenix Investment Counsel, Inc. | 114,400 | 109,500 | 23,500 | - | 21,000 | - | - | - | - | - | - |
| Phoenix/Zweig Advisers LLC | - | - | 24,400 | - | - | - | 87,300 | - | - | - | - |
| PNC Bank NA (PNC Advisors) | - | - | - | - | - | - | - | 1,650 | - | - | - |
| Prescott Group Capital Management LLC | - | - | - | - | - | - | - | - | - | - | - |
| Prospector Partners LLC | - | - | - | - | - | - | - | - | - | - | - |
| Provident Investment Counsel, Inc. | - | - | - | - | - | - | 247,400 | - | - | - | - |
| Prudential Investments | - | - | - | - | - | - | - | - | - | - | - |
| Putnam Investment Management, Inc. | - | - | - | - | - | - | 224,100 | 224,100 | 144,200 | 1,299,950 | 1,147,000 |
| Pzena Investment Management LLC | - | - | - | - | - | - | - | - | - | - | - |
| RBC Asset Management, Inc. | - | - | 7,100 | - | 175,200 | 17,900 | - | - | - | - | - |
| RCM Capital Management LLC | - | - | - | - | - | - | - | - | 108,800 | - | 426,450 |
| Renaissance Technologies Corp. | - | - | - | - | - | 500 | - | - | - | - | - |
| Robeco Investment Management | - | - | - | - | - | 500 | - | - | - | - | - |
| Royce & Associates LLC | 196,100 | 26,200 | - | - | 7,200 | - | 11,000 | 141,000 | - | - | - |
| RS Investment Management Co. LLC | - | - | - | - | - | - | - | - | - | - | - |
| Russell Investment Group | - | - | - | - | - | - | - | - | - | 182,000 | 6,100 |
| S.A.C. Capital Advisors | - | - | 65,000 | - | - | - | - | - | - | - | - |

# Exhibit 9

| Holder Name | 6/30/2000 | 9/30/2000 | 12/31/2000 | 3/31/2001 | 6/30/2001 | 9/30/2001 | 12/31/2001 | 3/31/2002 | 6/30/2002 | 9/30/2002 | 12/31/2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salient Partners & Pinnacle Trust Co. | - | - | - | - | - | - | - | - | - | - | - |
| Sandler O'Neill Asset Management LLC | - | - | - | 16,000 | - | 3,000 | 75 | - | - | - | - |
| Security Management Co. LLC | - | - | 42,000 | - | - | - | - | - | - | - | - |
| Seneca Capital Management LLC | - | - | - | - | 87,300 | 500 | - | - | - | - | - |
| Shaker Investments LLC | - | - | - | - | - | 6,540 | - | - | - | - | - |
| Standish Mellon Asset Management Co. LLC | - | - | - | - | - | 96,800 | - | 106,400 | - | - | - |
| State Street Global Advisors | - | - | - | - | - | - | - | - | - | - | - |
| State Teachers Retirement System of Ohio | - | - | - | - | - | - | - | 25,000 | - | - | - |
| Steelhead Partners LLC | - | - | - | - | - | - | 3,000 | - | - | 5,000 | - |
| Steinberg Asset Management LLC | - | - | - | 28,000 | 30,900 | 7,550 | - | - | - | - | 201,900 |
| Sterling Johnston Capital Management LP | - | - | - | 69,300 | - | - | - | - | - | 2,073,300 | 1,764,700 |
| Summit Capital Management LLC | - | - | - | - | - | - | - | - | - | - | - |
| Sun-America Asset Management Corp. | - | - | - | - | - | - | - | - | - | 40,000 | 25,000 |
| SunOVA Capital LP | 1,500 | - | 35,000 | 23,000 | 27,800 | 20,000 | - | - | - | - | - |
| T. Rowe Price Associates, Inc. (MD) | - | - | - | - | 700 | 300 | - | - | - | - | - |
| TAMRO Capital Partners LLC | - | - | - | - | - | - | - | - | 2,300 | - | - |
| The Adams Express Co. | - | - | - | - | - | - | - | - | - | - | - |
| The Banc Funds Co. LLC | - | - | - | - | - | 12,600 | - | - | - | - | - |
| The Boston Company Asset Management LLC | - | - | - | - | - | 35,200 | - | - | - | - | - |
| The Renaissance Group LLC | - | - | - | - | - | - | - | - | - | - | - |
| Thornburg Investment Management, Inc. | 13,600 | 10,000 | 1,035 | 31,950 | 2,100 | - | 1,100 | - | - | - | - |
| Thrivent Investment Management, Inc. | - | - | 35,650 | - | - | - | - | - | - | - | - |
| Trinity Capital of Jacksonville, Inc. | 85,000 | 100 | - | - | - | - | 94,600 | - | - | - | - |
| Trusco Capital Management, Inc. | - | - | - | - | - | - | 95,000 | - | - | 242,800 | 10,000 |
| Tudor Investment Corp. | - | - | - | - | - | - | - | - | - | - | - |
| Turner Investment Partners, Inc. | - | - | - | 47,900 | 39,800 | 3,700 | 1,500 | - | - | - | - |
| UBS Global Asset Management (Americas), Inc. | - | - | - | - | - | - | - | - | - | - | - |
| UBS Global Asset Management (Switzerland) | - | - | - | - | - | - | - | - | - | - | - |
| United States Trust Co. of New York | - | - | - | - | - | - | - | - | - | - | - |
| USAA Investment Management Corp. | - | - | - | - | - | - | - | - | - | - | - |
| Van Eck Global | - | - | - | - | - | - | - | - | - | - | - |
| Van Kampen Asset Management | - | - | - | - | - | - | - | - | - | 56,346 | 34,740 |
| Vaughan Nelson Investment Management LP | - | - | - | - | - | 21,300 | 21,300 | - | - | - | - |
| Victory Capital Management, Inc. | - | - | - | - | - | - | - | - | 125,000 | - | - |
| Voyageur Asset Management, Inc. | - | - | - | - | 300,000 | - | - | - | 336,600 | - | - |
| Waddell & Reed Investment Management Co. | - | - | - | - | - | - | - | - | 44,097 | - | - |
| Wasatch Advisors, Inc. | - | - | - | - | - | 252,145 | 19,977 | 92,692 | - | - | - |
| WB Capital Management, Inc. | 51,200 | - | - | - | - | - | - | - | - | - | - |
| Wellington Management Co. LLP | - | - | 123,600 | - | - | 298,900 | 551,298 | - | - | - | - |
| Wells Capital Management, Inc. | - | - | 115,000 | 96,600 | 11,000 | 4,700 | 4,700 | - | - | - | - |
| Wells Fargo Bank N.A. | - | 300 | - | - | - | - | - | - | - | - | - |
| Westfield Capital Management Co. LLC | - | - | - | - | - | - | - | - | - | - | - |
| White Mountains Advisors LLC | - | - | - | - | - | - | 17,010 | 13,200 | - | - | - |
| William Blair Capital Management LLC | 42,800 | - | 358,355 | - | 35,420 | 80,960 | 62,390 | 324,240 | 117,510 | - | - |
| Wilson/Bennett Capital Management, Inc. | - | - | - | - | - | - | - | - | - | 80,000 | - |
| Wyper Capital Management | - | - | - | - | - | 50,000 | 50,000 | 35,000 | - | - | - |

# Exhibit 10

**Exhibit 10**

## Annuity & Life Re
**List of News Articles in Class Period: March 15, 2000 - November 19, 2002**
Source: Factiva

Annuity & Life To Provide $18 Million Capital To Capitol Bankers
Federal Filings Newswires, 11:31, 5 April 2000, 231 words, (English)
FFBN SOURCE: SEC 10-K405 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL:
ALRE YEAR ENDED: 12/31/1999 SEC RECEIVED: 03/29/2000 WASHINGTON (FFBN) --
Annuity & Life Re Holdings Ltd. (ALRE) said it plans to contribute
additional capital ...

Insiders Buy ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 09:21, 10 April 2000, 79 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: SCOFIELD GARY W TITLE: Vice President TRANSACTION: Purchase 500
03/01/2000 21.88 OWNERSHIP: 500 ...

TIP SHEET: Dreyfus Mgr Kandel Likes Energy, Financials
Dow Jones News Service, 15:00, 11 April 2000, 568 words, (English)
PALO ALTO, Calif., -(Dow Jones)- Paul Kandel, senior portfolio manager at
Dreyfus Corp., sees market opportunities in energy-services companies and
in financials. ...

Insider Buys ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 12 April 2000, 42 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: ESPOSITO JR MICHAEL P TITLE: Director TRANSACTION: Purchase 2,000
03/02/2000 22.06 OWNERSHIP: 21,000 ...

Insider Buys ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 13 April 2000, 40 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: FEATHERSTONE BRYAN TITLE: President TRANSACTION: Purchase 1,000
03/07/2000 23.77 OWNERSHIP: 1,000 ...

Insider Transactions
Barron's, 17 April 2000, 653 words, (English)
RECENT FILINGS Company % Chg. in # of # of $ Value Symbol (Exch.) Holdings
Insiders Shares (millions) ...

Insider Buys ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 18 April 2000, 45 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: FEATHERSTONE BRYAN TITLE: Officer TRANSACTION: Purchase 2,000
03/07/2000-03/08/2000 23.77-23.90 OWNERSHIP: 2,000 ...

Annuity & Life Re 1st Quarter Operating Net 31 Cents/Share Vs 30 Cents
Dow Jones News Service, 16:42, 19 April 2000, 229 words, (English)
Annuity & Life Re Holdings Ltd. - Hamilton, Bermuda 1st Quar March 31:
2000 1999 Revenue $64,272,479 $36,909,231 Net income a 7,813,768 b
8,482,279 Shr earns (basic) Net income ...

Annuity & Life Re Posts 8% Drop in First-Quarter Net Income.
Bestwire, 20 April 2000, 339 words, (English)
HAMILTON, Bermuda - Annuity & Life Re (Holdings) Ltd. posted an 8% drop in
first-quarter net income, citing an unexpected increase in claims and
realized investment losses. ...

**Exhibit 10**

Interview With CEO on Eve of Annuity & Life Re Annual Shareholders Meeting

PR Newswire, 15:20, 26 April 2000, 665 words, (English)
HAMILTON, Bermuda, April 26 /PRNewswire/ -- During an interview today at
Elbow Beach Hotel in Bermuda in advance of Thursday's annual meeting of
shareholders, Mr. Lawrence S. Doyle, CEO of Annuity & Life Re Holdings,
(Nasdaq: ALRE) reviewed ...

Annuity & Life Re Announces Annual Shareholder Meeting News
PR Newswire, 16:43, 27 April 2000, 246 words, (English)
HAMILTON, Bermuda, April 27 /PRNewswire/ -- Annuity and Life Re
(Holdings), Ltd. (Nasdaq: ALRE) today reported Shareholder approval of all
items of business at its Annual Meeting of Shareholders held on April 27,
2000. ...

Dividend Declarations: ALEX, ALRE, ADM, PWN, CYN, CFFC, CENI, FFCH, GMT,
GRC, HGGR, HWL, IROQ, K
Dow Jones News Service, 15:12, 1 May 2000, 156 words, (English)
Company Period Amount Payable Record Regular Alexander&Baldwin Q .225 6/
1/00 5/ 8 Annuity Life Re Q .04 6/ 1/00 5/18 ArchDanielsMidland Q .05 6/
5/00 5/ 5 ...

Insider Buys ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 11 May 2000, 41 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: SCOFIELD GARY W TITLE: Vice President TRANSACTION: Purchase 500
04/27/2000 17.94 OWNERSHIP: 1,000 ...

Insider Buys ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 16 May 2000, 42 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: ESPOSITO JR MICHAEL P TITLE: Director TRANSACTION: Purchase 5,000
04/26/2000 17.13 OWNERSHIP: 106,000 ...

Insiders Buy ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 24 May 2000, 61 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: GAMILL JR LEE M TITLE: Director TRANSACTION: Purchase 2,500
04/26/2000 17.18 OWNERSHIP: 5,500 ...

Annuity & Life Re Acquires Capitol Bankers.
Bestwire, 1 June 2000, 278 words, (English)
HAMILTON, Bermuda - Following a trend among Bermuda-based reinsurers to
establish a base of operations onshore, Annuity & Life Re Holdings Ltd.
has bought Stamford, Conn.-based Capitol Bankers Life Insurance Co., a
subsidiary of Swiss Re ...

Annuity & Life Unit Buys Life Reassur Unit For $13.2 Million
Dow Jones News Service, 09:59, 1 June 2000, 197 words, (English)
NEW YORK -(Dow Jones)- Annuity & Life Re Holdings Ltd.'s (ALRE) Annuity &
Life Re America Inc. unit acquired Capitol Bankers Life Insurance Co. from
Life Reassurance Corp. of America for $13.2 million. ...

Insider Buys ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 12 June 2000, 42 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: ESPOSITO JR MICHAEL P TITLE: Director TRANSACTION: Purchase 4,000

## Exhibit 10

05/10/2000 20.13 OWNERSHIP: 110,000 ...

Nasdaq Fincl-100 To Add Annuity & Life,Data Broadcasting
Dow Jones News Service, 07:34, 13 June 2000, 236 words, (English)
WASHINGTON -(Dow Jones)- The components of the Nasdaq Financial-100 Index
will change effective June 19. In a press release Tuesday, the Nasdaq
Market said the issues to be added to the Index are the following: Annuity
& Life Re Holdings ...

A.M. BEST ASSIGNS RATING TO ANNUITY & LIFE RE ACQUISITION.
Bestwire, 23 June 2000, 264 words, (English)
OLDWICK, N.J. - A.M. Best Co. has assigned a financial strength rating of
A-(Excellent) to Capitol Bankers Life Insurance Co., Bloomfield Hills,
Mich. ...

Annuity acquisition.
Reinsurance, 1 July 2000, 53 words, (English)
Annuity & Life Re America has bought Capitol Bankers Life Insurance from
Life Reassurance Corporation of America for $13.2m. Capitol Bankers will
offer reinsurance services to US life insurers. Under an administrative
reinsurance agreement ...

RESEARCH ALERT-Bear Stearns starts life insurers.
Reuters News, 11:25, 7 July 2000, 236 words, (English)
NEW YORK, July 7 (Reuters) - Bear Stearns said on Friday that it initiated
coverage on life insurance companies, based on revenue growth, industry
consolidation and improved operating efficiencies. ...

Annuity & Life Re 2nd Quarter Net 29 Cents/Diluted Share Vs 32 Cents
Dow Jones News Service, 16:40, 24 July 2000, 197 words, (English)
Annuity & Life Re (Holdings) Ltd. - Hamilton, Bermuda 2nd Quar June 30:
2000 1999 Revenue $62,675,081 $39,041,115 Net income 7,822,293 8,746,242
Shr ...

Portfolio Adjustments Cause 10% Earnings Drop at Annuity & Life Re.
Bestwire, 25 July 2000, 400 words, (English)
HAMILTON, Bermuda - Annuity & Life Re (Holdings) Ltd. posted a 10%
decrease in second-quarter net income after repositioning its investment
portfolio, but operating income was up as the young company said it has
found wider acceptance in ...

Dividend Declarations: AORGB, ANAT, ANNB, ALRE, AVY, BMO, BLC, BCC, CMS,
CPI, CBSH, CIX, CUZ, FHV.A
Dow Jones News Service, 10:28, 31 July 2000, 165 words, (English)
Company Period Amount Payable Record Regular Allen Organ clB Q .14 9/ 1/00
8/18 AmerNatlInsur Tex Q .71 9/15/00 9/ 1 Annapolis Natl Bnc Q .01 8/11/00
7/28 ...

New Offshore Life Reinsurers Target North America.
Bestwire, 3 August 2000, 1393 words, (English)
Oldwick N.J. - Life reinsurers, jockeying for a share of global
reinsurance markets, are moving to Bermuda and the Caribbean to take
advantage of tax benefits and a more open regulatory environment. ...

A.M. BEST AFFIRMS A-RATING OF ANNUITY & LIFE REASSURANCE.
Best's Insurance News, 23 August 2000, 549 words, (English)
OLDWICK, N.J. - A.M. Best Co. has affirmed the A-(Excellent) financial
strength rating of Annuity & Life Reassurance Ltd., Bermuda. The rating

## Exhibit 10

reflects the company's progress in implementing its business plan,
superior capitalization ...

Insider Buys ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 18 October 2000, 42 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: ESPOSITO JR MICHAEL P TITLE: Director TRANSACTION: Purchase 7,500
09/13/2000 20.25 OWNERSHIP: 117,500 ...

Annuity & Life Re Names CIO.
Bestwire, 31 October 2000, 96 words, (English)
Patricia E. McWeeney has been appointed senior vice president and chief
investment officer of Annuity & Life Reassurance Ltd., which is a wholly
owned subsidiary of Annuity & Life Re (Holdings) Ltd. ...

Annuity & Life Re Sees Third-Quarter Net Rise by 25%.
Bestwire, 31 October 2000, 233 words, (English)
Annuity & Life Re (Holdings) Ltd. posted a 25.3% increase in third-quarter
net income, citing the expansion of its reinsurance customer base and
growing life premiums. ...

Insiders Buy ANNUITY & LIFE RE HOLDINGS LTD. Stock
Federal Filings Newswires, 06:05, 14 November 2000, 63 words, (English)
FFBN SOURCE: FORM4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ALRE
FILER: XL CAPITAL LTD TITLE: Beneficial Owner TRANSACTION: Purchase 10,000
10/12/2000 23.50 OWNERSHIP: 2,851,880 ...

Mellon Financial Has 6.57% Stake In Annuity Life & Re
Federal Filings Newswires, 12:23, 19 January 2001, 118 words, (English)
FFBN SOURCE: SEC 13G Original ISSUER: ANNUITY & LIFE RE HOLDINGS LTD.
SYMBOL: ALRE FILER: Mellon Financial Corp. CLASS: COMMON SHARES OWNED:
1,677,600 PERCENT OF CLASS: 6.57% ...

Annuity & Life Hldr Neuberger Berman Reports 6.59% Stake
Federal Filings Newswires, 11:40, 1 February 2001, 147 words, (English)
FFBN SOURCE: SEC 13G Original ISSUER: ANNUITY & LIFE RE HOLDINGS LTD.
SYMBOL: ALRE FILER: Neuberger Berman Inc. CLASS: COMMON SHARES OWNED:
1,680,804 PERCENT OF CLASS: 6.59% ...

Annuity Life & Re Holder Capital Research Has 5.3% Stake
Federal Filings Newswires, 14:08, 12 February 2001, 133 words, (English)
FFBN SOURCE: SEC 13G Original ISSUER: ANNUITY & LIFE RE HOLDINGS LTD.
SYMBOL: ALRE FILER: Capital Research & Management Co CLASS: COMMON SHARES
OWNED: 1,338,200 PERCENT OF CLASS: 5.3% ...

Annuity and Life Re Posts Net Gain.
Bestwire, 13 February 2001, 341 words, (English)
Developing its life reinsurance business helped Annuity and Life Re
(Holdings) Ltd. post gains in net and operating income for the fourth
quarter and the year. ...

New Business Creates 50% Rise in Annuity & Life Re's First-Quarter Net.
Bestwire, 2 May 2001, 367 words, (English)
Three-year-old Annuity & Life Re Holdings Ltd. (NASDAQ: ALRE) posted a 50%
increase in net income, which the company's president attributed to a
hardy life business. ...

Annuity and Life Re Holdings Ltd. (ALRE).

## Exhibit 10

Insurance Finance & Investment, 23 July 2001, 262 words, (English)
Downgraded to hold from add at 35.49 by Dresdner Kleinwort Wasserstein.
Analyst Tom Gallagher said the downgrade was based on price. He noted that
despite healthy estimates for EPS growth in the next two years, the
current price represents ...

Annuity & Life Re Moves Trading of Stock to NYSE.
Best's Insurance News, 24 July 2001, 218 words, (English)
Annuity & Life Re (Holdings) Ltd. (NASDAQ:ALRE) said it will move trading
of its common stock to the New York Stock Exchange beginning August 1
under sticker symbol "ANR." ...

A.M. Best Upgrades Ratings of Annuity & Life Re Companies.
Best's Insurance News, 30 July 2001, 663 words, (English)
A.M. Best Co. has upgraded the financial strength ratings of Annuity &
Life Re Holdings Ltd.'s two operating companies, Annuity & Life
Reassurance Ltd., (Bermuda) and Annuity & Life Reassurance America Inc.
(United States) to A ...

Annuity & Life Re Posted Jump in 2nd-Quarter Net.
Bestwire, 31 July 2001, 400 words, (English)
Annuity & Life Re Holdings Ltd. (NASDAQ:ALRE) posted a 69% jump in
second-quarter net income as it prepared to move trading in its stock to
the New York Stock Exchange. ...

Recent Stock Listing Changes
The Wall Street Journal, 1 August 2001, 103 words, (English)
NEW YORK -- Among recent stock listing changes on the New York Stock
Exchange, Exide Corp. is changing its name to Exide Technologies, with
same symbol EX. Annuity & Life Re Holdings Ltd., previously trading on the
Nasdaq Stock Market, now ...

New Companies Begin Trading
The Wall Street Journal, 6 August 2001, 177 words, (English)
NEW YORK -- The New York Stock Exchange began trading four new companies
last week, including one initial public offering. The National Association
of Securities Dealers began trading shares of one IPO. ...

Annuity & Life Re Sees Minimal Exposure To Terrorist Loss
Dow Jones News Service, 14:20, 12 September 2001, 89 words, (English)
HAMILTON, Bermuda -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR)
doesn't expect to experience a "notable" rise in claims from Tuesday's
terrorist attacks, because the company doesn't reinsure any group
insurance plans or corporate ...

Annuity & Life:Avg Life Insur Claim From WTC Above Normal
Dow Jones News Service, 11:20, 28 September 2001, 210 words, (English)
NEW YORK -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR) expects the
average life claim arising from the Sept. 11 World Trade Center disaster
to come in well above normal, due to the large number of professional and
executives in the ...

Annuity & Life Re Puts World Trade Center Losses Between $5 Million and $7
Million.
Bestwire, 28 September 2001, 270 words, (English)
Annuity & Life Re (Holdings) Ltd. (NYSE:ANR), a Bermuda-based life
reinsurer, expects losses of between $5 million and $7 million from the
World Trade Center disaster, the company said. ...

**Exhibit 10**

RESEARCH ALERT-JP Morgan cuts view on life reinsurers.
Reuters News, 10:07, 26 October 2001, 128 words, (English)
NEW YORK, Oct 26 (Reuters) - J.P. Morgan said it cut its price target and
earnings forecast on life reinsurance groups Annuity & Life Re (Holdings)
Ltd. and Reinsurance Group of America on Friday in light of disappointing
third-quarter ...

Annuity & Life Re Sees 2002 Net $1.80-$1.90/Shr
Dow Jones News Service, 12:07, 26 October 2001, 342 words, (English)
NEW YORK -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR) expects 2002
earnings of $1.80 to $1.90 a share, well below current analysts
projections. ...

Annuity and Life says '02 earns to miss estimates.
Reuters News, 12:28, 26 October 2001, 126 words, (English)
HAMILTON, Bermuda, Oct 26 (Reuters) - Reinsurance company Annuity and Life
Re Holdings Ltd on Friday said 2002 earnings would fall short of Wall
Street estimates by as much as 26 percent. ...

Higher-Than-Expected Claims Dampened Annuity & Life Re's Third Quarter.
Bestwire, 29 October 2001, 438 words, (English)
Higher-than-expected claims from Sept. 11 contributed to Annuity & Life Re
(Holdings) Ltd. (NYSE:ANR) posting a third-quarter loss, the company said.
Annuity & Life Re's stock fell 22.9% on the news Oct. 26. ...

Insurance Company Exposure to Terror Attacks in U.S. - Updated Nov. 2
American Banker, 7 November 2001, 1435 words, (English)
(Part 1 or 2) Country ACE Ltd. Bermuda Aegon Netherlands Aetna Inc. U.S.
Alleghany Corp. U.S. Allianz Germany Allmerica Financial Corp. U.S.
Allstate Corp ...

Insurance Company Exposure to Terror Attacks in the U.S.
American Banker, 14 November 2001, 1470 words, (English)
Updated Nov. 7 Country ACE Ltd. Bermuda Aegon Netherlands Aetna Inc. U.S.
Alleghany Corp. U.S. Allianz Germany Allmerica Financial Corp. U.S ...

Insurance Company Exposure to Terror Attacks in the U.S.
American Banker, 21 November 2001, 1560 words, (English)
(part 1 of 2) Updated Nov. 15 Estimate ($000) Country Low High ACE Ltd.
Bermuda $558,800 Aegon Netherlands 50,000 Aetna Inc. U.S. $10,000 15 ...

XL Capital Ups Annuity & Life Stake To 12.9% From 11.6%
Dow Jones News Service, 16:15, 27 November 2001, 114 words, (English)
WASHINGTON -(Dow Jones)- XL Capital Ltd. (XL) increased its stake in
Annuity & Life RE Holdings Ltd. (ANR) to 12.9%. In a filing Tuesday with
the Securities and Exchange Commission, XL Capital said it beneficially
holds 3,340,380 common ...

XL Capital Ups Annuity&Life Re Stake To 12.9% From 11.6%
Dow Jones Corporate Filings Alert, 16:16, 27 November 2001, 244 words,
(English)
ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ANR 16:16 DJ CFA
SOURCE:SEC 13D/A4 ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ANR
FILER: XL Capital Ltd. CONTACT: Paul Giordano, Esq. 441-292-8515 ...

BARRON'S: 13D Filings: Investors Report To The SEC
Dow Jones International News, 23:58, 30 November 2001, 677 words,

**Exhibit 10**

(English)
13Ds are filed with the Securities and Exchange Commission within 10 days of an entity's attaining a 5% or more position in any class of a company's securities. Any subsequent change in holdings or intentions must be reported on an amended ...

BARRON'S: 13D Filings: Investors Report To The SEC
Dow Jones Capital Markets Report, 23:58, 30 November 2001, 677 words, (English)
13Ds are filed with the Securities and Exchange Commission within 10 days of an entity's attaining a 5% or more position in any class of a company's securities. Any subsequent change in holdings or intentions must be reported on an amended ...

Investors Report To The SEC
Barron's, 3 December 2001, 675 words, (English)
13Ds are filed with the Securities and Exchange Commission within 10 days of an entity's attaining a 5% or more position in any class of a company's securities. Any subsequent change in holdings or intentions must be reported on an amended ...

Insurance Company Exposure to Terror Attacks in the U.S.
American Banker, 28 December 2001, 2162 words, (English)
Updated Dec. 19 (part 1 of 3) Country 1 ACE Ltd. Bermuda 2 Aegon Netherlands 3 Aetna Inc. U ...

Annuity & Life Re: Fourth Quarter 2001 Charge - Additional 2002 Guidance
PR Newswire, 17:41, 15 January 2002, 661 words, (English)
HAMILTON, Bermuda, Jan. 15 /PRNewswire-FirstCall/ -- Annuity and Life Re (Holdings), Ltd. (NYSE: ANR) today announced that it will take a fourth quarter charge of approximately $33 million related to minimum interest guarantees on its ...

Annuity and Life to take charge, miss Q4 forecasts.
Reuters News, 18:23, 15 January 2002, 187 words, (English)
HAMILTON, Bermuda, Jan 15 (Reuters) - Reinsurer Annuity and Life Re Holdings Ltd. said on Tuesday it will book a fourth-quarter charge of about $33 million, due to problems associated with one of its largest contracts, and said its profit ...

Annuity & Life Re To Take 4Q Chgs Of $33M
Dow Jones News Service, 17:41, 15 January 2002, 389 words, (English)
NEW YORK -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR) expects a fourth quarter charge of about $33 million for minimum interest guarantees on its largest annuity reinsurance contract, which is managed by another reinsurer. ...

RESEARCH ALERT-Prudential cuts Annuity to 'hold'.
Reuters News, 09:45, 16 January 2002, 134 words, (English)
NEW YORK, Jan 16 (Reuters) - Prudential Securities said it cut its investment rating Wednesday on Annuity and Life Re Holdings Ltd. to "hold" from "buy," after the reinsurer said it would miss fourth-quarter forecasts. ...

S&P Places Annuity & Life Re 'A' Ratings on WatchNeg
Business Wire, 09:56, 16 January 2002, 262 words, (English)
NEW YORK--(BUSINESS WIRE)--Standard & Poor's--Jan. 16, 2002-- Standard & Poor's today placed on CreditWatch with negative implications its

## Exhibit 10

single-'A' counterparty credit and financial strength ratings on Annuity &
Life Reassurance Ltd. and ...

S&P Places Annuity & Life Re 'A' Ratings on CreditWatch Negative
PR Newswire, 12:13, 16 January 2002, 248 words, (English)
NEW YORK, Jan. 16 /PRNewswire/ -- Standard & Poor's today placed on
CreditWatch with negative implications its single-'A' counterparty credit
and financial strength ratings on Annuity & Life Reassurance Ltd. and
Annuity & Life Reassurance ...

Fitch Places Annuity & Life Re On Rating Watch Negative
Business Wire, 18:08, 16 January 2002, 339 words, (English)
CHICAGO--(BUSINESS WIRE)--Jan. 16, 2002--Fitch has placed the 'A' insurer
financial strength rating of Annuity & Life Reassurance, Ltd. (Annuity &
Life Re) on Rating Watch Negative. ...

Insurance Company Exposure to Terror Attacks in the U.S.
American Banker, 22 January 2002, 1726 words, (English)
Updated Jan. 16 (1 of 3) Country ACE Ltd. Bermuda Aegon Netherlands Aetna
Inc. U.S. Aioi Insurance Co. Ltd. Japan Alea Group Holdings Switzerland
Alleghany Corp. U.S ...

Annuity & Life Re Director Mary Hennessy Resigned Jan 16
Dow Jones Corporate Filings Alert, 16:33, 23 January 2002, 171 words,
(English)
ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ANR 16:33 DJ CFA
SOURCE:SEC 8-K ISSUER: ANNUITY & LIFE RE HOLDINGS LTD. SYMBOL: ANR REASON
CODES: 6 -- Resignations of the Registrant's Directors ...

Fitch Ratings Affirms Annuity & Life Re; Outlook Negative
Business Wire, 12:54, 8 February 2002, 345 words, (English)
CHICAGO--(BUSINESS WIRE)--Feb. 8, 2002--Fitch Ratings has affirmed and
removed from Rating Watch the 'A' insurer financial strength rating of
Annuity & Life Reassurance, Ltd. (Annuity & Life Re). The Rating Outlook
is Negative. ...

A.M. Best Places Ratings for Annuity and Life Re Under Review
Business Wire, 16:01, 8 February 2002, 545 words, (English)
OLDWICK, N.J.--(BUSINESS WIRE)--Feb. 8, 2002--A.M. Best Co. has placed the
financial strength ratings of A (Excellent) for Annuity and Life Re
Holdings Ltd.'s, Bermuda, (ANR) (NYSE: ANR), two operating companies,
Annuity and Life ...

A.M. Best Places Ratings for Annuity & Life Re Under Review.
Bestwire, 8 February 2002, 460 words, (English)
A.M. Best Co. has placed the financial strength ratings of A (Excellent)
for Annuity & Life Re Holdings Ltd.'s (NYSE:ANR), two operating companies,
Annuity & Life Reassurance Ltd., Bermuda, and Annuity & Life Reassurance
America Inc ...

Annuity & Life Re December 31, 2001 Earnings Report: Excluding Previously
Announced Charges - Operating Earnings Meet Expectations
PR Newswire, 19:40, 11 February 2002, 2092 words, (English)
HAMILTON, Bermuda, Feb. 11 /PRNewswire-FirstCall/ -- Annuity and Life Re
(Holdings), Ltd. (NYSE: ANR) today reported a net loss for the fourth
quarter of $(24,800,000) or $(0.97) per share, compared to net income of
$13,450,000 for the ...

**Exhibit 10**

Annuity Life posts loss on charge for shortfall.
Reuters News, 20:33, 11 February 2002, 229 words, (English)
HAMILTON, Bermuda, Feb 11 (Reuters) - Annuity and Life Re Holdings Ltd. on
Monday reported a fourth-quarter net loss versus a profit a year earlier,
and said a $33 million charge for a shortfall in investment income related
to its largest ...

Annuity & Life RE 4Q Loss 97c/Share
Dow Jones News Service, 19:40, 11 February 2002, 122 words, (English)
Annuity & Life RE Holdings Ltd. - Hamilton, Bermuda 4th Quar Dec. 31: 2001
2000 Revenue $99,065,024 $110,883,348 Net income (24,800,793) 13,450,233
Shr earns (basic) Net income ...

Stock Rating Reiterations: UAXS SIVB CRK RCII
Dow Jones News Service, 10:30, 12 February 2002, 531 words, (English)
Rating reiterations for Feb. 12 from Briefing.com: Company Symbol
Brokerage Firm Reiteration Universal Access UAXS RBC Capital Markets Top
Pick Silicon Valley Banc SIVB RBC Capital Markets ...

Stock Rating Reiterations: USLB SONE NTAP PLCM
Dow Jones News Service, 10:30, 13 February 2002, 669 words, (English)
Rating reiterations for Feb. 13 from Briefing.com: Company Symbol
Brokerage Firm Reiteration U.S. Laboratories USLB Roth Capital Strong Buy
S1 Corp. SONE JP Morgan ...

Annuity & Life Ratings Remain on Watch After Q4 Loss
Business Wire, 11:50, 21 February 2002, 371 words, (English)
NEW YORK--(BUSINESS WIRE)--Standard & Poor's--Feb. 21, 2002-- There is no
immediate ratings impact from fourth-quarter 2001 losses posted by Annuity
& Life Reassurance Ltd. and Annuity & Life Reassurance America Inc.
(collectively ALRe ...

Stock Rating Reiterations: WSM SMTF USLB CRDN KEI FLEX
Dow Jones News Service, 10:37, 26 February 2002, 545 words, (English)
Rating reiterations for Feb. 26 from Briefing.com: Company Symbol
Brokerage Firm Reiterations Williams-Sonoma WSM Wedbush Morgan Buy Smart
Force SMTF Deutsche Banc ...

Annuity & Life Announces Quarterly Dividend
PR Newswire, 16:07, 28 February 2002, 144 words, (English)
HAMILTON, Bermuda, Feb. 28 /PRNewswire-FirstCall/ -- The Board of
Directors of Annuity and Life Re (Holdings), Ltd. (NYSE: ANR) at its
February 13, 2002 meeting declared a quarterly cash dividend of $0.05 per
share on the corporation's ...

Annuity & Life RE Holdings Files $200M Debt Shelf
Dow Jones Corporate Filings Alert, 15:49, 1 March 2002, 175 words,
(English)
DJ CFA SOURCE:SEC S-3 OFFERING: Debt AMOUNT: $200 million 33 ACT FILE #:
333-83612 SEC RECEIVE: 03/01/2002 SHELF FILING: Y POST EFFECTIVE: N
SELLING HOLDER: N ...

Annuity and Life files $200 mln debt shelf offering.
Reuters News, 15:58, 1 March 2002, 129 words, (English)
WASHINGTON, March 1 (Reuters) - Reinsurance provider Annuity and Life Re
Holdings Ltd filed on Friday with the Securities and Exchange Commission
to periodically sell up to $200 million in debt securities. ...

## Exhibit 10

RESEARCH ALERT-Annuity & Life Re target, estimates cut.
Reuters News, 07:37, 5 March 2002, 158 words, (English)
NEW YORK, March 5 (Reuters) - J.P. Morgan said Tuesday it cut its price
target for Annuity and Life Re Holdings to $18 from $22 and reduced its
earnings estimates for the company. ...

Annuity & Life Initiates Arbitration Against Reinsurer
Dow Jones Corporate Filings Alert, 16:06, 28 March 2002, 222 words,
(English)
DJ CFA SOURCE:SEC 10-K YEAR ENDED: 12/31/2001 SEC RECEIVED: 03/28/2002
WASHINGTON -(Dow Jones)- Annuity & Life Re (Holdings) Ltd. (ANR) initiated
arbitration proceedings against Transamerica Occidental Life Insurance
Co., the ...

Annuity & Life seeks termination, arbitration of reinsurance agreements
SNL Insurance Daily Proprietary Articles, 29 March 2002, 280 words,
(English)
Annuity & Life Re Holdings Ltd. is seeking arbitration or termination of
various reinsurance agreements the company has entered, according to a
regulatory filing. ...

S&P Rates Annuity & Life Re's $200M Shelf 'BBB'
Business Wire, 14:34, 4 April 2002, 239 words, (English)
NEW YORK--(BUSINESS WIRE)--Standard & Poor's--April 4, 2002-- Standard &
Poor's said today it assigned its preliminary triple-'B' senior unsecured
debt rating to Annuity & Life Re (Holdings) Ltd.'s $200 million shelf. ...

Annuity & Life Re March 31, 2002 Earnings Report: Operating Earnings Meet
Expectations
PR Newswire, 16:31, 23 April 2002, 1945 words, (English)
HAMILTON, Bermuda, April 23 /PRNewswire-FirstCall/ -- Annuity and Life Re
(Holdings), Ltd. (NYSE: ANR) today reported net income of $8,245,000
($0.31 per fully diluted share) for the first quarter of 2002 compared to
net income of $11,715 ...

Annuity and Life Posts Drop in First-Quarter Net.
Bestwire, 24 April 2002, 543 words, (English)
A large annuity contract that generates expenses but no longer produces
income continued to dog the first-quarter earnings of Annuity & Life Re
Holdings Ltd. (NYSE:ANR). ...

Annuity and Life Re (Holdings), Ltd.
Insurance Finance & Investment, 1 May 2002, 176 words, (English)
First quarter net income $8.2 million ($0.31 per fully diluted share),
down from $11.7 million ($0.42 per fully diluted share) a year earlier.
Revenues grew 33 percent to $106.2 million from $79.8 million, reflecting
strong growth in life ...

A.M. Best Assigns Indicative Rating to Annuity and Life Re's Shelf
Registration
Business Wire, 10:38, 2 May 2002, 430 words, (English)
OLDWICK, N.J.--(BUSINESS WIRE)--May 2, 2002--A.M. Best Co. has assigned an
indicative rating of "bbb+" to the senior debt of Annuity & Life Re
(Holdings), Ltd.'s (NYSE:ANR), Bermuda, recently filed $200 million shelf
registration. ...

A.M. Best Assigns Indicative Rating to Annuity & Life Re's Shelf

## Exhibit 10

Registration.
Bestwire, 2 May 2002, 328 words, (English)
A.M. Best Co. has assigned an indicative rating of "bbb+" to the senior
debt of Annuity & Life Re (Holdings) Ltd.'s (NYSE: ANR), Bermuda, recently
filed $200 million shelf registration. ...

SNL Insurance Daily News Digest for May 03, 2002
SNL Insurance Daily News Digest, 3 May 2002, 177 words, (English)
MGIC Investment ratifies PricewaterhouseCoopers as independent accountant
MGIC Investment Corp. shareholders have re-appointed
PricewaterhouseCoopers LLP as its independent accountant and approved the
company's stock incentive plan, Dow ...

Fitch Ratings Assigns 'BBB' To Annuity & Life Re Shelf
Business Wire, 17:37, 7 May 2002, 325 words, (English)
CHICAGO--(BUSINESS WIRE)--May 7, 2002--Fitch Ratings has assigned a
preliminary rating of 'BBB' to Annuity & Life Re (Holdings), Ltd.'s shelf
registration filed in March 2002. Fitch affirmed the 'A' insurer financial
strength rating of ...

Annuity & Life Announces Quarterly Dividend
PR Newswire, 12:20, 14 May 2002, 137 words, (English)
HAMILTON, Bermuda, May 14 /PRNewswire-FirstCall/ -- The Board of Directors
of Annuity and Life Re (Holdings), Ltd. (NYSE: ANR), at its April 25, 2002
meeting, declared a quarterly cash dividend of $0.05 per share on the
corporation's common ...

Insider Transactions
Barron's, 10 June 2002, 596 words, (English)
RECENT FILINGS Company # of # of $ Value Symbol (Exch.) Insiders Shares
...

Insider Trading Spotlight
The Wall Street Journal, 12 June 2002, 554 words, (English)
Biggest Individual Trades (Based on reports filed with regulators last
week) NO. OF % OF SHRS. IN HLDNG. $ VALUE TRANS. EXCLD. TRANSACTION (000)
(000 ...

Annuity & Life Re Will Report a Loss for the Second Quarter due to Charges
on Its Transamerica Re Annuity Reinsurance Contract
PR Newswire, 17:53, 25 July 2002, 939 words, (English)
Company Will Also Restate 2001 and First Quarter 2002 to Adopt FAS 133
with Minimal Cumulative Financial Impact Life Revenues Increase 50% ...

Annuity & Life Re Will Report A Loss For The 2Q
Dow Jones News Service, 17:54, 25 July 2002, 463 words, (English)
HAMILTON, Bermuda -(Dow Jones)- Annuity and Life Re Holdings Ltd. (ANR)
said Thursday it expects to report a loss in the second quarter,
reflecting a $24 million charge related to an annuity reinsurance
contract. ...

Annuity and Life to report second qtr charge.
Reuters News, 18:46, 25 July 2002, 177 words, (English)
HAMILTON, Bermuda, July 25 (Reuters) - Annuity and Life Re (Holdings) Ltd.
on Thursday said it will report a loss for the second quarter 2002 due to
a $24 million charge related to its Transamerica Re annuity reinsurance
contract. ...

**Exhibit 10**

Fitch Ratings Lwrs Rtgs of Annuity & Life Re; Rtg Watch Neg
Business Wire, 12:55, 26 July 2002, 346 words, (English)
CHICAGO--(BUSINESS WIRE)--July 26, 2002--Fitch Ratings has lowered the
insurer financial strength rating of Annuity & Life Reassurance, Ltd.
(Annuity & Life Re) to 'A-' from 'A' and lowered the indicative rating on
Annuity & Life Re ...

S&P Takes Off Watch and Lowers Annuity & Life Re Rtgs
Business Wire, 15:48, 26 July 2002, 465 words, (English)
NEW YORK--(BUSINESS WIRE)--Standard & Poor's--July 26, 2002-- Standard &
Poor's said today that it removed from CreditWatch and lowered its
counterparty credit and financial strength ratings on Annuity & Life
Reassurance Ltd. and its ...

Annuity & Life Announces Quarterly Dividend
PR Newswire, 17:00, 26 July 2002, 137 words, (English)
HAMILTON, Bermuda, July 26 /PRNewswire-FirstCall/ -- The Board of
Directors of Annuity and Life Re (Holdings), Ltd. (NYSE: ANR) at its July
24, 2002 meeting declared a quarterly cash dividend of $0.05 per share on
the corporation's common ...

Annuity & Life Re to Post Second-Quarter Loss, Third Charge.
Bestwire, 26 July 2002, 649 words, (English)
Annuity & Life Re Holding Ltd. (NYSE:ANR) said it would record a
second-quarter loss as it posts a $24 million charge to reflect poor
returns in assets underlying an annuity reinsurance contract. It's the
third charge the life reinsurer has ...

Annuity & Life Re: Delays Second Quarter Earnings Release
PR Newswire, 19:19, 29 July 2002, 433 words, (English)
HAMILTON, Bermuda, July 29 /PRNewswire-FirstCall/ -- Annuity and Life Re
(Holdings), Ltd. (NYSE: ANR) today reported that it will delay releasing
its earnings for the second quarter of 2002. As previously disclosed on
July 25, 2002, the ...

A.M. Best Lowers Ratings of Annuity and Life Re's Operating Companies.
Bestwire, 29 July 2002, 524 words, (English)
A.M. Best Co. has lowered the financial strength ratings to A-(Excellent)
from A (Excellent) for Annuity and Life Re Holdings Ltd.'s (ANR) operating
companies: Annuity and Life Reassurance Ltd. (Bermuda) and Annuity and
Life Reassurance ...

A.M. Best Lowers Ratings of Annuity and Life Re's Operating Companies
Business Wire, 17:39, 29 July 2002, 629 words, (English)
OLDWICK, N.J.--(BUSINESS WIRE)--July 29, 2002--A.M. Best Co. has lowered
the financial strength ratings to A- (Excellent) from A (Excellent) for
Annuity and Life Re Holdings Ltd.'s (NYSE: ANR), (Bermuda) operating
companies: Annuity and ...

Annuity & Life Re's shares nosedive following charge, rating downgrades
SNL Insurance Daily Proprietary Articles, 29 July 2002, 1071 words,
(English)
Annuity & Life Re Holdings Ltd.'s (ANR) stock price lost half its value on
July 26 after drawing the ire of Wall Street analysts and at least one
rating agency by announcing it would report a second-quarter loss. ...

Annuity & Life Re Postpones Earnings Release.
Bestwire, 30 July 2002, 287 words, (English)

## Exhibit 10

Annuity & Life Re Holdings Ltd. (NYSE:ANR) has delayed its second-quarter earnings release and canceled a July 30 conference call, saying its auditor still is reviewing the company's implementation of FAS 133 accounting requirements. ...

Annuity & Life Re -2: Shares Rose Monday On Upgrade
Dow Jones News Service, 23:39, 29 July 2002, 202 words, (English)
NEW YORK -(Dow Jones)- Annuity and Life Re Ltd. (ANR) will delay releasing second quarter earnings, as its auditor, KPMG, is still reviewing certain non-cash items. ...

ANR financial strength ratings lowered. (Corporate News).
Insurance Finance & Investment, 1 August 2002, 178 words, (English)
A.M. Best Co. lowered the financial strength ratings to A--(Excellent) from A (Excellent) for Annuity and Life Re Holdings Ltd.'s (NYSE:ANR) operating companies: Annuity and Life Reassurance Ltd. (Bermuda), and Annuity and Life Reassurance ...

Annuity & Life Re 2Q Loss 79c/Shr
Dow Jones News Service, 19:04, 15 August 2002, 326 words, (English)
Annuity & Life Re Holdings Ltd. - Hamilton, Bermuda 2nd Quar June 30: 2002 2001 Revenue $119,864,486 $88,046,437 Net income (20,293,998) 15,306,330 Shr earns (basic ...

Annuity & Life Re June 2002 Earnings Report
PR Newswire, 10:49, 16 August 2002, 3213 words, (English)
HAMILTON, Bermuda, Aug. 16 /PRNewswire-FirstCall/ -- Annuity & Life Re (Holdings), Ltd (NYSE: ANR) today announced that it is reporting financial results for the second quarter. The Company has previously advised in its press release of ...

Poor earnings, capital concerns continue to put squeeze on Annuity & Life Re
SNL Insurance Daily Proprietary Articles, 19 August 2002, 1109 words, (English)
Rising concern over capital adequacy and second-quarter results that were worse than expected fueled a continued plunge in the price of Annuity & Life Re Holdings Ltd. (ANR) stock, which fell by as much as 22.5% in Aug. 16 trading. ...

Small-Stock Focus: Small-Caps Gain, Though AstraZeneca News Hurts
The Wall Street Journal, 20 August 2002, 924 words, (English)
NEW YORK -- Small-cap stocks rose stoutly, but not as strongly as the rest of the market, continuing a dynamic that has marked the recent rally. ...

Fitch Lowers Ratings of Annuity & Life Re
Business Wire, 16:56, 22 August 2002, 625 words, (English)
CHICAGO--(BUSINESS WIRE)--Aug. 22, 2002--Fitch Ratings has lowered the insurer financial strength rating of Annuity & Life Reassurance, Ltd. (Annuity & Life Re) to 'BBB+' from 'A-'. Fitch has also lowered to 'BB+' from 'BBB-', and withdrawn ...

Annuity & Life Re CEO Announces Retirement and the Company Retains Financial Advisor to Assist in Evaluating Capital Raising Alternatives
PR Newswire, 09:01, 12 September 2002, 802 words, (English)
HAMILTON, Bermuda, Sept.12 /PRNewswire-FirstCall/ -- Annuity and Life Re (Holdings), Ltd. (NYSE: ANR) today announced that Lawrence Doyle, its President and Chief Executive Officer, is retiring from the Company. Mr.

## Exhibit 10

Doyle has resigned as ...

Annuity & Life Re CEO Announces Retirement
Dow Jones News Service, 09:02, 12 September 2002, 287 words, (English)
HAMILTON, Bermuda -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR) said
Lawrence Doyle retired as president, chief executive and as a director,
and hired Morgan Stanley to assist in evaluating options to raise capital.
...

Annuity & Life CEO retires, retains Morgan Stanley.
Reuters News, 15:41, 12 September 2002, 222 words, (English)
NEW YORK, Sept 12 (Reuters) - Annuity and Life Re Holdings Ltd. on
Thursday said President and CEO Lawrence Doyle has retired, and the
company has hired Morgan Stanley as its financial adviser to assist in
raising capital. ...

Annuity & Life Re's CEO Larry Doyle retiring. (Who's Where).
Insurance Finance & Investment, 15 September 2002, 114 words, (English)
Annuity and Life Re (Holdings), Ltd., Bermuda, announced on
Sept. 12 that Lawrence Doyle, president and CEO, is retiring from the
company but has agreed to remain on an interim basis to assist with
certain projects. Until a ...

S&P Places Annuity & Life Re Rtgs on CreditWatch Neg
Business Wire, 09:32, 20 September 2002, 595 words, (English)
NEW YORK--(BUSINESS WIRE)--Standard & Poor's--Sept. 20, 2002--Standard &
Poor's Ratings Services said today that it placed its single-'A'-minus
counterparty credit and financial strength ratings on Annuity & Life
Reassurance Ltd. and its ...

A.M. Best Downgrades Financial Strength and Indicative Debt Ratings on
Annuity and Life Re
Business Wire, 13:37, 30 September 2002, 617 words, (English)
OLDWICK, N.J.--(BUSINESS WIRE)--Sept. 30, 2002--A.M. Best Co. has
downgraded the financial strength rating to B++ (Very Good) from A-
(Excellent) for Annuity and Life Re (Holdings), Ltd.'s (NYSE:ANR),
(Bermuda) operating companies: Annuity ...

S&P Takes Off Watch and Lowers Annuity & Life Re Rtgs
Business Wire, 16:31, 7 October 2002, 632 words, (English)
NEW YORK--(BUSINESS WIRE)--Standard & Poor's--Oct. 7, 2002--Standard &
Poor's Ratings Services said today that it removed from CreditWatch its
counterparty credit and financial strength ratings on Annuity & Life
Reassurance Ltd. and its ...

Annuity & Life Re Reaches Agreement with Citibank to Extend Unsecured
Letter of Credit Facility into 2003
PR Newswire, 17:30, 15 October 2002, 403 words, (English)
HAMILTON, Bermuda, Oct. 15 /PRNewswire-FirstCall/ -- Annuity and Life Re
(Holdings), Ltd. (NYSE: ANR) today reported that it has reached agreement
with Citibank to extend its $49 mm unsecured letter of credit facility
into 2003, and that ...

Annuity and Life extends loc facility into 2003. (Deals & Finance).
Insurance Finance & Investment, 28 October 2002, 71 words, (English)
Annuity and Life Re (Holdings), Ltd., Bermuda, (NYSE: ANR) said it reached
agreement with Citibank to extend its $49 million unsecured letter of
credit facility into 2003, and would secure, or otherwise eliminate, the

## Exhibit 10

facility during 2003.

Annuity & Life Announces Quarterly Dividend
PR Newswire, 16:32, 30 October 2002, 132 words, (English)
HAMILTON, Bermuda, Oct. 30 /PRNewswire-FirstCall/ -- The Board of
Directors of Annuity and Life Re (Holdings), Ltd. (NYSE: ANR) at its
October 30, 2002 meeting declared a quarterly cash dividend of $0.05 per
share on the corporation's ...

Annuity & Life Re September 30, 2002 Earnings Report Delayed
PR Newswire, 10:29, 5 November 2002, 423 words, (English)
HAMILTON, Bermuda, Nov. 5 /PRNewswire-FirstCall/ -- Annuity & Life Re
(Holdings), Ltd (NYSE: ANR) today announced that it is delaying reporting
financial results for the third quarter until November 13, 2002. The
conference call is also ...

Annuity & Life Re 3Q Earnings Report Delayed
Dow Jones News Service, 10:29, 5 November 2002, 199 words, (English)
HAMILTON, Bermuda -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR) will
delay reporting its third-quarter financial results for eight days until
Nov. 13. ...

Annuity & Life Re Arbitration Claim Denied
PR Newswire, 09:00, 8 November 2002, 125 words, (English)
HAMILTON, Bermuda, Nov. 8 /PRNewswire-FirstCall/ -- Annuity & Life Re
(Holdings), Ltd. (NYSE: ANR) today announced that its claim for breach of
contract against Transamerica Re was denied by the Arbitration Panel
assigned to the matter. In ...

Annuity & Life Re Arbitration Claim Denied
Dow Jones News Service, 09:00, 8 November 2002, 104 words, (English)
HAMILTON, Bermuda -(Dow Jones)- Annuity & Life Re (Holdings) Ltd.'s (ANR)
claim for breach of contract against Transamerica Re was denied by the
Arbitration Panel assigned to the matter. ...

Annuity & Life Re September 30, 2002 Earnings Report Delayed
PR Newswire, 09:29, 13 November 2002, 498 words, (English)
HAMILTON, Bermuda, Nov. 13 /PRNewswire-FirstCall/ -- Annuity & Life Re
(Holdings), Ltd. (NYSE: ANR) today announced that, in connection with its
ongoing discussions with the Staff of the Securities and Exchange
Commission regarding the ...

Annuity & Life Re Sept 30 Earnings Report Delayed
Dow Jones News Service, 09:29, 13 November 2002, 181 words, (English)
HAMILTON, Bermuda -(Dow Jones)- Annuity & Life Re (Holdings) Ltd. (ANR)
will further delay reporting its financial results for the third quarter
ended Sept. 20 until Nov. 19. ...

Annuity & Life Hasn't Finished Restatement Of Financials
Dow Jones Corporate Filings Alert, 16:27, 15 November 2002, 196 words,
(English)
DJ CFA SOURCE:SEC NT 10-Q QUARTER ENDED: 09/30/2002 SEC RECEIVED:
11/15/2002 WASHINGTON -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR)
said Friday it may be required to restate additional financial statements
for certain other ...

Annuity & Life Hasn't Finished Restatement Of Financials
Dow Jones Corporate Filings Alert, 08:14, 18 November 2002, 203 words,

**Exhibit 10**

(English)
DJ CFA SOURCE:SEC NT 10-Q QUARTER ENDED: 09/30/2002 SEC RECEIVED:
11/15/2002 (The following was first published Friday evening.) WASHINGTON
-(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR) said Friday it may be
required to ...

Annuity & Life to Restate Results For 2000, 2001
Dow Jones News Service, 17:45, 19 November 2002, 307 words, (English)
NEW YORK -(Dow Jones)- Annuity & Life Re Holdings Ltd. (ANR) will restate
its 2000 results, which may reduce earnings by up to 3% from the
originally reported $39 million, and will also restate second-quarter 2002
results. ...

Annuity & Life Re to Restate Financial Statements
PR Newswire, 19:44, 19 November 2002, 876 words, (English)
HAMILTON, Bermuda, Nov. 19 /PRNewswire-FirstCall/ -- Annuity & Life Re
(Holdings), Ltd. (NYSE: ANR) (the "Company") today announced that, in
connection with its ongoing discussions with the Staff of the Securities
and Exchange Commission ...

Annuity & Life Re to restate 2000, 2001 results.
Reuters News, 20:10, 19 November 2002, 161 words, (English)
HAMILTON, Bermuda, Nov 19 (Reuters) - Annuity & Life RE Holdings Ltd. said
on Tuesday it would restate its 2000 and 2001 financial results in part
due to accounting changes for embedded derivatives in certain annuity
reinsurance contracts. ...

Annuity & Life/Restatement -3: Sees Loss Of Up To $20M
Dow Jones News Service, 22:46, 19 November 2002, 145 words, (English)
Annuity & Life Re said it will report third-quarter 2002 results shortly.
The company expects a loss of up to $20 million for the quarter, including
$7.5 million of charges related to embedded derivatives and a $7.8 million
reserve for ...

# Exhibit 11

# Exhibit 11

## Annuity & Life Re
### Regression Model Output

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R-Square | 0.04789548 |
| Standard Error | 0.02929365 |
| Observations | 248 |
| Durbin-Watson | 2.01 |

ANOVA

| | df | SS | MS | F Stat | Significance F |
|---|---|---|---|---|---|
| Regression | 2 | 0.010576 | 0.005288 | 6.16234518 | 0.002448311 |
| Residual | 245 | 0.2102389 | 0.0008581 | | |
| Total | 247 | 0.220815 | | | |

| | Coefficient | Standard Error | t Stat | P-Value | Lower 95% | Upper 95% |
|---|---|---|---|---|---|---|
| Intercept | -0.00033368 | 0.00186078 | -0.17932144 | 0.85783352 | -0.00399885 | 0.00333149 |
| Market Return (NASDAQ/AMEX/NYSE) | 0.36751969 | 0.13464689 | 2.72950752 | 0.00680302 | 0.10230653 | 0.63273284 |
| Industry Residual (S&P Life/Health Insurance) | 0.30551678 | 0.13837925 | 2.20782225 | 0.02818366 | 0.03295202 | 0.57808153 |

Regression period:                    1/2/2001-12/31/2001

Expected Annuity & Life Re Stock Return =-0.00033368 + 0.36751969 x Market Return (NAN Index) + 0.30551678 x Industry Residual (S&P Life/Health Insurance)

# Exhibit 12

**Exhibit 12**

## Annuity & Life Re

**Annuity & Life Re, Nasdaq-Listed and NYSE-Listed Company Average Market Capitalization**

Sources: FactSet Research Systems, Inc.; Annuity & Life Re 10-Ks and 10-Qs; The Nasdaq Stock Market, Inc. 10-Ks for 12/31/2001, 12/31/2002; www.nysedata.com

**NASDAQ**

| | 12/31/2000 | 12/31/2001 | 12/31/2002 |
|---|---|---|---|
| Market Value (in Billions) | $3,597.1 | $2,899.9 | $1,997.6 |
| Number of Companies | 4,734 | 4,109 | 3,659 |
| Average Market Capitalization for Nasdaq-Listed Company (Market Value/Number of Companies) | $759,843,684 | $705,743,490 | $545,941,514 |

**NYSE**

| | 12/31/2000 | 12/31/2001 | 12/31/2002 |
|---|---|---|---|
| Market Value (in Billions) | $17,100 | $16,000 | $13,400 |
| Number of Companies | 2,862 | 2,798 | 2,783 |
| Average Market Capitalization for NYSE-Listed Company (Market Value/Number of Companies) | $5,974,842,767 | $5,718,370,264 | $4,814,947,898 |

**ANR**

| | 12/31/2000 | 12/31/2001 | 12/31/2002 |
|---|---|---|---|
| ANR Shares Outstanding at end of year | 25,499,999 | 25,685,828 | 26,106,328 |
| ANR Closing Share Price at end of year | $31.9375 | $25.1100 | $2.3200 |
| ANR Market Capitalization at end of year | $814,406,218 | $644,971,141 | $60,566,681 |
| ANR Average Shares Outstanding During Year | 25,499,999 | 25,574,306 | 25,829,492 |
| ANR Average Closing Share Price During Year | $24.6918 | $30.2752 | $12.2925 |
| ANR Average Market Capitalization During Year | $629,641,902 | $774,267,919 | $317,509,029 |

# Exhibit 13

**Exhibit 13**

**Annuity & Life Re**
**Bid/Ask Spreads for Annuity & Life Re Common Stock Compared to Other Life/Health and Reinsurance Companies**
**Class Period:  3/15/00 - 11/19/02**

### Bid/Ask Spreads
### Using All Quotes From Listing Exchange

| Company | Ticker | Number of Quotes in Class Period | Listing Exchange | Bid/Ask Spread ($) | | Bid/Ask Spread as Percent of Bid/Ask Midprice | |
|---|---|---|---|---|---|---|---|
| | | | | Mean | Median | Mean | Median |
| **Annuity & Life Re** | **ALRE** | **91,726** | **NASDAQ** | **$0.2133** | **$0.1800** | **0.76%** | **0.59%** |
| **Annuity & Life Re** | **ANR** | **176,130** | **NYSE** | **$0.0940** | **$0.0800** | **0.78%** | **0.56%** |
| Aflac Inc. | AFL | 1,148,238 | NYSE | $0.0665 | $0.0400 | 0.18% | 0.12% |
| Arch Capital Group Ltd. | ACGL | 120,405 | None, used NASDAQ | $0.2303 | $0.1800 | 1.00% | 0.66% |
| Enhance Financial Services Group Inc. | EFS | 57,494 | NYSE | $0.1320 | $0.1250 | 0.98% | 0.87% |
| Everest Re Group Ltd. | RE | 725,221 | NYSE | $0.1012 | $0.0800 | 0.18% | 0.13% |
| IPC Holdings Ltd. | IPCR | 204,193 | NASDAQ | $0.1000 | $0.1000 | 0.48% | 0.32% |
| Lincoln National Corp. | LNC | 1,301,234 | NYSE | $0.0746 | $0.0500 | 0.18% | 0.12% |
| MetLife Inc. | MET | 1,116,024 | NYSE | $0.0529 | $0.0400 | 0.19% | 0.13% |
| Principal Financial Group Inc. | PFG | 368,065 | NYSE | $0.0512 | $0.0400 | 0.19% | 0.14% |
| Prudential Financial Inc. | PRU | 423,463 | NYSE | $0.0427 | $0.0300 | 0.14% | 0.10% |
| PXRE Group Ltd. | PXT | 88,507 | NYSE | $0.1662 | $0.1300 | 0.83% | 0.66% |
| Reinsurance Group of America Inc. | RGA | 404,985 | NYSE | $0.0691 | $0.0500 | 0.22% | 0.17% |
| RenaissanceRe Holdings Ltd. | RNR | 452,128 | NYSE | $0.1523 | $0.1100 | 0.22% | 0.18% |
| Scor S. A. (ADS) | SCO | 37,087 | NYSE | $0.2932 | $0.2200 | 1.10% | 0.77% |
| Scottish Re Group Ltd. | SCT | 91,018 | NYSE | $0.0573 | $0.0500 | 0.33% | 0.27% |
| Torchmark Corp. | TMK | 859,830 | NYSE | $0.0727 | $0.0600 | 0.21% | 0.15% |
| UnumProvident Corp. | UNM | 1,030,936 | NYSE | $0.0523 | $0.0400 | 0.22% | 0.15% |

### Bid/Ask Spreads
### Using Quotes From TAQ Database Exchanges[1]

| Company | Ticker | Number of Quotes in Class Period | Listing Exchange | Bid/Ask Spread ($) | | Bid/Ask Spread as Percent of Bid/Ask Midprice | |
|---|---|---|---|---|---|---|---|
| | | | | Mean | Median | Mean | Median |
| **Annuity & Life Re** | **ALRE** | **91,726** | **NASDAQ** | **$0.2133** | **$0.1800** | **0.76%** | **0.59%** |
| **Annuity & Life Re** | **ANR** | **268,593** | **NYSE** | **$0.4827** | **$0.1200** | **3.05%** | **0.93%** |
| Aflac Inc. | AFL | 2,969,199 | NYSE | $1.0191 | $0.2300 | 2.30% | 0.66% |
| Arch Capital Group Ltd. | ACGL | 125,848 | NYSE | $0.2536 | $0.1800 | 1.07% | 0.69% |
| Enhance Financial Services Group Inc. | EFS | 162,353 | NYSE | $0.3948 | $0.3125 | 2.83% | 2.33% |
| Everest Re Group Ltd. | RE | 2,347,880 | NYSE | $1.6006 | $0.2900 | 2.05% | 0.48% |
| IPC Holdings Ltd. | IPCR | 218,236 | NASDAQ | $0.1401 | $0.1000 | 0.50% | 0.34% |
| Lincoln National Corp. | LNC | 3,505,710 | NYSE | $1.0984 | $0.2600 | 2.08% | 0.57% |
| MetLife Inc. | MET | 2,770,496 | NYSE | $0.8799 | $0.2200 | 2.66% | 0.75% |
| Principal Financial Group Inc. | PFG | 868,554 | NYSE | $0.7682 | $0.2200 | 2.16% | 0.78% |
| Prudential Financial Inc. | PRU | 996,701 | NYSE | $0.8053 | $0.2200 | 2.09% | 0.70% |
| PXRE Group Ltd. | PXT | 173,563 | NYSE | $0.8332 | $0.2200 | 3.89% | 1.22% |
| Reinsurance Group of America Inc. | RGA | 871,684 | NYSE | $0.7541 | $0.2100 | 2.53% | 0.60% |
| RenaissanceRe Holdings Ltd. | RNR | 1,305,208 | NYSE | $0.7499 | $0.3100 | 1.15% | 0.43% |
| Scor S. A. (ADS) | SCO | 76,214 | NYSE | $2.0062 | $0.3800 | 5.53% | 1.19% |
| Scottish Re Group Ltd. | SCT | 125,052 | NYSE | $0.5736 | $0.0700 | 2.96% | 0.41% |
| Torchmark Corp. | TMK | 2,399,902 | NYSE | $1.3145 | $0.2400 | 2.86% | 0.65% |
| UnumProvident Corp. | UNM | 2,627,335 | NYSE | $0.7773 | $0.2200 | 2.40% | 0.63% |

[1] NYSE TAQ database exchanges include:  AMEX, Boston, Cincinnati, Chicago, NYSE, Pacific, Nasdaq, Philadelphia, Instinet, and CBOE.

Source: NYSE TAQ Database. Excludes quotes outside of normal trading hours (9:30a.m. - 4:00p.m. EST). Bid/ask spreads greater than 100% of the mean bid/ask price were excluded from the analysis.

The companies included in the life/health insurance/reinsurance group for this analysis include:
current constituents of the S&P 500 Life/Health Insurance Index (AFL, LNC, MET, PFG, PRU, TMK, UNM)
companies identified by FactSet as reinsurance companies with market capitalization greater than $100 million and less than $1.5 billion on 3/15/00, 12/31/00, 12/31/01, or 11/19/02.

# Exhibit 14

Exhibit 14

## Annuity & Life Re
**Float: Shares Outstanding Net of Insider Holdings**
Sources: Annuity & Life Re 2000, 2001 and 2002 proxy statements

| Name | Holdings as of March 15, 2000 | Options/Warrants | Shares Held as of March 15, 2000 | Holdings as of March 14, 2001 | Options/Warrants | Shares Held as of March 14, 2001 | Holdings as of April 2, 2002 | Options/Warrants | Shares Held as of April 2, 2002 |
|---|---|---|---|---|---|---|---|---|---|
| Overseas Partners, Ltd. | 1,856,383 | 83,333 | 1,773,050 | 1,838,050 | 125,000 | 1,773,050 | 1,773,050 | 125,000 | 1,648,050 |
| XL Capital, Ltd. | 1,485,106 | 66,666 | 1,418,440 | 3,176,880 | 200,000 | 2,976,880 | 3,340,380 | 200,000 | 3,140,380 |
| Risk Capital Reinsurance Company | 1,485,106 | 66,666 | 1,418,440 | - | - | - | - | - | - |
| Lawrence S. Doyle | 583,973 | 509,999 | 73,974 | 872,306 | 798,332 | 73,974 | 915,639 | 831,665 | 83,974 |
| Michael P. Esposito, Jr. | 459,749 | 339,749 | 120,000 | 649,624 | 511,124 | 138,500 | 677,625 | 513,625 | 164,000 |
| Frederick S. Hammer | 313,760 | 293,760 | 20,000 | 462,140 | 442,140 | 20,000 | 464,641 | 444,641 | 20,000 |
| Robert M. Lichten | 314,222 | 304,222 | 10,000 | 292,834 | 282,834 | 10,000 | 270,334 | 260,334 | 10,000 |
| Robert J. Reale | 140,276 | 118,999 | 21,277 | 216,442 | 195,165 | 21,277 | 225,709 | 186,832 | 38,877 |
| William W. Atkin | 64,027 | 42,500 | 21,527 | 90,277 | 68,700 | 21,577 | - | - | - |
| Richard Tucker | 79,905 | 44,444 | 35,461 | 108,793 | 73,332 | 35,461 | - | - | - |
| Robert Clements | 42,000 | 12,000 | 30,000 | 49,500 | 19,500 | 30,000 | 52,000 | 22,000 | 30,000 |
| Donald J. Matthews | 22,000 | 12,000 | 10,000 | 29,500 | 19,500 | 10,000 | - | - | - |
| Jerry S. Rosenbloom | 22,000 | 12,000 | 10,000 | 29,500 | 19,500 | 10,000 | 32,000 | 22,000 | 10,000 |
| Walter A. Scott | 22,000 | 12,000 | 10,000 | 34,500 | 19,500 | 15,000 | 37,000 | 22,000 | 15,000 |
| Jon W. Yoskin, II | 16,200 | 12,000 | 4,200 | 23,700 | 19,500 | 4,200 | 26,700 | 22,000 | 4,700 |
| Gary Scofield | 10,000 | 10,000 | - | 34,333 | 33,333 | 1,000 | - | - | - |
| Albert R. Dowden | 14,000 | 12,000 | 2,000 | 14,000 | - | - | - | - | - |
| Lee M. Gammill, Jr. | 14,000 | 12,000 | 2,000 | 21,500 | 19,500 | 5,500 | 27,500 | 22,000 | 5,500 |
| Brian M. O'Hara | 14,000 | 12,000 | 2,000 | 21,500 | 19,500 | 2,000 | 24,000 | 22,000 | 2,000 |
| Mark Grier | 7,000 | 7,000 | - | 19,500 | 19,500 | - | 22,000 | 22,000 | - |
| Brian J. Featherstone | - | - | - | 25,333 | 23,333 | 2,000 | 70,832 | 53,332 | 17,500 |
| John F. Burke | - | - | - | - | - | - | 20,500 | | 20,500 |
| Patricia E. McWeeney | - | - | - | 5,000 | 5,000 | - | 17,249 | 9,999 | 7,250 |
| Mary Hennessey | - | - | - | - | - | - | - | - | - |
| Total | 6,965,707 | 1,983,338 | 4,982,369 | 8,064,712 | 2,914,263 | 5,150,419 | 7,997,159 | 2,779,428 | 5,217,731 |
| Shares Outstanding | | | 25,499,999 | | | 25,499,999 | | | 25,705,328 |
| Float | | | 20,517,630 | | | 20,349,580 | | | 20,487,597 |
| Float as % of Shares Outstanding | | | 80% | | | 80% | | | 80% |