# EXHIBIT C

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Barbara J. Easterling,, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the KPMG complaint prepared by Milberg Weiss Bershad Hynes & Lerach LLP, whom I designate as my counsel in this action for all purposes.

2. As a Secretary Treasurer of the Communications Workers of America ("CWA"), I have been duly authorized by the Executive Board of the CWA to commence litigation against Annuity and Life RE (holdings) Ltd. and the other defendants.

3. The CWA Plan did not acquire Annuity and Life RE (holdings) Ltd. stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. The CWA is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. The CWA will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. The CWA has not sought to serve, nor has it served, as a representative party for a class in an action under the federal securities laws within the past three years.

7. The CWA understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Since February 12, 2001, the CWA has made the following transactions in Annuity and Life RE (holdings) Ltd., and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Trade Date | Price Per Share |
|---|---|---|---|
| see attached schedule A | | | |
| | | | |
| | | | |
| | | | |

Please use and attach additional pages if necessary.

**I declare under penalty of perjury that the foregoing is true and correct**

Executed this 22nd day of October, 2003

Barbara Easterling
Print Name

Signature

**EXHIBIT A**

Schedule A

## COMMUNICATIONS WORKERS OF AMERICA PLAN FOR EMPLOYEES' PENSIONS & DEATH BENEFITS
Transaction(s) in
Annuity and Life RE (Holdings) Ltd. (NYSE: ANR)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s): | 04/02/02 | 5,000 | 19.1700 |
|  | 04/02/02 | 8,400 | 19.1700 |
|  | 04/02/02 | 5,600 | 19.1700 |
|  | 04/02/02 | 6,000 | 19.1700 |
| Sale(s) | 09/09/02 | 5,000 | 5.1452 |
|  | 09/10/02 | 8,400 | 5.1795 |
|  | 09/11/02 | 5,600 | 5.4500 |
|  | 09/12/02 | 6,000 | 5.8924 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Midstream Investments, Ltd., ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the Complaint to be filed against KPMG and retains Scott + Scott, LLC and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transaction(s) in the Annuity and Life Re (Holdings) Ltd. ("Annuity and Life") security that is the subject of this action during the Class Period is/are as follows:

| No of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|

See Schedule A attached hereto.

5. During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a class representative in a federal securities fraud case.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of October, 2003, at Hamilton Bermuda (city, state).

Thomas F. Carr (President, Midstream Investments Ltd.)
Printed Name

_____
Signature

P.O. Box HM 712
Mailing Address
Hamilton Bermuda
HMCX     441-295-9800
Telephone number

tomcarr@cwbda.bm
E-mail address

## SCHEDULE A

### MIDSTREAM INVESTMENTS, LTD.
Transactions in
Annuity and Life (RE) Holdings Ltd. (NYSE:ANR)

| DATE | SHARES | COST |
|---|---|---|
| **Purchase(s):** | | |
| 07/02/01 | 1,100 | 32.50 |
| 07/09/01 | 900 | 32.50 |
| 07/12/01 | 3,000 | 32.50 |
| 09/20/01 | 2,500 | 31.00 |
| 01/28/02 | 2,000 | 17.18 |
| 01/28/02 | 2,000 | 17.00 |
| **Sale(s):** | | |
| 08/20/01 | 2,500 | 36.85 |