UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                       Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                       Defendants.

------------------------------------------------------------------x

CIVIL ACTION NO.
3:02CV2133 (EBB)

February 16, 2007

## MOTION ON CONSENT
## OF DEFENDANT KPMG BERMUDA FOR EXTENSION OF
## TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendant KPMG Bermuda hereby respectfully moves, with the consent of counsel for plaintiffs, for an extension of time to respond to plaintiffs' Motion for Class Certification (the "Motion") in this action. Under the rules, KPMG Bermuda's opposition to the motion is due on February 21, 2007. In their Rule 26(f) scheduling conference, however, the parties agreed that KPMG Bermuda's opposition would not be due until May 30, 2007, to afford time for discovery in advance of filing that opposition. Consistent with the parties' agreement, plaintiffs' counsel consents to the relief sought in this motion. KPMG Bermuda therefore moves within the existing deadline to

extend its time to answer to May 30, 2007, in accordance with that part of the case management plan in this litigation agreed upon between KPMG Bermuda and plaintiffs. In support of this motion, undersigned counsel for KPMG Bermuda states as follows:

1. On January 13, 2004, plaintiffs filed a First Amended Class Action Complaint.

2. On March 15, 2004, KPMG Bermuda filed a Motion to Dismiss the First Amended Class Action Complaint.

3. On August 30, 2006, the Court issued a ruling denying KPMG Bermuda's Motion to Dismiss.

4. On September 14, 2006, KPMG Bermuda timely filed a Motion for Reconsideration or Clarification, in part. On October 6, 2006, plaintiffs filed a Motion for Extension of Time to Respond to the Motion for Reconsideration. On October 20, 2006, the Court granted the plaintiffs' Motion for Extension of Time to Respond and plaintiffs responded to the Motion for Reconsideration on October 31, 2006. On November 15, 2006, KPMG Bermuda replied to plaintiffs' response. That motion is currently pending before the Court. On February 5, 2007, KPMG Bermuda filed a Motion for Leave to File Notice of Recent Dispositive Second Circuit Authority in connection with that motion.

5. On November 21, 2006, KPMG Bermuda served its answer to plaintiffs' First Amended Class Action Complaint.

6. On December 15, 2006 KPMG Bermuda and plaintiffs filed a joint Form 26(f) Report of Parties' Planning Meeting along with their respective proposed scheduling orders. On December 18 and 22, 2006, respectively, KPMG Bermuda and plaintiffs each sent a letter to the Court outlining their positions with respect to the proposed

2

case management plan. On December 28, 2006, plaintiffs filed a Notice of Competing Proposed Scheduling Orders.

7.   The two sides have managed to reach a consensus on many of the important dates in the proposed case schedule. In particular, the parties agreed that plaintiffs would have until January 31, 2007 to file their motion for class certification, and KPMG Bermuda would have until May 30, 2007 to file any opposition to plaintiffs' motion. Both sides' proposed scheduling orders reflect this agreement.

8.   On January 31, 2007, plaintiffs filed a Motion for Class Certification, consistent with both parties' proposed scheduling orders. Unless the instant motion is granted, KPMG Bermuda will be required to file opposition to plaintiffs' Motion before it has had any meaningful opportunity to conduct discovery regarding the issues addressed in the Motion. Specifically, the parties agreed that plaintiffs would have sixty (60) days to respond to KPMG Bermuda's request for documents. KPMG Bermuda will have had no opportunity to review those documents, much less depose any representatives of plaintiffs, by the time its opposition to the Motion is currently due. The parties will not have been able to develop the factual record that is required prior to this Court's certification of a class. E.g., In re Initial Public Offering Sec. Litig., No. 05-3349-cv, 2006 WL 3499937, at *14 (2d Cir. 2006) ("[A] district court may not grant class certification without making a determination that all of the Rule 23 requirements are met.").

9.   On February 14, 2007, lead counsel for KPMG Bermuda, King & Spalding LLP, contacted Scott + Scott, LLP, co-lead counsel for plaintiffs, to ask whether plaintiffs would consent to the extension of time requested herein, consistent with the parties'

3

prior agreement. Plaintiffs' counsel stated that they would consent to an extension of time to the previously agreed upon date of May 30, 2007.

10. This is KPMG Bermuda's first request for an extension of time to answer the Motion for Class Certification. This matter has not been assigned to trial.

11. This motion is being filed within the existing deadline for KPMG Bermuda to respond to the Motion for Class Certification.

WHEREFORE, KPMG Bermuda respectfully requests that this Court extend its time to respond to the Motion for Class Certification until May 30, 2007, together with such other and further relief as the Court deems proper.

        DEFENDANT
        KPMG BERMUDA

By:    /s/ Morgan P. Rueckert
        Frederick S. Gold
        Fed. Bar. No.: ct 03560
        Morgan P. Rueckert
        Fed. Bar. No.: ct 19838
        SHIPMAN & GOODWIN LLP
        300 Atlantic Street
        Stamford, Connecticut 06901
        Tel. (203) 324-8100
        Fax. (203) 324-8199
        mrueckert@goodwin.com

        Michael J. Malone
        Paul A. Straus
        Mordecai Geisler
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, New York 10036
        Tel. (212) 556-2100
        Fax. (212) 556-2222

        Attorneys for KPMG BERMUDA

## Certificate of Service

I hereby certify that on February 16, 2007, a copy of the foregoing Motion on Consent of Defendant KPMG Bermuda for Extension of Time to Respond to Plaintiffs' Motion for Class Certification was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Pursuant to the Court's Electronic Filing Order, a paper copy will be delivered to Chambers.

/s/ Morgan P. Rueckert
Morgan P. Rueckert
Fed. Bar No. ct19838
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06109
Tel: (203) 324-8100
Fax: (203) 324-8199