UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | CIVIL NO. |
| v. | 3:02 CV 2133 (EBB) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, and MICHAEL P. ESPOSITO, JR., | |
| Defendants. | |

## SCHEDULING ORDER

The schedule for the above-captioned case is as follows. Part A addresses scheduling disputes between the parties that the Court has resolved. Part B memorializes scheduling issues that were agreed to by the parties.

**A.   Scheduling Disputes Resolved by the Court**

Initial disclosures and discovery shall commence on March 2, 2007. Fact depositions shall be limited to 15 per side. There is no limitation on the commencement of any depositions. Defendant will designate its trial experts and serve Plaintiffs with their expert reports by February 1, 2008. Depositions of all experts shall be completed by March 30, 2008.

Dispositive motions, if any, shall be served on or before May 30, 2008. Oppositions to dispositive motions shall be served

by July 15, 2008, and any reply to such opposition shall be served by July 30, 2008.

The joint trial memorandum will be filed within 60 days of the Court's ruling on dispositive motions. Absent any dispositive motions, the joint trial memorandum is due by August 1, 2008. The case will be ready for trial within 61 days of the Court's ruling on dispositive motions. Absent any dispositive motions, the case will be ready for trial by August 2, 2008.

B.  **Agreements by the Parties**

The parties have agreed that all non-expert discovery and non-expert depositions shall be completed by October 31, 2007. They also agree they will make all reasonable efforts to begin producing documents within 30 days of service of document requests and will continue production on a rolling basis. The parties will make all reasonable efforts to complete production responsive to the first set of document requests they receive. Plaintiff will do so within 60 days of service; Defendant will do so within 120 days of service.

The parties have also agreed that they each may serve 30 interrogatories, including all discrete sub-parts. By December 14, 2007, (a) Plaintiffs shall designate trial experts and serve their expert reports to Defendant, and (b) a damages analysis will be provided by any party who has a claim or counterclaim for damages. Plaintiffs filed their motion for class certification

on January 31, 2007. Defendant shall serve its opposition to class certifications, if any, by May 30, 2007. Plaintiffs shall serve their reply, if any, by July 31, 2007.

                    SO ORDERED

                    _____
                    ELLEN BREE BURNS
                    SENIOR U.S. DISTRICT JUDGE

Dated at New Haven, Connecticut this 1st day of March, 2007.