UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                       Plaintiffs,

                  -against-

ANNUITY AND LIFE RE (HOLDINGS), LTD., XL
CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                       Defendants.

CIVIL ACTION NO.
3:02CV2133 (EBB)

May 29, 2007

---------------------------------------------------------------------------x

**MOTION ON CONSENT OF DEFENDANT KPMG BERMUDA TO EXTEND
TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

        Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendant KPMG Bermuda hereby respectfully moves, with the consent of counsel for plaintiffs, for an extension of time to answer plaintiffs' Motion for Class Certification (the "Motion") in this action until July 9, 2007.  Under the rules, KPMG Bermuda's opposition to the Motion was initially due on February 21, 2007.  The parties agreed in their Rule 26(f) scheduling conference, however, that KPMG Bermuda's opposition would not be due until May 30, 2007, to afford time for discovery in advance of filing that motion.  The court issued an order reflecting the parties' agreement on February 21, 2007.  The parties subsequently commenced, but have not completed, discovery.

Accordingly, KPMG Bermuda now moves within the existing deadline to extend its time to answer the Motion to July 9, 2007, to account for the interim scheduling of depositions and for document production.  Plaintiffs' counsel consents to the relief sought in this motion and the parties represent that this extension will not delay adherence to any additional dates set forth in the Court's scheduling order.  In support of this motion, undersigned counsel for KPMG Bermuda states as follows:

1. On January 13, 2004, plaintiffs filed a First Amended Class Action Complaint.

2. On March 15, 2004, KPMG Bermuda filed a Motion to Dismiss the First Amended Class Action Complaint.

3. On August 30, 2006, the Court issued a ruling denying KPMG Bermuda's Motion to Dismiss.

4. On November 21, 2006, KPMG Bermuda served its answer to plaintiffs' First Amended Class Action Complaint.

5. On December 15, 2006, KPMG Bermuda and plaintiffs filed a joint Form 26(f) Report of Parties' Planning Meeting along with their respective proposed scheduling orders. The parties agreed that plaintiffs would have until January 31, 2007, to file their motion for class certification, and, to afford time for discovery, KPMG Bermuda would have until May 30, 2007, to file any opposition to plaintiffs' motion.  Consistent with the parties' agreed-upon schedule, on January 31, 2007, plaintiffs filed a Motion for Class Certification.   Also consistent with this schedule, on February 16, 2007, KPMG Bermuda filed a Motion on Consent for an extension of time until May 30, 2007, to answer the Motion, which the Court granted on February 21, 2007.  On March 1, 2007, the Court entered a

Scheduling Order reflecting the parties' agreed-upon schedule. KPMG Bermuda has not sought any other extension of its time to respond to the Motion.

      6. The parties subsequently commenced, but have not completed, discovery. KPMG Bermuda served document requests on March 5, 2007, and deposition notices and interrogatories on April 25, 2007. Plaintiffs have begun to serve documents, but as of May 29, 2007 that production is not yet complete. Interrogatory answers are expected to be served on June 1, 2007 and the deposition of plaintiff Communications Workers of America is scheduled for June 7, 2007.

      7. Unless the instant motion is granted, KPMG Bermuda will be required to file opposition to plaintiffs' Motion before it has had an opportunity to complete discovery regarding the issues addressed in the Motion. KPMG Bermuda will not have had a sufficient opportunity to review all pertinent documents, much less depose appropriate representatives of plaintiffs, by the time its opposition to the Motion is currently due. The parties will not have been able to develop the factual record that is required prior to this Court's certification of a class. E.g., In re Initial Public Offering Sec. Litig., No. 05-3349-cv, 2006 WL 3499937, at *14 (2d Cir. 2006) ("[A] district court may not grant class certification without making a determination that all of the Rule 23 requirements are met.").

      8. This is KPMG Bermuda's second request for an extension of time to answer the Motion for Class Certification. This motion is being filed within the existing deadline for KPMG Bermuda to respond to the Motion. This matter has not been assigned to trial, and the requested extension will not affect any other deadlines in the case.

      9. On May 23, 2007, KPMG Bermuda's counsel spoke with Beth Kaswan, Esq., counsel for plaintiffs, who consented to the requested relief.

WHEREFORE, KPMG Bermuda respectfully requests that this Court extend its time to respond to the Motion until July 9, 2007, together with such other and further relief as the Court deems proper.

**DEFENDANT**
**KPMG BERMUDA**

By:     /s/ Morgan P. Rueckert
Frederick S. Gold
Fed. Bar. No.: ct 03560
Morgan P. Rueckert
Fed. Bar. No.: ct 19838
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel. (203) 324-8100
Fax. (203) 324-8199

Michael J. Malone
Paul A. Straus
Mordecai Geisler
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100
Fax. (212) 556-2222

Attorneys for KPMG BERMUDA

**Certificate of Service**

    I hereby certify that on May 29, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Pursuant to the Court's Electronic Filing Order, a paper copy will be delivered to Chambers.

             /s/ Morgan P. Rueckert
             Morgan P. Rueckert
             Fed. Bar No. ct19838
             Shipman & Goodwin LLP
             300 Atlantic Street
             Stamford, CT 06109
             Tel: (203) 324-8100
             Fax: (203) 324-8199