UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

SHERRY SCHNALL, Individually and On Behalf of
All Others Similarly Situated,

                      Plaintiffs,

-against-

ANNUITY AND LIFE RE (HOLDINGS), LTD.,
XL CAPITAL, LTD., LAWRENCE S. DOYLE,
FREDERICK S. HAMMER, JOHN F. BURKE,
WILLIAM W. ATKIN, BRIAN O'HARA, AND
MICHAEL P. ESPOSITO, JR.,

                      Defendant.

-----------------------------------------------------------x

CIVIL ACTION NO.
3:02 CV 2133 (EBB)

April 25, 2007

### NOTICE OF RULE 30(b)(6) DEPOSITION
### OF PLAINTIFF MIDSTREAM INVESTMENTS, LTD.

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, defendant KPMG (Bermuda) ("KPMG Bermuda"), by and through its undersigned counsel, will take the deposition upon oral examination of plaintiff Midstream Investments, Ltd. ("Midstream") regarding the subject matter set forth in the attached Schedule A, which shall be interpreted in accordance with this Notice and the definitions and instructions set forth in KPMG Bermuda's Request for the Production of Documents, dated March 2, 2007.

The deposition will take place at the offices of Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT 06901 on May 21, 2007, at 9:30 a.m., and continuing from day to day thereafter until completed or adjourned. The deposition will be taken before a court reporter and

Exhibit A

may be videotaped. Pursuant to Rule 30(b)(6), Midstream shall be required to designate one or more officers, directors, managing agents or other persons most capable of testifying on its behalf concerning the topics set forth below. Midstream is requested to identify in writing at least one week in advance of the deposition the name(s) of the person(s) who will testify on its behalf and the subject matters on which the person will testify.

DEFENDANT
KPMG BERMUDA

By: _____
Frederick S. Gold
Fed. Bar. No.: ct 03560
Morgan P. Rueckert
Fed. Bar. No.: ct 19838
SHIPMAN & GOODWIN LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel. (203) 324-8100
Fax. (203) 324-8199

Michael J. Malone
Paul A. Straus
Mordecai Geisler
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Tel. (212) 556-2100
Fax. (212) 556-2222

Attorneys for KPMG BERMUDA

## SCHEDULE A

1. The decision of Midstream to become a party and/or named representative of a putative class in the Consolidated Actions.

2. Any agreements, arrangements, payments or consideration discussed, promised or delivered between any actual or proposed plaintiff and any attorney relating to any of the Consolidated Actions.

3. The allegations of the Complaint.

4. The suitability of Midstream to become a named representative of a putative class in this action.

5. Any participation by Midstream in any other actual or putative class actions at any time.

6. Midstream's purchases, sales and holdings of ANR securities.

7. The bases of all decisions to purchase, sell, acquire or dispose of ANR securities by or on behalf of Midstream.

8. Any due diligence conducted by Midstream regarding ANR, including Midstream's knowledge, analysis, evaluation or projection of ANR, its financial condition, business and operations during the Class Period.

9. Communications regarding ANR between Midstream and any other person or entity, including, but not limited to, any of Midstream's advisers, members, beneficiaries, constituents, clients and customers.

10. Midstream's knowledge, analysis, evaluation or projection of the market for, or actual or projected performance of, convertible bonds at any time prior to 2003.

11. Midstream's investments in any reinsurance companies or any companies that are parties to any modified coinsurance arrangements or annuity retrocessional reinsurance contracts, and/or Midstream's knowledge, analysis and evaluation of such companies.

12. Midstream's knowledge regarding the Transamerica Contract, the IL Annuity Contract, the performance of any securities underlying the Transamerica Contract, and/or the performance of any securities underlying the IL Annuity Contract.

13. Midstream's understanding of ANR, its financial statements and accounting.

14. Midstream's knowledge regarding KPMG Bermuda's audits of ANR's financial statements.

15. Communications between Midstream and any other person or entity regarding the Consolidated Actions.

16. The amount and causation of Midstream's alleged damages claimed in this action.

17. Communications between Midstream and any other plaintiff in the Consolidated Actions.

18. Midstream's expertise, experience, background, investment philosophy, assets under management, investment history, guidelines, restrictions, limitations, portfolios, policies and/or practices.

CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. Mail, first-class, postage pre-paid on April 25, 2007, to all counsel of record as follows:

Jeffrey S. Nobel
Andrew M. Schatz
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Elias A. Alexiades
LAW OFFICE OF ELIAS A. ALEXIADES
215 Church Street, 2nd Floor
New Haven, CT 06510

Patrick A. Klingman
Karen M. Leser
James E. Miller
SHEPERD FINKELMAN MILLER
& SHAH-CHESTER
65 Main Street
Chester, CT 06412

David Randell Scott
Erin Green Comite
SCOTT + SCOTT, LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415

Ann M. Lipton
Peter E. Seidman
MILBERG, WEISS, BERSHAD &
SCHULMAN
One Pennsylvania Plaza
Suite 4915
New York, NY 10119-0165

Michael J. Malone
Paul A. Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Beth A. Kaswan
SCOTT + SCOTT, LLP
75 Rockefeller Center
19th Floor
New York, NY 10019

Geoffrey M. Johnson
SCOTT + SCOTT, LLP
33 River Street
Chagrin Falls, OH 44022

_____
Morgan P. Rueckert

469705 v.01