

May 2, 2007

*Via UPS Overnight*
Paul A. Strauss
King & Spalding
1185 Avenue of the Americas
New York, NY 10036-4003

      RE:    <u>Schnall v. Annuity and Life Re (Holdings), Ltd., et al</u>

Dear Paul:

    I am writing in connection with the Rule 30(b)(6) notices of deposition of the lead plaintiffs which were served last week without prior consultation as to their and counsel's availability on the selected dates for the depositions. We have a conflict with one, and perhaps both dates. I expect to be able to provide you with alternative dates by the end of the week.

    We would also like to schedule a telephone call to "meet and confer" on the discovery matters in your two May 2, 2007 letters. Are you available for a call Monday, May 7 in the afternoon?

    Thank you for your attention.

                            Very truly yours,
                            SCOTT + SCOTT LLP

                            Beth A. Kaswan

BAK:lla
cc: Barry Weprin

ATTORNEYS AT LAW    CALIFORNIA    SCOTT + SCOTT, LLP    619 233-4565 VOICE
                              NEW YORK      800 B STREET, STE 1500    619 233-0508 FAX
                              CONNECTICUT  SAN DIEGO, CA 92101    SCOTTLAW@SCOTT-SCOTT.COM
                              OHIO                                          WWW.SCOTT-SCOTT.COM

Exhibit B