

May 11, 2007

<u>Via E-Mail</u>

Thomas F. Carr
President, Midstream Investments, Ltd.
P. O. Box HM 712
Hamilton, Bermuda

    Re: <u>*Sherry Schnall v. Annuity and Life Re (Holdings), Ltd., et al.*
        U.S.D.C., D. Conn., Case No. 02-CV-2133 (EBB)</u>

Dear Tom:

    I write to follow up on our conversation and the voice-mail messages that David Scott and I have left for you over the last week. As I explained, if you are unwilling to appear for a deposition, you will not be able to continue as a class representative. We hope very much that you will reconsider your position and continue in your role as a class representative in the ANR case. However, we have now reached the point where we need to know if you are still interested in continuing in that role. Defendants are seeking to depose the class representatives in the next few weeks, and we need to schedule a time for them to take your deposition, if you are willing to proceed. Also, we need to make arrangements to send the Defendants the documents they have asked for in their discovery requests.

    Accordingly, please call me directly at (212) 710-1040 or David Scott at (860-537-5537) by next Tuesday, May 15, 2007 to confirm that you still want to serve as a class representative. If we do not hear from you by then, we will assume that you no longer want to serve as a class representative, and will take steps to file a motion to substitute class representatives with the Court.

    We look forward to hearing from you. It truly has been a pleasure working with you.

                                               Sincerely yours,

                                               Beth Kaswan

cc:    David R. Scott

ATTORNEYS AT LAW    CONNECTICUT    SCOTT + SCOTT, LLC    440 247-8200 VOICE
                          OHIO                 33 RIVER STREET      440 247-8275 FAX
                          CALIFORNIA      CHAGRIN FALLS, OH 44022    SCOTTLAW@SCOTT-SCOTT.COM
                                                                                           WWW.SCOTT-SCOTT.COM

Exhibit C