IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, and MICHAEL P. ESPOSITO, JR.,<br><br>                      Defendants. | Civil Action No. 02-CV-2133 |

## MOTION TO WITHDRAW MIDSTREAM INVESTMENTS, LTD AS A LEAD PLAINTIFF AND CLASS REPRESENTATIVE AND FOR A PROTECTIVE ORDER

**SCOTT + SCOTT LLP**
Beth A. Kaswan (Juris No. 21415)
75 Rockefeller Center, Suite 1915
New York, New York 10019
Telephone: (212) 710-1040
Facsimile: (212) 710-1041
       -and-
David R. Scott (Juris No. 16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone (860) 537-5537
Facsimile (860) 537-4432

**MILBERG WEISS & BERSHAD LLP**
Barry A. Weprin (Juris No. 06136)
Ann E. Gittleman
One Pennsylvania Plaza
New York, New York 10119
Telephone (212) 594-5300
Facsimile: (212) 868-1229

*Co-Lead Counsel for Lead Plaintiffs*

**ORAL ARGUMENT NOT REQUESTED**

Plaintiff, Midstream Investments, Ltd ("Midstream"), by its undersigned counsel, hereby moves pursuant to Fed.R.Civ.P. 23 and 26(c) for an order withdrawing Midstream as a Lead Plaintiff and class representative for the above-referenced action, and for a protective order barring the Defendant, KPMG (Bermuda), from proceeding to take its deposition. KPMG (Bermuda) has consented to the motion of Midstream to withdraw, but has insisted that it is "entitled" to depose Midstream, without offering any reason why Midstream's deposition would be relevant or necessary for this action, once Midstream's only role in this case is as an absentee plaintiff.

Midstream is an investment company in Bermuda, with a single principal and employee, Thomas Carr. Because this securities fraud case has already resulted in a settlement against the defendant issuer and its officers and director defendants, Midstream has determined that it is no longer willing to undertake the burden of serving as a Lead Plaintiff, including preparing for and attending a deposition.

While KPMG (Bermuda) has consented to Midstream's withdrawal as a Lead Plaintiff and class representative, it has insisted on proceeding with taking Midstream's deposition for no apparent reason other than to punish Midstream for its earlier role in bringing this case. As described in the memorandum of law filed in association with this motion, defendants have a heavy burden in seeking discovery from absentee class members, and because KPMG (Bermuda) here can show no legitimate need whatsoever for insisting upon Midstream's deposition, a protective order should issue.

### RELIEF REQUESTED

WHEREFORE, plaintiff Midstream respectfully requests that an order issue withdrawing it as a Lead Plaintiff and class representative, and precluding KPMG (Bermuda) from taking its deposition.

Dated: June 5, 2007

Respectfully submitted,
**SCOTT + SCOTT LLP**

/s/ Beth A. Kaswan
_____

Beth A. Kaswan (Juris No. 21415)
75 Rockefeller Center, Suite 1915
New York, New York 10019
Telephone: (212) 710-1040
Facsimile: (212) 710-1041

David R. Scott (Juris No. 16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone (860) 537-5537
Facsimile (860) 537-4432

MILBERG WEISS & BERSHAD LLP
Barry A. Weprin (Juris No. 06136)
Ann E. Gittleman
One Pennsylvania Plaza
New York, New York 10119
Telephone (212) 594-5300
Facsimile: (212) 868-1229

*Co-Lead Counsel for Lead Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2007, that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to the attorneys of record registered to receive ECF notices in this action.

/s/ Beth A. Kaswan
_____

BETH A. KASWAN