UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | Civil Action No. 02-CV-2133 (EBB) |

## DECLARATION OF THOMAS F. CARR

1. I am the president and sole employee of Midstream Investments, Ltd. Midstream's office is located in Hamilton, Bermuda and I reside in Bermuda. I make this declaration to respond to the incorrect insinuations by KPMG Bermuda that improper promises or payments were made to me in connection with this lawsuit.

2. No illicit promises or payments were made to me in connection with this lawsuit. For the partial settlement of this case, I received my allocable share of the settlement based upon the claim I submitted to the Claims Administrator. I also received $3,150.00 for my costs and expenses based upon my declaration regarding these expenses that was filed with the Court. I understand that the Judge approved this payment. I received no other money from the partial settlement.

3. I first became involved with this lawsuit when I contacted Scott + Scott, LLP. Lawyers from Scott + Scott, LLP have represented me throughout this lawsuit. I have no recollection of ever meeting or speaking to Steven Schulman or David Bershad.

4. Now that the only remaining defendant is KPMG Bermuda, I am no longer prepared to satisfy the responsibilities of a lead plaintiff and class representative, including attending a deposition in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 6, 2007

_____
Thomas F. Carr

2