UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHERRY SCHNALL                    :

      v.                                        :   NO. 3:02CV2133(EBB)

ANNUITY & LIFE RE (Holdings) LTD

<u>O</u> R <u>D</u> E R

The court's order of March 1, 2007, [Doc. No. 238] is amended to provide that all non-expert discovery and depositions shall be completed by March 1, 2008.

SO ORDERED.

\_\_/s/_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 28th day of September, 2007.