*fee paid*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 NOV -7 A 10: 41

|  |  |  |
|---|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br>Plaintiffs, | ) ) ) ) ) | Civil Action No. 02-CV-2133 (EBB) |
| v. | ) ) ) | November 6, 2007 |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br>Defendants. | ) ) ) ) ) ) ) ) |  |

## MOTION FOR ADMISSION OF WALTER W. NOSS
## TO APPEAR AS A VISITING LAWYER

PURSUANT TO Local Rule 83.1(d) of the United States District Court for the District of Connecticut, the undersigned moves for admission of WALTER W. NOSS of Scott + Scott, LLP, 33 River Street, Chagrin Falls, OH 44022, to appear as a visiting lawyer, *pro hac vice*, for Plaintiff Sherry Schnall.

Attorney Noss is in good standing with the Bar of Ohio as well as the United States District Courts for the Northern and Southern Districts of Ohio. Attorney Noss has not been denied admission to or been disciplined by this court or any other court. Please see the attached Affidavit of WALTER W. NOSS.

1

Respectfully submitted,

SCOTT + SCOTT, LLP

_____
David R. Scott (CT 16080)
Erin Green Comite (CT 24886)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone:   (860) 537-5537
Facsimile:   (860) 537-4432


SCOTT + SCOTT, LLP
Beth A. Kaswan
75 Rockefeller Center
19th Floor
New York, NY  10019
Telephone: (212) 710-1040
Facsimile: (212) 710-1041


MILBERG WEISS BERSHAD
    & SCHULMAN LLP
Barry A. Weprin
Ann E. Gittleman
One Pennsylvania Plaza
New York, NY  10119
Telephone:   (212) 594-5300
Facsimile:   (212) 868-1229

**Co-Lead Counsel for Lead Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2007, a true copy of the foregoing was served on all counsel of record on the attached service list by first-class, postage prepaid U.S. mail:

Andrew M. Schatz
Jeffrey S. Nobel
Patrick A. Klingman
SCHATZ & NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

James E. Miller
Karen M. Leser
Patrick A. Klingman
SHEPHERD FINKELMAN MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412

Elias A. Alexiades
ATTORNEY ELIAS A. ALEXIADES
215 Church Street
2nd Floor
New Haven, CT 06525

Barry A. Weprin
Ann Gittleman
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
One Pennsylvania Plaza
Suite 4915
New York, NY 10119

Michael J. Malone
Paul A. Straus
KING & SPALDING
1185 Avenue of the Americas
New York, NY 10036-4003

Frederick S. Gold
SHIPMAN & GOODWIN
300 Atlantic St.
Stamford, CT 06901-3522

Morgan Paul Rueckert
SHIPMAN & GOODWIN
One Constitution Plaza
Hartford, CT 06103-1919

By: _____
SCOTT + SCOTT, LLP
David R. Scott (CT 16080)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br>Defendants. | Civil Action No. 02-CV-2133 (EBB)<br><br>October 29, 2007 |

### AFFIDAVIT OF WALTER W. NOSS IN SUPPORT OF
### MOTION FOR ADMISSION TO APPEAR AS VISITING ATTORNEY

1.  I am an attorney in good standing and have been admitted to the Bar of the State of Ohio (admitted in November 20, 2000, Bar No. 0072784) as well as the U. S. District Court for the Northern District of Ohio (January 16, 2001) and the U. S. District Court for the Southern District of Ohio (August 18, 2004). I have never been reprimanded, suspended from the practice of law, placed on inactive status or disbarred. I have no grievances pending against me, nor have I ever resigned from the practice of law.

2.      In 1997, I received a Bachelor of Arts degree from the University of Toledo, and was awarded a Juris Doctor by The Ohio State University College of Law in 2000.

3.      Since February, 2004, I have been a member of the law firm of Scott + Scott, LLP where I concentrate my practice on securities, antitrust and complex litigation in a variety of matters pending in federal and state courts.

My address is as follows:

> WALTER W. NOSS
> SCOTT + SCOTT, LLP
> 33 River Street
> Chagrin Falls, OH  44022
> Telephone: 440/247-8200
> Facsimile: 440/247-8275
> Email: wnoss@scott-scott.com

4.      I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5.      I hereby consent to be subject to the jurisdiction of the rules of The United States District Court for the District of Connecticut governing professional conduct.

I declare under penalty of perjury that the above statements are true and correct.

Date: 10/29/07

_____
WALTER W. NOSS

| | |
|---|---|
| STATE OF HEAD ) | |
| ) ss. at Chagrin Falls  _10-29_, 2007 | |
| COUNTY OF CUYAHOGA ) | |

STATE OF OHIO            )
                         ) ss. at Chagrin Falls     _10-29_, 2007
COUNTY OF CUYAHOGA       )

Subscribed and sworn to before me this 29th day of October, 2007.

**ANN E. SLAUGHTER**
Notary Public - State of Ohio
My Commission Expires Aug. 23, 2009

_Ann E. Slaughter_
Notary Public
My Commission Expires: