UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., et al.,<br><br>        Defendants. | CIVIL NO.<br><br>3:02 CV 2133 (EBB) |

**ORDER**

The Court's order of September 28, 2007 [Doc. No. 254] is amended to provide that all non-expert discovery and depositions shall be completed by April 1, 2008.

Accordingly, the Court's original scheduling order of March 1, 2007 [Doc. No. 238] is also amended to reflect this changed deadline. Specifically:

1) Defendant will designate its trial experts and serve Plaintiffs with their expert reports by July 1, 2008. Depositions of all experts shall be completed by August 30, 2008.

2) Dispositive motions, if any, shall be served on or before October 30, 2008. Oppositions to dispositive motions shall be served by December 15, 2008, and any reply to such opposition shall be served by December 30, 2008.

3) The joint trial memorandum will be filed within 60 days of the Court's ruling on dispositive motions. Absent any dispositive motions, the joint trial memorandum is due by January 1, 2009. The case will be ready for trial within 61 days of the Court's ruling on dispositive motions. Absent any dispositive motions, the case will be ready for trial by January 2, 2009.

4) By May 14, 2008, (a) Plaintiffs shall designate trial experts and serve their expert reports to Defendant, and (b) a damages analysis will be provided by any party who has a claim or counterclaim for damages.

SO ORDERED

_____

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this _____ day of December, 2007.