UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 02 CV 2133 (EBB)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION PURSUANT TO RULE 23(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR PRELIMINARY APPROVAL OF SETTLEMENT**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement with Remaining Defendant KPMG Bermuda (the "Stipulation") and the exhibits thereto, and all prior proceedings had herein, Communications Workers of America and Midstream Investments Ltd. (collectively, "Lead Plaintiff"), by and through their attorneys, hereby move the Court, the Honorable Ellen Bree Burns, presiding, for an order granting preliminary approval of the proposed settlement of this putative securities class action.

WHEREFORE, Lead Plaintiff respectfully requests that the Court enter an Order substantially in the form of the proposed Preliminary Order For Notice And Hearing In Connection With Settlement Proceedings, annexed hereto as Exhibit 1. A copy of the Stipulation and exhibits is annexed hereto as Exhibit 2.

Lead Plaintiff does not request oral argument.

Dated: February 13, 2008

Respectfully submitted,

SCOTT + SCOTT LLP

/s/ David R. Scott
David R. Scott (Juris No. 16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:   (860) 537-4432

Beth A. Kaswan (Juris No. 21415)
29 West 57th Street, 14th Floor
New York, NY  10019
Telephone:  (212) 223-6444
Facsimile:  (212) 223-6334

MILBERG WEISS LLP
Barry A. Weprin (Juris No. 06136)
Todd Kammerman
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone:  (212) 594-5300
Facsimile:  (212) 868-1229

*Co-Lead Counsel for Class Plaintiffs*

KING & SPALDING LLP
Michael J. Malone
Paul Straus
1185 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Counsel for KPMG Bermuda*

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the foregoing Notice of Motion Pursuant To Rule 23(e) of The Federal Rules of Civil Procedure For Preliminary Approval of Settlement was electronically filed the 13th day of February, 2008. All participating counsel will be served via the Court's CM/ECF system.

                                 SCOTT + SCOTT LLP

                                 /s/ David R. Scott
                                 David R. Scott (Juris No. 16080)
                                 108 Norwich Avenue
                                 P.O. Box 192
                                 Colchester, CT  06415
                                 Telephone:  (860) 537-5537
                                 Facsimile:  (860) 537-4432

                                 *One of the Co-Lead Counsel for Class Plaintiffs*