UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, et al., <br>       Plaintiffs, <br> v. <br> ANNUITY AND LIFE RE (HOLDINGS), LTD., et al., <br>       Defendants. | ) <br> ) <br> )   Civil Action No. 02 CV 2133 (EBB) <br> ) <br> ) <br> ) |

## SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION WITH REMAINING DEFENDANT KPMG BERMUDA AND SETTLEMENT HEARING

TO:    ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE SECURITIES OF ANNUITY AND LIFE RE (HOLDINGS), LTD. ("ANR") DURING THE PERIOD BETWEEN MARCH 15, 2000 AND NOVEMBER 19, 2002, INCLUSIVE, AND WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a $10.5 million cash settlement ("KPMG Settlement") has been proposed with the sole remaining defendant, KPMG Bermuda, ANR's outside accountant during the Class Period.

A hearing will be held before the Honorable Ellen Bree Burns in the United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at 10:00 a.m., on June 5, 2008 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

This KPMG Settlement is in addition to a prior $16.5 million settlement with ANR, XL Capital, Ltd. and certain of ANR's officers and directors, which was approved by the Court on January 21, 2005.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "KPMG Settlement Notice"), you may obtain a copy by contacting:

> Annuity and Life Re (Holdings), Ltd. Securities Litigation
> c/o The Garden City Group, Inc.
> Claims Administrator
> Post Office Box 9000 #6254
> Merrick, NY 11566-9000
> (800) 298-3208
> *www.gardencitygroup.com*

Inquiries, other than requests for the forms of the KPMG Settlement Notice and the Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

David R. Scott, Esq.
SCOTT + SCOTT LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
(860) 537-5537

Barry A. Weprin, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

To participate in the Settlement, if you did not previously submit an acceptable Proof of Claim in connection with the prior settlement, you must request and submit a Proof of Claim no later than _July 7_, 2008. Copies of the Proof of Claim form may be obtained at *www.gardencitygroup.com* or by contacting the Claims Administrator identified above. IF YOU PREVIOUSLY SUBMITTED A VALID PROOF OF CLAIM IN CONNECTION WITH THE PRIOR SETTLEMENT, YOU NEED NOT RESUBMIT YOUR CLAIM, AS YOUR PRIOR CLAIM WILL ENTITLE YOU TO SHARE IN THIS SETTLEMENT.

If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than ___May 6___, 2008.

Any objections to the Settlement must be filed by _May 7_____, 2008.

If you are a Class Member and did not previously (or do not now) submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

By Order of The Court