PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATION
DRAFT No. 4  (Milberg Document No. 421730v4) (01/30/2008)

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 02 CV 2133 (EBB)<br>)<br>)<br>)<br>)<br>) |

### PROOF OF CLAIM AND RELEASE

DEADLINE FOR SUBMISSION: _July 7_, 2008.

IF YOU PURCHASED OR OTHERWISE ACQUIRED THE SECURITIES OF ANNUITY AND LIFE RE (HOLDINGS), LTD. ("ANR") DURING THE PERIOD BETWEEN MARCH 15, 2000 AND NOVEMBER 19, 2002, INCLUSIVE ("CLASS PERIOD"), AND WERE DAMAGED THEREBY, YOU ARE A "CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS.

Excluded from the Class are the Defendants, their officers, directors, and partners at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest. For purposes of this Settlement, the term "controlling interest" shall include any interest of 10% or more of the common stock of any entity.

IF YOU ARE A CLASS MEMBER, **AND YOU HAVE NOT PREVIOUSLY SUBMITTED AN ACCEPTABLE PROOF OF CLAIM IN CONNECTION WITH THE PRIOR SETTLEMENT, YOU MUST COMPLETE AND SUBMIT THIS FORM IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. IF YOU HAVE ALREADY SUBMITTED AN ACCEPTABLE PROOF OF CLAIM IN CONNECTION WITH THE PRIOR SETTLEMENT, THEN THERE IS NO NEED TO DO SO AGAIN.**

UNLESS YOU HAVE PREVIOUSLY SUBMITTED AN ACCEPTABLE PROOF OF CLAIM IN CONNECTION WITH THE PRIOR SETTLEMENT, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN _July 7_, 2008 TO THE FOLLOWING ADDRESS:

Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
Post Office Box 9000 #6254
Merrick, NY  11566-9000

YOUR FAILURE TO SUBMIT YOUR CLAIM BY _July 7_, 2008 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOUR RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS LITIGATION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED.  SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR.

## CLAIMANT'S STATEMENT

1.  I affirm that I purchased or otherwise acquired the securities of Annuity and Life Re (Holdings), Ltd. ("ANR") during the period between March 15, 2000 and November 19, 2002, inclusive, and was damaged thereby.

2.  By submitting this Proof of Claim, I state that I believe in good faith that I am a Class Member as defined above and in the Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "KPMG Settlement Notice"), or am acting for such person; that I am not a Defendant in the Action or anyone excluded from the Class; that I have read and understand the Notice; that I believe that I am entitled to receive a share of the Net Settlement Fund; that I elect to participate in the proposed Settlement described in the KPMG Settlement Notice; and that I have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Class Member (e.g., as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

2

3. I consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I understand and agree that my claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my status as a Class Member and the validity and amount of my claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proofs of Claim.

4. I have set forth where requested below all relevant information with respect to each purchase or acquisition of ANR securities during the Class Period, and each sale, if any, of such securities. I agree to furnish additional information (including transactions in other ANR securities) to the Claims Administrator to support this claim if requested to do so.

5. I have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase, acquisition, sale or retention of ANR securities listed below in support of my claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Claim. In some cases the Claims Administrator may condition acceptance of

the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives of the subject securities such as options.)

7.  Upon the occurrence of the Effective Date my signature hereto will constitute a full and complete release, remise and discharge by me and my heirs, executors, administrators, predecessors, successors, and assigns (or, if I am submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Settled Claims," as defined in the KPMG Settlement Notice.

8.  NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request to, or may be requested to, submit information regarding their transactions in electronic files. All Claimants MUST submit a manually signed paper Proof of Claim form listing all their transactions whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at (800) 298-3208 or visit their website at *www.gardencitygroup.com* to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

9.  Statement of Claim

CLAIMANT IDENTIFICATION

_____ / _____
Beneficial Owner's Name (First, Middle, Last)    / Joint Owner's Name

_____
Street Address

_____   _____
City                                State        Zip Code

_____   _____
Foreign Province                    Foreign Country

_____   _____ (Daytime)
Area Code                           Telephone Number

_____   _____ (Evening)
Area Code                           Telephone Number

Check appropriate box (check only one box):

☐   Individual/Sole Proprietor   ☐   Joint Owners       ☐   Pension Plan
☐   Corporation                  ☐   Partnership        ☐   Trust
☐   IRA                          ☐   Other (describe:_____ )

NOTE: Separate Proofs of Claim should be submitted for each separate legal entity (e.g. a claim from Joint Owners should not include separate transactions of just one of the Joint Owners, an Individual should not combine his or her IRA transactions with transactions made solely in the Individual's name). Conversely, a single Proof of Claim should be submitted on behalf of one legal entity including all transactions made by that entity no matter how many separate accounts that entity has (e.g. a Corporation with multiple brokerage accounts should include all transactions made in [COMPANY _____ securities] during the Class Period on one Proof of Claim, no matter how many accounts the transactions were made in.)

_____   _____
Social Security Number     or       Taxpayer Identification Number


_____
Record Owner's Name (if different from beneficial owner listed above)


   10.   At the close of business on March 14, 2000, I owned _____ shares of ANR common stock (If none, write "zero" or "0") (If other than zero, must be documented).

   11.   I made the following purchases of ANR common stock during the period between March 15, 2000 and November 19, 2002, inclusive. (NOTE: If you acquired your ANR

common stock during this period other than by an open market purchase, please provide a complete description of the terms of the acquisition on a separate page) (each purchase or acquisition must be documented):

| Date(s) of Purchase (List Chronologically) (Month/Day/Year) | Number of Shares of Common Stock Purchased | Purchase Price Per Share of Common Stock | Aggregate Cost (including commissions, taxes, and fees) |
|---|---|---|---|
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |

12. I made the following sales of ANR common stock during the period between March 15, 2000 and November 19, 2002, inclusive (If none, write "zero" or "0") (If other than zero, each sale must be documented):

| Date(s) of Sale (List Chronologically) (Month/Day/Year) | Number of Shares of Common Stock Sold | Sale Price Per Share of Common Stock | Amount Received (net of commissions, taxes, and fees) |
|---|---|---|---|
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |
| ___/___/___ | _____ | $_____ | $_____ |

13. At the close of trading on November 19, 2002, I owned _____ shares of ANR common stock (If none, write "zero" or "0") (If other than zero, must be documented).

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS PHOTOCOPY THIS PAGE

14. Request for Taxpayer Identification Number:

6

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

_____
Social Security Number (for individuals) or

_____
Taxpayer Identification Number
(for estates, trusts, corporations, etc.)

15.     Certification

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding, or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM FORM IS TRUE, CORRECT AND COMPLETE.

                                                         Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign)

                                                         _____
                                                         (Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g.
beneficial purchaser(s), executor,
administrator, trustee, etc.)

Date: _____

THIS PROOF OF CLAIM MUST BE SUBMITTED NO LATER THAN

_____, **2008**, AND MUST BE MAILED TO:

> Annuity and Life Re (Holdings), Ltd. Securities Litigation
> c/o The Garden City Group, Inc.
> Claims Administrator
> Post Office Box 9000 #6254
> Merrick, NY  11566-9000

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by _____, **2008,** and if a postmark is indicated on the envelope and it is mailed first class, and addressed in accordance with the above instructions. In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim. Please notify the Claims Administrator of any change of address.

## REMINDER CHECKLIST

1. ☐ Please be sure to sign this Proof of Claim on page [\_\_]. If this Proof of Claim is submitted on behalf of joint claimants, then both claimants must sign.

2. ☐ Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.

3. ☐ Do NOT use highlighter on the Proof of Claim or any supporting documents.

4. ☐ If you move after submitting this Proof of Claim, please notify the Claims Administrator of the change in your address.

**NOTE:  RECEIPT ACKNOWLEDGMENT NEEDED**

9

The Claims Administrator will send a written confirmation of its receipt of your Proof of Claim. Do not assume your claim is submitted until you receive written confirmation of its receipt. Your claim is not deemed fully filed until the Claims Administrator sends you written confirmation of its receipt of your Proof of Claim. If you do not receive an acknowledgement postcard within thirty (30) days of your mailing the Proof of Claim, then please call the Claims Administrator toll free at (800) 298-3208.

Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
P.O. Box 9000 #6254
Merrick, NY 11566-9000

_____, 2008

RE: YOUR CLAIM HAS BEEN PROCESSED.

Dear Class Member:

Enclosed please find a Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda, Motion for Attorneys' Fees and Settlement Fairness Hearing describing an additional settlement in *Schnall v. Annuity and Life Re (Holdings) Ltd., et al.* (Annuity and Life Re (Holdings), Ltd. Securities Litigation).

We have received a Proof of Claim and Release form from you in response to the previous Notice of Pendency of Class Action and Proposed Settlement with Certain Defendants, Motion for Attorneys' Fees and Settlement Fairness Hearing dated October 19, 2004. This claim is automatically eligible to participate in this proposed settlement to the extent that it is eligible for the prior settlement. **There is no need for you to submit another claim for the transactions included in your previous claim. Doing so will not increase your distribution in this settlement beyond that attributable to your previously submitted claim.**

In the event your address has changed, please indicate below.

Sincerely,

Claims Administrator

**ADDRESS CORRECTION**

Your Claim Number: _____
(This is the Number on the mailing label)

New Address: _____

City: _____  State: _____  Zip Code: _____

Telephone Number: _____ Telephone Number: _____
               (Day)                                          (Night)