UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., et al.,<br><br>　　　Defendants. | Civil Action No. 02-CV-2133 (EBB) |

## AMENDMENT TO STIPULATION AND AGREEMENT OF SETTLEMENT WITH REMAINING DEFENDANT KPMG BERMUDA

This Amendment to the Stipulation and Agreement of Settlement dated as of February 11, 2008 (the "Stipulation") is entered into among Communications Workers of America and Midstream Investments Ltd. (collectively, "Lead Plaintiff") on behalf of themselves and the Class and Defendant KPMG in Bermuda ("KPMG Bermuda"), by and through their respective counsel.

WHEREAS, on February 19, 2008, the United States District Court for the District of Connecticut (the "Court"), acting through the Honorable Ellen Bree Burns, entered an order preliminarily approving the Stipulation and providing for notice of the settlement set forth therein;

WHEREAS, paragraph 5(a) of the Stipulation provides, in relevant part, that "… the Escrow Agent, as administrator of the Settlement Fund within the meaning of Treasury Regulation § 1.468B-2(k)(3), shall be responsible for filing tax returns for the Settlement Fund and paying from the Settlement Fund any Taxes owed with respect to the Settlement Fund. KPMG Bermuda agrees to provide promptly to the Escrow Agent the statement described in Treasury Regulation § 1.468B-3(e)."

WHEREAS, paragraph 5(b) of the Stipulation provides, in relevant part, that "All (i) taxes on the income of the Gross Settlement Fund and (ii) expenses and costs incurred in connection with the taxation of the Gross Settlement Fund (including, without limitation, expenses of tax attorneys and accountants) (collectively "Taxes") shall be paid out of the Gross Settlement Fund, shall be considered to be a cost of administration of the Settlement and shall be timely paid by the Escrow Agent without prior Order of the Court."

WHEREAS, Signature Bank (the "Escrow Agent") will not be the administrator of the Settlement Fund within the meaning of Treasury Regulation § 1.468B-2(k)(3); and

WHEREAS, The Garden City Group, Inc. (the "Claims Administrator") will be the administrator of the Settlement Fund within the meaning of Treasury Regulation § 1.468B-2(k)(3).

NOW THEREFORE, it is hereby STIPULATED AND AGREED, by and among the parties to the Stipulation, through their respective attorneys, that paragraphs 5(a) and (b) are hereby replaced by the following:

5.   (a)   The Gross Settlement Fund, net of any Taxes (as defined below) on the income thereof, shall be used to pay (i) the notice and administration costs referred to in paragraph 7 hereof, (ii) the attorneys' fee and expense award referred to in paragraph 8 hereof, and (iii) the remaining administration expenses referred to in paragraph 9 hereof and any other costs, payments or awards approved by the Court. The balance of the Gross Settlement Fund after the above payments shall be the "Net Settlement Fund," which shall be distributed to the Authorized Claimants as provided in paragraphs 10-12 hereof. Any portions of the Gross Settlement Fund required to be held in escrow prior to the Effective Date shall be held by Signature Bank (the "Escrow Agent") for the Settlement Fund. The Gross Settlement Fund held by the Escrow Agent shall be deemed to be in the custody of the Court and shall remain subject to the jurisdiction of the Court until such time as the Net Settlement Fund shall be distributed to Authorized Claimants, or returned to KPMG Bermuda pursuant to this Stipulation and/or further order of the Court. The Escrow Agent shall invest any funds in excess of $100,000 in short term United States Agency or Treasury Securities (or a mutual fund invested solely in such instruments), and shall collect and reinvest all interest accrued thereon. Any funds held in escrow in an amount of less than $100,000 may be held in an interest bearing bank account insured by the FDIC. The parties hereto agree that the Settlement Fund is intended to be a Qualified Settlement Fund within the meaning of Treasury Regulation § 1.468B-1 and that the Claims Administrator, as administrator of the Settlement Fund within the meaning of Treasury Regulation § 1.468B-2(k)(3), shall be responsible for filing tax returns for the Settlement Fund and paying from the Settlement Fund any Taxes owed with respect to the Settlement Fund. KPMG Bermuda

agrees to provide promptly to the Claims Administrator the statement described in Treasury Regulation § 1.468B-3(e).

(b) All (i) taxes on the income of the Gross Settlement Fund and (ii) expenses and costs incurred in connection with the taxation of the Gross Settlement Fund (including, without limitation, expenses of tax attorneys and accountants) (collectively "Taxes") shall be paid out of the Gross Settlement Fund, shall be considered to be a cost of administration of the Settlement and shall be timely paid by the Escrow Agent, upon the instructions of the Claims Administrator, without prior Order of the Court.  KPMG Bermuda and the Released Parties shall not be liable for any Taxes or obligations or other expenses relating to the Gross or Net Settlement Fund and in no event shall KPMG Bermuda and the Released Parties be liable for any amount in excess of the Cash Settlement Amount.  The Gross or Net Settlement Fund shall indemnify KPMG Bermuda and the Released Parties for any Taxes incurred by, or assessed against, them.

In all other respects the Stipulation is unchanged.

IN WITNESS WHEREOF, the Parties have caused this Amendment to the Stipulation to be executed by their duly authorized representatives with the intention of being legally bound by it.

DATED: ~~March~~ April 4, 2008

_____
David R. Scott
(drscott@scott-scott.com)
SCOTT + SCOTT LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Phone: (860) 573-5537
Fax:    (860) 537-4432

**Co-Lead Counsel for Class Plaintiffs**

_____
Barry A. Weprin
(bweprin@milbergweiss.com)
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119
Phone: (212) 594-5300
Fax:    (212) 868-1229

**Co-Lead Counsel for Plaintiffs**

_____
Michael J. Malone
(mmalone@kslaw.com)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2100
Fax:    (212) 556-2222

**Counsel for KPMG Bermuda**

5

IN WITNESS WHEREOF, the Parties have caused this Amendment to the Stipulation to be executed by their duly authorized representatives with the intention of being legally bound by it.

DATED: ~~March~~ April 4, 2008

                                            David R. Scott
                                            (drscott@scott-scott.com)
                                            SCOTT + SCOTT LLP
                                            108 Norwich Avenue
                                            P.O. Box 192
                                            Colchester, CT 06415
                                            Phone: (860) 573-5537
                                            Fax:   (860) 537-4432

                                            **Co-Lead Counsel for Class Plaintiffs**

                                            _____
                                            Barry A. Weprin
                                            (bweprin@milbergweiss.com)
                                            MILBERG WEISS LLP
                                            One Pennsylvania Plaza
                                            New York, NY 10119
                                            Phone: (212) 594-5300
                                            Fax:   (212) 868-1229

                                            **Co-Lead Counsel for Plaintiffs**

                                            _____
                                            Michael J. Malone
                                            (mmalone@kslaw.com)
                                            KING & SPALDING LLP
                                            1185 Avenue of the Americas
                                            New York, NY 10036
                                            Phone: (212) 556-2100
                                            Fax:   (212) 556-2222

                                            **Counsel for KPMG Bermuda**