UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|        v. | ) Civil Action No. 02-CV-2133 (EBB) |
| | ) |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., et al., | ) |
| | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, a copy of the foregoing Amendment to Stipulation and Agreement of Settlement With Remaining Defendant KPMG Bermuda was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: April 4, 2008

/s/ Barry A. Weprin
Barry A. Weprin (ct06136)
**Milberg LLP**
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
E-mail: bweprin@milberg.com

Co-Lead Counsel for Plaintiffs