UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated ) ) ) Plaintiff, ) ) v. ) ) ANNUITY AND LIFE RE (HODLINGS), ) LTD., et al., ) ) Defendants. ) ) | Master File No.  02CV2133 |

LEAD PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF PROPOSEDCLASS ACTION
SETTLEMENT, CLASS CERTIFICATION, AND PLAN OF ALLOCATION

**SCOTT + SCOTT, LLP**
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Tel:  (212) 223-6444
Fax:  (212) 223-6334

**MILBERG WEISS LLP**
Barry A. Weprin
Todd Kammerman
One Pennsylvania Plaza
New York, NY  10119
Tel:  (212) 594-5300
Fax: (212) 868-1229

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiffs, by and through their counsel, hereby respectfully move this Court to grant final approval of the proposed $10.5 million cash settlement of this litigation against the remaining defendants, KPMG Bermuda. As set forth in detail in the accompanying Memorandum in Support of Final Approval of Proposed Class Action Settlement, Class Certification, and Plan of Allocation (the "Final Approval Memorandum"), and the Declaration of Beth A. Kaswan in Support of Proposed Class Action Settlement, Class Certification, Award of Fees and Expenses, and Plan of Allocation (the "Kaswan Declaration"), Lead Plaintiffs submit that the Settlement is an excellent recovery for the Class and worthy of immediate approval, that the Class meets all requirements for certification under the law, and that the proposed Plan of Allocation is equitable and just. Accordingly, Lead Plaintiffs respectfully request that the Court grant this motion in its entirety.

Dated:     May 29, 2008

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT 16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

**MILBERG WEISS LLP**
Barry A. Wepring
Todd Kammerman
One Pennsylvania Plaza

2

        New York, NY 10119-0165
        Telephone: (212) 594-5300
        Facsimile: (212) 868-1229

**Co-Lead Counsel For Class Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

          */s/ David R. Scott*
**SCOTT + SCOTT, LLP**
David R. Scott (CT16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432

**Co-Lead Counsel for Plaintiffs**