# **EXHIBIT A**

Case 3:02-cv-02133-EBB   Document 270-4   Filed 05/29/2008   Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | Civil Action No. 02 CV 2133 (EBB) |

**AFFIDAVIT OF JOSE C. FRAGA RE: (A) MAILING OF THE SETTLEMENT NOTICE; AND (B) REPORT ON EXCLUSION REQUESTS RECEIVED**

STATE OF NEW YORK   )
                                     ) ss.:
COUNTY OF SUFFOLK  )

Jose C. Fraga, being duly sworn, deposes and says:

1.  I am a Senior Director of Securities Operations of The Garden City Group, Inc. ("GCG"). Pursuant to the Preliminary Order for Notice and Hearing in connection with Settlement Proceedings (the "Order"), dated February 19, 2008, GCG was authorized to act as the Claims Administrator in connection with the settlement (the "Settlement") of the above-captioned action (the "Litigation"). I have personal knowledge of the facts stated herein.

### (A) MAILING OF THE SETTLEMENT NOTICE

2.  Pursuant to the Order, GCG has been responsible for disseminating the Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "Settlement Notice") The

Settlement Notice stated that Proof of Claim forms to participate in the settlement were available online at GCG's website (http://www.gardencitygroup.com). The Settlement Notice and the Proof of Claim are attached hereto as Exhibit A.

### PRIOR ANNUITY AND LIFE RE (HOLDINGS) SETTLEMENT

3.   In October 2004, GCG was authorized to act as the claims administrator for a prior settlement in the Litigation. Since this Settlement involves class members from the prior settlement, all potential Class Members in our database for the prior settlement are potential Class Members for this Settlement. As the claims administrator in the prior settlement, GCG mailed copies of the Notice of Pendency of Class Action and Proposed Settlement with Certain Defendants, Motion for Attorneys' Fees and Settlement Fairness Hearing and a Proof of Claim and Release to potential Class Members in connection with the prior settlement (the "Prior Settlement Mailing").

### NOTICE MAILING FOR THIS SETTLEMENT

4.   GCG caused the names and addresses of 1,944 Class Members who had previously submitted an eligible Proof of Claim in connection with the prior settlement to be preprinted directly onto personalized letters, which were mailed, along with the Settlement Notice, by first-class mail on March 7, 2008. These personalized letters advised those claimants that GCG had received a Proof of Claim from them in response to the Prior Settlement Mailing and that their Proof of Claim from that prior settlement is automatically eligible to participate in this Settlement. The template for these personalized letters is attached hereto as Exhibit B.

5.   GCG caused the names and addresses of another 9,739 potential Class Members who had been mailed a claim packet in connection with the Prior Settlement Mailing but who did not submit a claim in response to that mailing or submitted a claim that was wholly

deficient or otherwise ineligible to participate in the prior settlement to be preprinted onto envelopes containing the Settlement Notice, and mailed by first-class mail on March 7, 2008.

6. In addition, on March 7, 2008, GCG mailed 4,124 Settlement Notices to brokers who had requested packets in connection with the Prior Settlement Mailing for forwarding to their clients.

7. On March 7, 2008, GCG also e-mailed the Settlement Notice to 131 institutional filers who filed claims electronically on their own behalf or on behalf of their clients in connection with the prior settlement.

8. By March 7, 2008, GCG had caused Settlement Notices to be sent to all claimants and potential Class Members previously identified in connection with the prior settlement.

## **BROKER MAILING**

9. GCG produced a file from its broker database containing the names and addresses of 2,701 of the largest brokerage firms, banks, institutions and other nominees. This broker database was substantially the same as the database used for the Prior Settlement Mailing, but GCG continuously updates its broker database with new addresses when they are received, and eliminates duplicate or obsolete addresses when identified. These 2,701 names and addresses were printed onto envelopes containing the Settlement Notice, and these Settlement Notices were mailed by first-class mail on March 7, 2008 (the "Broker Mailing"). These envelopes also contained a letter explaining that brokers or nominees who had previously submitted names and addresses for potential Class Members in connection with the Prior Settlement Mailing, did not need to submit such names and addresses again, or if they have not previously submitted names and addresses of potential Class Members, that they must submit