**EXHIBIT B**

Case 3:02-cv-02133-EBB    Document 270-7    Filed 05/29/2008    Page 1 of 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 02 CV 2133 (EBB) |
| ANNUITY AND LIFE RE (HOLDINGS), ) | |
| LTD., et al., ) | |
| Defendants. ) | |

**AFFIDAVIT OF PAUL J. ANDREJKOVICS RE: PUBLICATION OF THE SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION WITH REMAINING DEFENDANT KPMG BERMUDA AND SETTLEMENT HEARING**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Paul J. Andrejkovics, being first duly sworn, deposes and says:

1. I a member of the law firm of Milberg LLP, one of Plaintiffs' Co-Lead Counsel in the above-captioned class action (the "Action"). I submit this affidavit in order to provide the Court and the parties to the Action with information regarding the publication of a summary notice substantially in the form approved by the Court (the "Publication Notice"). I have personal knowledge of the facts stated herein.

2. The Court's Preliminary Order for Notice and Hearing in connection with Settlement Proceedings dated February 19, 2008, directed that the Publication Notice be published in the global edition of *The Wall Street Journal* and in the worldwide edition of *Financial Times*, and transmitted over the Global Media Circuit of *Business Wire*. As shown in the affidavit of publication attached hereto as Exhibit 1, the Publication Notice was published in the global edition of *The Wall Street Journal* on March 14, 2008. As shown in the affidavit of publication attached hereto as Exhibit 2, the Publication Notice was published in the worldwide edition of *Financial Times* on March 14, 2008. As shown in the confirmation letter attached

hereto as Exhibit 3, a release was issued over the Global Media Circuit of *Business Wire* on March 14, 2008 at 6:30 AM US Eastern Timezone.

                                                             _____
                                                             Paul J. Andrejkovics

Sworn to before me this
7th day of April, 2008

_____
Notary Public

                 KAREN T. MILES
        Notary Public, State of New York
               No. 01MI4704613
          Qualified in New York County
       Commission Expires April 30, 20_11_

2

**EXHIBIT 1**

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)


I, <u>Albert Fox</u>, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of <u>THE WALL STREET JOURNAL</u> (Global), a daily national newspaper published and of general circulation in Asia, Europe, and that the attached Notice has been regularly published in <u>THE WALL STREET JOURNAL</u> (Global ) for <u>one</u> insertion(s) on the following date(s): <u>3/14/08</u> advertiser: <u>Annuity and Life RE, LTD</u> and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____

[Notary stamp: MITCHELL E. CHEATHAM, Notary Public, State of Texas, My Commission Expires March 01, 2011]

Sworn to before me this

25th day of March 20 08

_____
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERRY SCHNALL, et al., )
    Plaintiffs, )
v. ) Civil Action No.
ANNUITY AND LIFE RE ) 02 CV 2133 (EBB)
(HOLDINGS), LTD., et al., )
    Defendants. )

## SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION WITH REMAINING DEFENDANT KPMG BERMUDA AND SETTLEMENT HEARING

TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE SECURITIES OF ANNUITY AND LIFE RE (HOLDINGS), LTD. ("ANR") DURING THE PERIOD BETWEEN MARCH 15, 2000 AND NOVEMBER 19, 2002, INCLUSIVE, AND WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a $10.5 million cash settlement ("KPMG Settlement") has been proposed with the sole remaining defendant, KPMG Bermuda, ANR's outside accountant during the Class Period.

A hearing will be held before the Honorable Ellen Bree Burns in the United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at 10:00 a.m. on June 5, 2008 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

This KPMG Settlement is in addition to a prior $16.5 million settlement with ANR, XL Capital, Ltd. and certain of ANR's officers and directors, which was approved by the Court on January 21, 2005.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "KPMG Settlement Notice"), you may obtain a copy by contacting:

    Annuity and Life Re (Holdings), Ltd. Securities Litigation
    c/o The Garden City Group, Inc.
    Claims Administrator
    Post Office Box 9254
    Dublin, OH 43017-4654
    (800) 298-3208 • www.gardencitygroup.com

Inquiries, other than requests for the forms of the KPMG Settlement Notice and the Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

| David R. Scott, Esq. | Barry A. Weprin, Esq. |
|---|---|
| SCOTT + SCOTT LLP | MILBERG WEISS LLP |
| 108 Norwich Avenue | One Pennsylvania Plaza |
| P.O. Box 192 | New York, NY 10119-0165 |
| Colchester, CT 06415 | (212) 594-5300 |
| (860) 537-5537 | |

To participate in the KPMG Settlement, if you did not previously submit an acceptable Proof of Claim in connection with the prior settlement, you must request and submit a Proof of Claim no later than July 7, 2008. Copies of the Proof of Claim form may be obtained at www.gardencitygroup.com or by contacting the Claims Administrator identified above. IF YOU PREVIOUSLY SUBMITTED A VALID PROOF OF CLAIM IN CONNECTION WITH THE PRIOR SETTLEMENT, YOU NEED NOT RESUBMIT YOUR CLAIM, AS YOUR PRIOR CLAIM WILL ENTITLE YOU TO SHARE IN THIS SETTLEMENT.

If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than May 6, 2008.

Any objections to the KPMG Settlement must be filed by May 7, 2008.

If you are a Class Member and did not previously (or do not now) submit a proper Proof of Claim, you will not share in the KPMG Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

    By Order of The Court

# EXHIBIT 2

## AFFIDAVITS

| | |
|---|---|
| IN THE MATTER OF: | SHERRY SCHNALL |

STATE OF NEW YORK:

    SS:

COUNTY OF NEW YORK:

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the said FINANCIAL TIMES in Tokyo and Hong Kong on the

**14th day of March 2008**

*[signature: TH]*

**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31-4944197
Qualified in New York County
Commission Expires 11/14/10

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SHERRY SCHNALL, et al., Plaintiffs, v. ANNUITY AND LIFE RE (HOLDINGS), LTD., et al., Defendants. | Civil Action No. 02 CV 2133 (EBB) |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT
OF CLASS ACTION WITH REMAINING DEFENDANT
KPMG BERMUDA AND SETTLEMENT HEARING**

TO: ALL PERSONS AND ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE SECURITIES OF ANNUITY AND LIFE RE (HOLDINGS), LTD. ("ANR") DURING THE PERIOD BETWEEN MARCH 15, 2000 AND NOVEMBER 19, 2002, INCLUSIVE, AND WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a $10.5 million cash settlement ("KPMG Settlement") has been proposed with the sole remaining defendant, KPMG Bermuda, ANR's outside accountant during the Class Period.

A hearing will be held before the Honorable Ellen Bree Burns in the United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at 10:00 a.m. on June 5, 2008 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

This KPMG Settlement is in addition to a prior $16.5 million settlement with ANR, XL Capital, Ltd. and certain of ANR's officers and directors, which was approved by the Court on January 21, 2005.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "KPMG Settlement Notice"), you may obtain a copy by contacting:

Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
Post Office Box 9254
Dublin, OH 43017-4654
(800) 298-3208 • www.gardencitygroup.com

Inquiries, other than requests for the forms of the KPMG Settlement Notice and the Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

| | |
|---|---|
| David R. Scott, Esq. SCOTT + SCOTT LLP 108 Norwich Avenue P.O. Box 192 Colchester, CT 06415 (860) 537-5537 | Barry A. Weprin, Esq. MILBERG WEISS LLP One Pennsylvania Plaza New York, NY 10119-0165 (212) 594-5300 |

To participate in the KPMG Settlement, if you did not previously submit an acceptable Proof of Claim in connection with the prior settlement, you must request and submit a Proof of Claim no later than July 7, 2008. Copies of the Proof of Claim form may be obtained at *www.gardencitygroup.com* or by contacting the Claims Administrator identified above. IF YOU PREVIOUSLY SUBMITTED A VALID PROOF OF CLAIM IN CONNECTION WITH THE PRIOR SETTLEMENT, YOU NEED NOT RESUBMIT YOUR CLAIM, AS YOUR PRIOR CLAIM WILL ENTITLE YOU TO SHARE IN THIS SETTLEMENT.

If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than May 6, 2008.

Any objections to the KPMG Settlement must be filed by May 7, 2008.

If you are a Class Member and did not previously (or do not now) submit a proper Proof of Claim, you will not share in the KPMG Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

By Order of The Court

**EXHIBIT 3**



40 East 52nd Street
New York, N.Y. 10022

March 14, 2008

Paul J. Andrejkovics, Esq.
Milberg Weiss LLP
One Pennsylvania Plaza
New York, New York 10119-0165

Dear Mr. Andrejkovics:

This letter is to confirm that Business Wire distributed the following news release:

Scott + Scott LLP and Milberg Weiss LLP Announce the Proposed Settlement of a Securities Class Action Lawsuit against Remaining Defendant KPMG in Bermuda for $10.5 Million in Cash

Business Wire Confirmation #: 5003
Time/Date release crossed the wire: March 14, 2008 06:30 AM Eastern Time

The release was issued over our Global Media circuit, which reaches key consumer and general media, with coverage of newspapers, television, radio, news agencies, and general/consumer publications/editors in the Americas, including the US (National Circuit), Canada and Latin America, Asia-Pacific and Europe. The press release was translated into Italian, Dutch and Japanese summary translations as well as full text French, German, Portuguese, Spanish, simplified-PRC Chinese, traditional Chinese, and Korean translations which are based on the English-language news release.

Please feel free to call me with any questions or concerns.

Sincerely,

Rosemary Gioia
Account Executive
Business Wire New York

( BW)(NY-MILBERG-WEISS) Scott + Scott LLP and Milberg Weiss LLP Announce the Proposed Settlement of a Securities Class Action Lawsuit against Remaining Defendant KPMG in Bermuda for $10.5 Million in Cash

Business Editors/Legal Editors

NEW YORK--(BUSINESS WIRE)--March 14, 2008--In the United States District Court for the District of Connecticut, in Schnall, et al. v. Annuity and Life Re (Holdings), Ltd., et al., Civil Action No. 02 CV 2133 (EBB), a summary notice has been issued as follows:

Summary Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda and Settlement Hearing

To: all persons and entities who purchased or otherwise acquired the securities of Annuity and Life Re (Holdings), Ltd. ("ANR") during the period between March 15, 2000 and November 19, 2002, inclusive, and were damaged thereby (the "Class").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action for settlement purposes only and that a $10.5 million cash settlement ("KPMG Settlement") has been proposed with the sole remaining defendant, KPMG Bermuda, ANR's outside accountant during the Class Period.

A hearing will be held before the Honorable Ellen Bree Burns in the United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at 10:00 a.m. on June 5, 2008 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

This KPMG Settlement is in addition to a prior $16.5 million settlement with ANR, XL Capital, Ltd. and certain of ANR's officers and directors, which was approved by the Court on January 21, 2005.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Proposed Settlement of Class Action with Remaining Defendant KPMG Bermuda, Motion for Attorneys' Fees and Settlement Fairness Hearing (the "KPMG Settlement Notice"), you may obtain a copy by contacting:

Annuity and Life Re (Holdings), Ltd. Securities Litigation
c/o The Garden City Group, Inc.
Claims Administrator
Post Office Box 9254
Dublin, OH 43017-4654
(800) 298-3208
www.gardencitygroup.com

Inquiries, other than requests for the forms of the KPMG Settlement Notice and the Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

David R. Scott, Esq.
Scott + Scott LLP
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

Barry A. Weprin, Esq.
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300

To participate in the KPMG Settlement, if you did not previously submit an acceptable Proof of Claim in connection with the prior settlement, you must request and submit a Proof of Claim no later than July 7, 2008. Copies of the Proof of Claim form may be obtained at www.gardencitygroup.com or by contacting the Claims Administrator identified above. IF YOU PREVIOUSLY SUBMITTED A VALID PROOF OF CLAIM IN CONNECTION WITH THE PRIOR SETTLEMENT, YOU NEED NOT RESUBMIT YOUR CLAIM, AS YOUR PRIOR CLAIM WILL ENTITLE YOU TO SHARE IN THIS SETTLEMENT.

If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than May 6, 2008.

Any objections to the KPMG Settlement must be filed by May 7, 2008.

If you are a Class Member and did not previously (or do not now) submit a proper Proof of Claim, you will not share in the KPMG Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

By Order of the United States District Court for the District of Connecticut.

CONTACT: Scott + Scott LLP
    David R. Scott, Esq., 860-537-5537
    or
    Milberg Weiss LLP
    Barry A. Weprin, Esq., 212-594-5300