**EXHIBIT F**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANNUITY AND LIFE RE (HOLDINGS), LTD., XL CAPITAL, LTD., LAWRENCE S. DOYLE, FREDERICK S. HAMMER, JOHN F. BURKE, WILLIAM W. ATKIN, BRIAN O'HARA, AND MICHAEL P. ESPOSITO, JR.,<br><br>Defendants. | Civil Action No. 02 CV 2133 (EBB) |

## DECLARATION OF BARBARA EASTERLING IN SUPPORT OF APPLICATION OF LEAD PLAINTIFF COMMUNICATION WORKERS OF AMERICA PLAN FOR EMPLOYEES' PENSION AND DEATH BENEFITS FOR REIMBURSEMENT OF COSTS AND EXPENSES

Barbara Easterling, declares under penalty of perjury, as follows:

1.  I am a Trustee of the Communication Workers of America Plan for Employees' Pension and Death Benefits ("CWA"), a Lead Plaintiff in the above-captioned action and which acted as a representative of the Class. I also currently serve as the Secretary-Treasurer of CWA. Attached hereto as Exhibit A is my biography as it appears on the CWA website. CWA, America's largest communications and media union, represents over 700,000 men and women in both private and public sectors. CWA members are employed in telecommunications, broadcasting, cable TV, journalism, publishing, electronics and general manufacturing, as well as airline customer service, government service, health care, education and other fields. I make this declaration in support of CWA's application for a payment of $6,628.95 for CWA's reasonable

costs and expenses incurred (including lost wages) directly relating to its representation of the Class.

2.  I acted on behalf of CWA in connection with the prosecution of this action. I worked closely with Thomas Hart, Esq. of Slevin & Hart, P.C., our regular pension fund counsel, who liaisoned with class counsel, and advised the Board of Trustees with respect to this case. I met several times with class counsel and communicated with them and Slevin & Hart often via telephone and email regarding this case. I appeared for deposition in connection with the motion for class certification and also ensured that relevant documents were gathered and produced in connection with the defendants' requests for documents.

3.  In connection with its function as liaison between myself, CWA and class counsel, Mr. Hart has spent 27.8 hours and has billed CWA for $5,421.00 in attorneys fees and $757.79 in expenses assisting me and CWA in overseeing the work of class counsel and ensuring that CWA fulfilled all its discovery and other fiduciary obligations to the Class. Attached hereto as Exhibit B is a summary of Slevin & Hart's fees and expenses incurred in connection with this action. I respectfully submit that these fees and expenses be reimbursed as an expense necessarily incurred in the prosecution of this litigation.

4.  Although I spent considerable time in connection with representing the Class in the prosecution of this action, including traveling to New York for deposition on June 7, 2007, I will not be seeking reimbursement for the reasonable cost of my time. However, CWA expended, and has not been reimbursed for, $450.16 in travel costs in connection with the June 7, 2007 deposition. Attached hereto as Exhibit C is a summary of these travel expenses incurred in

connection with representing the Class in this action. I respectfully submit that these expenses be reimbursed as an expense necessarily incurred in the prosecution of this litigation.

## CONCLUSION

Accordingly, I request a total of $6,628.95 as and for reimbursement of CWA's reasonable costs and expenses (including lost wages) directly relating to the representation of the Class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 22, 2008

_____
Barbara Easterling

3

# Fee Listing

**Listing Order:** Timekeeper, Trans Date, Client-Matter Code
**Client:** COMMUNICATIONS WORKERS OF AMERICA BENEFIT FUNDS
**Matter:** KPMG Litigation
**Date:** 01/03/2005 - 01/03/2008

**Person:** All Timekeepers
**Service Code:** All Service Codes
**Fee Status:** (Selected) (Deferred) (Invoiced)

| Record | Date | Prsn | Stat | Description | Time | Amount |
|---|---|---|---|---|---|---|
| Client: 000841 - COMMUNICATIONS WORKERS OF AMERI    Matter: 000016 - KPMG Litigation |
| 519000 | 05/02/2007 | TJH | D | Receive correspondence from B. Kaswan; telephone calls to SunTrust and office of B. Easterling | 0 : 5 | $97.50 |
| 522754 | 05/03/2007 | TJH | D | Telephone conferences with L. Christianson; telephone call to B. Easterling | 0 : 8 | $156.00 |
| 522763 | 05/04/2007 | TJH | D | Receive correspondence from B. Kaswan | 0 : 2 | $39.00 |
| 522784 | 05/07/2007 | TJH | D | Telephone calls to office of B. Easterling; draft correspondence to and receive correspondence from B. Kaswan | 0 : 5 | $97.50 |
| 522794 | 05/08/2007 | TJH | D | Conference with B. Easterling; travel to and review files regarding investment management reports; telephone conferences with B. Kaswan | 2 : 8 | $546.00 |
| 522804 | 05/09/2007 | TJH | D | Receive correspondence from and draft correspondence to B. Kaswan | 0 : 4 | $78.00 |
| 522817 | 05/10/2007 | TJH | D | Telephone call to SunTrust; draft correspondence to B. Kaswan | 0 : 8 | $156.00 |
| 524471 | 05/15/2007 | TJH | D | Telephone conference with B. Kaswan; draft correspondence to same; telephone calls to Easterling's office and to B. Easterling | 0 : 5 | $97.50 |
| 523121 | 05/18/2007 | TJH | D | Receive correspondence from and draft correspondence to B. Kaswan; telephone calls to Kaswan, B. Easterling's office regarding status and scheduling issues | 0 : 5 | $97.50 |
| 523143 | 05/21/2007 | TJH | D | Telephone calls to and conferences with B. Easterling's office and B. Kaswan; receive correspondence from and draft correspondence to same | 0 : 5 | $97.50 |
| 523330 | 05/31/2007 | TJH | D | Review correspondence from Welprin with draft responses to interrogatories; telephone calls to and from Easterling re same; draft correspondence to and receive correspondence from Easterling and Welprin and Kaswan. | 1 : 0 | $195.00 |
| 523350 | 06/01/2007 | TJH | D | Complete review of draft responses to interrogatories to B. Easterling; draft correspondence to B. Weprin and B. Kaswan regarding same; receive correspondence from and draft correspondence to Easterling | 1 : 2 | $234.00 |
| 523559 | 06/04/2007 | TJH | D | Review correspondence from and respond to B. Kaswan | 0 : 3 | $58.50 |
| 528649 | 06/05/2007 | TJH | D | Telephone conferences with and receive correspondence from B. Kaswan and B. Weprin; respond thereto; telephone conferences with B. Easterling's office and office of General Counsel regarding documents for disclosure | 3 : 0 | $585.00 |
| 528668 | 06/06/2007 | TJH | D | Receive correspondence from and draft correspondence to B. Kaswan and B. Weprin; receive correspondence from same with material to be disclosed; telephone conferences with office of General Counsel and M. O'Melveny | 3 : 8 | $741.00 |
| 528655 | 06/07/2007 | TJH | D | Prepare for and attend deposition of B. Easterling; telephone conferences and draft correspondence to and from B. Kaswan and B. Weprin; travel to and from NYC | 10 : 0 | $1,950.00 |
| 528640 | 06/08/2007 | TJH | D | Telephone conference with B. Kaswan; receive correspondence from same | 0 : 3 | $58.50 |
| 528705 | 06/11/2007 | TJH | D | Receive correspondence from B. B. Weprin, forward additional information to same | 0 : 3 | $58.50 |
| 528807 | 06/15/2007 | TJH | D | Telephone call from B. Kaswan regarding various matters | 0 : 2 | $39.00 |
| 541508 | 09/20/2007 | TJH | D | Telephone conference with B. Weprin, Esq. | 0 : 2 | $39.00 |
| | | | | **Fee Transaction Listing Total:** | **27 : 8** | **$5,421.00** |

# Expense Listing

**Listing Order:** Client-Matter, Transaction Date  
**Client:** COMMUNICATIONS WORKERS OF AMERICA BENEFIT FUNDS  
**Matter:** KPMG Litigation  
**Date Range:** 01/01/2007 - 01/05/2008  

**Code:** All Codes  
**Person:** All Persons  
**Responsible:** All Responsible  
**Invoicing Status:** Invoiced and Not Invoiced  

| Record | Date | Client-Matter | Stat | Description | Units | Our Cost | Client Cost |
|---|---|---|---|---|---|---|---|
| | | 000841 Communications Workers of America Benefit Funds | | | | | |
| 312873 | 06/15/2007 | 000841-000016 | D | Travel Expenses: TJH 6/07/07 NY (airfare, parking and cabfare) | | $757.79 | $757.79 |
| | | | | **Transaction Listing Total:** | | **$757.79** | **$757.79** |

# Units Tally

| Code | Description | Units | Our Cost | Client Cost |
|------|-------------|-------|----------|-------------|
| CATR | Travel expenses | 0 | $757.79 | $757.79 |