# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated<br><br>                    Plaintiff,<br><br>       v.<br><br>ANNUITY AND LIFE RE (HODLINGS), LTD., et al.,<br><br>                    Defendants. | )  Master File No.  02CV2133<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

**SCOTT + SCOTT, LLP**
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Tel:  (860) 537-5537
Fax:  (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Tel:   (212) 223-6444
Fax:  (212) 223-6334

**MILBERG WEISS LLP**
Barry A. Weprin
Todd Kammerman
One Pennsylvania Plaza
New York, NY  10119
Tel:  (212) 594-5300
Fax: (212) 868-1229

Lead Plaintiffs, by and through their counsel, hereby respectfully move this Court for an award of attorneys' fees in the amount of 33.3% of the Settlement Fund and reimbursement of $186,853.16 in litigation expenses, as well as costs and expenses awardable consistent with 15 U.S.C. §78u-4(a)(4) to Lead Plaintiffs. As set forth in detail in the accompanying Memorandum In Support Of Motion For Award Of Attorneys' Fees And Reimbursement Of Expenses (the "Fee Memorandum"), and the Declaration of Beth A. Kaswan in Support of Final Approval of the Proposed Class Action Settlement, Class Certification, Award of Fees and Expenses (the "Kaswan Declaration"), Lead Plaintiffs submit that the Settlement is an outstanding recovery for the Class and that the requested fees and expense reimbursement is reasonable and appropriate under applicable law. Accordingly, Lead Plaintiffs respectfully request that the Court grant this motion in its entirety.

Dated:   May 29, 2008

/s/ David R. Scott
**SCOTT + SCOTT, LLP**
David R. Scott (CT 16080)
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

**SCOTT + SCOTT, LLP**
Beth A. Kaswan
29 West 57th Street, 14th Floor
New York, NY 10019
Telephone:  (212) 223-6444
Facsimile: (212) 223-6334

**MILBERG WEISS LLP**
Barry A. Wepring
Todd Kammerman

One Pennsylvania Plaza
New York, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229


**Co-Lead Counsel For Class Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

                                                    */s/ David R. Scott*
                                                  **SCOTT + SCOTT, LLP**
                                                  David R. Scott (CT16080)
                                                  108 Norwich Avenue
                                                  P.O. Box 192
                                                  Colchester, CT 06415
                                                  Tel: (860) 537-5537
                                                  Fax: (860) 537-4432

                                                  **Co-Lead Counsel for Plaintiffs**