HONORABLE **Ellen Bree Burns**
DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **Irma Sanchez**

TOTAL TIME: ___ hours **23** minutes

DATE **June 5, 2008**   START TIME **10:03**   END TIME **10:24**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Schnall**

vs.

**Annuity & Life, et al**

CIVIL NO. **3:02CV2133**

Plaintiffs Counsel: **Barry A. Weprin, Beth A. Kaswan**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Paul A. Straus, Frederic S. Gold**

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam
☐ Pre-Trial Conference
☑ **Fairness Hearing**

**MOTION DOCUMENT NO.**

(form fields left blank)