# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERRY SCHNALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) ) **Civil Action No. 02 CV 2133 (EBB)** |
| ANNUITY AND LIFE RE (HOLDINGS), LTD., et al., | ) ) **Filing Date April 29, 2009** ) |
| **Defendants.** | ) ) ) ) |

## NOTICE OF MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUND FROM KPMG SETTLEMENT

**PLEASE TAKE NOTICE,** that, upon the accompanying affidavit of Jason Zuena of The Garden City Group, Inc. ("GCG"), the Claims Administrator, and Barry A. Weprin, one of Plaintiffs' Co-Lead Counsel, and the accompanying memorandum of law, and upon all prior proceedings herein, the undersigned hereby move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (i) approving the administrative determinations of Claims Administrator, The Garden City Group, Inc. ("GCG"), accepting and rejecting claims submitted herein with respect to the Settlement with KPMG Bermuda; (ii) directing payment of $76,277.07 out of the KPMG Bermuda Settlement Fund to GCG for the balance of its fees and expenses incurred and to be incurred in connection with services performed and to be performed in giving notice of the KPMG Bermuda Settlement to the Class, preparing tax returns for the Settlement Fund, processing the Proofs of Claim, allocating the Net Settlement Fund among the Authorized Claimants, and administering and distributing the Settlement Fund to the Authorized Claimants; (iii) directing payment of $2,141.99 out of the KPMG Bermuda Settlement Fund to

Milberg LLP in reimbursement of a litigation expense that was inadvertently not included in their prior request for expense reimbursement; (iv) directing distribution of the Net Settlement Fund, after deduction of the payments requested herein, to Class Members whose Proofs of Claim have been accepted; (v) authorizing destruction of paper copies of Proof of Claim forms one year after distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of claim records three years after distribution of the Net Settlement Fund; and (vi) for such other and further relief as this Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order in the form of the proposed Order Re:  Distribution of Class Settlement Fund annexed hereto as Exhibit A.

Dated:          New York, New York
                April 29, 2009

                                        _____s/  Barry A. Weprin_____
                                        Barry A. Weprin (ct06136)
                                        MILBERG LLP
                                        One Penn Plaza
                                        New York, NY 10119
                                        Phone:  (212) 594-5300
                                        Fax:      (212) 868-1229
                                        E-mail: bweprin@milberg.com


                                        **Co-Lead Counsel for Class Plaintiffs**


                                        David R. Scott (ct16080)
                                        SCOTT + SCOTT LLP
                                        108 Norwich Avenue
                                        P.O. Box 192
                                        Colchester, CT 06415
                                        Phone:  (860) 573-5537
                                        Fax:      (860) 537-4432
                                        E-Mail: drscott@scott-scott.com


                                        **Co-Lead Counsel for Class Plaintiffs**

2

TO
Michael J. Malone
(mmalone@kslaw.com)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Phone:  (212) 556-2100
Fax:      (212) 556-2222

**Counsel for KPMG Bermuda**